1  SIMPSON THACHER & BARTLETT LLP
   HARRISON J. FRAHN IV (206822) hfrahn@stblaw.com
2  2550 Hanover Street
   Palo Alto, California 94304
3  Telephone: (650) 251-5000
   Facsimile:  (650) 251-5002
4
   Attorneys for Defendants
5  ELPIDA MEMORY, INC., and
   ELPIDA MEMORY (USA) INC.
6

7
                    UNITED STATES DISTRICT COURT
8
                   NORTHERN DISTRICT OF CALIFORNIA
9
                        SAN FRANCISCO DIVISION
10

11 | SUN MICROSYSTEMS, INC., a California  ) Case No. C 06 01665 PJH
   | corporation,                          )
12 |                                       ) **JOINT STIPULATION AND**
   |              Plaintiff,               ) **[P~~ROPOSED~~] ORDER**
13 |                                       ) **RESCHEDULING CASE**
   |                                       ) **MANAGEMENT CONFERENCE**
14 |       v.                              )
   |                                       ) **(CIVIL L.R. 6-2)**
15 |                                       )
   | HYNIX SEMICONDUCTOR, INC., et al      )
16 |                                       )
   |              Defendants.              )
17 |                                       )
   |_____)
18

19         Pursuant to Civil Local Rule 6-2 of the Federal District Court for the Northern
20
   District of California, counsel for Plaintiff Sun Microsystems, Inc. and Defendants Mosel Vitelic
21
   Inc., Mosel Vitelic Corp., Nanya Technology Corporation, Nanya Technology Corporation, USA,
22
   Winbond Electronics Corporation, Winbond Electronics Corporation America, Elpida Memory,
23
   Inc., Elpida Memory (USA) Inc., Mitsubishi Electric Corporation, Mitsubishi Electric and
24
   Electronics USA, Inc., and Mitsubishi Electric Europe B.V., submit this Joint Stipulation and
25
   [Proposed] Order Rescheduling the Case Management Conference.
26
           WHEREAS, the Court has set a case management conference ("CMC") for April
27
   20, 2006;
28

1      WHEREAS, plaintiff has provided certain defendants with various extensions of time over the next 60-90 days to respond to the complaint and other defendants have not been served;

    WHEREAS, it appears that it would be more efficient to conduct the initial CMC after service of all defendants and closer in time to when defendants will respond to the complaint;

    WHEREAS, the parties expect, either before or at the CMC, to set a schedule for discovery and trial, and agree that plaintiff is not and should not be bound by any of the discovery dates currently set for the direct and indirect purchaser actions and will be allowed to conduct additional discovery that is not duplicative of the discovery being taken in those actions; and

    WHEREAS, defendants who are parties in the direct and indirect purchaser actions agree to provide counsel for plaintiff by May 10 a copy of the documents each of them produced in those actions, subject to the entry of a stipulated protective order;

    NOW THEREFORE IT IS HEREBY STIPULATED AND AGREED:

    Subject to the Court's convenience and calendar, the initial CMC in this case shall occur on J~~uly 20, 2006.~~ July 27, 2006.

| | |
|---|---|
| Dated: April 10, 2006 | SIMPSON THACHER & BARTLETT LLP |
| | /s/<br>Harrison J. Frahn IV<br>Attorneys for Defendants<br>ELPIDA MEMORY, INC., and<br>ELPIDA MEMORY (USA) INC. |
| Dated: April 10, 2006 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| | /s/<br>Robert Freitas<br>Attorneys for Defendants<br>NANYA TECHNOLOGY CORPORATION, and<br>NANYA TECHNOLOGY CORPORATION, USA |

| | | |
|---|---|---|
| 1 | Dated: April 10, 2006 | COLLETTE & ERICKSON LLP |

/s/
William Silas Farmer, Jr.
Attorneys for Defendants
WINBOND ELECTRONICS CORPORATION,
and
WINBOND ELECTRONICS CORPORATION AMERICA

Dated: April 10, 2006         JENNER & BLOCK

/s/
Donald R. Harris
Attorneys for Defendants
MITSUBISHI ELECTRIC CORPORATION,
MITSUBISHI ELECTRIC AND ELECTRONICS USA, INC., and
MITSUBISHI ELECTRIC EUROPE B.V.

Dated: April 10, 2006         TOPEL AND GOODMAN

/s/
Raphael Goldman
Attorneys for Defendants
MOSEL VITELIC INC.
MOSEL VITELIC CORP.

Dated:  April 10, 2006        CROWELL & MORING LLP

/s/
Christine Elaine Cwiertny
Attorneys for Plaintiff
SUN MICROSYSTEMS, INC.

**CERTIFICATION**

I attest that Robert Freitas, William Silas Farmer, Jr., Donald R. Harris, Raphael Goldman, and Christine Elaine Cwiertny have concurred in the filing of this document.

Dated: April 10, 2006                          SIMPSON THACHER & BARTLETT LLP

                                                /s/
                                    _____
                                              Harrison J. Frahn IV

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: ___April 13___, 2006          _____
                                     Honorable Phyllis J. Hamilton
                                     UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*