```
 1  ROBERT E. FREITAS (State Bar No. 80948)
    CYNTHIA WICKSTROM (State Bar No. 209320)
 2  NA'IL BENJAMIN (State Bar No. 240354)
    ORRICK, HERRINGTON & SUTCLIFFE LLP
 3  1000 Marsh Road
    Menlo Park, California 94025
 4  Telephone:    (650) 614-7400
    Facsimile:    (650) 614-7401
 5
    HOWARD M. ULLMAN (State Bar No. 206760)
 6  E. ANNE HAWKINS (State Bar No. 209135)
    ORRICK, HERRINGTON & SUTCLIFFE LLP
 7  405 Howard Street
    San Francisco, California  94105
 8  Telephone:    (415) 773-5652
    Facsimile:    (415) 773-5759
 9
    Attorneys for Defendants
10  NANYA TECHNOLOGY CORPORATION and
    NANYA TECHNOLOGY CORPORATION USA
11
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SUN MICROSYSTEMS, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>HYNIX SEMICONDUCTOR, INC. a Korean Corporation, HYNIX SEMICONDUCTOR, AMERICA, INC., a California corporation, MOSEL VITELIC INC., a Taiwanese corporation, MOSEL VITELIC CORP., a California corporation, NANYA TECHNOLOGY CORPORATION, a Taiwanese corporation, NANYA TECHNOLOGY CORPORATION USA, a California corporation, WINBOND ELECTRONICS CORPORATION, a Taiwanese corporation, WINBOND ELECTRONICS CORPORATION AMERICA, a Delaware corporation, ELPIDA MEMORY, INC., a Japanese corporation, ELPIDA MEMORY (USA) INC., a Delaware corporation, MITSUBISHI ELECTRIC CORPORATION, a Japanese corporation, MITSUBISHI ELECTRIC AND ELECTRONICS USA, INC., a Delaware | Case No. C06-01665 PJH<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING DEFENDANT NANYA TECHNOLOGY CORPORATION USA'S TIME TO ANSWER TO PLAINTIFF'S COMPLAINT** |

DOCSSF1:877694.1

1  corporation, and MITSUBISHI ELECTRIC
2  EUROPE B.V., a Netherlands corporation,

   Defendants.
3
4       Plaintiff Sun Microsystems, Inc. ("Plaintiff"), by and through counsel Daniel Sasse
5  of Crowell & Moring LLP, and Defendant Nanya Technology Corporation USA ("Nanya USA"),
6  by and through counsel Howard M. Ullman of Orrick, Herrington & Sutcliffe LLP, hereby agree
7  and stipulate that Nanya USA shall have an extension of time to answer the Complaint in this
8  matter to and including April 18, 2006.
9       On March 21, 2006, Nanya Technology Corporation ("Nanya") executed a Waiver
10 of Service of Summons. Nanya has 90 days from the date of the waiver to file its Answer to the
11 Complaint.
12                              **IT IS SO STIPULATED.**
13 Dated: April 10, 2006                    DANIEL SASSE
                                            CROWELL & MORING LLP
14
15
16                                          _____
                                            Attorneys for Plaintiff
                                            SUN MICROSYSTEMS, INC.
17
18 Dated: April 10, 2006                    HOWARD M. ULLMAN
                                            ORRICK, HERRINGTON & SUTCLIFFE LLP
19
20
21                                          _____
                                            Attorneys for Defendant
                                            NANYA TECHNOLOGY CORPORATION USA
22
23            **PURSUANT TO STIPULATION, IT IS SO ORDERED.**
24
25 Dated: _____April 13_____, 2006

26
27                                          _____
28                                          Judge Phyllis J. Hamilton

DOCSSF1:877694.1                    - 2 -

*IT IS SO ORDERED* — United States District Court, Northern District of California — Judge Phyllis J. Hamilton — STIPULATION AND [PROPOSED] ORDER — CASE NO. C06-01665 PJH