1  Donald R. Harris (admitted *pro hac vice*) dharris@jenner.com
2  Terrence J. Truax (admitted *pro hac vice*) ttruax@jenner.com
   Gabriel A. Fuentes (admitted *pro hac vice*) gfuentes@jenner.com
3  Brian C. Haussmann (admitted *pro hac vice*) bhaussmann@jenner.com
   JENNER & BLOCK LLP
4  One IBM Plaza
   Chicago, Illinois 60611
5  Telephone:  (312) 222-9350
6  Facsimile:  (312) 527-0484

7  Kenneth E. Keller (SBN: 71450) kkeller@kksrr.com
   Michael D. Lisi (SBN 196974) mlisi@kksrr.com
8  KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP
9  114 Sansome Street, 4th Floor
   San Francisco, CA  94104
10 Telephone:  (415) 249-8330
   Facsimile:  (415) 249-8333
11

12 Attorneys for Defendants
   Mitsubishi Electric Corporation, Mitsubishi Electric and
13 Electronics USA, Inc., and Mitsubishi Electric Europe B.V.

14

15

16                **UNITED STATES DISTRICT COURT**

17             **NORTHERN DISTRICT OF CALIFORNIA**

18                **SAN FRANCISCO DIVISION**

19 SUN MICROSYSTEMS,                    CASE NO. C 06-01665  PJH

20              Plaintiff,              **STIPULATED REQUEST TO**
                                        **EXTEND TIME FOR MITSUBISHI**
21      vs.                             **DEFENDANTS TO RESPOND TO**
                                        **COMPLAINT OF SUN**
22 HYNIX SEMICONDUCTOR, INC. *et. al.*, **MICROSYSTEMS**

23              Defendants.

24

25

26

27

28

- 1 -

1    Pursuant to Rule 6-2 of the Local Rules of the Northern District of California, plaintiff

2    Sun Microsystems ("Sun") and Defendants Mitsubishi Electric and Electronics USA, Inc.,

3    Mitsubishi Electric Corporation and Mitsubishi Electric Europe B.V. (the "Mitsubishi

4    Defendants") hereby agree that this Stipulation be entered, subject to the approval of the Court,

5    as follows:

6        WHEREAS, Sun filed its complaint entitled *Sun Microsystems  v. Hynix Semiconductor,*

7    *Inc. et. al.,*  Case No. C 06-01665 (the "Complaint") in the United States District Court for the

8    Northern District of California on March 2, 2006.

9        WHEREAS, the the non-U.S. Mitsubishi Defendants authorized their counsel to accept

10   service of the Summons, Complaint and associated paperwork, on their behalf, which made

11   service of the non-U.S. Mitsubishi Defendants' responsive pleading due on July 3, 2006;

12       WHEREAS, Sun and the Mitsubishi Defendants subsequently stipulated to extend the

13   date for all the Mitsubishi Defendants to file their responsive pleadings until July 10, 2006;

14       WHEREAS, on April 28, 2006, Unisys Corporation ("Unisys") filed a similar DRAM

15   action against a nearly identical group of defendants, including the Mitsubishi Defendants, that

16   action has been re-assigned to this Court;

17       WHEREAS, the Mitsubishi Defendants have now entered into an agreement with counsel

18   for Unisys, who also are counsel for Sun, by which the Mitsubishi Defendants will waive formal

19   service of the Unisys Complaint, and will have until September 15, 2006 to respond to the

20   Unisys Complaint.

21       WHEREAS the Mitsubishi Defendants believe it would be more productive, cost

22   efficient, and in the interests of the judicial economy to respond to both the Sun and Unisys

23   complaints at the same time, rather than in a piecemeal fashion;

24   / / /

25   / / /

26   / / /

27   / / /

28   / / /

STIPULATED REQUEST TO EXTEND TIME FOR MITSUBISHI DEFENDANTS TO RESPOND TO COMPLAINT OF SUN MICROSYSTEMS

1    NOW THEREFORE, the parties hereby stipulate, subject to the approval of this Court,

2    that the time for each of the Mitsubishi Defendants to file and serve a responsive pleading to

3    Sun's complaint will be extended to September 15, 2006.

4    **IT IS SO STIPULATED.**

5    DATED: June 23, 2006                             CROWELL & MORING, LLP

6                                                     By: /s/ Christine E. Cwiertny

7                                                        Kent A. Gardiner
                                                         Kathryn D. Kirmayer

8                                                        Jerome A. Murphy
                                                         Daniel A. Sasse

9                                                        Christine E. Cwiertny

10                                                   Attorneys for Plaintiff, Unisys Corporation

11   DATED:  June 23, 2006                           JENNER & BLOCK, LLP

12                                                   By: /s/ Donald Harris
                                                        Donald Harris

13

14                                                   Attorneys for Defendants
                                                     Mitsubishi Electric Corporation,

15                                                   Mitsubishi Electric and Electronics USA, Inc.
                                                     and Mitsubishi Electric Europe, B.V.

16

17

18

19       I hereby attest that I have been authorized by Christine E. Cwiertny and Donald Harris to

20   execute on their behalf this Stipulation to Extend Time for Mitsubishi Defendants to Respond To

21   Complaint of Unisys Corporation.

22   Executed on this 23rd day of June, 2006 at San Francisco, California.

23

24
                                                       /s/  Michael D. Lisi
25
                                                     MICHAEL D. LISI
26

27

28

- 3 -

STIPULATED REQUEST TO EXTEND TIME FOR MITSUBISHI DEFENDANTS TO RESPOND TO COMPLAINT OF SUN MICROSYSTEMS

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## [~~PROPOSED~~] ORDER

Having considered the Stipulated Request to Extend Time For Mitsubishi Defendants To Respond To Complaint of Sun Microsystems, and finding good cause therefor,

IT IS HEREBY ORDERED THAT:

The time for each of the Mitsubishi Defendants to file and serve a responsive pleading to Sun's complaint will be extended to September 15, 2006.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: _____7/10/06_____

THE HONORABLE ...........LTON
UNITED ST.......



IT IS SO ORDERED

Judge Phyllis J. Hamilton

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

STIPULATED REQUEST TO EXTEND TIME FOR MITSUBISHI DEFENDANTS TO RESPOND TO COMPLAINT OF SUN MICROSYSTEMS