KENNETH R. O'ROURKE (S.B. #120144)
STEVEN H. BERGMAN (S.B. # 180542)
DANIEL L. ALEXANDER (S.B. #214149)
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA  90071-2899
Telephone:     (213) 430-6000
Facsimile:     (213) 430-6407

IAN SIMMONS
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC  20006
Telephone:     (202) 383-5300
Facsimile:     (202) 383-5414

MICHAEL F. TUBACH (S.B. #145955)
O'MELVENY & MYERS LLP
Embarcadero Center West
275 Battery Street
San Francisco, California  94111-3305
Telephone:  (415) 984-8700
Facsimile:  (415) 984-8701
Email:  mtubach@omm.com

Attorneys for Defendants
HYNIX SEMICONDUCTOR, INC. AND HYNIX
SEMICONDUCTOR AMERICA, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| SUN MICROSYSTEMS, INC., a California Corporation, | Case No. C-06-01665 PJH |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR HYNIX DEFENDANTS TO ANSWER, MOVE, OR OTHERWISE RESPOND TO THE COMPLAINT OF SUN MICROSYSTEMS** |
| v. | |
| HYNIX SEMICONDUCTOR, INC., *et al.*, | |
| Defendant. | |

## STIPULATION

1

2   This stipulation is entered into between plaintiff Sun Microsystems, Inc. ("Sun") and

3   defendants Hynix Semiconductor, Inc. ("HSI") and Hynix Semiconductor America, Inc.

4   ("HSA," and referred to collectively as "Hynix"), and is made with regard to the following facts:

5   A.      WHEREAS Sun Microsystems ("Sun") filed its complaint in *Sun Microsystems,*

6   *Inc. v. Hynix Semiconductor, et. al*, N.D. Cal. Case No. C-06-01665 PJH on March 2, 2006; and

7

8   B.      WHEREAS Hynix agreed to waive service on May 30, 2006, and respond to

9   Sun's complaint on or before July 5, 2006, which date was extended by agreement to July 19,

10  2006; and

11

12  C.      WHEREAS counsel for plaintiffs in *Sun Microsystems, Inc. v. Hynix*

13  *Semiconductor, Inc., et al.*, and *Unisys Corp. et al. v. Hynix Semiconductor, Inc., et al.*, N.D. Cal.

14  Case No. C- 06-02915, have informed counsel for Hynix that they soon will be filing a complaint

15  consolidating the Sun and Unisys antitrust allegations against various DRAM manufacturers; and

16

17  D.      WHEREAS said consolidated complaint has not yet been filed; and

18

19  E.      WHEREAS the parties agree it is in the interests of efficiency for the court and

20  the parties that Hynix file one response to the forthcoming consolidated complaint, rather than

21  respond piecemeal to the complaint that will be superseded; and

22

23  F.      WHEREAS counsel for Hynix has agreed to accept service of the consolidated

24  Sun Microsystems/Unisys Inc. complaint on behalf of defendants HSI and HSA.

25

26  THEREFORE, IT IS HEREBY STIPULATED AND AGREED as follows:

27

28

STIP. AND [PROPOSED] ORDER EXTENDING TIME
FOR HYNIX TO RESPOND TO SUN COMPLAINT
C-06-01665 PJH

1       Hynix's time to answer, move, or otherwise respond to the complaint in this case should

2   be extended by 90 days from the date of the filing of the new consolidated complaint.

3       SO STIPULATED.

4

5   Dated: July__, 2006

    KENNETH R. O'ROURKE
    IAN SIMMONS

6       MICHAEL TUBACH
    DANIEL ALEXANDER

7       O'MELVENY & MYERS LLP

8       By: _____

9           Kenneth R. O'Rourke

10      Attorneys for Defendants
    HYNIX SEMICONDUCTOR, INC.

11      HYNIX SEMICONDCUTOR AMERICA, INC.

12  Dated: July _17_, 2006

    KATHRYN D. KIRMAYER
    KENT A. GARDINER

13      DANIEL A. SASSE
    CHRISTINE E. CWIERTNY

14      CROWELL & MORING LLP

15

16      By: _____

17          Daniel A. Sasse

18      Counsel for Plaintiff

    **ORDER**

19      Pursuant to the Stipulation of the parties, the Court finds good cause for continuing the

20  time for Hynix to answer, move, or otherwise respond to Sun's complaint by 90 days from the

21  date of the filing of the new consolidated complaint.

22

23  Dated: ___7/25/06___

24

25

26

27

28

    IT IS SO ORDERED

    Judge Phyllis J. Hamilton

- 3 -

STIP. AND [PROPOSED] ORDER EXTENDING TIME
FOR HYNIX TO RESPOND TO SUN COMPLAINT
C-06-01665 PJH