Kent A. Gardiner *(pro hac vice)*
Kathryn D. Kirmayer *(pro hac vice)*
Jerome A. Murphy (*pro hac vice*)
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone:   202-624-2500
Facsimile:   202-628-5116
E-mail:   kgardiner@crowell.com
          kkirmayer@crowell.com

Daniel A. Sasse (CA Bar No. 236234)
Christine E. Cwiertny (CA Bar No. 222098)
CROWELL & MORING LLP
3 Park Plaza, 20th Floor
Irvine, California 92614
Telephone:   949-263-8400
Facsimile:   949-263-8414
E-mail:   dsasse@crowell.com
          ccwiertny@crowell.com

Counsel for Plaintiffs
Sun Microsystems, Inc.,
and Unisys Corporation

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *HONEYWELL INTERNATIONAL INC. v. HYNIX SEMICONDUCTOR, INC. ET AL.* <br><br> Case No. C 06-02917 PJH <br><br> *SUN MICROSYSTEMS, INC. v. HYNIX SEMICONDUCTOR, INC., ET AL.* <br><br> Case No. C 06-01665 PJH <br><br> *UNISYS CORPORATION v. HYNIX SEMICONDUCTOR, INC., ET AL.* <br><br> Case No. C 06-02915 PJH | **JOINT STIPULATION AND [~~PROPOSED~~] ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE** <br><br> **(CIVIL L.R. 6-2)** |

Pursuant to Civil Local Rule 6-2 of the Federal District Court for the Northern District of California, counsel for Plaintiffs Honeywell International Inc., Sun Microsystems, Inc. ("Sun") and Unisys Corporation ("Unisys") (collectively, "Plaintiffs") and Defendants Mosel Vitelic Inc., Mosel Vitelic Corp., Hynix Semiconductor, Inc., Hynix Semiconductor America, Inc., Nanya Technology Corporation, Nanya Technology Corporation, USA, Winbond Electronics Corporation, Winbond Electronics Corporation America, Elpida Memory, Inc., Elpida Memory

1  (USA) Inc., Mitsubishi Electric Corporation, Mitsubishi Electric and Electronics USA, Inc.,
2  Mitsubishi Electric Europe B.V., NEC Electronics America, Inc., Samsung Electronics Company,
3  Ltd., and Samsung Semiconductor, Inc., submit this Joint Stipulation and [Proposed] Order
4  Rescheduling the Case Management Conference.

5      WHEREAS, the other named Defendants have been contacted by counsel and do not adopt
6  a position on this motion because they have not been served with the relevant complaint.

7      WHEREAS, the Court has set a Case Management Conference ("CMC") for July 27,
8  2006, involving each of the above related actions;

9      WHEREAS, Plaintiffs have provided certain defendants with various extensions of time
10 over the next 60-90 days to respond to their complaints and other defendants have not been served;

11     WHEREAS, the parties to Sun's and Unisys' actions have discussed and agreed in
12 principle to a stipulation, though they have not reached final agreement, pursuant to which Sun
13 and Unisys may file a Consolidated Amended Complaint;

14     WHEREAS, certain defendants are still attempting to retain counsel to defend them
15 because of conflicts of interest;

16     WHEREAS, it appears that it would be more efficient to conduct the initial CMC after
17 service on all defendants and closer in time to when defendants will respond to Plaintiffs'
18 complaints.

1  NOW THEREFORE IT IS HEREBY STIPULATED AND AGREED:

2  Subject to the Court's convenience and calendar, the initial CMC in the above-captioned
3  cases shall occur on September 21, 2006.

4  Dated: July 20, 2006                LINDQUIST & VENNUM, P.L.L.P

6                                      /s/
                                       ──────────────────────────
7                                      James M. Lockhart
                                       Attorneys for Plaintiff
8                                      Honeywell International, Inc.

9  Dated: July 20, 2006                CROWELL & MORING LLP

11                                     /s/
                                       ──────────────────────────
12                                     Daniel A. Sasse
                                       Attorneys for Plaintiff
13                                     SUN MICROSYSTEMS, INC.

14 Dated: July 20, 2006                CROWELL & MORING LLP

16                                     /s/
                                       ──────────────────────────
17                                     Daniel A. Sasse
                                       Attorneys for Plaintiff
18                                     UNISYS CORPORATION

19 Dated: July 20, 2006                TOPEL AND GOODMAN

21                                     /s/
                                       ──────────────────────────
22                                     Andrea DeShazo
                                       Attorneys for Defendants
23                                     MOSEL VITELIC INC. and
                                       MOSEL VITELIC CORPORATION

1  Dated July 20, 2006                     O'MELVENY & MYERS LLP

                                           /s/
                                           ───────────────────────────
                                           Michael Tubach
                                           Kenneth O'Rourke
                                           Attorneys for Defendants
                                           HYNIX SEMICONDUCTOR, INC. and
                                           HYNIX SEMICONDUCTOR AMERICA, INC.
                                           Counsel for Hynix in the Sun and Unisys cases only

Dated: July 20, 2006

                                           /s/
                                           ───────────────────────────
                                           Terrence H. Cross
                                           General Counsel of Defendant
                                           SAMSUNG SEMICONDUCTOR, INC. and
                                           Attorney duly authorized to accept service on behalf
                                           of Defendant, SAMSUNG ELECTRONICS
                                           COMPANY, LTD.

Dated: July 20, 2006                       THELEN REID & PRIEST, LLP

                                           /s/
                                           ───────────────────────────
                                           Robert B. Pringle
                                           Attorneys for Defendants
                                           NEC ELECTRONICS AMERICA, INC.

Dated: July 20, 2006                       SIMPSON THACHER & BARTLETT LLP

                                           /s/
                                           ───────────────────────────
                                           Harrison J. Frahn IV
                                           Attorneys for Defendants
                                           ELPIDA MEMORY, INC., and
                                           ELPIDA MEMORY (USA) INC.

| | |
|---|---|
| Dated: July 20, 2006 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| | |
| | _____/s/_____<br>Robert Freitas<br>Attorneys for<br>NANYA TECHNOLOGY CORPORATION, and<br>NANYA TECHNOLOGY CORPORATION, USA |
| Dated: July 20, 2006 | COLLETTE & ERICKSON LLP |
| | |
| | _____/s/_____<br>William Silas Farmer, Jr.<br>Steven H. Morrissett<br>Attorneys for Defendants<br>WINBOND ELECTRONICS CORPORATION, and<br>WINBOND ELECTRONICS CORPORATION AMERICA |
| Dated: July 20, 2006 | KRIEG, KELLER, SLOAN, REILLEY & ROMAN, LLP |
| | |
| | _____/s/_____<br>Kenneth E. Keller<br>Michael D. Lisi<br>Attorneys for<br>MITSUBISHI ELECTRIC CORPORATION,<br>MITSUBISHI ELECTRIC AND ELECTRONICS USA, INC., and<br>MITSUBISHI ELECTRIC EUROPE B.V. |

**ATTESTATION**

I attest that James M. Lockhart, Daniel A. Sasse, Andrea DeShazo, Kenneth O'Rourke, Robert Pringle, Terrence Cross, Harrison J. Frahn, IV, Robert Freitas, William Farmer, Jr., Kenneth Keller have concurred in the filing of this document and that their original signatures will be retained on-file pursuant to General Order 45, Section X.B.

Dated: July 20, 2006                     CROWELL & MORING LLP


                                         /s/
                                         _____
                                         Christine E. Cwiertny


PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: ___July 25_____, 2006             _____
                                         Honorable PHYLLIS J. HAMILTON
                                         UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED. Judge Phyllis J. Hamilton*