UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNISYS CORPORATION, a Delaware corporation,

        Plaintiff,

   v.

HYNIX SEMICONDUCTOR, INC., et al.,

        Defendants.
_____/

This Document Also Relates to:

Sun Microsystems v. Hynix et al. (C06-1665 PJH)
_____/

No. C 06-2915 PJH

**ORDER GRANTING MOTION TO CONSOLIDATE FOR PRETRIAL PURPOSES**

      Before the court is plaintiff Unisys Corporation's motion to consolidate. Plaintiff seeks to consolidate the above-entitled action with <u>Sun Microsystems, Inc. v. Hynix Semiconductor, Inc., et al.</u>, C 06-1665 PJH, for pretrial purposes. Defendants do not oppose the motion.

      Having reviewed plaintiff's motion, and good cause appearing, the court GRANTS plaintiff's motion to consolidate the instant action with <u>Sun Microsystems, Inc. v. Hynix et al.</u>, for pretrial purposes, pursuant to Federal Rule of Civil Procedure 42(a). As the request and this order are for consolidation for pretrial purposes only, the cases shall retain their separate case numbers, however, and all pretrial documents shall be filed in both dockets.

**IT IS SO ORDERED.**

Dated: September 6, 2006

                                         _____
                                         PHYLLIS J. HAMILTON
                                         United States District Judge