1  KENNETH R. O'ROURKE (S.B. #120144)
   korourke@omm.com
2  PATRICIA J.B. DEWITT (S.B. #211740)
   pdewitt@omm.com
3  O'MELVENY & MYERS LLP
   400 South Hope Street
4  Los Angeles, CA  90071-2899
   Telephone:    (213) 430-6000
5  Facsimile:    (213) 430-6407

6  MICHAEL F. TUBACH (S.B. #145955)
   mtubach@omm.com
7  O'MELVENY & MYERS LLP
   Embarcadero Center West
8  275 Battery Street
   San Francisco, CA  94111-3305
9  Telephone:    (415) 984-8700
   Facsimile:    (415) 984-8701

10

11 *Attorneys for Hynix Defendants in the* Sun
   *and* Unisys *matters only*

12                  **UNITED STATES DISTRICT COURT**

13              **NORTHERN DISTRICT OF CALIFORNIA**

14                  **SAN FRANCISCO DIVISION**

15

16

17 Sun Microsystems, Inc. and Unisys        Case Nos.  C 06-01665 and 02915 PJH
   Corporation,                             (Consolidated)

18                Plaintiffs,

19        v.

20 Hynix Semiconductor, Inc. et al.,

21                Defendants.

22        *and*

23 Honeywell International Inc.,             Case No.  C 06-02917 PJH

24                Plaintiff,

25        v.                                 **STIPULATION AND [~~PROPOSED~~]
                                             ORDER CONTINUING CASE
                                             MANAGEMENT CONFERENCE**

26 Hynix Semiconductor, Inc. et al.,

27                Defendants.               Current date: Nov. 9, 2006
                                            Proposed date: Dec. 14, 2006
                                            Time: 2:30 pm
28                                          Courtroom of the Hon. Phyllis J. Hamilton

1    WHEREAS some counsel are not available on the date currently set for the

2  Case Management Conference in these cases; and

3    WHEREAS all counsel have agreed to a new date for the Conference;

4    IT IS HEREBY STIPULATED by and between the parties hereto, subject to

5  the approval of the Court, that the Case Management Conference for these matters shall

6  be continued from November 9, 2006 at 2:30 pm to December 14, 2006 at 2:30 pm.

7

8
      Dated: November 2, 2006          O'MELVENY & MYERS LLP
9

10
                                       By: _s/ Patricia J.B. DeWitt_____
11                                          Kenneth R. O'Rourke
                                            Michael Tubach
12                                          Ian T. Simmons
                                            Steven Bergman
13                                          Patricia J.B. DeWitt

14                                     Attorneys for Defendants
                                       Hynix Semiconductor, Inc. and Hynix
15                                     Semiconductor America, Inc. in the *Sun*
                                       and *Unisys* matters
16

17
      Dated: November 2, 2006          PILLSBURY WINTHROP SHAW
18                                     PITTMAN LLP

19

20                                     By: _s/ Albert J. Boro, Jr._____
                                            Terrence A. Callan
21                                          Albert J. Boro, Jr.
                                            Ryan Takemoto
22

23                                     Attorneys for Defendants
                                       Hynix Semiconductor, Inc. and Hynix
24                                     Semiconductor America, Inc. in the
                                       *Honeywell* matter
25

26

27

28

STIPULATION AND [PROPOSED] ORDER
                                       CONT. CASE MANAGEMENT CONF.

1    Dated:  November 2, 2006          JENNER & BLOCK LLP

2

3                                      By: s/Terrence J. Truax
                                           Terrence J. Truax
4                                          Donald Harris
                                           Gabriel Fuentes
5                                          Brian C. Haussman

6                                      KRIEG KELLER SLOAN REILLEY &
                                       ROMAN LLP
7
                                           Kenneth E. Keller
8                                          Michael D. Lisi

9                                      Attorneys for Defendants
                                       Mitsubishi Electric Corporation, Mitsubishi
10                                     Electric and Electronics USA, Inc. and
                                       Mitsubishi Electric Europe B.V.
11
     Dated:  November 2, 2006          TOPEL AND GOODMAN
12

