KENNETH R. O'ROURKE (S.B. #120144)
korourke@omm.com
PATRICIA J.B. DEWITT (S.B. #211740)
pdewitt@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA 90071-2899
Telephone: (213) 430-6000
Facsimile: (213) 430-6407

MICHAEL F. TUBACH (S.B. #145955)
mtubach@omm.com
O'MELVENY & MYERS LLP
Embarcadero Center West
275 Battery Street
San Francisco, CA 94111-3305
Telephone: (415) 984-8700
Facsimile: (415) 984-8701

Attorneys for Defendants Hynix
Semiconductor, Inc. and Hynix
Semiconductor America, Inc.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| Sun Microsystems, Inc. and Unisys Corporation,<br><br>                  Plaintiffs,<br><br>v.<br><br>Hynix Semiconductor, Inc., et al.,<br><br>                  Defendants. | Case Nos. C 06-01665 PJH (Consolidated)<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING *SUN* PROTECTIVE ORDER TO *UNISYS* CASE AND EXTENDING *DRAM ANTITRUST LITIGATION* CONFIDENTIALITY DESIGNATIONS** |

WHEREAS the parties in *Sun Microsystems, Inc. v. Hynix Semiconductor, Inc., et al.,* Case No. 06-01665 PJH (the "*Sun* case") stipulated to a protective order in that case, which was approved by the Court on August 21, 2006 (the "*Sun* Protective Order," attached hereto as Exhibit A);

WHEREAS on September 6, 2006, a second action, *Unisys Corporation v. Hynix Semiconductor, Inc., et al.,* Case No. C 06-02915 PJH (the "*Unisys* case"), was consolidated with the *Sun* action for pretrial purposes;

WHEREAS the parties in the *Unisys* case have proprietary information and documents that are not in the public domain and that are confidential, the unrestricted disclosure of which may cause undue irreparable damage to the parties and their respective businesses;

WHEREAS Paragraph 17 of the *Sun* Protective Order provides for modification of that Order by stipulation of the parties approved by order of the Court;

WHEREAS one of the purposes of this Extension of the *Sun* Protective Order is to protect the confidentiality of such information and documents in the *Unisys* case;

WHEREAS the parties to both the *Sun* and *Unisys* cases have agreed to extend the terms of the *Sun* Protective Order to the *Unisys* case;

WHEREAS the parties in *In re Dynamic Random Access Memory (DRAM) Antitrust Litigation,* U.S.D.C. Northern District of California, Case No. 02-1486 PJH (the "DRAM case"), stipulated to a protective order in that case, which was approved by the Court on July 11, 2003 (the "DRAM Protective Order," attached hereto as Exhibit B);

WHEREAS defendants Hynix Semiconductor, Inc., Hynix Semiconductor America Inc., Mosel Vitelic Inc., Mosel Vitelic Corporation, Nanya Technology Corporation, Nanya Technology Corporation, USA, Winbond Electronics Corporation, Winbond Electronics Corporation America, Elpida Memory, Inc., Elpida Memory (USA) Inc., Infineon Technologies AG, and Infineon Technologies North America Corp. previously produced discovery in the DRAM case, including documents, written

- 2 -   STIPULATION AND [PROPOSED] ORDER
AMENDING PROTECTIVE ORDER

discovery, and depositions (the "DRAM Discovery");

WHEREAS some of the DRAM Discovery was previously designated as "Confidential" or "Highly Confidential" pursuant to the DRAM Protective Order;

WHEREAS the parties to both the *Sun* and *Unisys* cases have agreed that documents previously designated by the parties as "Confidential" or "Highly Confidential" pursuant to the DRAM Protective Order shall receive all the protections afforded "Confidential" or "Highly Confidential" documents under this Protective Order;

The parties hereby STIPULATE AND AGREE:

1.) that the terms and conditions of the *Sun* Protective Order shall apply with full force and effect in the *Unisys* case;

2.) that Paragraph 3 of the *Sun* Protective Order shall be amended to read as follows:

> All "Highly Confidential" or "Confidential" Litigation Materials shall be used by the parties and their counsel solely for the purpose of the prosecution or defense of these litigations, Case Nos. C 06-01665 and C 06-02915 PJH, including preparing for and conducting pretrial proceedings in these actions. Litigation Materials designated as "Confidential" or "Highly Confidential" shall not be disclosed to anyone except as provided herein and the contents thereof shall not be used for any business, commercial or competitive purpose, or used in any manner in any other case, litigation or proceedings whether or not factually related to this action; and

3.) that Paragraph 1 of the Sun Protective Order shall be amended to read as follows:

