| | |
|---|---|
| 1 | KENNETH R. O'ROURKE (S.B. #120144) |
|   | korourke@omm.com |
| 2 | STEVEN H. BERGMAN (S.B. #120144) |
|   | sbergman@omm.com |
| 3 | PATRICIA J.B. DEWITT (S.B. #211740) |
|   | pdewitt@omm.com |
| 4 | O'MELVENY & MYERS LLP |
|   | 400 South Hope Street |
| 5 | Los Angeles, CA 90071-2899 |
|   | Telephone: (213) 430-6000 |
| 6 | Facsimile: (213) 430-6407 |
| 7 | MICHAEL F. TUBACH (S.B. #145955) |
|   | mtubach@omm.com |
| 8 | O'MELVENY & MYERS LLP |
|   | Embarcadero Center West |
| 9 | 275 Battery Street |
|   | San Francisco, CA 94111-3305 |
| 10 | Telephone: (415) 984-8700 |
|   | Facsimile: (415) 984-8701 |
| 11 | |
| 12 | *Attorneys for* |
|   | HYNIX SEMICONDUCTOR INC. and |
|   | HYNIX SEMICONDUCTOR AMERICA |
| 13 | INC. |

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| Sun Microsystems, Inc. and Unisys Corporation, | Case Nos. C 06-01665 and 02915 PJH (Consolidated) | |
| Plaintiffs, | Assigned for all purposes to the Hon. Phyllis J. Hamilton | |
| v. | **STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING AND HEARING SCHEDULE ON DEFENDANTS' MOTION TO DISMISS** | |
| Hynix Semiconductor, Inc. et al., | | |
| Defendants. | | |
| | Current date: January 10, 2007 | |
| | Proposed date: March 7, 2007 | |
| | Time: 9:00 a.m. | |

1  WHEREAS defendants filed their motion to dismiss the consolidated
2  complaint on December 5, 2006 with a hearing date of January 10, 2007; and
3  WHEREAS the Court informed the parties at the December 14, 2006 case
4  management conference that it has a full hearing calendar on January 10, 2007; and
5  WHEREAS the Court requested the hearing be continued;
6  IT IS HEREBY STIPULATED by and between the parties, subject to the
7  approval of the Court, as follows:
8  1.  Plaintiffs' opposition to the motion to dismiss the consolidated
9  complaint shall be filed and served by January 17, 2007; and
10  2.  Defendants' reply brief in support of their motion to dismiss the
11  consolidated complaint shall be filed and served by February 7, 2007; and
12  3.  The hearing on Defendants' motion to dismiss the consolidated
13  complaint shall be at 9:00 a.m. on March 7, 2007.
14  /
15  /
16  /
17  /
18  /
19  /
20  /
21  /
22  /
23  /
24  /
25  /
26  /
27
28

1  SO STIPULATED.

2  Dated: January 4, 2007           O'MELVENY & MYERS LLP

3

4                                   By:  /Steven H. Bergman/
                                         Kenneth R. O'Rourke
5                                        Michael Tubach
                                         Steven Bergman
6                                        Patricia J.B. DeWitt

7  Attorneys for Defendants
   HYNIX SEMICONDUCTOR, INC. and
8  HYNIX SEMICONDUCTOR AMERICA,
   INC. and for purposes of this stipulation on
9  behalf of all moving defendants

10  Dated: January 4, 2007          CROWELL & MORING LLP

11

12                                  By:  /Daniel A. Sasse/
                                         Daniel A. Sasse
13                                       Kent A. Gardiner
                                         Kathryn D. Kirmayer
14                                       Jerome A. Murphy
                                         Christine E. Cwiertny
15
   Attorneys for Plaintiffs
16  Sun Microsystems, Inc. and
    Unisys Corporation
17

18  IT IS SO ORDERED, this 8th day of January, 2007.

19

20                                  _____
21                                  The Hon. Phyllis J. Hamilton
                                    United States District Judge
22                                  Northern District of California

23

24  LA2:820353.1

*[Stamp: IT IS SO ORDERED, Judge Phyllis J. Hamilton — United States District Court, Northern District of California]*

## PROOF OF SERVICE

I, Maria Zita Chua, declare:

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is 400 South Hope Street, Los Angeles, California 90071-2899. On January 4, 2007, I served the within documents:

**STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING AND HEARING SCHEDULE ON DEFENDANTS' MOTION TO DISMISS**

**PROPOSED ORDER**

☒   By ECF: by USDC Live System-Document Filing System on all interested parties registered for e-filing in cases 06-01665 PJH, C-06-02915 PJH, and 06-22917 PJH.

☒   By placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below. I am readily familiar with the firm's practice of collecting and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

**See Attached Service List Of Non e-Filers**

I declare under penalty of perjury under the laws of the United States that the above is true and correct.

Executed on January 4, 2007 at Los Angeles, California.

*/S/ Maria Zita Chua*
Maria Zita Chua

## Service List Of Non e-Filers

| | |
|---|---|
| Harrison J. Frahn<br>Jason Bussey<br>James G. Kreissman<br>Michele Kemmerling<br>Isabelle Young<br>**SIMPSON THACHER & BARTLETT LLP**<br>2550 Hanover Street<br>Palo Alto, CA 94304<br>Facsimile: (650) 251-5002<br>Hfrahn@stblaw.com<br>jbussey@stblaw.com<br>jkreissman@stblaw.com<br>mkreissman@stblaw.com<br>iyoung@stblaw.com | **Attorneys for Defendants Elpida Memory, Inc.; Elpida Memory (USA) Inc.** |
| Aton Arbisser<br>Julian Brew<br>**KAYE SCHOLER LLP**<br>1999 Avenue of the Stars, #1600<br>Los Angeles, CA 90067-6048<br>Telephone: (310) 788-1000<br>Facsimile: (310) 788-1200<br>aarbisser@kayescholer.com<br>jbrew@kayescholer.com | **Attorneys for Defendants Infineon Technologies AG; Infineon Technologies North America Corp.** |
| Daneil E. Alberti<br>Craig P. Seebald<br>Bobby R. Burchfield<br>Richard w. Smith<br>**MCDERMOTT WILL & EMERY LLP**<br>3150 Porter Dr.<br>Palo Alto, CA<br>94304-1212<br><br>Telephone: (650) 813-5000<br>Facsimile: (650) 813-5100 | **Attorneys for Defendants Hitachi, Ltd; Hitachi America, Ltd.; and Hitachi Semiconductor (America)** |
| Robert B. Pringle, Esq.<br>Paul R. Griffin, Esq.<br>Jonathan E. Schwartz, Esq.<br>**THELEN, REID BROWN RAYSMAN & STEINER LLP**<br>101 Second Street, Suite 1800<br>San Francisco, CA 94105-3601<br>Telephone: (415) 371-1200<br>Facsimile: (415) 371-1211<br>rbpringle@thelenreid.com<br>pgriffin@thelenreid.com<br>jswartz@thelenreid.com | **Attorneys for NEC Electronics America, Inc.** |