STEPHEN V. BOMSE (Bar No. 40686)
(stephen.bomse@hellerehrman.com)
DAVID C. BROWNSTEIN (Bar No. 141929)
(david.brownstein@hellerehrman.com)
RENATO MARIOTTI (Bar No. 226447)
(Renato.mariotti@hellerehrman.com)
HELLER EHRMAN LLP
333 Bush Street
San Francisco, CA  94104-2878
Telephone:  (415) 772-6000
Facsimile:  (415) 772-6268

Attorneys for Defendants
MOSEL VITELIC INC. and
MOSEL VITELIC CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUN MICROSYSTEMS INC.,<br><br>      Plaintiff,<br><br>v.<br><br>HYNIX SEMICONDUCTOR INC., ET AL.,<br><br>      Defendants. | Case No. 3:06-cv-01665-PJH<br><br>**DEFENDANTS MOSEL VITELIC INC. AND MOSEL VITELIC CORPORATION'S NOTICE OF SUBSTITUTION OF COUNSEL** AND ORDER<br><br>The Honorable Phyllis J. Hamilton |

Heller
Ehrman LLP

DEFENDANTS MOSEL VITELIC INC. AND MOSEL VITELIC CORPORATION'S NOTICE OF SUBSTITUTION
OF COUNSEL – CASE NO. 3:06-CV-01665-PJH

TO THE COURT AND ALL COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Defendants Mosel Vitelic Inc. and Mosel Vitelic Corporation hereby substitute Stephen V. Bomse, David C. Brownstein and Renato Mariotti and the law firm of Heller Ehrman LLP as attorney of record in place of William M. Goodman and the law firm of Topel & Goodman.  The address of Heller Ehrman LLP is 333 Bush Street, San Francisco, California 94104-2878.  Its telephone numbers are (415) 772-6000 (voice) and (415) 772-6268 (facsimile).  Messrs. Bomse, Brownstein and Mariotti are admitted to practice before this Court.

DATED:  February 21, 2007            Respectfully submitted,

                                     HELLER EHRMAN LLP


                                     By   s/ David C. Brownstein
                                          DAVID C. BROWNSTEIN

                                     Attorneys for Defendants MOSEL VITELIC
                                     CORPORATION AND MOSEL VITELIC INC.



2/26/07

DEFENDANTS MOSEL VITELIC INC. AND MOSEL VITELIC CORPORATION'S NOTICE OF SUBSTITUTION OF COUNSEL – CASE NO. 3:06-CV-01665-PJH