1  Donald R. Harris (admitted *pro hac vice*) dharris@jenner.com
2  Terrence J. Truax (admitted *pro hac vice*) ttruax@jenner.com
   Norman M. Hirsch (admitted *pro hac vice*) nhirsch@jenner.com
3  Gabriel A. Fuentes (admitted *pro hac vice*) gfuentes@jenner.com
   Margaret J. Simpson (admitted *pro hac vice*) msimpson@jenner.com
4  JENNER & BLOCK LLP
   330 North Wabash Avenue
5  Chicago, IL  60611
   Telephone:  (312) 222-9350
6  Facsimile:  (312) 527-0484
7
   Kenneth E. Keller (SBN 71450) kkeller@kksrr.com
8  Michael D. Lisi (SBN 196974) mlisi@kksrr.com
   KREIG, KELLER, SLOAN, REILLEY & ROMAN LLP
9  114 Sansome Street, 4th Floor
   San Francisco, CA  94104
10 Telephone:  (415) 249-8330
   Facsimile:  (415) 249-8333
11
12 Attorney for Defendants
   Mitsubishi Electric Corporation, Mitsubishi Electric & Electronics
13 USA, Inc., and Mitsubishi Electric Europe B.V.
14
15                 **UNITED STATES DISTRICT COURT**
16 **NORTHERN DISTRICT OF CALIFORNIA -- SAN FRANCISCO DIVISION**
17

| | |
|---|---|
| 18  Sun Microsystems, Inc. and Unisys<br>19  Corporation,<br><br>20                     Plaintiffs,<br>21         v.<br>22  Hynix Semiconductor, Inc. et al.,<br>23                     Defendants. | CASE NO. C 06-01665 and C 06-02915 PJH<br>(Consolidated)<br><br>**JOINT STIPULATION AND<br>[PROPOSED] ORDER EXTENDING<br>TIME TO CONDUCT MEDIATION** |

24
25     The parties to *Sun Microsystems, Inc. et al. v. Hynix Semiconductor, Inc. et al.,*
26 Case No. C06-0 1665-PJH (the *"Sun* action"), *Unisys Corporation* v. *Hynix*
27 *Semiconductor, Inc. et al.,* Case No. C06-02915-PJH (the *"Unisys* action") (consolidated
28 by Order dated September 6, 2006 into Case No. C06-01665, and referred to together as

the "*Sun/Unisys* action") jointly submit this motion for approval of stipulation for extension of time in advance of the Court's May 31, 2007 Case Management Conference.

WHEREAS, on December 15, 2006 the Court ordered the parties to submit to ADR for Private Mediation within five months;

WHEREAS, the deadline to complete mediation is presently May 15, 2007;

WHEREAS, the parties have engaged in extensive discussions regarding the format and scheduling of mediation, but could not identify mutually agreeable dates prior to May 15, 2007 for the mediation consistent with the mediator's availability;

WHEREAS, the parties have agreed to hold group mediations on June 20, 2007 (for the *Unisys* action) and June 21, 2007 (for the *Sun* action) before mediator Gary V. McGowan in San Francisco, California;

WHEREAS, the parties have agreed to schedule additional days of mediation on July 19 and 20, 2007; and

WHEREAS, the parties have agreed to conduct individual mediations should the group mediations fail to reach resolution;

Plaintiffs and Defendants, by and through their respective counsel, hereby stipulate as follows:

1.      Plaintiffs and Defendants have agreed to hold group mediations on June 20, 2007 (for the *Unisys* action) and June 21, 2007 (for the *Sun* action) before Gary V. McGowan in San Francisco, California.

2.      The parties have agreed to schedule additional days of mediation on July 19 and July 20, 2007.

3.      The parties agree that the May 15, 2007 deadline for private mediation should be extended through July 20, 2007, so as to allow mediations to take place on June 20 and 21, 2007, with subsequent days of mediation on July 19 and July 20, 2007; and

4.      The parties agree to conduct individual mediations on July 19 and July 20, 2007, or sometime to be scheduled reasonably promptly thereafter should the group

JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO CONDUCT MEDIATION
CASE NO. C 06-01665 and C 06-02915 PJH
(Consolidated)
1535742.5

mediations fail to reach resolution.

