# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| *Sun Microsystems, Inc., et al. v. Hynix Semiconductor, Inc., et al.* (Case No. C06-01665 PJH (Consolidated)) ) ) ) ) *Jaco Electronics, Inc. v. Hynix Semiconductor, Inc., et al.* (Case No. C06-01212 PJH) ) ) ) *Edge Electronics, Inc. v. Hynix Semiconductor, Inc., et al.* (Case No. C06-01207 PJH) ) ) ) *All American Semiconductor, Inc. v. Hynix Semiconductor, Inc., et al.* (Case No. C06-01200 PJH) ) ) ) ) *DRAM Claims Liquidation Trust, by its Trustee Wells Fargo Bank, NA v. Hynix SemiconductorInc., et al.* (Case No. C07-01381 PJH) ) ) ) ) | Case No. C 06-01665 PJH (Consolidated) Case No. C 07-01200 PJH Case No. C 07-01207 PJH Case No. C 07-01212 PJH Case No. C 07-01381 PJH |

*TO ANY CONSUL OR VICE CONSUL OF THE UNITED STATES*

UNITED STATES CONSULATE, OSAKA, JAPAN

*UPON THE APPLICATION OF PLAINTIFFS AND PURSUANT TO ARTICLE 17 OF THE UNITED STATES - JAPAN CONSULAR CONVENTION,*

*YOU HAVE BEEN DULY APPOINTED AND YOU ARE HEREBY AUTHORIZED TO TAKE ORAL DEPOSITIONS AT THE UNITED STATES CONSULATE IN OSAKA, JAPAN, OF THE FOLLOWING WITNESSES WHO WILL APPEAR VOLUNTARILY:* MIZUKI YOSHINO & TOSHIAKI HAGIWARA.

*IT IS ORDERED THAT THE DEPOSITIONS ON NOTICE OF THE FOLLOWING WITNESSES BE TAKEN AT THE UNITED STATES CONSULATE IN OSAKA, JAPAN*

MIZUKI YOSHINO
ELPIDA MEMORY, INC.
SUMITOMO SEIMEI YAESU BUILDING
3F
2-1 YAESU 2-CHOME
CHUO-KU
TOKYO, JAPAN

4256115_1

4256115_1

TOSHIAKI HAGIWARA
ELPIDA MEMORY, INC.
SUMITOMO SEIMEI YAESU BUILDING
3F
2-1 YAESU 2-CHOME
CHUO-KU
TOKYO, JAPAN


COMMENCING ON OR ABOUT OCTOBER 22 , 2007, 9:00 AM AND TERMINATING ON OR ABOUT OCTOBER 23, 2007, 5:00 PM, AND TO MARK ANY DOCUMENTARY EXHIBITS IN CONNECTION THEREWITH.


COUNSEL FOR DEFENDANTS WHO WILL PARTICIPATE IN SAID DEPOSITIONS ARE JAMES KREISSMAN, HARRISON FRAHN, JASON M. BUSSEY, MICHELE KEMMERLING, GABRIEL RUBIN AND THOMAS STOUT; AND COUNSEL FOR PLAINTIFFS WHO WILL PARTICIPATE IN SAID DEPOSITIONS ARE JEFFREY H. HOWARD, JEROME A. MURPHY, KERRY MALLOY,  JAMES M. LOCKHART, JAMES P. McCARTHY, AND JOHN C. EKMAN. THE PROCEEDINGS WILL BE REPORTED BY HARRY HANSEN- COURT REPORTER; BRUCE HOLCOMBE - INTERPRETER AND PAUL DISERIO - VIDEOGRAPHER.  PLEASE CAUSE THE TESTIMONY OF SAID WITNESSES TO BE REDUCED TO WRITING AND THE DEPOSITIONS SIGNED BY SAID WITNESSES AND ANNEX SAID DEPOSITION TESTIMONY TO YOUR COMMISSION AND CLOSE THE SAME UNDER YOUR SEAL AND MAKE RETURN THEREOF TO THIS COURT WITH ALL CONVENIENT SPEED.


_____
DATE



_____
JOSEPH C. SPERO
U.S MAGISTRATE JUDGE



SEAL

4256115_1