ROBERT E. FREITAS (STATE BAR NO. 80948) rfreitas@orrick.com
CYNTHIA ZUNIGA (STATE BAR NO. 209320) czuniga@orrick.com
NA'IL BENJAMIN (STATE BAR NO. 240354) nbenjamin@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025
Telephone:    (650) 614-7400
Facsimile:    (650) 614-7401

HOWARD M. ULLMAN (STATE BAR NO. 206760) hullman@orrick.com
ERIC HAIRSTON (STATE BAR NO. 229892) ehairston@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone:    (415) 773-5700
Facsimile:    (415) 773-5759

Attorneys for Defendants Nanya Technology Corporation
and Nanya Technology Corporation USA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| This document pertains to the following cases: | Case No.  C 06-01665-PJH (Consolidated) |
|---|---|

This document pertains to the following cases:

SUN MICROSYSTEMS, INC., *et al.* v.
HYNIX SEMICONDUCTOR, INC., *et al.*,

UNISYS CORP. v. HYNIX
SEMICONDUCTOR, INC., *et al.*,

ALL AMERICAN SEMICONDUCTOR,
INC. v. HYNIX SEMICONDUCTOR, INC.,
*et al.*,

EDGE ELECTRONICS, INC. v. HYNIX
SEMICONDUCTOR, INC., *et al.*,

JACO ELECTRONICS, INC. v. HYNIX
SEMICONDUCTOR, INC., *et al.*,

DRAM CLAIMS LIQUIDATION TRUST,
by its Trustee Wells Fargo Bank, N.A. v.
HYNIX SEMICONDUCTOR, *et al.*

Case No.  C 06-01665-PJH (Consolidated)
C 06-01200-PJH
C 06-01207-PJH
C 06-01212-PJH
C 06-01381-PJH

[PROPOSED] ORDER RE
ATTENDANCE AT DEPOSITIONS
OF MIZUKI YOSHINO AND
TOSHIAKI HAGIWARA

TO ANY CONSUL OR VICE CONSUL OF THE UNITED STATES

UNITED STATES CONSULATE, OSAKA, JAPAN


THIS COURT HAS BY PRIOR ORDER AUTHORIZED YOU TO CONDUCT THE

DEPOSITIONS OF WITNESSES MIZUKI YOSHINO AND TOSHIAKI HAGIWARA ON OR

ABOUT OCTOBER 22, 2007 AND OCTOBER 23, 2007.


UPON THE APPLICATION OF DEFENDANTS NANYA TECHNOLOGY CORPORATION

AND NANYA TECHNOLOGY CORPORATION USA AND PURSUANT TO ARTICLE 17

OF THE UNITED STATES – JAPAN CONSULAR CONVENTION, COUNSEL FOR

DEFENDANTS NANYA TECHNOLOGY CORPORATION AND NANYA TECHNOLOGY

CORPORATION USA WHO WILL PARTICIPATE IN SAID DEPOSITIONS IS HOWARD

MARK ULLMAN.


10/12/07
_____
*DATE*

_____
*U.S.*

*SE*          Judge Joseph C. Spero