UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUN MICROSYSTEMS INC.,<br><br>             Plaintiff(s),<br><br>     v.<br><br>HYNIX SEMICONDUCTOR INC., ET AL.,<br><br>             Defendant(s).<br>_____/ | Case No. C-06-01665 PJH (JCS) and<br>Related Case Nos. C-06-2915 PJH (JCS)<br>C-07-1212 PJH (JCS)<br>C-07-1207 PJH (JCS)<br>C-07-1200 PJH (JCS)<br>C-07-1381 PJH (JCS)<br><br>**ORDER DENYING PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL DOCUMENTS PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(d)**<br>[Docket Nos. 177, 109, 69, 64, 70 and 103] |

On September 7, 2007 Plaintiffs' filed an Administrative Motion to Seal Documents Pursuant to Civil Local Rules 7-11 and 79-5(d) (the "Motion").

IT IS HEREBY ORDERED that the Motion is DENIED. The excerpts of the videotaped deposition of Phillip William Hassett, taken on May 12, 2006, may be unsealed.

IT IS SO ORDERED.

Dated: October 15, 2007

_____
JOSEPH C. SPERO
United States Magistrate Judge