James P. McCarthy *(pro hac vice)*  
Michael Olafson *(pro hac vice)*  
James M. Lockhart *(pro hac vice)*  
DeAnne M. Hilgers *(pro hac vice)*  
John C. Ekman *(pro hac vice)*  
Lindquist & Vennum P.L.L.P.  
4200 IDS Center  
80 South 8th Street  
Minneapolis, MN 55402  
Telephone:  (612) 371-3211  
Facsimile:  (612) 371-3207  
Email:  jmccarthy@lindquist.com  
Email:  molafson@lindquist.com  
Email:  jlockhart@lindquist.com  
Email:  dhilgers@lindquist.com  
Email:  jekman@lindquist.com  

James J. Ficenec (SBN – 152172)  
Sellar Hazard Manning Ficenec & Lai  
1800 Sutter Street, Ste. 460  
Concord, CA 94520  
Telephone:  (925) 938-1430  
Facsimile:  (925) 926-7508  
Email:  jficenec@sellarlaw.com  

Counsel for Plaintiff, Wells Fargo Bank, N.A.

Kent A. Gardiner  
Kathryn D. Kirmayer  
Jerome A. Murphy  
David D. Cross  
Matthew J. McBurney  
Bethany A. Wimsatt  
Crowell & Moring, LLP  
1001 Pennsylvania Avenue N.W.  
Washington, DC  20004-2595  
Telephone:  (202) 624-2500  
Facsimile:  (202) 628-5116  
Email:  kgardiner@crowell.com  
Email:  kkirmayer@crowell.com  
Email:  jmurphy@crowell.com  
Email:  dcross@crowell.com  
Email:  mmcburney@crowell.com  
Email:  bwimsatt@crowell.com  

Stipulated ~~Proposed~~ Order for Motion for Leave to Depose Prisoners Pursuant to Fed. R. Civ. P. 30(a)  
C07-01381-PJH

Doc# 2451097\1

Daniel A. Sasse
Theresa C. Lopez
Crowell & Moring, LLP
3 Park Plaza, 20th Floor
Irvine, CA  92614-8505
Telephone:  949-263-8400
Facsimile:  949-263-8414
Email:  dsasse@crowell.com
Email:  tlopez@crowell.com

Counsel for Plaintiffs All American
Semiconductor, Inc., Edge Electronics, Inc.,
Unisys Corporation, Sun Microsystems, Inc.
and Jaco Electronics, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUN MICROSYSTEMS, INC. v. HYNIX SEMICONDUCTOR, INC., et al (Case No. C06-01665 PJH)<br><br>UNISYS CORPORATION v. HYNIX SEMICONDUCTOR, INC. et al., (Case No. C06-02915)<br><br>ALL AMERICAN SEMICONDUCTOR, INC. v. HYNIX SEMICONDUCTOR, INC., et al. (Case C07-01200)<br><br>EDGE ELECTRONICS, INC. v. HYNIX SEMICONDUCTOR, INC. et al (Case C07-01207 PJH)<br><br><br><br>JACO ELECTRONICS, INC. v. HYNIX SEMICONDUCTOR, INC., et al (Case No. C07-01212 PJH)<br><br>DRAM CLAIMS LIQUIDATION TRUST, by its Trustee, WELLS FARGO BANK, N.A. v. HYNIX SEMICONDUCTOR et al. (Case No. C07-01381 PJH) | Case No. C06-01665 PJH (Consol.)<br>Case No. C06-02915 PJH<br>Case No. C07-01200 PJH<br>Case No. C07-01207 PJH<br>Case No. C07-01212 PJH<br>Case No. C07-01381-PJH<br><br><br><br>**STIPULATED** ~~PROPOSED~~ **ORDER FOR LEAVE TO DEPOSE PRISONERS PURSUANT TO FED. R. CIV. P. 30(a)** |

Plaintiffs moved in these cases for an order to take the depositions of three individuals

2

Stipulated ~~Proposed~~ Order for Motion for Leave to Depose Prisoners Pursuant to Fed. R. Civ. P. 30(a)
C07-01381-PJH

Doc# 2451097\1

incarcerated at USP Lompoc. Defendants Samsung Electronics Co. and Samsung Semiconductor Inc. were the only defendants to respond to that motion.

Based on the stipulation of counsel for the plaintiffs and counsel for Samsung Electronics Co. and Samsung Semiconductor Inc., and on all of the files and records herein, concerning plaintiffs' motion for an order to permit the oral depositions of prisoners Young Hwan Park and Il Ung Kim pursuant to Fed. R. Civ. P. 30(a):

**IT IS HEREBY ORDERED** that Plaintiffs may take the oral depositions of Young Hwan Park and Il Ung Kim at USP Lompoc at a time and date to be scheduled by parties, with plaintiffs completing arrangements for the depositions to be made with USP Lompoc staff;

**IT IS FURTHER ORDERED** that, consistent with the agreement of the parties, defendants Samsung Electronics Co. and Samsung Semiconductor Inc. shall produce Young Woo Lee, at Samsung's expense, in the United States for deposition prior to December 17, 2007, following his release from USP Lompoc, at a date and location mutually agreed upon by the parties.

In connection with this stipulation, the parties reserve all rights with respect to issues relating to witness attire, adequate preparation of Mr. Kim or Mr. Park, and ultimate admissibility of testimony or any videotape.

Dated: __ October 26, 2007 _____

BY THE COURT:



By: _____
The Honorable Joseph C. Spero
United States Magistrate Judge

Doc# 2451097\1