1   Kent A. Gardiner (pro hac vice)
    Kathryn D. Kirmayer (pro hac vice)
2   Jerome A. Murphy (pro hac vice)
    CROWELL & MORING LLP
3   1001 Pennsylvania Avenue, N.W.
    Washington, D.C. 20004
4   Telephone: 202-624-2500
    Facsimile: 202-628-5116
5   E-mail:      kgardiner@crowell.com
                 kkirmayer@crowell.com
6                jmurphy@crowell.com

7   Daniel A. Sasse (CA Bar No. 236234)
    Theresa C. Lopez (CA Bar No. 205338)
8   CROWELL & MORING LLP
    3 Park Plaza, 20th Floor
9   Irvine, California 92614
    Telephone: 949-263-8400
10  Facsimile: 949-263-8414
    E-mail:      dsasse@crowell.com
11               tlopez@crowell.com

12  *Counsel for Plaintiffs*
    *Sun Microsystems, Inc. and Unisys Corporation;*
13

14  James P. McCarthy (pro hac vice)
    James M. Lockhart (pro hac vice)
15  LINDQUIST & VENNUM P.L.L.P.
    4200 IDS Center
16  80 South 8th Street
    Minneapolis, MN 55402
17  Telephone: (612) 371-3211
    Facsimile: (612) 371-3207
18  E-mail:      jmccarthy@lindquist.com
                 jlockhart@lindquist.com
19

20  James J. Ficenec (SBN - 152172)
    SELLAR, HAZARD, MCNEELY & MANNING
21  1111 Civic Drive, Suite 300
    Walnut Creek, CA 94596
22  Telephone: (925) 938-1430
    Facsimile: (925) 926-7508
23  E-mail:      jficenec@sellarlaw.com

24  *Counsel for Plaintiff*
    *DRAM Claims Liquidation Trust*

25

26

27

28

---

JOINT STIPULATION AND [PROPOSED] ORDER FOR EXTENSION TO FILE CASE MGMT STATEMENT
USDC CASE NOS. C06-01665 (CONSOLIDATED), C06-02915, C07-01381

1    UNITED STATES DISTRICT COURT

2    NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

3

4

5    *Sun Microsystems, Inc. et al. v. Hynix*        Case No.  C 06-01665-PJH (Consol.)
     *Semiconductor Inc., et al.*
                                                     Case No.  C-06-02915-PJH
6    *Unisys Corporation v. Hynix*
     *Semiconductor Inc., et al.*                    Case No.  C-07-01381-PJH
7
     *Dram Claims Liquidation Trust, By Its*         **JOINT STIPULATION,**
8    *Trustee Wells Fargo Bank, N.A. v. Hynix*       **REQUEST AND [~~PROPOSED~~]**
     *Semiconductor, Inc. et al.*                    **ORDER FOR EXTENSION TO**
9                                                    **FILE JOINT CASE**
                                                     **MANAGEMENT STATEMENT**
10                                                   **AND PROPOSED REVISED**
                                                     **SCHEDULING ORDER**
11

12          Plaintiffs Sun Microsystems, Inc., Unisys Corporation and DRAM Claims

13   Liquidation Trust by its Trustee Wells Fargo Bank, N.A. (collectively,

14   "Plaintiffs"), on the one hand, and Defendants Hynix Semiconductor Inc., Hynix

15   Semiconductor America Inc., (collectively, "Hynix"), Mosel Vitelic, Inc., Mosel

16   Vitelic Corp., Nanya Technology Corp., Nanya Technology Corp. USA, Winbond

17   Electronics Corp., Winbond Electronics Corp. America, Elpida Memory, Inc.,

18   Elpida Memory (USA), Inc., Infineon Technologies AG, Infineon Technologies

19   N.A. Corp., Samsung Electronics Co. Ltd., Samsung Semiconductor, Inc., Micron

20   Technologies, Inc., Micron Semiconductor Products, Inc., NEC Electronics

21   America, Inc., NEC Corporation, Hitachi Ltd., Hitachi America Ltd., Renesas

22   Technology America, Inc. (collectively, "Defendants"), on the other hand, (all, at

23   times, the "Parties"), hereby submit this Joint Stipulation, Request and [Proposed]

