```
 1  Donald R. Harris (admitted pro hac vice) dharris@jenner.com
    Terrence J. Truax (admitted pro hac vice) ttruax@jenner.com
 2  Norman M. Hirsch (admitted pro hac vice) nhirsch@jenner.com
    Gabriel A. Fuentes (admitted pro hac vice) gfuentes@jenner.com
 3  Margaret J. Simpson (admitted pro hac vice) msimpson@jenner.com
 4  JENNER & BLOCK LLP
    330 North Wabash Avenue
 5  Chicago, IL  60611
    Telephone:  (312) 222-9350
 6  Facsimile:  (312) 527-0484

 7  Kenneth E. Keller kkeller@kksrr.com
    Michael D. Lisi mlisi@kksrr.com
 8  KREIG, KELLER, SLOAN, REILLEY & ROMAN LLP
    114 Sansome Street, 4th Floor
 9  San Francisco, CA  94104
10  Telephone:  (415) 249-8330
    Facsimile:  (415) 249-8333
11
    Attorneys for Defendants
12  Mitsubishi Electric Corporation,
    Mitsubishi Electric & Electronics USA, Inc., and
13  Mitsubishi Electric Europe, B.V.
```

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| SUN MICROSYSTEMS, INC., and ~~UNISYS CORPORATION,~~<br><br>Plaintiff,<br><br>v.<br><br>HYNIX SEMICONDUCTOR, INC. ET AL.,<br><br>Defendants. | CASE NO. C 06-01665 PJH (~~Consolidated~~)<br>~~CASE NO. C 06-02915~~<br><br>**STIPULATION OF DISMISSAL [AND ORDER] AS TO MITSUBISHI DEFENDANTS PURSUANT TO RULE 41(a)(2)** |

The Parties hereto hereby stipulate to a dismissal of this action, subject to approval by the Court, as to defendants Mitsubishi Electric Corporation, Mitsubishi Electric & Electronics USA, Inc., and Mitsubishi Electric Europe, B.V., with prejudice, pursuant to Rule 41(a)(2), Fed. R. Civ. P. Each party shall bear its own costs and attorney's fees. This dismissal shall not apply to or affect any other

---
STIPULATION OF DISMISSAL AS TO MITSUBISHI DEFENDANTS
CASE NO. C 06-01665 PJH (CONSOLIDATED)

defendant.

Dated: November 9, 2007    CROWELL & MORING LLP

By: /s/ Jerome A. Murphy

Kent A. Gardiner
Kathryn D. Kirmayer
Jerome A. Murphy
Daniel A. Sasse
Christine E. Cwiertny

*Attorneys for Plaintiffs Sun Microsystems, Inc., and Unisys Corporation.*

Dated: November 9, 2007    JENNER & BLOCK LLP

By: /s/

Donald R. Harris
Terrence J. Truax
Norman M. Hirsch
Gabriel A. Fuentes
Margaret J. Simpson

KRIEG KELLER SLOAN REILLEY & ROMAN LLP

Kenneth E. Keller
Michael D. Lisi

*Attorneys for Defendants Mitsubishi Electric Corporation, Mitsubishi Electric & Electronics USA, Inc., and Mitsubishi Electric Europe, B.V.*

Good cause appearing, it is SO ORDERED.

Dated: 11/21/07

Phyllis J. Hamilton
United States District Judge

IT IS SO ORDERED
Judge Phyllis J. Hamilton

2