UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SUN MICROSYSTEMS INC.,

    Plaintiff,

    v.

HYNIX SEMICONDUCTOR INC., et al.,

    Defendants.
_____/

No. C 06-1665 PJH

**ORDER RE PROPOSED REVISED SCHEDULING ORDER**

This Document Also Relates to:

Unisys Corp. v. Hynix et al., C 06-2915 PJH
All American Semiconductor v. Hynix et al., C 07-1200 PJH
Edge Electronics v. Hynix et al., C 07-1207 PJH
Jaco Electronics v. Hynix et al., C 07-1212 PJH
DRAM Claims Liquidation Trust v. Hynix et al., C 07-1381 PJH
_____/

    The court is in receipt of the parties' joint case management conference statement and proposed revised scheduling order, filed in response to the court's order dated October 15, 2007.

    In view of the fact that the parties contemplate that any motions for summary adjudication of jurisdictional and standing issues will be filed in conjunction with all other dispositive motions, and do not contemplate an early summary judgment motion with respect to these issues, the court finds it unnecessary to limit the scope of discovery with respect to same. Discovery as to jurisdiction and standing shall proceed as part of general merits discovery, subject to the same limitations as set forth in the Federal Rules of Civil Procedure, or otherwise established by the court for merits discovery.

    Notwithstanding, the parties are granted until January 17, 2008 to complete *third*

*party discovery* regarding standing and jurisdiction issues.  All other discovery – including jurisdictional and standing discovery – shall be completed no later than December 17, 2007.  The court furthermore extends the deadline for mediation from November 30, 2007 to January 30, 2008.  All other pre-trial scheduling deadlines, as set forth in the court's pretrial order dated June 25, 2007 and the court's further order dated September 24, 2007, shall remain intact.

**IT IS SO ORDERED.**

Dated: November 27, 2007

_____
PHYLLIS J. HAMILTON
United States District Judge