James P. McCarthy *(pro hac vice)*
James M. Lockhart *(pro hac vice)*
Lindquist & Vennum P.L.L.P.
4200 IDS Center – 80 South 8th Street
Minneapolis, MN 55402
Telephone: (612) 371-3211
Facsimile: (612) 371-3207
Email: jmccarthy@lindquist.com
Email: jlockhart@lindquist.com

James J. Ficenec (SBN – 152172)
Sellar Hazard Manning Ficenec & Lai
1800 Sutter Street, Ste. 460
Concord, CA 94520
Telephone: (925) 938-1430
Facsimile: (925) 926-7508
Email: jficenec@sellarlaw.com

Counsel for Plaintiff, Wells Fargo Bank, N.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| *Sun Microsystems, Inc., et al. v. Hynix Semiconductor, Inc., et al.* (Case No. C-06-01665 PJH ) | Case No. C-06-01665 PJH<br>Case No. C-06-02915 PJH<br>Case No. C-07-01200 PJH<br>Case No. C-07-01207 PJH<br>Case No. C-07-01212 PJH<br>Case No. C-07-01381 PJH |
| *Unisys Corporation v. Hynix Semiconductor, Inc., et al.* (Case No. C-06-02915 PJH) | |
| *Jaco Electronics, Inc. v. Hynix Semiconductor, Inc., et al.* (Case No. C-07-01212 PJH) | **STIPULATION AND [P~~ROPOSED~~] ORDER PROVIDING FOR DEPOSITION OF SAMSUNG 30(b)(6) WITNESSES AND SUPPLEMENTATION OF SAMSUNG'S INTERROGATORY ANSWERS AFTER FACT DISCOVERY CUT-OFF** |
| *Edge Electronics, Inc. v. Hynix Semiconductor, Inc., et al.* (Case No. C-07-01207 PJH) | |
| *All American Semiconductor, Inc. v. Hynix Semiconductor, Inc., et al.* (Case No. C-07-01200 PJH) | |
| *DRAM Claims Liquidation Trust, by its Trustee, Wells Fargo Bank, N.A. v. Hynix Semiconductor, Inc., et al.* (Case No. C-07-01381 PJH) | |

1. WHEREAS, Plaintiffs served on July 27, 2007, 30(b)(6) Notices of Deposition on Samsung Electronic Co. and Samsung Semiconductor, Inc. (collectively "Samsung");

2. WHEREAS, on November 15, 2007, Samsung produced a witness who testified regarding Samsung's manufacture, production, and inventory of DRAM in the United States, but was not able to testify regarding Samsung's manufacture, production, and inventory of DRAM outside the United States;

3. WHEREAS, Samsung has agreed to designate an additional 30(b)(6) witness to testify regarding Samsung's manufacture, production, and inventory of DRAM outside the United States, but has not yet designated that witness;

4. WHEREAS, there is not sufficient time to depose this additional witness before the December 17, 2007, fact discovery cut-off;

5. WHEREAS, Samsung has agreed to supplement its answers to Plaintiffs' First Set of Interrogatories, but will be unable to do so before the December 17, 2007 fact discovery cut-off.

NOW THEREFORE, Plaintiffs and Samsung Electronic Co. and Samsung Semiconductor, Inc., through their respective counsel, hereby stipulate to the Court entering the attached Proposed Order.

Stipulated by:

Dated: December 17, 2007

**LINDQUIST & VENNUM P.L.L.P.**

By: _s/ James P. McCarthy_
    James P. McCarthy *(pro hac vice)*
    James M. Lockhart *(pro hac vice)*
80 South Eighth Street
Minneapolis, MN 55402
Telephone: (612) 371-3211
Facsimile: (612) 371-3207
Email: jmccarthy@lindquist.com
Email: jlockhart@lindquist.com

**Counsel For Plaintiff Dram Claims Liquidation Trust**

Doc# 2472717\1

| | | |
|---|---|---|
| 1 | Dated: December 17, 2007 | **CROWELL & MORING LLP** |
| 2 | | |
| 3 | | By: s/ David D. Cross |
| | | David D. Cross *(pro hac vice)* |
| 4 | | Jerome A. Murphy *(pro hac vice)* |
| | | 1001 Pennsylvania Avenue, N.W. |
| 5 | | Washington, D.C. 20004-2595 |
| | | Phone: 202-624-2500 |
| 6 | | Fax:    202-628-5116 |
| 7 | | |
| | | Daniel A. Sasse (CA Bar No. 236234) |
| 8 | | Theresa Lopez (CA Bar No. 205338) |
| | | 3 Park Plaza, 20th Floor |
| 9 | | Irvine, CA 92614-8505 |
| | | Phone: 949-263-8400 |
| 10 | | Fax:    949-263-8414 |
| 11 | | |
| | | **Counsel for Plaintiffs, Sun Microsystems,** |
| 12 | | **Inc., Unisys Corporation, Jaco Electronics,** |
| | | **Inc., Edge Electronics, Inc., and All American** |
| 13 | | **Semiconductor, Inc.** |
| 14 | | |
| 15 | **Dated:** December 14, 2007 | **SHEPPARD, MULLIN, RICHTER & HAMPTON LLP** |
| 16 | | |
| | | By s/ Erik S. Bliss |
| 17 | | Erik S. Bliss |
| | | Sheppard, Mullin, Richter & Hampton LLP |
| 18 | | 501 West Broadway |
| | | San Diego, CA 92101 |
| 19 | | Tel:  619/338-6500 |
| | | Fax:  619/234-3815 |
| 20 | | Email:  ebliss@sheppardmullin.com |
| 21 | | |
| 22 | | **Counsel for Defendants** |
| | | **Samsung Electronic Co., and Samsung** |
| 23 | | **Semiconductor, Inc.** |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

3

STIPULATION [AND PROPOSED] ORDER PROVIDING FOR
DEPOSITION OF SAMSUNG 30(b)(6) WITNESSES

Doc# 2472717\1

**[~~PROPOSED~~] ORDER**

The Court hereby ORDERS:

1. The completion of the deposition of Samsung Electronic Co. and Samsung Semiconductor, Inc. ("Samsung") by its designees, pursuant to the Notice of 30(b)(6) deposition, served by Plaintiff on July 27, 2007, regarding Samsung's manufacture, production, and inventory of DRAM outside the United States, may occur after the December 17, 2007 fact discovery cut-off date.

2. This order does not authorize the deposition of any persons or corporations other than Samsung, or of Samsung 30(b)(6) witnesses on topics other than regarding Samsung's manufacture, production, and inventory of DRAM outside the United States, after the December 17, 2007 fact discovery cut-off date.

3. Samsung may serve its supplemental responses to Plaintiffs' First Set of Interrogatories after the December 17, 2007 discovery cut-off, and notwithstanding anything to the contrary in the provisions of the Local Rules of Practice regarding the timing of motions to compel after discovery cut-off dates, Plaintiffs may move to compel further responses to their interrogatories within a reasonable time after receipt of Samsung's supplemental responses to interrogatories.

**IT IS SO ORDERED.**

Dated: 12/21/07



THE HONORABLE PHYLLIS J. HAMILTON
UNITED STATES DISTRICT JUDGE