KENNETH R. O'ROURKE (S.B. # 120144)
korourke@omm.com
PAUL B. SALVATY (S.B. # 171507)
psalvaty@omm.com
STEVEN H. BERGMAN (S.B. # 180542)
sbergman@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA 90071-2899
Telephone: (213) 430-6000
Facsimile: (213) 430-6407

MICHAEL F. TUBACH (S.B. # 145955)
mtubach@omm.com
O'MELVENY & MYERS LLP
Embarcadero Center West
275 Battery Street
San Francisco, CA 94111-3305
Telephone: (415) 984-8700
Facsimile: (415) 984-8701

Attorneys for Defendants
HYNIX SEMICONDUCTOR INC. and
HYNIX SEMICONDUCTOR AMERICA INC.
in the *Sun, Unisys, All-American,
Edge & Jaco* actions

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| *Sun Microsystems, Inc., et al. v. Hynix Semiconductor, Inc., et al.*<br><br>*Unisys Corporation v. Hynix Semiconductor, Inc., et al.*<br><br>*All American Semiconductor, Inc. v. Hynix Semiconductor, Inc., et al*<br><br>*Edge Electronics, Inc. v. Hynix Semiconductor, Inc., et al.*<br><br>*Jaco Electronics, Inc. v. Hynix Semiconductor, Inc., et al.*<br><br>*DRAM Claims Liquidation Trust, by its Trustee Wells Fargo Bank, NA v. Hynix Semiconductor, et al.* | Case Nos.: C-06-01665 PJH (Consolidated)<br>C-06-02915 PJH<br>C-07-01200 PJH<br>C-07-01207 PJH<br>C-07-01212 PJH<br>C-07-01381 PJH<br><br>Assigned for all purposes to the<br>Hon. Phyllis J. Hamilton<br><br>**STIPULATION AND [PROPOSED] ORDER PROVIDING FOR DEPOSITIONS OF WITNESSES AFTER CLOSE OF FACT DISCOVERY** |

# **STIPULATION**

This Stipulation is entered into between Plaintiffs and Defendants Hynix Semiconductor Inc. and Hynix Semiconductor America, Inc. (collectively, "Hynix") and Defendants Elpida Memory, Inc. and Elpida Memory (USA) Inc. (collectively, "Elpida") in the *Sun*, *Unisys*, *All-American*, *Edge, Jaco* and *DRAM Claims* actions,[1] and is made with regard to the following facts:

WHEREAS, by prior order of the Court, the deadline for completion of fact discovery in the above-captioned actions is December 17, 2007;

WHEREAS, by prior order of the Magistrate Judge, Plaintiffs and Defendants are limited to 45 depositions per side in these six antitrust cases;

WHEREAS, Plaintiffs and Defendants have noticed and been taking multiple depositions in this litigation, some of which will not be completed prior to December 17, 2007, because of the unavailability of several of the designated witnesses;

WHEREAS, Plaintiffs and Defendants jointly agree that the following depositions will be completed either on or before the specific dates set forth below;

- o **Dae Soo Kim.** On November 6, 2007, Plaintiffs noticed the deposition of Hynix employee Dae Soo Kim. Mr. Kim was released from the USP Lompoc Satellite Camp on December 14, 2007. The parties jointly agree that Mr. Kim's deposition should be conducted after his release from the USP Lompoc Satellite Camp and Hynix agrees to produce Mr. Kim for a one-day deposition in the United States within the Northern District of California at Hynix's expense, on or before March 13, 2008. The parties

---

[1] Counsel for Hynix in these five actions, O'Melveny & Myers LLP, does not represent Hynix in the *DRAM Claims Liquidation Trust* action.

agree that the specific date of Mr. Kim's deposition will be resolved between the parties and Mr. Kim's counsel, and will depend on Mr. Kim's completion of testimony as a witness in the trial of *United States of America v. Gary Swanson* (No. 06-0692 PJH), which is scheduled to commence on February 4, 2008. The parties jointly agree to discuss any request by Plaintiffs to extend Mr. Kim's deposition beyond seven hours, if necessary, depending on how much (if any) of the deposition is translated.

- **Michael Lin.** Plaintiffs previously noticed the deposition of Michael Lin, a former Elpida employee, and personally served a subpoena on Mr. Lin for his deposition to occur on December 17, 2007. Plaintiffs agreed to postpone the deposition at the request of Elpida after counsel for Elpida informed plaintiffs that the witness would not appear for the deposition. Elpida's counsel has informed Plaintiffs that Mr. Lin is available for a one-day deposition in San Diego, California, on February 5, 2008.

- **Timothy Hodgson.** On December 12, 2007, after finally locating Timothy Hodgson, a former Hynix employee, Plaintiffs personally served a subpoena on him for his deposition to occur on December 17, 2007. Mr. Hodgson has agreed to appear for a one-day deposition in the vicinity of San Jose, California, where he lives and works, on January 10, 2008.

