1

2

3

4        UNITED STATES DISTRICT COURT

5        NORTHERN DISTRICT OF CALIFORNIA

6   SUN MICROSYSTEMS INC., ET AL. v.        Case No.  06-01665 PJH (Consolidated) (JCS)
    HYNIX SEMICONDUCTOR, INC., ET AL.,      Case No.  06-2915 PJH (JCS)
7   (Case No. C06-1665 PJH (Consolidated)   Case No.  07-1200 PJH (JCS)
                                            Case No.  07-1207 PJH (JCS)
8   UNISYS CORPORATION v. HYNIX             Case No.  07-1212 PJH (JCS)
    SEMICONDUCTOR, INC., ET AL.             Case No.  07-1381 PJH (JCS)
9   (Case No. C06-2915 PJH)

10  ALL AMERICAN SEMICONDUCTOR, INC         **ORDER GRANTING PLAINTIFFS**
    v. HYNIX SEMICONDUCTOR, INC., ET        **MOTION TO COMPEL DEPOSITION**
11  AL.                                     **TESTIMONY OF ELPIDA EMPLOYEES**
    (Case No. C07-1200 PJH)                 **[Docket No. 243]**
12

13  EDGE ELECTRONICS, INC., v. HYNIX
    SEMICONDUCTOR, INC., ET AL.
14  (Case No. C07-1207 PJH)

15  JACO ELECTRONICS, INC., v. HYNIX
    SEMICONDUCTOR, INC., ET AL.
16  (Case No. C07-1212 PJH)

17  DRAM CLAIMS LIQUIDATION TRUST,
    BY ITS TRUSTEE WELLS FARGO BANK,
18  N.A. v. HYNIX SEMICONDUCTOR, INC.,
    ET AL.
19  (Case C07-1381 PJH)

20  _____/

21

22          On December 28, 2007, the parties filed a Joint Letter Brief which the Court construed as

23  Plaintiffs Motion to Compel the Deposition Testimony of Elpida Employees (the "Motion").

24          On January 8, 2008, a telephonic hearing was held.  David Cross, counsel for Plaintiffs,

25  appeared.  Harrison Frahn and Jason M. Bussey, counsel for Defendants Elpida, appeared, and

26  James McCarthy, counsel for the DRAM Liquidation Trust, appeared.

27          For reason stated on the record, and good cause shown,

28

1   IT IS HEREBY ORDERED that the Motion is GRANTED.  The parties shall meet-and-

2   confer to set dates for the depositions of Ali Farahbod, Akihiko Furusawa, and David Lin. Each

3   deposition shall have a maximum time limit of four (4) hours.

4   IT IS SO ORDERED.

5

6   Dated:  January 10, 2008

7   _____

8   JOSEPH C. SPERO
    United States Magistrate Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28