JAMES G. KREISSMAN (Bar No. 206740)
jkreissman@stblaw.com
HARRISON J. FRAHN IV (Bar No. 206822)
hfrahn@stblaw.com
JASON M. BUSSEY (Bar No. 227185)
jbussey@stblaw.com
SIMPSON THACHER & BARTLETT LLP
2550 Hanover Street
Palo Alto, California 94304
Telephone: (650) 251-5000
Facsimile: (650) 251-5002

*Counsel for Defendants*
ELPIDA MEMORY, INC. and
ELPIDA MEMORY (USA) INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

|  |  |
|---|---|
| SUN MICROSYSTEMS, INC., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> HYNIX SEMICONDUCTOR, INC., *et al*. <br><br> Defendants. | Case No. C 06-01665 PJH (Consolidated) <br><br> Assigned for all purposes to the Hon. Phyllis J. Hamilton <br><br> ~~STIPULATION AND [PROPOSED]~~ **ORDER PROVIDING FOR DEPOSITIONS OF CERTAIN THIRD PARTIES AFTER CLOSE OF THIRD-PARTY JURISDICTIONAL AND STANDING DISCOVERY** |

# STIPULATION

This Stipulation is entered into between Plaintiff Sun Microsystems, Inc. ("Plaintiff") and Defendants Elpida Memory, Inc., Elpida Memory (USA) Inc., Nanya Technology Corporation, Nanya Technology Corporation USA, Hynix Semiconductor, Inc. and Hynix Semiconductor America, Inc. (collectively, "Defendants") in the above-captioned action, and is made with regard to the following facts:

WHEREAS, by prior order of this Court, January 17, 2008 is the deadline for completing discovery regarding jurisdiction and standing from third parties, including, *inter alia*, Celestica, Inc. ("Celestica"), Solectron Corp. ("Solectron"), Synnex Information Technologies, Inc. ("Synnex"), Benchmark Electronics, Inc. ("Benchmark"), and Mitac USA, Inc. ("Mitac") (collectively, the "Third Parties");

WHEREAS, Defendants have served the Third Parties with subpoenas in the above-captioned action;

WHEREAS, Defendants have met and conferred in good faith with counsel for the Third Parties concerning the documents requested by Defendants' subpoenas and the date and location of the Third-Party depositions;

WHEREAS, Celestica, Solectron, and Synnex, having not previously agreed to any deposition dates, offered within the last 10 days to produce witnesses for deposition during the week of January 14, 2008;

WHEREAS, Mitac and Benchmark have yet to offer deposition dates, and Defendants are continuing to meet and confer with their counsel;

WHEREAS, multiple depositions of party-witnesses in this case and related cases are scheduled for the week beginning January 14, 2008;

WHEREAS, Judge Spero recently requested that lead trial counsel for Plaintiff, Elpida and Hynix meet and confer in his chambers on January 14 and 15, 2008;

WHEREAS, due to the depositions and in-court meet and confer currently scheduled during the week of January 14, 2008, and the fact that the Celestica, Solectron, and Synnex depositions were only recently scheduled, Plaintiff's counsel has indicated that they are

unable to attend or properly prepare for the depositions of the Third Parties on any dates prior to January 17, 2008;

WHEREAS, Plaintiff and Defendants jointly agree that the depositions of the Third Parties will be completed on or before February 15, 2008;

WHEREAS, the parties agree to meet and confer with one another and the Third Parties to schedule mutually agreeable dates for these depositions pursuant to Local Rule 30-1;

NOW THEREFORE, PLAINTIFF, ELPIDA, NANYA AND HYNIX, THROUGH THEIR RESPECTIVE COUNSEL, HEREBY STIPULATE AND AGREE to the Court entering the attached Proposed Order, and respectfully request that the Court enter the Proposed Order for the reasons stated herein.

Dated: January 11, 2008                      CROWELL & MORING LLP


                                             By: _____/s/_____
                                                          David Cross

                                             *Counsel for Plaintiff*
                                             SUN MICROSYSTEMS, INC.


                                             SIMPSON THACHER & BARTLETT LLP


                                             By: _____/s/_____
                                                        Harrison J. Frahn IV

                                             *Counsel for Defendants*
                                             ELPIDA MEMORY, INC. and
                                             ELPIDA MEMORY (USA) INC.

ORRICK, HERRINGTON & SUTCLIFFE LLP


By: _____/s/_____
          Howard M. Ullman

*Counsel for Defendants*
NANYA TECHNOLOGY CORPORATION and
NANYA TECHNOLOGY CORPORATION USA

O'MELVENY & MYERS LLP


By: _____/s/_____
          Paul B. Salvaty

*Counsel for Defendants*
HYNIX SEMICONDUCTOR, INC. and
HYNIX SEMICONDUCTOR AMERICA, INC.

## CERTIFICATION

I hereby attest that David Cross, Howard M. Ullman, and Paul B. Salvaty have concurred in the filing of this document and that their holographic signatures will be retained in our files until one year after these actions are resolved.

SIMPSON THACHER & BARTLETT LLP

By: _____/s/_____
Harrison J. Frahn IV

*Counsel for Defendants*
ELPIDA MEMORY, INC. and
ELPIDA MEMORY (USA) INC.

# [PROPOSED] ORDER

The Court hereby ORDERS that the depositions of Celestica, Inc., Solectron Corp., Synnex Information Technologies, Inc., Benchmark Electronics, Inc., and Mitac USA, Inc., for the purpose of third-party jurisdictional and standing discovery, may take place after the previously set deadline of January 17, 2008, but in no event will any such depositions occur after February 15, 2008.

IT IS SO ORDERED.

Dated: __1/14/08_____

_____

IT IS SO ORDERED

Judge Phyllis J. Hamilton

Honorable _____
United States District Court Judge
Northern District of California