Jerome A. Murphy *(pro hac vice)*
David D. Cross *(pro hac vice)*
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2595
Telephone: 202-624-2500
Facsimile: 202-628-5116
E-mail: jmurphy@crowell.com
dcross@crowell.com

Daniel A. Sasse (CA Bar No. 236234)
Theresa C. Lopez (CA Bar No. 205338)
CROWELL & MORING LLP
3 Park Plaza, 20th Floor
Irvine, CA 92614-8505
Telephone: 949-263-8400
Facsimile: 949-263-8414
E-mail: dsasse@crowell.com
tlopez@crowell.com

*Counsel for Plaintiff Sun Microsystems, Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| SUN MICROSYSTEMS, INC. <br><br> Plaintiff, <br><br> v. <br><br> HYNIX SEMICONDUCTOR, INC, ET AL., <br><br> Defendants. | Case No. C 06-01665 PJH <br> (Consolidated) <br><br> **STIPULATION OF DISMISSAL [AND ORDER] AS TO WINBOND DEFENDANTS PURSUANT TO RULE 41(a)(2)** |

The parties hereto hereby stipulate to a dismissal of this action, subject to approval by the Court, as to defendants Winbond Electronics Corporation and Winbond

Electronics Corporation America, with prejudice, pursuant to Rule 41(a)(2), Fed. R. Civ. P. Each party shall bear its own costs and attorney's fees. This dismissal shall not apply to or affect any other defendant.

DATED: January 14, 2008

CROWELL & MORING LLP

Jerome A. Murphy
David D. Cross
Daniel A. Sasse
Theresa C. Lopez

*Counsel for Plaintiff Sun Microsystems, Inc.*

DATED: January 14, 2008

FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP

Steven H. Morrissett
Wendy A. Herby

COLLETTE ERICKSON FARMER & O'NEILL, LLP

William S. Farmer
Jacob P. Alpren

*Counsel for Defendants Winbond Electronics Corporation and Winbond Electronics Corporation America*

Good cause appearing, it is SO ORDERED.

Dated: January 16, 2008

Phyllis
United

IT IS SO ORDERED
Judge Phyllis J. Hamilton

2
STIPULATION OF DISMISSAL [AND ORDER] AS TO WINBOND DEFENDANTS PURSUANT TO RULE 41(a)(2)