KENNETH R. O'ROURKE (S.B. #120144)
korourke@omm.com
PAUL B. SALVATY (S.B. # 171507)
psalvaty@omm.com
STEVEN H. BERGMAN (S.B. #180542)
sbergman@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA 90071-2899
Telephone: (213) 430-6000
Facsimile: (213) 430-6407

MICHAEL F. TUBACH (S.B. #145955)
mtubach@omm.com
O'MELVENY & MYERS LLP
Embarcadero Center West
275 Battery Street
San Francisco, CA 94111-3305
Telephone: (415) 984-8700
Facsimile: (415) 984-8701

*Counsel for Defendants*
HYNIX SEMICONDUCTOR INC. and HYNIX
SEMICONDUCTOR AMERICA INC.

[Additional Counsel listed on signature page]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| *Sun Microsystems, Inc., et al. v. Hynix Semiconductor, Inc., et al.*<br><br>*Unisys Corporation v. Hynix Semiconductor, Inc., et al.* | Case Nos.: C-06-01665 PJH (Consolidated)<br>C-06-02915 PJH<br><br>Assigned for all purposes to the<br>Hon. Phyllis J. Hamilton<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER RESOLVING HYNIX and , ELPIDA's MOTION TO COMPEL 30(b)(6) DEPOSITIONS FROM PLAINTIFFS SUN MICROSYSTEMS, INC. AND UNISYS CORPORATION** |

# STIPULATION

This Stipulation is made between Defendants Hynix Semiconductor Inc., Hynix Semiconductor America Inc., Elpida Memory Inc. and Elpida Memory (USA) Inc. and Plaintiffs Sun Microsystems, Inc. and Unisys Corporation with reference to the following facts:

A. WHEREAS Defendants Hynix and Elpida propounded 30(b)(6) deposition notices on Plaintiffs Sun and Unisys (Hynix only) dated November 21, 2007 and December 7, 2007.

B. WHEREAS Sun and Unisys objected to the 30(b)(6) deposition notices; and

C. WHEREAS on December 28, 2007 Hynix and Elpida moved to compel the 30(b)(6) depositions set forth in the November 21, 2007 and December 7, 2007 deposition notices (Sun Docket No. 265); and

D. WHEREAS on January 14, 2008 counsel for Hynix, Elpida and Plaintiffs engaged in a meet-and-confer regarding these deposition notices;

THEREFORE, IT IS HEREBY STIPULATED AND AGREED AS FOLLOWS:

1. With respect to the Rule 30(b)(6) deposition notice of Sun and Unisys regarding jurisdiction and standing issues dated November 21, 2007, Plaintiffs will provide supplemental responses to Defendants' jurisdictional interrogatories and requests for admission by January 31, 2008; and

2. Plaintiffs will designate prior 30(b)(1) and 30(b)(6) testimony as responsive to the November 21, 2007 deposition notice on jurisdiction and standing issues by February 8, 2008; and

- 1 -

STIP. & [PROPOSED] ORDER RE DEFS.' MOTION
TO COMPEL 30(B)(6) TESTIMONY
CASE NOS. C-06-01665 PJH, (CONS.) ET AL.

3. Defendants reserve their rights to renew their motion to compel testimony on jurisdictional and standing topics if, in their opinion, the written discovery responses and the prior deposition testimony designations do not fully address the jurisdictional and standing topics, and plaintiffs reserve all objections previously served; and

4. With respect to the Rule 30(b)(6) deposition notice of Sun on inventory issues dated November 21, 2007, Plaintiffs will designate prior 30(b)(1) and 30(b)(6) testimony that is responsive to the deposition notice on inventory issues by February 8, 2008; and

5. With respect to the Rule 30(b)(6) deposition notice of Sun on knowledge of its claims, Defendants will provide Sun with up to 10 written questions within the scope of topic 1 of the November 21, 2007 30(b)(6) deposition notice by January 25, 2008. Sun has agreed to answer these questions in writing under oath, subject to applicable objections, by February 22, 2008; and

6. Defendants reserve their rights to renew their motion to compel testimony regarding Sun's knowledge of its claims if, in their opinion, the written answers do not fully answer the questions propounded regarding the knowledge of claims topic set forth in the November 21, 2007 30(b)(6) deposition notice, and plaintiffs reserve all objections previously served; and

7. With respect to the Rule 30(b)(6) deposition notices of Sun on purchase data, Sun will produce Alwin Sulaiman on topic 1 of the December 7, 2007 30(b)(6) deposition notice to answer questions regarding Sun's transactional data produced in this litigation and will designate prior 30(b)(1) and 30(b)(6) testimony that is responsive to topics 2 and 3 of the December 7, 2007 30(b)(6) deposition notice by February 8, 2008; and

8.   With respect to the Rule 30(b)(6) deposition notices of Unisys on purchase data, Unisys will produce Carolyn Stark on topic 1 of the December 7, 2007 30(b)(6) deposition notice to answer questions regarding Unisys Corporation's transactional data produced in this litigation and will designate prior 30(b)(1) and 30(b)(6) testimony that is responsive to topics 2 and 3 of the December 7, 2007 30(b)(6) deposition notice by February 8, 2008.

