UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUN MICROSYSTEMS INC., | Case No. 06-01665 PJH (JCS) |
| Plaintiff(s), | |
| v. | **ORDER TO UNSEAL DEPOSITION EXCERPTS OF ALBERTO J. BORO, JR., TAKEN ON FEBRUARY 10, 2006 [Docket No. 254]** |
| HYNIX SEMICONDUCTOR INC., ET AL, | |
| Defendant(s). | |

On February 1, 2008, via e-mail communication from Steve Berman, counsel for Hynix Defendants, stating that they do not seek to keep the deposition excerpts of Alberto J. Boro, Jr., submitted under seal.

IT IS HEREBY ORDERED that the deposition excerpt shall be UNSEALED. David Cross, counsel for Plaintiff Sun Microsystems, shall electronically file the deposition excerpt of Albert J. Boro, Jr., that was submitted by Plaintiff in their Administrative Motion to Seal [docket no. 254].

IT IS SO ORDERED.

Dated: February 14, 2008

_____
JOSEPH C. SPERO
United States Magistrate Judge