JAMES G. KREISSMAN (Bar No. 206740)
jkreissman@stblaw.com
HARRISON J. FRAHN IV (Bar No. 206822)
hfrahn@stblaw.com
JASON M. BUSSEY (Bar No. 227185)
jbussey@stblaw.com
SIMPSON THACHER & BARTLETT LLP
2550 Hanover Street
Palo Alto, California  94304
Telephone:  (650) 251-5000
Facsimile:  (650) 251-5002

*Counsel for Defendants*
ELPIDA MEMORY, INC. and
ELPIDA MEMORY (USA) INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| *Sun Microsystems, Inc. v. Hynix Semiconductor, Inc., et al.* (Case No. C-06-01665 PJH)<br><br>*Unisys Corporation v. Hynix Semiconductor, Inc., et al.* (Case No. C 06-02915 PJH)<br><br>*All American Semiconductor, Inc. v. Hynix Semiconductor, Inc., et al.* (Case No. C 07-01200 PJH)<br><br>*Edge Electronics, Inc. v. Hynix Semiconductor, Inc., et al.* (Case No. C 07-01207 PJH)<br><br>*Jaco Electronics, Inc. v. Hynix Semiconductor, Inc., et al.* (Case No. C 07-01212 PJH)<br><br>*DRAM Claims Liquidation Trust, by its Trustee, Wells Fargo Bank, N.A. v. Hynix Semiconductor, Inc., et al.* (Case No. C 07-01381 PJH) | Case No. C 06-01665 PJH<br>Case No. C 06-02915 PJH<br>Case No. C 07-01200 PJH<br>Case No. C 07-01207 PJH<br>Case No. C 07-01212 PJH<br>Case No. C 07-01381 PJH<br><br>Assigned for all purposes to the Hon. Phyllis J. Hamilton<br><br>**STIPULATION AND [P~~ROPOSED~~] ORDER PROVIDING FOR DEPOSITIONS OF CERTAIN PLAINTIFFS' REBUTTAL EXPERTS AFTER CLOSE OF EXPERT DISCOVERY** |

# STIPULATION

This Stipulation is entered into between plaintiffs Sun Microsystems, Inc.; Unisys Corporation; All American Semiconductor, Inc.; Edge Electronics, Inc.; Jaco Electronics, Inc.; and DRAM Claims Liquidation Trust (collectively, "Plaintiffs") and defendants Elpida Memory, Inc. and Elpida Memory (USA) Inc. (collectively, "Elpida"); Nanya Technology Corporation and Nanya Technology Corporation USA (collectively, "Nanya"); Hynix Semiconductor, Inc. and Hynix Semiconductor America, Inc. (collectively, "Hynix"); Samsung Electronics Co. Ltd. and Samsung Semiconductor, Inc. (collectively, "Samsung"); Micron Technology, Inc. and Micron Semiconductor Products, Inc. (collectively, "Micron"); Infineon Technologies AG and Infineon Technologies North America Corp. (collectively, "Infineon"); and NEC Corporation, NEC Electronics Corporation, and NEC Electronics America, Inc. (collectively, "NEC" and, with Elpida, Nanya, Hynix, Samsung, Micron, and Infineon, "Defendants") in the above-captioned action, and is made with regard to the following facts:

WHEREAS, by order of this Court dated January 28, 2008, Plaintiffs' rebuttal experts' reports were to be served on May 2, 2008, and the deadline for completing depositions of rebuttal experts is May 23, 2008;

WHEREAS, on May 2, 2008, Plaintiffs served Defendants with the rebuttal expert reports of Halbert L. White, Jr. and Robert C. Marshall, both of whom had previously submitted opening expert reports for Plaintiffs, plus three additional rebuttal expert reports from witnesses who had not submitted opening reports for Plaintiffs: Boris J. Steffen, Francis X. Diebold, and Michael D. Whinston;

WHEREAS, the parties have endeavored to schedule all rebuttal expert depositions before the May 23, 2008 cutoff, but counsel for Plaintiffs has informed counsel for Defendants that, due to the teaching schedules of Professors Diebold and Whinston, these two witnesses are unavailable to be deposed concerning their rebuttal expert reports on or before the May 23, 2008 deadline to complete expert discovery;

