KENNETH R. O'ROURKE (S.B. #120144)
korourke@omm.com
PAUL B. SALVATY (S.B. #171507)
psalvaty@omm.com
STEVEN H. BERGMAN (S.B. #180542)
sbergman@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA  90071-2899
Telephone:    (213) 430-6000
Facsimile:     (213) 430-6407

Attorneys for Defendants
HYNIX SEMICONDUCTOR INC. and
HYNIX SEMICONDUCTOR AMERICA INC.
(except in the *DRAM Liquidation Trust* action)

Additional counsel listed below.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| *Sun Microsystems, Inc., et al. v. Hynix Semiconductor, Inc., et al.* <br><br> *Unisys Corporation v. Hynix Semiconductor, Inc., et al.* <br><br> *All American Semiconductor, Inc. v. Hynix Semiconductor, Inc., et al* <br><br> *Edge Electronics, Inc. v. Hynix Semiconductor, Inc., et al.* <br><br> *Jaco Electronics, Inc. v. Hynix Semiconductor, Inc., et al.* <br><br> *DRAM Claims Liquidation Trust, by its Trustee, Wells Fargo Bank, N.A. v. Hynix Semiconductor, Inc., et al.* | Case Nos.: C-06-01665 PJH (Consolidated) <br> C-06-02915 PJH <br> C-07-01200 PJH <br> C-07-01207 PJH <br> C-07-01212 PJH <br> C-07-01381 PJH <br><br> Assigned for all purposes to the <br> Hon. Phyllis J. Hamilton <br><br> **STIPULATION AND [P~~ROPOSED~~] ORDER RE: EXTENDING TIME TO FILE DISPOSITIVE MOTIONS AND REQUESTS TO SEAL DOCUMENTS** |

**STIPULATION**

This Stipulation is entered into between plaintiffs Sun Microsystems, Inc., Unisys Corporation, All American Semiconductor, Inc., Edge Electronics, Inc., Jaco Electronics, Inc., and DRAM Claims Liquidation Trust (collectively, "Plaintiffs") and defendants Hynix Semiconductor Inc., Hynix Semiconductor America Inc., Elpida Memory, Inc., Elpida Memory (USA) Inc., Infineon Technologies AG, Infineon Technologies North America Corp., Nanya Technology Corporation, Nanya Technology Corporation USA, Samsung Electronics Co. Ltd., Samsung Semiconductor, Inc.,[1] Micron Technology, Inc., Micron Semiconductor Products, Inc., and NEC Electronics America, Inc. (collectively, "Defendants") in the above-captioned actions, and is made with regard to the following facts:

WHEREAS, the Court has ordered that the deadline for serving dispositive motions was Wednesday, July 30, 2008, and nothing herein seeks to modify that deadline;

WHEREAS, the Court has ordered that the deadline for filing dispositive motions is Wednesday, August 6, 2008;

WHEREAS, the Court has further ordered that the deadline for filing requests to seal documents cited in dispositive motions is Monday, August 4, 2008;

WHEREAS, the parties are working together in order to minimize the burden on the Court and the need to file excessive amounts of documents under seal;

WHEREAS, the parties agree that an extension of an additional two business days for them to continue the process of narrowing the number of documents that they may request be filed under seal would greatly assist the parties and reduce any burden on the Court.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED as follows:

1. The parties shall have until Friday, August 8, 2008, to file dispositive motions with the Court.
2. The parties shall have until Wednesday, August 6, 2008, to file any requests to seal documents.

---

[1] Samsung enters into this stipulation only for purposes of *Edge Electronics, Inc. v. Hynix Semiconductor, Inc., et al.*, Case No. C-07-01207 PJH.

**IT IS SO STIPULATED**

Respectfully Submitted,

Dated: July 25, 2008    O'MELVENY & MYERS LLP


By: _____*/Steven H. Bergman/*_____
         Steven H. Bergman

Attorneys for Defendants
HYNIX SEMICONDUCTOR INC. and
HYNIX SEMICONDUCTOR AMERICA INC.

