UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SUN MICROSYSTEMS INC.,

    Plaintiff,

    v.

HYNIX SEMICONDUCTOR INC., et al.,

    Defendants.

_____/

No. C 06-1665 PJH

**ORDER RE MOTIONS TO SEAL IN CONJUNCTION WITH DEFENDANTS' DISPOSITIVE MOTION FILINGS**

This Document Also Relates to:

Unisys Corp. v. Hynix et al., C 06-2915 PJH
All American Semiconductor v. Hynix et al., C 07-1200 PJH
Edge Electronics v. Hynix et al., C 07-1207 PJH
Jaco Electronics v. Hynix et al., C 07-1212 PJH
DRAM Claims Liquidation Trust v. Hynix et al., C 07-1381 PJH

_____/

    The court has reviewed the parties' various requests to seal, which were filed on August 6, 2008, in conjunction with the imminent filing of defendants' dispositive motions. After reviewing the various requests, the court has determined that the requests to seal are not supported by a showing of "compelling need," as required under <u>Kamakana v. City and County of Honolulu</u>, 447 F.3d 1172 (9th Cir. 2006). While some documents are arguably supported by a showing of good cause, good cause is not enough to establish proper grounds for the sealing of documents filed in conjunction with dispositive motions. Accordingly, the court hereby DENIES the parties' requests to seal the documents that have been lodged with the court in connection with tomorrow's filing of defendants' motions for summary judgment.

The single exception to this ruling is third party Celestica Inc.'s request to seal Exhibit 3 to the Rock Deposition – i.e., the May 18, 1999 Master External Manufacturing Agreement (MEMA) between Sun and Celestica. Celestica is the only third party to request sealing of any documents. The court finds that, as a non-party to the present proceedings, Celestica's showing satisfies the compelling need standard contemplated by Kamakana, and the court accordingly GRANTS Celestica's request to file Exhibit 3 to the Rock Deposition under seal. Celestica's remaining request is, however, DENIED. And since no other third parties have submitted particularized requests to file any third party documents under seal, there is no justification for filing any other third party documents under seal.

To the extent that the parties intend to file any of the documents currently lodged with the court in connection with the filing of dispositive motions tomorrow, the parties are instructed to file all such documents as part of the public record (save for the single exception noted above).

**IT IS SO ORDERED.**

Dated: August 7, 2008

_____
PHYLLIS J. HAMILTON
United States District Judge