KAYE SCHOLER LLP
Aton Arbisser, Bar Number 150496
Julian Brew, Bar Number 150615
Joshua Stambaugh, Bar Number 233834
1999 Avenue of the Stars, Suite 1700
Los Angeles, California 90067
Telephone: (310) 788-1000
Facsimile: (310) 788-1200

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SUN MICROSYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> HYNIX SEMICONDUCTOR, INC., ET AL., <br><br> Defendants. <br><br> This document also filed in **related cases**: <br><br> *Unisys Corporation v. Hynix Semiconductor, Inc., et al.*, Case No. C-06-02915 PJH <br><br> *All American Semiconductor, Inc. v. Hynix Semiconductor, Inc., et al.*, Case No. C-07-01200 PJH <br><br> *Edge Electronics, Inc. v. Hynix Semiconductor, Inc., et al.*, Case No. C-07-01207 PJH <br><br> *Jaco Electronics, Inc. v. Hynix Semiconductor, Inc., et al.*, Case No., C-07-01212 PJH <br><br> *DRAM Claims Liquidation Trust, by its Trustee Wells Fargo Bank, NA v. Hynix Semiconductor, Inc., et al.*, Case No. C-07-01381 PJH | Case No. C 06-01665 PJH <br><br> **DECLARATION OF JOSHUA STAMBAUGH IN SUPPORT OF DEFENDANTS' MOTION TO EXCLUDE THE TESTIMONY OF PLAINTIFFS' EXPERT WITNESS HALBERT WHITE PURSUANT TO FED. R. EVID. 702** <br><br> Hearing Date: December 10, 2008 <br> Time: 9:00 a.m. <br> Courtroom: 3, 17th Floor <br> Judge: Hon. Phyllis J. Hamilton |

I, Joshua Stambaugh, declare as follows:

I am a member in good standing of the State Bar of California and an associate in the law firm of KAYE SCHOLER LLP, counsel for defendants Infineon Technologies AG and Infineon Technologies North America Corp., in the above-entitled actions. I have personal knowledge of the facts set forth in this Declaration and if called as a witness, I could and would testify to them, except where I specify that I am declaring on information and belief, in which case I am informed and believe the facts to be true. I make this declaration in support of Defendants' Motion to Exclude the Testimony of Halbert White in the above-entitled actions.

## **EXPERT REPORTS**

1. Attached as Exhibit 1 is a true and correct copy of excerpts from the March 7, 2008 Expert Report of Victor DeDios.

2. Attached as Exhibit 2 is a true and correct copy of excerpts from the May 2, 2008 Rebuttal Expert Report of Francis X. Diebold.

3. Attached as Exhibit 3 is a true and correct copy of excerpts from the March 7, 2008 Expert Report of Joseph P. Kalt.

4. Attached as Exhibit 4 is a true and correct copy of excerpts from the March 7, 2008 Expert Report of Benjamin Klein.

5. Attached as Exhibit 5 is a true and correct copy of excerpts from the March 7, 2008 Expert Report of Daniel L. Rubinfeld.

6. Attached as Exhibit 6 is a true and correct copy of excerpts from the March 7, 2008 Expert Report of Carl Shapiro.

7. Attached as Exhibit 7 is a true and correct copy of the December 14, 2007 Expert Report of Halbert L. White.

8. Attached as Exhibit 8 is a true and correct copy of the May 2, 2008 Rebuttal Expert Report of Halbert L. White.

9. Attached as Exhibit 9 is a true and correct copy of the May 2, 2008 Rebuttal Expert Report of Michael D. Whinston.

## DEPOSITION TRANSCRIPTS

10. Attached as Exhibit 10 is a true and correct copy of excerpts from the deposition transcript of Francis X. Diebold taken on May 29, 2008.

11. Attached as Exhibit 11 is a true and correct copy of excerpts from the deposition transcript of Johann Harter taken on November 20, 2007.

12. Attached as Exhibit 12 is a true and correct copy of excerpts from the deposition transcript of Jay Hawkins taken on January 24, 2008.

13. Attached as Exhibit 13 is a true and correct copy of excerpts from the deposition transcript of Susan Huang taken on November 29, 2007.

14. Attached as Exhibit 14 is a true and correct copy of excerpts from the deposition transcript of Charles Kau taken on September 12, 2006.

15. Attached as Exhibit 15 is a true and correct copy of excerpts from the deposition transcript of I.U. Kim taken on January 9, 2008.

16. Attached as Exhibit 16 is a true and correct copy of excerpts from the deposition transcript of J.S. Kim taken on December 12-13, 2007.

17. Attached as Exhibit 17 is a true and correct copy of excerpts from the deposition transcript of Pei Lin Pai taken on November 28, 2007.

18. Attached as Exhibit 18 is a true and correct copy of excerpts from the deposition transcript of Michael Sadler taken on May 21, 2008.

19. Attached as Exhibit 19 is a true and correct copy of excerpts from the deposition transcript of Michael Whinston taken on June 17, 2008.

20. Attached as Exhibit 20 is a true and correct copy of excerpts from the deposition transcript of Halbert L. White taken on February 27-28, 2008.

21. Attached as Exhibit 21 is a true and correct copy of excerpts from the deposition transcript of Halbert L. White taken on May 22, 2008.

## DECLARATIONS

22. Attached as Exhibit 22 is the Reply Declaration of Vincent O'Brien in Support of Nanya Technology Corporation's and Nanya Technology Corporation USA's Motions for

2

DECLARATION OF JOSHUA STAMBAUGH IN SUPPORT OF DEFENDANTS' MOTION
TO EXCLUDE TESTIMONY OF HALBERT WHITE - CASE NO. 06-1665 PJH AND *RELATED CASES*

Summary Judgment signed on December 6, 2006.

**DOCUMENTS**

23. Attached as Exhibit 23 is a true and correct copy of this Court's Order Granting Summary Judgment in Part and Denying Summary Judgment in Part filed in the *In re DRAM Antitrust Litigation* matter, Case No. M-02-01486 PJH [Docket No. 1360], filed on February 20, 2007.

24. Attached as Exhibit 24 is a true and correct copy of the Plea Agreement entered into by Elpida Memory, Inc., in Case No. CR 06-0059 PJH.

25. Attached as Exhibit 25 is a true and correct copy of the Plea Agreement entered into by Hynix Semiconductor Inc., in Case No. CR 05-249 PJH.

26. Attached as Exhibit 26 is a true and correct copy of the Plea Agreement entered into by Infineon Technologies AG, in Case No. CR 04-299 PJH.

27. Attached as Exhibit 27 is a true and correct copy of the Plea Agreement entered into by Samsung Electronics Company, Ltd. and Samsung Semiconductor, Inc., on October 13, 2005.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 30th day of July, 2008 in Los Angeles, California.

Joshua S. Stambaugh