# EXHIBIT 1 TO DECLARATION OF JOSHUA S. STAMBAUGH

# PART ONE OF THREE

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| All American Semiconductor, Inc.<br><br>v.<br><br>Hynix Semiconductor, et al. | CASE NO. 07-cv-1200 (PJH) |
| Jaco Electronics<br><br>v.<br><br>Hynix Semiconductor, et al. | CASE NO. 07-cv-1207 (PJH) |
| DRAM Claims Liquidation Trust, By Its Trustee, Wells Fargo Bank, N.A.<br><br>v.<br><br>Hynix Semiconductor, et al. | CASE NO. 07-cv-1381<br><br>**EXPERT REPORT OF<br>VICTOR G. DE DIOS** |

## THIS DOCUMENT CONTAINS HIGHLY CONFIDENTIAL MATERIAL

Expert Report of Victor G. de Dios

My name is Victor G. de Dios. I am the Principal at DE DIOS & ASSOCIATES, a market research and industry consulting firm focusing on semiconductor memory. DE DIOS & ASSOCIATES is located in Newark, California and has independent affiliates with offices located in Tokyo, Japan, Hsinchu, Taiwan, and Manila, Philippines. I have worked as a marketing executive at Intel and Hitachi, as Vice President for Sales and Marketing, Smart Modular Technologies and as President/CEO of Avido Systems. I have also worked as an analyst with specific emphasis on semiconductor memory for eighteen years, three of those years with Dataquest and the past fifteen years with DE DIOS & ASSOCIATES. A copy of my resume detailing my qualifications is attached as Appendix A.

## ASSIGNMENT

1. I have been asked by the counsel for certain defendants to examine the events of the period from April 1, 1999 through June 30, 2002 and determine what factors affected DRAM prices at that time.

2. I have also been asked to examine and analyze, from a market and industry perspective, the basis for the determination of but-for prices by Halbert L. White, Jr. and to provide a relevant overview of the behavior and operation of the DRAM industry and market as it pertains to the case. In addition, I have been asked to compare the behavior of prices before and after the Conduct Period (from August 1998 through June 2002) with the behavior of prices during the Conduct Period.

3. In doing this assignment, I have read the expert report of Halbert L. White, Jr. dated December 14, 2007 and the expert report of Robert C. Marshall dated December 14, 2007. I have examined the data prepared for the expert report of Halbert L. White, Jr. dated December 17, 2007. I also have used data from DE DIOS & ASSOCIATES that includes price data, megabytes-per-PC data, and production model summaries. In addition, I have referred to previous reports of DE DIOS & ASSOCIATES, including the periodic reports entitled "The DRAM Market Advisor" from January 1999 to December 2002. I have employed data from other sources as well, including: PC unit shipment data from Gartner/Dataquest; DRAM bit shipments and revenue from the World Semiconductor Trade Statistics (WSTS) and the Semiconductor Industry Association (SIA).

4. I expect to continue working on this case up to and through the trial of this matter and may revise and add to my report as additional information becomes available.

1

Expert Report of Victor G. de Dios

## SUMMARY OF THE REPORT

5. I conclude that market demand and supply forces account for the DRAM price movement during the Conduct Period (August 1998 through June 2002) and demand forces were the primary and major reasons for those price movements. In particular, DRAM demand from the PC-OEM market was substantial enough to have driven DRAM prices up at various times during the Conduct Period. The increased demand was due to a number of factors set forth in detail later in this report, but include such things as the growing popularity of PCs, seasonal buying, PC replacement buying due to Y2K, spot market speculation, technological improvements lowering cost per bit, and the introduction of the new operating system, Windows XP, that required a greater amount of DRAM than prior operating systems.