13
                                       By: s/ William Goodman
14                                         William Goodman
                                           Raphael Goldman
15
                                       Attorneys for Defendants
16                                     Mosel Vitelic Inc. and
                                       Mosel Vitelic Corporation
17

18   Dated:  November 2, 2006          ORRICK, HERRINGTON & SUTCLIFFE
                                       LLP
19

20
                                       By: s/ Howard Ullman
21                                         Robert E. Freitas
                                           Howard Ullman
22                                         Na'il Benjamin
                                           Cynthia Wickstrom
23                                         E. Anne Hawkins

24                                     Attorneys for Defendants Nanya
                                       Technology Corporation and Nanya
25                                     Technology Corporation USA

26

27

28

STIPULATION AND [PROPOSED] ORDER
                                       CONT. CASE MANAGEMENT CONF.

1    Dated:  November 2, 2006         COLLETTE ERICKSON FARMER &
2                                     O'NEILL LLP

3
                                      By: *s/ William Farmer*
4                                          William S. Farmer

5                                     FINNEGAN HENDERSON FARABOW
                                      GARRETT & DUNNER LLP
6
7                                          Steven Morrissett

8                                     Attorneys for Defendant Windbond
                                      Electronics Corporation America
9
10   Dated:  November 2, 2006         SIMPSON THACHER & BARTLETT
                                      LLP
11
12                                    By: *s/ Harrison J. Frahn*
13                                         Harrison J. Frahn
                                           Jason Bussey
14                                         James G. Kreissman
                                           Michele E. Kemmerling
15                                         Isabelle Young

16                                    Attorneys for Defendants Elpida Memory,
                                      Inc. and Elpida Memory (USA) Inc.
17
18   Dated:  November 2, 2006         KAYE SCHOLLER LLP

19
20                                    By: *s/ Julian Brew*
                                           Aton Arbisser
21                                         Julian Brew

22                                    Attorneys for Defendants
                                      Infineon Technologies, AG and Infineon
23                                    Technologies North America Corporation

24
25
26
27
28

STIPULATION AND [PROPOSED] ORDER
                                      CONT. CASE MANAGEMENT CONF.

1

Dated:  November 2, 2006                 MCDERMOTT WILL & EMERY LLP

2

3                                        By: */s Craig P. Seebald*
                                             Daniel E. Alberti
4                                            Craig P. Seebald
                                             Bobby R. Burchfield
5                                            Richard W. Smith

6

7                                        Attorneys for Defendants
                                         Hitachi, Ltd.; Hitachi America, Ltd.; and
8                                        Renesas Technology America, Inc. f/k/a
                                         Hitachi Semiconductor (America) Inc.
9

10    Dated: November 2, 2006             THELEN REID & PRIEST LLP

11

12                                       By:  */s Paul R. Griffin*
                                             Robert B. Pringle
13                                           Paul R. Griffin
                                             Jonathan E. Schwartz
14

15                                       Attorneys for Defendant NEC Electronics
                                         America, Inc.
16

17    Dated:  November 2, 2006            CROWELL & MORING LLP

18

19                                       By:  */s Daniel A. Sasse*
                                             Daniel A. Sasse
20                                           Kent A. Gardiner
                                             Kathryn D. Kirmayer
21                                           Jerome A. Murphy
                                             Christine E. Cwiertny
22

23                                       Attorneys for Plaintiffs
                                         Sun Microsystems, Inc. and
24                                       Unisys Corporation

25

26

27

28

STIPULATION AND [PROPOSED] ORDER
                                         CONT. CASE MANAGEMENT CONF.

1        Dated:  November 2, 2006        LINDQUIST & VENNUM PLLP

2

3                             By: */s James P. McCarthy*

4                                 James M. Lockhart
                                 James P. McCarthy

5                            Attorneys for Plaintiff Honeywell
6                            International, Inc.

7

8

9        IT IS SO ORDERED, this _3rd_ day of ____November____, 2006.

10

11

12                          The Hon. Phyllis J. Hamilton
13                          United States
                          North

14

15  LA2:815400.1

16

17

18

19

20

21

22

23

24

25

26

27

28

             STIPULATION AND [PROPOSED] ORDER
                                 CONT. CASE MANAGEMENT CONF.