> Documents that contain non-public information may be designated as "Confidential" or "Highly Confidential" in the

- 3 -    STIPULATION AND [PROPOSED] ORDER AMENDING PROTECTIVE ORDER

manner described below, so long as the materials concern the producing party's trade secrets or other confidential research and development or commercial information, or information which the producing party otherwise has compelling need for confidentiality. This includes, without limitation: (a) documents, exhibits, answers to interrogatories, responses to requests for admissions and deposition transcriptions and all original written, recorded, graphic or electronic matters (and all identical and non-identical copies thereof), (b) any copies, notes, abstracts or summaries of such information, and the information itself, or (c) any pleading affidavit, declaration, brief, motion, transcript or other writing containing such information (subsections (a) to (c) collectively referred to herein as "Litigation Materials"), all of which may be designated as "Confidential" or "Highly Confidential" under this Protective Order, as appropriate. Further, Litigation Materials previously designated "Confidential" or "Highly Confidential" by the parties pursuant to the protective order entered by the court in *In re Dynamic Random Access Memory (DRAM) Antitrust Litigation*, U.S.D.C. Northern District of California, Case No. 02-1486 PJH, on July 11, 2003, shall receive all the protections afforded "Confidential" or "Highly Confidential" Litigation Materials under this Protective Order.

| | | |
|---|---|---|
| 1 | Dated: November 13, 2006 | O'MELVENY & MYERS LLP |
| 2 | | |
| 3 | | By: /s/ *Patricia J.B. DeWitt* |
| 4 | | Kenneth R. O'Rourke |
| | | Michael Tubach |
| 5 | | Ian T. Simmons |
| | | Steven Bergman |
| 6 | | Patricia J.B. DeWitt |
| 7 | | Attorneys for Defendants Hynix Semiconductor, Inc. and Hynix Semiconductor America, Inc. |

Dated: November 13, 2006        JENNER & BLOCK LLP

By:   /s/ *Terrence J. Truax*
      Terrence J. Truax
      Donald Harris
      Gabriel Fuentes
      Brian C. Haussman

KRIEG KELLER SLOAN REILLEY & ROMAN LLP

      Kenneth E. Keller
      Michael D. Lisi

Attorneys for Defendants
Mitsubishi Electric Corporation, Mitsubishi Electric and Electronics USA, Inc. and Mitsubishi Electric Europe B.V.

Dated: November 13, 2006        TOPEL AND GOODMAN

By:  /s/ *William Goodman*
      William Goodman
      Raphael Goldman

Attorneys for Defendants
Mosel Vitelic Inc. and
Mosel Vitelic Corporation

Dated: November 13, 2006

ORRICK, HERRINGTON & SUTCLIFFE LLP

By: /s/ Na'il Benjamin
    Robert E. Freitas
    Howard Ullman
    Na'il Benjamin
    Cynthia Wickstrom
    E. Anne Hawkins

Attorneys for Defendants Nanya Technology Corporation and Nanya Technology Corporation USA

Dated: November 13, 2006

FINNEGAN HENDERSON FARABOW GARRETT & DUNNER LLP

By: /s/ Steven Morrissett
    Steven Morrissett

COLLETTE ERICKSON FARMER & O'NEILL LLP

William S. Farmer

Attorneys for Defendant Winbond Electronics Corporation America

Dated: November 13, 2006

SIMPSON THACHER & BARTLETT LLP

By: /s/ Harrison J. Frahn
    James G. Kreissman
    Harrison J. Frahn

Attorneys for Defendants Elpida Memory, Inc. and Elpida Memory (USA) Inc.

| | | |
|---|---|---|
| 1 | Dated: November 13, 2006 | KAYE SCHOLLER LLP |

By: */s/ Julian Brew*
    Aton Arbisser
    Julian Brew

Attorneys for Defendants
Infineon Technologies, AG and Infineon Technologies North America Corporation

Dated: November 13, 2006    CROWELL & MORING LLP

By: */s/ Daniel A. Sasse*
    Daniel A. Sasse
    Kent A. Gardiner
    Kathryn D. Kirmayer
    Jerome A. Murphy
    Christine E. Cwiertny

Attorneys for Plaintiffs
Sun Microsystems, Inc. and
Unisys Corporation

- 7 -    STIPULATION AND [PROPOSED] ORDER AMENDING PROTECTIVE ORDER

1     [P~~ROPOSED~~] ORDER

2

3     Based upon the stipulation of the parties, and for good cause shown, the foregoing
4 is hereby SO ORDERED.

5

6     Dated: 11/15/06

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*

HON. PHYLLIS J. HAMILTON
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF CALIFORNIA

11   LA2:816585.1