IT IS SO STIPULATED.

Dated:  May 15, 2007          CROWELL & MORING LLP


By:_____/s/_____
          Daniel A. Sasse
          Kent A. Gardiner
          Kathryn D. Kirmayer
          Jerome A. Murphy
          Christine E. Cwiertny
          David D. Cross


*Attorneys for Plaintiffs*
*Sun Microsystems, Inc. and*
*Unisys Corporation*

Dated:  May 15, 2007          JENNER & BLOCK LLP


By:_____/s/_____
          Donald R. Harris
          Terrence J. Truax
          Norman M. Hirsch
          Gabriel A. Fuentes
          Margaret J. Simpson

KRIEG KELLER SLOAN REILLEY &
ROMAN LLP

          Kenneth E. Keller
          Michael D. Lisi

*Attorneys for Defendants*
*Mitsubishi Electric Corporation,*
*Mitsubishi Electric & Electronics USA, Inc.*
*and Mitsubishi Electric Europe B.V.*

1    Dated:  May 15, 2007              O'MELVENY & MYERS LLP

2

3                                     By:            /s/
                                          Kenneth R. O'Rourke
4                                         Michael F. Tubach
                                          Steven H. Bergman
5                                         Patricia J. DeWitt

6                                     *Attorneys for Defendants*
                                      *Hynix Semiconductor, Inc. and Hynix*
7                                     *Semiconductor America, Inc.*

8    Dated:  May _15, 2007            HELLER EHRMAN LLP

9

10                                    By:            /s/
                                          Stephen V. Bomse
11                                        David C. Brownstein

12                                    *Attorneys for Defendants*
                                      *Mosel Vitelic Inc. and*
13                                    *Mosel Vitelic Corporation*

14

15   Dated:  May 15, 2007             ORRICK, HERRINGTON & SUTCLIFFE
                                      LLP
16

17                                    By:            /s/
                                          Robert E. Freitas
18                                        Howard Ullman
                                          Na'il Benjamin
19                                        Cynthia Wickstrom

20

21                                    *Attorneys for Defendants Nanya*
                                      *Technology Corporation and Nanya*
22                                    *Technology Corporation USA*

23

24

25

26

27

28

JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO CONDUCT MEDIATION
CASE NO. C 06-01665 and C 06-02915 PJH
(Consolidated)                                                                    4
1535742.5

1      Dated: May 15, 2007         COLLETTE ERICKSON FARMER & O'NEILL LLP

2

3

4                                  By:_____/s/_____
                                            William S. Farmer

5                                  FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER LLP

6

7                                        Steven M. Morrissett

8                                  *Attorneys for Defendants Winbond Electronics Corporation and Winbond Electronics Corporation America*

9

10      Dated: May 15, 2007         SIMPSON THACHER & BARTLETT LLP

11

12

13                                  By:_____/s/_____
                                           Harrison J. Frahn
                                           James G. Kreissman

14                                            Jason Bussey
                                           Isabelle Young

15

16                                  *Attorneys for Defendants Elpida Memory, Inc. and Elpida Memory (USA) Inc.*

17

18      Dated: May 15, 2007         KAYE SCHOLER LLP

19

20                                  By:_____/s/_____
                                           Julian Brew

21

22                                  *Attorneys for Defendants Infineon Technologies, AG and Infineon Technologies North America Corporation*

23

24

25

26

27

28

1

## <u>ORDER</u>

2

PURSUANT TO STIPULATION, IT IS SO ORDERED.

3

4

5

6

7   Dated:        05/16/07

8    Honorable Phyllis J. Hamilton
                                                                the United States District Court

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO CONDUCT MEDIATION
CASE NO. C 06-01665 and C 06-02915 PJH
(Consolidated)                                                                                          6
1535742.5