24   Order For Extension to File Joint Case Management Statement and Proposed

25   Revised Scheduling Order, based on the following recitals:

26   / / /

27   / / /

28   / / /

crowell moring
3 Park Plaza, 20th Floor
Irvine, CA 92614-8505
949 263-8400

1

1   WHEREAS, on October 15, 2007, the Court issued an order in the above-
2   entitled actions concerning rulings on various motions to dismiss and therein
3   ordered the parties to the above-entitled actions to submit a Joint Case
4   Management Statement and Proposed Revised Scheduling Order within thirty (30)
5   days of the date of that order;

6   WHEREAS, the Parties met and conferred on October 31, 2007 concerning
7   the draft Joint Case Management Statement and Proposed Revised Scheduling
8   Order;

9   WHEREAS, counsel for Hynix, agreed to and did prepare a draft Joint Case
10  Management Statement and Proposed Revised Scheduling Order, which he
11  provided to Plaintiffs' counsel on Monday, November 12, 2007;

12  WHEREAS, the Parties need additional time to confer, finalize and execute
13  the Joint Case Management Statement and Proposed Revised Scheduling Order;
14  and

15  WHEREAS, the Parties do not intend to seek an extension of the discovery
16  cut-off in the above-entitled actions based on this Joint Stipulation.

17  / / /
18  / / /
19  / / /
20  / / /
21  / / /
22  / / /
23  / / /
24  / / /
25  / / /
26  / / /
27  / / /
28  / / /

crowell moring
3 Park Plaza, 20th Floor
Irvine, CA 92614-8505
949 263-8400

2

1      NOW, THEREFORE, the Parties hereby stipulate to and respectfully request

2  that the Court grant the Parties an extension through and including Tuesday,

3  November 20, 2007, to submit their Joint Case Management Statement and

4  Proposed Revised Scheduling Order.

5      SO STIPULATED.

6  DATED:  November 14, 2007   CROWELL & MORING LLP

7

8  By: _____
   Jerome A. Murphy

9  1001 Pennsylvania Avenue, N.W.
   Washington, D.C.   20004

10  Telephone:   (202) 624-2500
   Facsimile:   (202) 628-5116

11  Email:   jmurphy@crowell.com

12  Daniel A. Sasse
   Theresa C. Lopez

13  3 Park Plaza, 20th Floor
   Irvine, CA  92614-8505

14  Telephone:   (949) 263-8400
   Facsimile:   (949) 263-8414

15  Email:   dsasse@crowell.com
       tlopez@crowell.com

16

17  *Counsel for Plaintiffs*
   *Sun Microsystems, Inc. and Unisys*
   *Corporation*

18

19  Dated: November 14, 2007   LINDQUIST & VENNUM PLLP

20

21  By: _____ with consent

22  for James M. Lockhart
   James P. McCarthy

23  Lindquist & Vennum PLLP
   4200 IDS Center

24  80 South 8th Street
   Minneapolis, MN  55402

25  Telephone:   (612) 371-3211
   Facsimile:   (612) 371-3207

26  Email:   jmccarthy@lindquist.com
   Email:   jlockhart@lindquist.com

27

28  *[signatures continued on next page]*

crowell moring
3 Park Plaza, 20th Floor
Irvine, CA 92614-8505
949 263-8400

1    James J. Ficenec
     Sellar Hazard Manning Ficenec & Lai
2    1800 Sutter Street, Ste. 460
     Concord, CA  94520
3    Telephone:  (925) 938-1430
     Facsimile:   (925) 256-7508
4    Email:  jficenec@sellarlaw.com

5    *Counsel for Plaintiff*
     *DRAM Claims Liquidation Trust, bu its*
6    *Trustee, Wells Fargo Bank, N.A.*

7

8    Dated: November 14, 2007          O'MELVENY & MYERS, LLP

9

10   By: [signature] auth consent

11   Kenneth O'Rourke
     Steven Bergman
12   O'Melveny & Myers, LLP
     400 South Hope Street
13   Los Angeles, CA  90071
     Telephone:  (213) 430-6000
14   Facsimile:   (213) 430-6407
     Email:  sbergman@omm.com
15   Email:  korourke@omm.com

16   *Counsel for Defendants*
     *Hynix Semiconductor Inc. and*
17   *Hynix Semiconductor America Inc*
     *(In Sun and Unisys Actions Only)*

18   Dated: November 14, 2007          SHEPPARD, MULLIN, RICHTER &
                                       HAMPTON LLP
19

20   By: [signature] with consent

21   Gary Halling
     Mona Solouki
22   Sheppard, Mullin, Richter & Hampton LLP
     4 Embarcadero Center – 17th Floor
23   San Francisco, CA  94111
     Telephone:  (415) 774-3210
24   Facsimile:   (415) 403-6054
     Email:  ghalling@sheppardmullin.com
25   Email:  msolouki@sheppardmullin.com