- **Linda Park.** On October 16, 2007, Hynix noticed the deposition of Sun Microsystems, Inc. ("Sun") employee Linda Park, who works and resides in South Korea. Sun's counsel has represented that Ms. Park was not available for deposition prior to the December 17, 2007 fact discovery cutoff but was available to appear at a one-day deposition in the Northern District of California on December 18, 2007, and Sun produced her on that date.

- **Alwin Sulaiman / Sun Rule 30(b)(6) Designee re Purchase Data.** Sun has

identified Alwin Sulaiman, who works and lives outside the United States, in response to Defendants' Rule 30(b)(6) deposition notices, dated July 6 (as revised on September 28), with respect to Sun's transactional data. Hynix also seeks to take Mr. Sulaiman's deposition pursuant to its Rule 30(b)(1) notice served on December 7, 2007. Sun's counsel has represented that Mr. Sulaiman was not available prior to December 17, 2007, because of his need to secure a visa and make travel arrangements to the United States, but Sun has agreed to make Mr. Sulaiman available for a one-day deposition in the Northern District of California on or before January 18, 2008, or as soon as reasonably possible once he has obtained the necessary visa.

- o **Warren Mootrey / Sun Rule 30(b)(6) Designee re Sun Sales.** Sun has identified Warren Mootrey in response to Defendants' Rule 30(b)(6) deposition notices, dated July 6 (as revised on September 28), with respect to Sun's marketing and sales of products containing DRAM. Sun's counsel has represented that Mr. Mootrey was not available prior to December 17, 2007. Sun has agreed to make Mr. Mootrey available for a one-day deposition in the vicinity of Boston, Massachusetts, where he lives and works, on or before January 18, 2008.

- o **Chris Maxwell / Sun Rule 30(b)(6) Designee re External Manufacturers.** Sun has identified Chris Maxwell in response to Defendants' Rule 30(b)(6) notices, dated July 6 and July 27 (as revised on September 28), with respect to Sun's relationships with its External Manufacturers and has agreed to make Mr. Maxwell available for a one-day deposition in the vicinity of Boston, Massachusetts, where he lives and works, on or before January 18, 2008.

- o **Sun Rule 30(b)(6) Designee re "Purges."** Sun has agreed to make a corporate deponent available for a one-day deposition to provide further testimony in response to Defendants' Rule 30(b)(6) notices, dated July 6 and July 27 with respect to Sun's

1  "purges" of DRAM supplied by Elpida on or before January 18, 2008. Sun presently
2  expects this witness to be Alwin Sulamain and further expects that the deposition will
3  occur on the same day as the deposition regarding Sun's purchase data.

- o **<u>Unisys Rule 30(b)(6) Designee re Document Collection</u>.** Unisys has identified Kevin Krueger in response to Defendants' Rule 30(b)(6) notices, dated July 6 and July 31 (as revised on September 28), with respect to Unisys Corporation's document preservation, collection and production efforts. Unisys has agreed to make Mr. Krueger available for a one-day deposition in the vicinity of Minneapolis, Minnesota, where he lives and works, on or before January 18, 2008.

- o **<u>Unisys Rule 30(b)(6) Designee re Purchase Data</u>.** Unisys has agreed to make its corporate deponent available for a one-day deposition in response to Defendants' Rule 30(b)(6) notice, dated July 6 (as revised on September 28), in the vicinity of where the witness lives and works on or before January 18, 2008. Unisys presently expects this witness to be Kevin Krueger. If so, Unisys will make Mr. Krueger available on consecutive days to address the document preservation, collection and production topics and the purchase data topics, if more than one day is necessary.

- o **<u>Carolyn Stark</u>.** Hynix seeks to take the deposition of Carolyn Stark pursuant to its Rule 30(b)(1) notice served on December 7, 2007. Unisys has agreed to make Ms. Stark available for a one-day deposition in the vicinity of Minneapolis, Minnesota, where she lives and works, on or before January 18, 2008.

- o **<u>All American Rule 30(b)(6) Designee on DRAM Purchases</u>.** All American has agreed to make its corporate deponent available for deposition in response to Defendants' Rule 30(b)(6) notice, dated July 6 (as revised on September 28), in the vicinity of Miami, Florida, where the witness lives and works, on or before January 18,

2008.

- **Ueno Hirohisa:** Mr. Ueno, a current Elpida employee resident in Japan, was previously deposed in these actions on December 14, 2007. Elpida has agreed to make Mr. Ueno available for up to three additional hours of deposition with a Japanese interpreter in the United States, provided the parties are able to agree upon how his reasonable travel and lodging costs will be borne.