SO STIPULATED.

Dated: January 14, 2008

Respectfully submitted,

O'MELVENY & MYERS LLP
KENNETH R. O'ROURKE
MICHAEL F. TUBACH
PAUL B. SALVATY
STEVEN H. BERGMAN

_____
Steven H. Bergman

Attorneys for Defendants
HYNIX SEMICONDUCTOR INC. and
HYNIX SEMICONDUCTOR AMERICA
INC. in the *Sun, Unisys, All-American, Edge* and *Jaco* actions

SIMPSON THACHER & BARTLETT LLP
JAMES G. KREISSMAN
HARRISON J. FRAHN IV
JASON BUSSEY

_____
Harrison J. Frahn

Attorneys for Defendants
ELPIDA MEMORY INC. and ELPIDA
MEMORY (USA) INC. in the *Sun* action

CROWELL & MORING LLP
JEROME A. MURPHY
DAVID D. CROSS

_____
Jerome A. Murphy

Attorneys for Plaintiffs
SUN MICROSYSTEMS, INC. and
UNISYS CORPORATION

- 3 -

STIP. & [PROPOSED] ORDER RE DEFS.' MOTION
TO COMPEL 30(B)(6) TESTIMONY
CASE NOS. C-06-01665 PJH, (CONS.) ET AL.

# [PROPOSED] ORDER

Pursuant to the Stipulation of the Parties, the Motion to Compel 30(b)(6) Testimony filed by Defendants Hynix and Elpida on December 28, 2007 and Fed. R. Civ. P. 26, 30 and 37, and for good cause, this Court HEREBY ORDERS AS FOLLOWS:

1. With respect to the Rule 30(b)(6) deposition notice of Sun and Unisys regarding jurisdiction and standing issues dated November 21, 2007, Plaintiffs will provide supplemental responses to Defendants' jurisdictional interrogatories and requests for admission by January 31, 2008; and

2. Plaintiffs will designate prior 30(b)(1) and 30(b)(6) testimony as responsive to the November 21, 2007 deposition notice on jurisdiction and standing issues by February 8, 2008; and

3. Defendants reserve their rights to renew their motion to compel testimony on jurisdictional and standing topics if, in their opinion, the written discovery responses and the prior deposition testimony designations do not fully address the jurisdictional and standing topics, and plaintiffs reserve all objections previously served; and

4. With respect to the Rule 30(b)(6) deposition notice of Sun on inventory issues dated November 21, 2007, Plaintiffs will designate prior 30(b)(1) and 30(b)(6) testimony that is responsive to the deposition notice on inventory issues by February 8, 2008; and

5. With respect to the Rule 30(b)(6) deposition notice of Sun on knowledge of its claims, Defendants will provide Sun with up to 10 written questions within the scope of topic 1 of the November 21, 2007 30(b)(6) deposition notice by January 25, 2008. Sun has agreed to answer these written questions in writing under oath, subject to applicable objections, by February 22, 2008; and

6. Defendants reserve their rights to renew their motion to compel testimony regarding Sun's knowledge of its claims if, in their opinion, the written answers do not fully answer the questions propounded regarding the knowledge of claims topic set

- 1 -

STIP. & [PROPOSED] ORDER RE DEFS.' MOTION
TO COMPEL 30(B)(6) TESTIMONY
CASE NOS. C-06-01665 PJH, (CONS.) ET AL.

1. forth in the November 21, 2007 30(b)(6) deposition notice, and plaintiffs reserve all
2. objections previously served; and

3.     7.    With respect to the Rule 30(b)(6) deposition notices of Sun on
4. purchase data, Sun will produce Alwin Sulaiman on topic 1 of the December 7, 2007
5. 30(b)(6) deposition notice to answer questions regarding Sun's transactional data
6. produced in this litigation and will designate prior 30(b)(1) and 30(b)(6) testimony that is
7. responsive to topics 2 and 3 of the December 7, 2007 30(b)(6) deposition notice by
8. February 8, 2008; and

9.     8.    With respect to the Rule 30(b)(6) deposition notices of Unisys on
10. purchase data, Unisys will produce Carolyn Stark on topic 1 of the December 7, 2007
11. 30(b)(6) deposition notice to answer questions regarding Unisys Corporation's
12. transactional data produced in this litigation and will designate prior 30(b)(1) and 30(b)(6)
13. testimony that is responsive to topics 2 and 3 of the December 7, 2007 30(b)(6) deposition
14. notice by February 8, 2008; and

15.     9.    The Parties can agree to extend the deadline for designating
16. testimony ~~my~~ by- JCS mutual agreement.

17.     10.    This Order shall be treated as an Order of the Court pursuant to Fed.
18. R. Civ. P. 26, 30 and 37.

19. **IT IS SO ORDERED.**

20. Dated: January __16__, 2008

                                /s/ Joseph C. Spero
                                JOSEPH C. SPERO
                                United States Magistrate Judge

- 2 -

STIP. & [~~PROPOSED~~] ORDER RE DEFS.' MOTION
TO COMPEL 30(B)(6) TESTIMONY
CASE NOS. C-06-01665 PJH, (CONS.) ET AL.