WHEREAS, Plaintiffs and Defendants jointly agree that the deposition of Dr. Diebold will occur on May 29, 2008;

WHEREAS, Plaintiffs and Defendants jointly agree that the deposition of Dr. Whinston will occur on June 17, 2008; and

WHEREAS, the parties do not believe that holding these two depositions on these dates will affect any other date in the schedules for these cases;

NOW THEREFORE, PLAINTIFFS AND DEFENDANTS, THROUGH THEIR RESPECTIVE COUNSEL, HEREBY STIPULATE AND AGREE to the Court entering the attached Proposed Order, and respectfully request that the Court enter the Proposed Order for the reasons stated herein.

Dated: May 14, 2008

CROWELL & MORING LLP

By:    /s/
     David Cross

*Counsel for Plaintiffs*
SUN MICROSYSTEMS, INC.; UNISYS CORPORATION; ALL AMERICAN SEMICONDUCTOR, INC.; EDGE ELECTRONICS, INC.; and JACO ELECTRONICS, INC.

LINDQUIST & VENNUM P.L.L.P.

By:    /s/
     James P. McCarthy

*Counsel for Plaintiff*
DRAM CLAIMS LIQUIDATION TRUST

SIMPSON THACHER & BARTLETT LLP

By:    /s/
     Harrison J. Frahn IV

*Counsel for Defendants*
ELPIDA MEMORY, INC. and
ELPIDA MEMORY (USA) INC.

STIPULATION AND [PROPOSED] ORDER RE: POST-5/23/08 DEPOSITIONS
CASE NOS. C 06-01665; C 06-02915; C 07-01200; 07-01207; 07-01212; 07-01381
3

ORRICK, HERRINGTON & SUTCLIFFE LLP

By:     /s/
       Howard M. Ullman

*Counsel for Defendants*
NANYA TECHNOLOGY CORPORATION and
NANYA TECHNOLOGY CORPORATION USA

O'MELVENY & MYERS LLP

By:     /s/
       Paul B. Salvaty

*Counsel for Defendants*
HYNIX SEMICONDUCTOR, INC. and
HYNIX SEMICONDUCTOR AMERICA, INC.

KAYE SCHOLER LLP

By:     /s/
       Julian Brew

*Counsel for Defendants*
INFINEON TECHNOLOGIES AG and
INFINEON TECHNOLOGIES NORTH AMERICA CORP.

SHEPPARD MULLIN RICHTER & HAMPTON LLP

By:     /s/
       David Garcia

*Counsel for Defendants*
SAMSUNG ELECTRONICS CO., LTD. and
SAMSUNG SEMICONDUCTOR, INC.

GIBSON DUNN & CRUTCHER LLP

By:     /s/
       Joel Sanders

*Counsel for Defendants*
MICRON TECHNOLOGY, INC. and MICRON
SEMICONDUCTOR PRODUCTS, INC.

THELEN REID BROWN RAYSMAN & STEINER LLP

By: _____/s/_____
       Robert Pringle

*Counsel for Defendants*
NEC CORPORATION; NEC ELECTRONICS CORPORATION; and NEC ELECTRONICS AMERICA, INC.

I hereby attest that David Cross, James P. McCarthy, Howard M. Ullman, Paul B. Salvaty, Julian Brew, David Garcia, Joel Sanders, and Robert Pringle have concurred in the filing of this document and that their holographic signatures will be retained in our files until one year after these actions are resolved.

SIMPSON THACHER & BARTLETT LLP

By: _____/s/_____
Harrison J. Frahn IV

*Counsel for Defendants*
ELPIDA MEMORY, INC. and
ELPIDA MEMORY (USA) INC.

# [~~PROPOSED~~] ORDER

The Court hereby ORDERS that the depositions of Francis X. Diebold and Michael D. Whinston may take place after the previously set deadline of May 23, 2008, and shall occur on the following dates:

1. The deposition of Francis X. Diebold shall occur on or before May 29, 2008; and

2. The deposition of Michael D. Whinston shall occur on or before June 17, 2008.

IT IS SO ORDERED.

Dated: _5/23/08_____



_____
Hon. Phyllis J. Hamilton
United States District Court Judge
Northern District of California

IT IS SO ORDERED
Judge Phyllis J. Hamilton