CROWELL & MORING LLP

Dated: July 25, 2008


By: _____*/s/*_____
         Jerome A. Murphy

Attorneys for Plaintiffs
SUN MICROSYSTEMS, INC.;
UNISYS CORPORATION;
ALL AMERICAN SEMICONDUCTOR, INC.;
EDGE ELECTRONICS, INC. and
JACO ELECTRONICS, INC.

LINDQUIST & VENNUM P.L.L.P.

Dated: July 25, 2008


By: _____*/s/*_____
         James M. Lockhart

Attorneys for Plaintiff DRAM CLAIMS
LIQUIDATION TRUST, BY ITS TRUSTEE,
WELLS FARGO BANK, N.A.

ORRICK, HERRINGTON & SUTCLIFFE LLP

Dated: July 25, 2008


By: _____*/s/*_____
         Howard M. Ullman
Attorneys for Defendants
NANYA TECHNOLOGY CORPORATION and
NANYA TECHNOLOGY CORPORATION USA

---

-2-
STIPULATION AND PROPOSED ORDER RE: EXTENDING TIME TO FILE DISPOSITIVE MOTIONS AND REQUESTS
TO SEAL DOCUMENTS
CASE NOS. C06-01665; CO6-02915; C07-01200; C07-01207; C07-01212; C07-01381

| | | |
|---|---|---|
| 1 | Dated: July 25, 2008 | SIMPSON THACHER & BARTLETT LLP |
| 2 | | |
| 3 | | By: _____/s/_____ |
| 4 | | Harrison J. Frahn IV |

Attorneys for Defendants
ELPIDA MEMORY, INC. and
ELPIDA MEMORY (USA) INC.

Dated: July 25, 2008   THELEN REID BROWN RAYSMAN & STEINER LLP

By: _____/s/_____
Robert Pringle

Attorneys for Defendants
NEC ELECTRONICS AMERICA, INC.

Dated: July 25, 2008   KAYE SCHOLER LLP

By: _____/s/_____
Julian Brew

Attorneys for Defendants
INFINEON TECHNOLOGIES AG and
INFINEON TECHNOLOGIES NORTH AMERICA CORP.

Dated: July 25, 2008   SHEPPARD MULLIN RICHTER & HAMPTON LLP

By: _____/s/_____
David Garcia

Attorneys for Defendants
SAMSUNG ELECTRONICS CO., LTD. and
SAMSUNG SEMICONDUCTOR, INC.

| | | |
|---|---|---|
| 1 | Dated: July 25, 2008 | GIBSON DUNN & CRUTCHER LLP |

Dated:  July 25, 2008                    GIBSON DUNN & CRUTCHER LLP

By:       /s/
     Joel Sanders

Attorneys for Defendants
MICRON TECHNOLOGY, INC. and
MICRON SEMICONDUCTOR PRODUCTS, INC.

Dated:  July 25, 2008                    THELEN REID BROWN RAYSMAN & STEINER LLP

By:       /s/
     Samuel J. Maselli

Attorneys for Defendants
HYNIX SEMICONDUCTOR INC. and
HYNIX SEMICONDUCTOR AMERICA INC. in the *DRAM Claims Liquidation Trust* matter only

## **ATTESTATION OF FILING**

I hereby attest that I have obtained concurrence in the filing of this document from the Plaintiffs and the Defendants listed in the signature blocks above.

      */Steven H. Bergman/*
     Steven H. Bergman

Counsel for Defendants
HYNIS SEMICONDUCTOR INC. and
HYNIX SEMICONDUCTOR AMERICA INC.
(except in the *DRAM Liquidation Trust* action)

# [~~PROPOSED~~] ORDER

Having reviewed the foregoing stipulated request, other matters properly before the Court, and the record in this case, and good cause appearing, it is hereby **ORDERED** that:

1. The parties shall have until Friday, August 8, 2008, to file dispositive motions with the Court.

2. The parties shall have until Wednesday, August 6, 2008, to file any requests to seal documents.

**IT IS SO ORDERED.**

Dated: August  4 , 2008



_____
Judge Phyllis J. Hamilton
United States District Court Judge