6. White's choice of a control or benchmark period to determine but-for pricing is misleading. The sharp price declines during White's first benchmark period (January 1996 through July 1998) were more of an aberration when compared with the behavior of DRAM price changes in an extended period going back to Q1 1981. Therefore, they do not represent "the level of competition and interaction of market forces that prevailed outside of the conduct period" that White claims. Consequently, the but-for prices derived from this benchmark period would also be misleading. Actual price data during the Conduct Period is more consistent with historical data prior to the Conduct Period than White's but-for prices.

2

Expert Report of Victor G. de Dios

## ANALYSIS OF WHITE'S ASSUMPTIONS ON THE DRAM MARKET

### Analysis of White's Choice of Benchmark Period to Determine But-for Prices

10. An expanded view of historical DRAM prices shows that White's benchmark period, specifically from January 1996 through July 1998, is not "consistent with the level of competition and the interaction of market forces that prevailed outside of the conduct period". Exhibit A presents the historical trend of DRAM price-per-gigabit from Q1 1981 through Q4 2007. The chart shows that the price declines during White's first benchmark period, a period of 31 months, are much steeper than the declines shown from Q1 1981 through Q4 2005, a period of 180 months.

3

Expert Report of Victor G. de Dios

**Exhibit A:  Historical Trend of Average DRAM Selling Price per Gigabit, Q181 – Q4 2007**



Source:  World Semiconductor Trade Statistics, de Dios & Associates

11. I quantified the difference between the DRAM price decline during White's first benchmark period and the DRAM price decline from Q1 1981 through Q4 1995. The differences are substantial. DRAM prices decreased at a compounded quarterly rate of 7% from Q1 1981 through Q4 1995 compared to a compounded quarterly decline rate of 25% during White's first benchmark period (Q1 1996 to Q2 1998). The wide difference shows that the price data during White's first benchmark period is more of an aberration rather than a representation of the "level of competition and the interaction of market forces that prevailed outside of the conduct period". Therefore, using White's first benchmark period as a basis for computing but-for pricing that represents the normal competition and conditions of the DRAM market is misleading.

12. The price decline rate during White's second benchmark period, from July 2002 to December 2004, is more consistent with the expanded historical view but makes up less than half of the benchmark period used by White to determine "but-for" pricing. During White's second benchmark period, DRAM prices decreased at a compounded quarterly rate of 2%, compared to the compounded quarterly decline rate of 7% from Q1 1981 through Q4 1995.

13. The data also shows that the price decline rate during White's conduct period, from August 1998 through June 2002, is even more consistent with the historical price trend if White chose to expand the benchmark period back to Q1 1981 and through the end of his first benchmark period. DRAM prices during White's conduct period decreased at a compounded quarterly growth rate of 10.2% compared to a compounded quarterly decline rate of 9.6% from Q1 1981 through Q2 1998. If a price-fixing conspiracy were effective, we would expect to see a slower price decline rate during the conduct period compared to price declines before and after the conduct period. The data shows

4

Expert Report of Victor G. de Dios

instead a faster price decline during the conduct period compared to the period from Q1 1981 through Q4 1995 and an equivalent decline rate compared to the period from Q1 1981 through Q2 1998. It also shows that prices declined at a faster rate during the conduct period than in the second benchmark period.

**Exhibit B: Compounded Quarterly Decline Rates of Actual DRAM Prices at Various Periods**

| Beg | End | Name of Period | Compounded Quarterly Decline Rate | |
|---|---|---|---|---|
| Q1 1981 | Q4 1995 | Before White's benchmark period | 6.6% | 9.6% |
| Q1 1996 | Q2 1998 | White's first benchmark period | 25.3% | |
| Q3 1998 | Q2 2002 | White's conduct period | 10.2% | |
| Q3 2002 | Q4 2004 | White's second benchmark period | 2.4% | |

Source: World Semiconductor Trade Statistics, de Dios & Associates

14. Exhibit C shows the same analysis using averages of the quarterly price changes, which reflects the variability of quarterly price changes. The table also shows that White's first benchmark period is an aberration rather than a representation of "the level of competition and interaction of market forces" prior to the conduct period. It also shows that there is a closer relationship between the average quarterly price changes during the conduct period and White's second benchmark period to the changes during the period prior to and including White's first benchmark period.