26   *Counsel for Defendants*
     *Samsung Electronics Co., Ltd. and*
27   *Samsung Semiconductor, Inc.*

28   *[signatures continued on next page]*

crowell moring
3 Park Plaza, 20th Floor
Irvine, CA 92614-8505
949 263-8400

Dated: November 14, 2007      KAYE SCHOLER LLP

By: _____ with consent

Julian Brew
Kaye Scholer LLP
1999 Avenue of the Stars – Ste. 1700
Los Angeles, CA  90067-6048
Telephone:  (310) 788-1147
Facsimile:   (310) 788-1200
Email:  jbrew@kayescholer.com

*Counsel for Defendants
Infineon Technologies AG and
Infineon Technologies North America
Corporation*

Dated: November 14, 2007      HELLER EHRMAN LLP

By: _____ with consent

Stephen V. Bomse
David C. Brownstein
Renato Mariotti
Heller Ehrman LLP
333 Bush Street
San Francisco, CA  94104-2878
Telephone:  (415) 772-6000
Facsimile:   (415) 772-6268
Email:  steve.bomse@hellerehrman.com
Email:  dbrownstein@hellerehrman.com
Email:  renato.mariotti@hellerehrman.com

*Counsel for Defendants
Mosel Vitelic, Inc. and Mosel Vitelic
Corporation*

*[signatures continued on next page]*

crowell moring
3 Park Plaza, 20th Floor
Irvine, CA 92614-8505
949 263-8400

1  Dated: November 14, 2007                ORICK, HERRINGTON & SUTCLIFFE LLP

2

3                                           By: _____ w/th amennt
                                                Robert E. Freitas
4                                               Howard Ullman
                                                Orrick, Herrington & Sutcliffe LLP
5                                               1000 Marsh Road
                                                Menlo Park, CA  94025
6                                               Telephone:  (650) 614-7400
                                                Facsimile:   (650) 614-7401
7                                               Email:  hullman@orrick.com
                                                Email:  rfreitas@orrick.com

8                                               *Counsel for Defendants*
                                                *Nanya Technology Corporation and*
9                                               *Nanya Technology Corporation USA*

10 Dated: November 14, 2007                FINNEGAN, HENDERSON, FARABOW,
                                           GARRETT & DUNNER LLP
11                                              *We have not received a reply from this*
                                                *counsel either approving or rejecting this*
12                                              *stipulation.*

13                                          By:_____
                                                Steven H. Morrissett
14                                              Finnegan, Henderson, Farabow, Garrett &
                                                Dunner LLP
15                                              3300 Hillview Avenue
                                                Palo Alto, CA  94304
16                                              Telephone:  (650) 849-6624
                                                Facsimile:   (650) 849-6666
17                                              Email:  morrissett@finnegan.com

18                                              *Counsel for Defendants*
                                                *Winbond Electronics Corporation and*
19                                              *Winbond Electronics Corporation America*

20 Dated: November 14, 2007                SIMPSON THACHER & BARTLETT

21                                          By: _____ with cmunt

22                                              Harrison J. Frahn, IV
                                                Simpson Thacher & Bartlett
23                                              2550 Hanover Street
                                                Palo Alto, CA  94304
24                                              Telephone:  (650) 251-5000
                                                Facsimile:   (650) 251-5002
25                                              Email:  hfrahn@stblaw.com

26                                              *Counsel for Defendants*
                                                *Elpida Memory, Inc. and*
27                                              *Elpida Memory (USA) Inc.*

28 *[signatures continued on next page]*

crowell moring
3 Park Plaza, 20th Floor
Irvine, CA 92614-8505
949 263-8400

1   Dated: November 14, 2007          THELEN REID BROWN RAYSMAN &
2                                     STEINER LLP

3
4   By: _Andrew C hyp_ with anot
                                          Robert B. Pringle
5   Paul R. Griffin
                                          Jonathan E. Swartz
6                                     101 Second Street, Ste. 1800
                                      San Francisco, CA 94105
7                                     Telephone: (415) 369-8708
                                      Facsimile: (415) 371-1211
8                                     Email: rbpringle@thelen.com
                                      Email: pgriffin@thelen.com
                                      Email: jswartz@thelen.com
9
10                                    *Counsel for Defendant*
                                      *NEC Electronics America, Inc. and NEC*
11                                    *Corporation*