- **Yukio Sakamoto**: Elpida has agreed to make Mr. Sakamoto available for a deposition of up to four hours in English, with a Japanese interpreter present to assist with translation when necessary. If Mr. Sakamoto otherwise travels to the U.S. for business before the end of February 2008, the deposition will take place in the United States. Otherwise, it will take place in Tokyo, Japan, where Mr. Sakamoto works. Plaintiffs have agreed not to examine Mr. Sakamoto on any events occurring after November 2002 unless Mr. Sakamoto provides testimony in response to questions about pre-November 2002 that provides Plaintiffs with a good faith basis to explore beyond that time period.

WHEREAS, the parties agree that the stipulated agreement to conduct the above depositions after the December 17, 2007 fact discovery cut-off date applies only to these specific depositions and does not apply to any other deponents or discovery. With respect to those additional Rule 30(b)(6) depositions that the parties have agreed to complete in one day, the parties agree that if the deposing party determines that more than seven hours of testimony is required to complete the deposition, the parties will meet and confer to attempt to reach an agreement about how much additional time is needed before bringing the matter to the Court's attention.

NOW THEREFORE, PLAINTIFFS, HYNIX AND ELPIDA, THROUGH THEIR RESPECTIVE COUNSEL, HEREBY STIPULATE to the Court entering the

attached Proposed Order.

Stipulated by:

Dated: December 28, 2007

O'MELVENY & MYERS LLP
KENNETH R. O'ROURKE
MICHAEL F. TUBACH
PAUL B. SALVATY
STEVEN H. BERGMAN

*/s/ Paul B. Salvaty*
Paul B. Salvaty

Attorneys for Defendants
HYNIX SEMICONDUCTOR INC. and HYNIX SEMICONDUCTOR AMERICA INC. in the *Sun, Unisys, All American, Edge* and *Jaco* actions

Dated: December 28, 2007

CROWELL & MORING LLP

*/s/ David D. Cross*
David D. Cross

Attorneys for Plaintiffs
SUN MICROSYSTEMS, INC., UNISYS CORPORATION, JACO ELECTRONICS, INC., EDGE ELECTRONICS, INC., and ALL AMERICAN SEMICONDUCTOR, INC.

Dated: December 28, 2007

SIMPSON THACHER & BARTLETT LLP

*/s/ Harrison J. Frahn IV*
Harrison J. Frahn IV

ATTORNEYS FOR DEFENDANTS
ELPIDA MEMORY, INC., and ELPIDA MEMORY (USA) INC.

# [~~PROPOSED~~] ORDER

The Court hereby ORDERS that the following depositions may occur as set forth below after the December 17, 2007 fact discovery deadline and further ORDERS that the depositions may proceed on alternative dates and locations upon mutual agreement of the relevant parties, but in no event will any of the following depositions occur any later than March 13, 2008:

1. Dae Soo Kim on or before March 13, 2008, in the Northern District of California;
2. Linda Park on December 18, 2007, in the Northern District of California;
3. Alwin Sulaiman pursuant to Rule 30(b)(1) and as Sun's 30(b)(6) designee on topics related to Sun's transactional purchase data in the Northern District of California on or before January 18, 2008, or as soon as reasonably possible after he has obtained the necessary visa;
4. Michael Lin in San Diego, California, on February 5, 2008;
5. Timothy Hodgson in the vicinity of San Jose, California, on January 10, 2008;
6. Warren Mootrey as Sun's 30(b)(6) designee on topics related to marketing and sales of products containing DRAM in the vicinity of Boston, Massachusetts, on or before January 18, 2008;
7. Chris Maxwell as Sun's 30(b)(6) designee on topics related to Sun's relationships with its external manufacturers in the vicinity of Boston, Massachusetts, on or before January 18, 2008;
8. Sun's 30(b)(6) designee on topics related to Sun's "purges" of DRAM supplied by Elpida on or before January 18, 2008;
9. Kevin Krueger as Unisys Corporation's 30(b)(6) designee on topics related to Unisys Corporation's document preservation, collection and production efforts in the vicinity of Minneapolis, Minnesota, on or before January 18, 2008;
10. Unisys Corporation's 30(b)(6) designee on topics related to Unisys Corporation's

transactional purchase data in the vicinity of Minneapolis, Minnesota, on or before January 18, 2008;

11. Carolyn Stark in the vicinity of Minneapolis, Minnesota, on or before January 18, 2008;

12. An All American 30(b)(6) designee in the vicinity of Miami, Florida, on or before January 18, 2008;

13. Ueno Hirohisa for up to three hours in the United States (pending agreement on reasonable travel and lodging costs); and

14. Yukio Sakamoto for up to four hours in English, with a Japanese interpreter present to assist with translation when necessary, in the United States if Mr. Sakamoto otherwise travels to the U.S. for business before the end of February 2008, or in Tokyo, Japan, if Mr. Sakamoto does not travel to the U.S. for business before the end of February 2008.

**IT IS SO ORDERED.**

Dated: 1/4/08

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*

LA2:850541.1