**Exhibit C: Average Quarterly Changes of Actual DRAM Prices at Various Periods**

| Beg | End | Name of Period | Average of Quarterly Price Changes | |
|---|---|---|---|---|
| Q2 1981 | Q4 1995 | Before White's benchmark period | 4.1% | 7.0% |
| Q1 1996 | Q2 1998 | White's first benchmark period | 23.9% | |
| Q3 1998 | Q2 2002 | White's conduct period | 4.8% | |
| Q3 2002 | Q4 2004 | White's second benchmark period | 3.1% | |

Source: World Semiconductor Trade Statistics, de Dios & Associates

5

Expert Report of Victor G. de Dios

15. DRAM prices dropped by 60-64% per year during White's first benchmark period from 1996 to 1998. The significant price reductions in this period were unprecedented at the time and have not recurred. Several factors caused the severe price decline. DRAM companies experienced three years of relatively stable prices and increasing revenue from 1993 to 1995, resulting in significant increases in cash reserves and capital spending. DRAM capital spending increased to $19 billion in 1996, equivalent to approximately 70% of DRAM sales. Contributing to the excess capacity was the transition from the 6-inch to the 8-inch wafer. The DRAM and Integrated Circuit industry generally enters into a period of excess capacity when its capital spending exceeds 40% of sales. For example, Korean companies were investing to maintain their growing lead in the DRAM market, which accounted for almost 30% of South Korean exports. Japanese companies invested in new 8-inch fabs in an attempt to recover their lost market share. Taiwanese DRAM companies invested to increase their presence. Capital spending decreased in 1997 by 23% but was still 67% of DRAM sales, extending excess capacity into 1998.

Expert Report of Victor G. de Dios

40. There are factors under these conditions that can slow production growth. If cash flow becomes a problem, DRAM companies reduce capital spending, slowing wafer capacity growth, delaying new fabs, and reducing bit output growth. Yields are low in the early manufacturing stages of a new

Expert Report of Victor G. de Dios

process technology. This can cause short periods of slower production growth as a DRAM company undergoes a transition to the new process.

41. When prices are profitable, DRAM companies endeavor to fill demand to maximize revenue and profits, regain market share, and preserve customer relationships. They increase capital spending and renew wafer capacity growth. Some DRAM companies slow their transition to new process technology in order to minimize the effect or poor transition yields and maximize output and revenue.

16

Expert Report of Victor G. de Dios

44. Exhibit K presents the trend of average megabytes-per-PC from August 1998 through June 2002. The introduction of new operating systems typically requires more megabytes in a PC to handle its more complex features. The chart shows that Windows XP had a significant effect on megabytes-per-PC growth in the latter part of 2001. Megabytes-per-PC increased at significant monthly rates for seven months, from September 2001 through March 2002, resulting in a substantial DRAM price increase.

Expert Report of Victor G. de Dios

**Exhibit K: Trend and Month-to-Month Change of Average Megabytes per PC, August 1998 to June 2002**



Source: DE DIOS & ASSOCIATES

45. Exhibit L shows that PC OEMs can reduce the amount of megabytes in an average PC if DRAM prices rise and the DRAM cost-per-PC becomes too large a percentage of the average PC price. The reductions in January 1999 and Q4 2000 succeeded in bringing DRAM prices down.

**Exhibit L: Comparison of DRAM Cost-per-PC and Megabyte-per-PC Changes**



Source: DE DIOS & ASSOCIATES

18

Expert Report of Victor G. de Dios

I declare that the foregoing is true to the best of my knowledge and belief.

_____
Victor de Dios

Executed at Hsinchu, Taiwan on March 7, 2008.

24