12  Dated: November 14, 2007          GIBSON DUNN & CRUTCHER LLP

13
14  By: _Andrew C hyp_ with consent
                                          Joshua D. Hess
15                                    One Montgomery Street
                                      Suite 3100
16                                    San Francisco, CA 94104
                                      Telephone: (415) 393-8200
17                                    Facsimile: (415) 986-5309
                                      Email:      jhess@gibsondunn.com
18
19                                    *Counsel for Defendants*
                                      *Micron Technology, Inc. and Micron*
20                                    *Semiconductor Products, Inc.*

21

22

23

24

25

26

27  *[signatures continued on next page]*

28

JOINT STIPULATION AND [PROPOSED] ORDER FOR EXTENSION TO FILE CASE MGMT STATEMENT
USDC CASE NOS. C06-01665 (CONSOLIDATED), C06-02915, C07-01381

crowell moring
3 Park Plaza, 20th Floor
Irvine, CA 92614-8505
949 263-8400

1  Dated: November 14, 2007          McDERMOTT WILL & EMERY LLP

2

3          By: *[signature]* with amnt

4          ʄ→  Daniel E. Alberti
              3150 Porter Drive
5             Palo Alto, CA 94304
              Telephone:  (650) 813-5000
6             Facsimile:  (650) 813-5100
              Email:      dalberti@mwe.com

7

8          Amy E. Nelson
           Craig P. Seebald
9          Pamela J. Marple
           600 13th Street N.W.
10         Washington D.C., 20005
           Telephone:  (202) 756-8000
11         Facsimile:  (202) 756-8087
           Email:      aenelson@mwe.com
12                     cseebald@mwe.com
                       pmarple@mwe.com

13         *Counsel for Defendanst*
           *Hitachi Ltd., Hitachi America, Ltd., Renesas*
14         *Technology America, Inc.*

15

16

17

18

19

20

21

22

23

24

25

26

27  *[signatures continued on next page]*

28

JOINT STIPULATION AND [PROPOSED] ORDER FOR EXTENSION TO FILE CASE MGMT STATEMENT
USDC CASE NOS. C06-01665 (CONSOLIDATED), C06-02915, C07-01381

crowell | moring
3 Park Plaza, 20th Floor
Irvine, CA 92614-8505
949 263-8400

Dated: November 14, 2007

THELEN REID BROWN RAYSMAN &
STEINER LLP

By

Kenneth L. Nissly
Susan van Keulen
Samuel J. Maselli
Karin M. Frenza
Thelen Reid Brown Raysman & Steiner
225 West Santa Clara Street
Suite 1200
San Jose, California 95113
Email: kennisslyl@thelen.com
Email: svankeulen@thelen.com
Email: smaselli@thelen.com
Email: kfrenza@thelen.com

*Counsel for Defendants
Hynix Semiconductor Inc. and
Hynix Semiconductor America Inc.
(DRAM Claims Liquidation Trust action
only)*

**CONFORMED SIGNATURE ATTESTATION**

I hereby attest that I have on file all holographic signatures for any

signatures indicated by a "conformed" signature (/S/) within this efiled document.

BY:

THERESA C. LOPEZ

9

JOINT STIPULATION AND [PROPOSED] ORDER FOR EXTENSION TO FILE CASE MGMT STATEMENT
USDC CASE NOS. C06-01665 (CONSOLIDATED), C06-02915, C07-01381

1

<h1 align="center">O  R  D  E  R</h1>

2       Having read and considered the Parties' Joint Stipulation, Request and

3   [Proposed] Order For Extension to File Joint Case Management Statement and

4   Proposed Revised Scheduling Order, and GOOD CAUSE APPEARING

5   THEREFOR,

6       **IT IS HEREBY ORDERED** that the Parties shall submit their Joint Case

7   Management Statement and Proposed Revised Scheduling by no later than

8   Tuesday, November 20, 2007.

9       **SO ORDERED.**

10

11   DATED: _____11/16/07_____   BY: _____



12       HONORA_____HILTON
    UNITED _____DGE

13

14   4632645 <DC> 101073.0000001

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STIPULATION AND [PROPOSED] ORDER FOR EXTENSION TO FILE CASE MGMT STATEMENT
USDC CASE NOS. C06-01665 (CONSOLIDATED), C06-02915, C07-01381

crowell moring

3 Park Plaza, 20th Floor
Irvine, CA 92614-8505
949 263-8400