# EXHIBIT 1 TO
# DECLARATION OF
# JOSHUA S. STAMBAUGH

# PART TWO OF THREE

## EXHIBIT B

### MATERIALS RELIED UPON BY VICTOR DE DIOS

### DE DIOS & ASSOCIATES:  THE DRAM MARKET ADVISOR

| Date | Bates Number | Date | Bates Number |
|---|---|---|---|
| 1/1999 | MU00674584-MU00674606 | 12/2000 | MU00674805-MU00674815 |
| 1/1999 | MU00674453-MU00674473 | 1/2001 | MU00674816-MU00674839 |
| 2/1999 | ITNA00013447-ITNA00013467 | 2/2001 | MU00674840-MU00674864 |
| 3/1999 | ITAG-00744358-ITAG-00744378 | 2/2001 | DDA Market Insight:  128M DRAM Prices are like Springs |
| 4/1999 | ITAG-00744379-ITAG-00744400 | 3/2001 | MU00674865-MU00674888 |
| 5/1999 | ITAG-00744401-ITAG-00744426 | 4/2001 | MU00528001-MU00528010 |
| 6/1999 | MU00674474-MU00674494 | 5/2001 | MU00674899-MU00674923 |
| 7/1999 | MU00674495-MU00674509 | 6/2001 | MU00675019-MU00675023 |
| 8/1999 | MU00674510-MU00674531 | | MU00675042-MU00675053 |
| 10/1999 | MU00674532-MU00674550 | | MU00674940-MU00674955 |
| 11/1999 | MU00674551-MU00674565 | 7/2001 | MU00674970-MU00674987 |
| 12/1999 | MU00674566-M000674583 | 8/2001 | MU00653712-MU00653744 |
| 2/2000 | MU00674607-MU00674628 | 9/2001 | MU00675010-MU00675018 |
| 4/5/2000 | MU00674632-MU00674654 | | MU00653781-MU00653817 |
| 5/8/2000 | MU00674655-MU00674683 | 10/2001 | MU00675067-MU00675084 |
| 6/19/2000 | MU00674684-MU006747085 | | MU00653822-MU00653853 |
| 8/7/2000 | MU00674709-MU00674728 | 11/2001 | M000653860-MU00653890 |
| 9/2000 | MU00674729-MU00674755 | 12/2001 | MU00675099-MU00675113 |
| 10/2000 | MU00674756-MU00674779 | 1/2002 | MU00675130-MU00675140 |
| 11/2000 | MU00674780-MU00674804 | | ITNA01291666-ITNA01291693 |

| Date | Bates Number | Date | Bates Number |
|------|--------------|------|--------------|
| 3/2002 | MU00675153-MU00675166 | | |
| 4/2002 | MU00675179-MU00675192 | | |
| 5/2002 | MU00675193-MU00675226 | | |
| 6/2002 | MU00675227-MU00675253 | | |
| 7/2002 | MU00654262-MU00654291 | | |
| 9/2002 | ITA000744236-ITAG-00744266 | | |
| | ITAG-00744267-ITAG-00744299 | | |
| 11/2002 | ITAG-00744300-ITAG-007328 | | |
| 12/2002 | ITAG-00744329-ITAG-00744357 | | |

## DE DIOS MEMORY USAGE TRACKER

| | |
|------|--------------|
| 02/2001 | ITNA0069999-ITNA0070003 |
| 03/2001 | ITNA0070830-ITNA0070831 |
| 06/2001 | MU00653684-MU00653688 |
| 07/2001 | MU00653707-MU00653711 |
| 08/2001 | MU00653745-MU00653749 |
| 11/2001 | MU00653855-MU00653859 |
| 11/2001 | MU00653892-MU00653896 |
| 03/2002 | MU00527876-MU00527879 |
| 08/2002 | MU00654292-MU00654298 |
| 09/2002 | MU00528228-MU00528231 |
| 09/2002 | MU00654308-MU00654312 |

2

| Date | Bates Number | | Date | Bates Number | |
|------|--------------|---|------|--------------|---|

**OTHER**

De Dios & Associates price data, megabytes-per-PC data and production model summaries

PC unit shipment data from Gartner/Dataquest

DRAM bit shipments and revenue from the World Semiconductor Trade Statistics (WSTS) and the Semiconductor Industry Association (SIA)

## CASE MATERIALS FORWARDED TO VICTOR DE DIOS

**DOCUMENTS**

**Beginning/End Bates Number(s)**
EMUS525130-39
MU00178358
NTC TW-00000047
NTC-1 0001-37
HSA:KASSAK,A. 0007335-64
HSA:PALONSKY,P. 0214820-21
NTC TW-00003016-17
ITNA01093280
NECELAM048129-30
HSA2:TABNAK,R. 0026755-57
NECELAM011079-84
NECELAM044754
NECELAM021378-86
NECELAM011055-59
NECELAM041166
MU00121338
HSA2:PALONSKY,P. 0023553-57
HSA2:BYRD,C. 0009924
HSA2:BYRD,C. 0009925
NECELAM076271-75
HSA2:PALONSKY,P. 0023735-36
NECELAM021787-89
NECELAM011155-56
HSA2:PALONSKY,P. 0023991-92
HSA2:BYRD,C. 001089
HSA2:PALONSKY,P. 0023996-24000
MU00144447-55
MU00200930-31
MU00200976-77
MU0000977
MU00200943-47
MU00201035-36
MU00201004-06
MU00201037-40
MU00201097-100
MU00201102
MU00201112-13
MU00200892-96
MU00201149-50
MU00201195-96
MU00201180-86

MU00201222-24
MU00201251-52
MU00201254-55
MU00201262
MU00201290-92
MU00201336
MU00201372
MU00201402
MU00201418-21
MU00201468-71
MU00201708
MU00201531-32
MU00201594
MU00201706-12
MU00201768
MU00201812-816
HSA:TABRIZI,F. 303649-51
NECELAM027766
MU00144790-91
MU00201004
HSA:TABRIZI,F. 303706
MU00475748
NECELAM060900-13
HSA:TABRIZI,F. 304448-49
NECELAM060766-67
MU00145376
MU00201104
MU00201106
NECELAM059643-45
NECELAM059371-72
NECELAM058682-83
HSA3025417-19
MUP00001822
MU00455382
NECELAM057664-65
HSA3019254
HSA3002899-902
MU00205955
MU00121467
HSA3011963-64
NECELAM010824-28
MU00811251-72
HSA3028030
ITNA01266557-58
HSA3044765
NECELAM143167-69

5

HSA3044805-06
NECELAM092069
NECELAM142922-24
HSA3045015-16
MU00094338-39
HSA3015280-81
NECELAM086726
NECELAM092300-301
NECELAM141765-67
HSA3063762-65
HSA3063766-67
MU00110374-75
ITNA01054426-29
HSA2:HELLER,K. 0039216-18
MU00110512-13
NECELAM019158-68
ITNA01069608-11
MU0232930-42
HSA3100312-16
NECELAM140484-87
NECELAM086885-86
MVCORP0074694
MVCORP0074738
MVCORP0074735
MVCORP0074729
MVCORP0075036
MVCORP0075042
MVCORP0075052
MVCORP0075061
MVCORP0075074
MVCORP0075094
MVCORP0074691
MVCORP0074962
MVCORP0074968
MVCORP0074976
MVCORP0074992
MVCORP0075007
MVCORP0074896
MVCORP0074903
MVCORP0042073-76
MVCORP0074836
MVCORP0074839
MVCORP0074845
MVCORP0074851
MVCORP0074882
MVCORP0074891

MVCORP0074800
MVCORP0074805
MVCORP0034106
MVCORP0034107
MVI0008738-42
NECELAM112486
MU00094390-91
HSA3079615-17
MU00649171
HSA3075657-58
NECELAM111219-20
HSA:TABRIZI,F.304387-88
NECELAM032925-45
MUP00002293
MU00150380
MU00649172
NECELAM086703
MU00122897-98
NECELAM022596-99
NECELAM111717-30
NECELAM106039-40
MVI0007164-66
MU00670855-56
NECELAM103387-88
MU00232959-72
HSA:TABRIZI,F. 303175-77
MU00677717-18
HSA:TABRIZI,F. 303173-74
HSA3081058-61
HSA3119163-69
NECELAM110263-64
NECELAM005906
NECELAM136569-71
NECELAM086702
MU00232998-3006
MVC24531
MVC24626
NECELAM136212
MVI0036406
MVI0022384
MVI0025734-35
ITNA01058999-9002
ITNA0073761-65
MU00233022-32
MVC25711-12
MVC25734-36

MU00649173-74
NECELAM133465
MVC26392
NECELAM132737
ITAG-00209933-34
MU00233047-53
MU00233037-46
MVC73275
MVC32386
MVC32483
MVC35098
MVC59672
MVC002082
MVC34690
MVCORP0026791
MVI0021378-79
MVI0021354-55
MVI0021345-46
MVC26732-34
MVI0038663
MVC27068-69
MU00529432
MU00476803
MVI0025722-23
ITNA01316558-60
SSI-0000553251
MU00477707-08
MU00666920
MU00105935
MU00166680-82
ITNA00030088-89
MR0084782
NECELAM005907
ITNA01309690-91
MU00106486
SSI-0000553267
MU00201658
ITNA01199937
ITNA01199938
ITNA00014868-69
MU00106619
ITNA01089236-37
ITAG-00244975-77
MU000671581-82
MU00107115
MU00605445-53

8

MU00201658
ITNA01031172
HSA:TABRIZI 000806-18
ITNA01022324
ITNA01309718
MU00107513
MU00670439
MU00063680
MU00481637-41
MU00193220-21
HSA:SWANSON,G. 148044
MU00530915
MU00669041
MU00646743
MU00107848-49
HSA:TABRIZI,F. 307292-95
MU00242371-72
HSA:PETERSON 000626
MVI00241295
ITNA01289014-16
MVI0037028
HSA458367-68
MIV0037029
ITNA00033116-17
HSA458376-77
MVI0037035
ITNA01191661-63
MVI0037049-50
ITAG-00539460-68
ITNA0103142
MU00652785-86
HSA458364-65
HSA:TABRIZI,F. 303421-22
ITAG-00261998-2000
MVC30888-89
EMUS127715-16
MVI0011868-70
MU00675458
MU00675459
MU00475751
MU00666934
MVI0038062
MR0128453-58
ITNA01200094
ITNA01074270-73
ITAG-00250137-54

9

MU00848401-04
MVC31759-60
MU00067697
MVI0038069
ITNA01080428-32
MU00649426-36
MVI0037276
ITAG-00518716-17
HSA:PETERSON 000528-68
MVC32628-29
HSA:MCBROOM,J 0410816-17
ITNA01100840-41
MU00622910-11
EMUS128927-28
EMUS129051-52
ITNA01059134
ITAG-00223869
MVC5236-39
MVI0037370
MVI0037370-71
MU00491946-50
MVC33998-99
ITNA01161059-61
EMUS679924
EMUS683391
EMUS683412-13
EMUS00247771
MU00674816-39
MU00493508-09
ITNA01119835-37
EMUS84130-32
SSI-0010033437
MVI0028787
ITNA01116620-21
MVC34690
MVC34825-28
ITAG-00296266
MVI0036553-54
MVC34884-85
MVC56811
MVC34910-12
MVC56823-24
MU00625036-37
MU00161345-49
MVC48583
MVC55322

EMUS133852-53
MVI0038264-65
HSA:CHAFIN,M. 0419881
EMUS133916-20
MVC35098
MVC52283
MVI0039225-47
HSA:PETERSON 000408-29
MVC52321-22
ITNA01204355-56
HSA:HELLER,K. 170834
HSA:HELLER,K. 170834-38
MVCORP0075197-98
NTC 75-00004465-509
MVCORP0075207-14
MVC35379
MVCORP0075218-21
HSA:PETERSON,M. 226682-83
EMUS49910-11
MVC35550
EMUS84992-94
EMUS907391-94
NTC 73-00012580-81
HSA:HELLER,K. 0414450-51
EMUS674037-40
EMUS139919-20
ITNA01042517-25
MU00495900
HSA:HARTSOCH,M. 0157661
EMUS192795
HSA:KIM,D.W. 296411-13
HSA:KASSAK,A. 0006810-12
MU00282397-98
ITNA01117680-81
ITNA01113074-83
HSA:BYRD,C. 008550-51
MU00071063-64
ITNA01118006-09
HSA:KLAUSNER,R. 0011949
HSA:HELLER,K. 0172896
MVC36808
HSA:HELLER,K. 0414453-54
HSA:HELLER,K. 0172897-98
HSA:TABRIZI,F. 0003079-80
MU00233124-26
HSA:PALONSKY,P. 0420169-71

11

HSA:PALONSKY,P. 211667-70
HSA:KLAUSNER,R. 012104-06
EMUS115884-86
HSA:PARK,Y.S. 220229-33
EMUS49977-78
ITNA01113424
EMUS116565-67
EMUS116787-88
NTC-55 0221-35
HSA:KIM,H.J. 098272-73
HSA:KIM,H.J. 098216-18
HSA:BYRD,C. 0398869-71
HSA:STEVENSON,C. 320499-501
HSA:PALONSKY,P. 212180
HSA:PALONSKY,P. 212183-85
HSA:KIM,H.J. 098595-96
HSA:STEVENSON,C. 317227-28
HSA:SWANSON,G. 075671-73
HSA:KIM,D.W. 297201-05
HSA:KIM,H.J. 098676-77
HSA:PETERSON,M. 227023-25
HSA:PETERSON,M. 227026-33
MU00283473
HSA:PETERSON,M. 227034-36
HSA:STEVENSON,C. 318078
ITAG-00548138-40
MU00497198-99
HSA:KIM,D.W. 297814-20
ITNA01144902-03
MVC83045
MVC83131-32
MVC83320-21
ITAG-00279745-46
MU00497484-86
ITNA01144986-87
MU00026378
ITNA01127452-53
ITNA01144990-91
HSA:STEVENSON,C. 321003
HSA:BYRD,C. 0400098
MU00627715-17
MU00822600
ITNA01031861-63
EMUS90274
HSA:SUH,K.C. 045429-30
HSA:BYRD,C. 0400373-74

12

HSA:KIM,H.J. 099974-76
HSA:SWANSON,G. 339320-24
HSA:SWANSON,G. 054609-14
MU00383381-82
ITNA01028578-82
MVC38944
MVC83319-21
MVC83319
MVC39096-101
MU00216837-38
MU00628077-84
HSA:MCBROOM,J. 376638
MU00252539-41
WECA17021-24
ITNA01037024-25
MVC59985
MU00522227
SSI-0000342677-86
EMUS203363NTC-53 0260-61
EMUS203366-67
EMUS143044-45
HSA:KASSAK,A. 007365-74
NTC003808-79
EMUS203490-96
MVC39740
EMUS143311
MVC39762
MU00218367-68
HSA:SUH,K.C. 0045429-30
HSA:PETERSON,M. 0419962-63
HSA:SWANSON,G. 056256-57
HSA:KIM,H.J. 101209-14
HSA:STEVENSON,C. 324020-21
HSA:KASSAK,A. 108200-05
ITNA01093284
HSA:SWANSON,G. 056363-65
MU00184482-83
MU00128419
HSA:BYRD,C. 109550-52
HSA:PETERSON,M. 0419975-77
HSA:PETERSON,M. 324537-40
HSA:BYRD,C. 010199
ITAG-00008124-26
EMUS205028-29
ITAG-00006963-66
EMUS988457-60

13

ITNA01137730-31
HSA:BYRD,C. 0401592-93
WECA25895
MU00285826
MU00669810-11
EMUS205200-02
EMUS790774-76
HSA:MILLER,C. 0112452-508
ITAG-00408400-02
HSA:KASSAK,A. 0007334
NTC-60 1380-81
EMUS205663-66
MU00128816
MVC84106
ITAG-00007071-72
HSA:PETERSON,M. 229018-21
MU00185439
MVC40861-63
MU00822735-37
MU00649175-76
MU00128972-73
EMUS205867
EMUS205895-96
MVC84156-58
MVC84154
MVC40937-40
MVC84146-50
ITNA01093403-04
ITNA01093438-39
EMUS790494-97
HSA:SWANSON,G. 059125
ITAG-00007622-25
NTC-53 0842
EMUS60011-15
HSA:SWANSON,G. 059412-14
NTC-60 1222-56
HSA:KIM,H.J. 090016-17
ITNA01138078-79
HSA:SWANSON,G. 060028-29
ITNA01145660-62
ITAG-00275661-62
MVCORP0041106-08
MVCORP0041109-12
MVCORP0041103
MVCORP0041100
MVI0033068-83

14

MVCORP0041085-94
MVCORP0041063-78
MVI0033066-67
MVCORP0041059-62
MVCORP0038508-09
MVCORP0038503
MVCORP0038490-95
MVCORP0038478
MVCORP0038470
MVCORP0038472
MVCORP0041985
MVCORP0041981-83
MVCORP0042046-47
MVCORP0041024-25
MVCORP0042088
MVCORP0042094-97
MVC88604-05
MVCORP0041100
MVCORP0038503
MVCORP0038490-95
MVCORP0040866-67
MVCORP0038507
MVCORP0038506
MVCORP0037935-82
MVCORP0041109-12
ITNA01093454
ITNA01130276-77
HSA:SWANSON,G. 340732-33
HSA:SWANSON,G. 060716-19
HSA:KIM,H.J. 090023-26
EMUS208860-62
EMUS208853-59
MU00255831
ITNA01068492-93
MVCORP0041100
EMUS310637-38
EMUS1011273-77
EMUS146058-61
MU00218860
MU00411089
HSA:SWANSON,G. 061376-77
HSA:SWANSON,G. 061121-22
MU00243742-46
EMUS60106-07
HSA:MILLER,C. 0018229
WECA35667-69

15

NTC-53 0708-13
ITNA01139100-04
HSA:SWANSON,G. 0341102-05
EMUS465364-65
MVC42548-50
ITNA01146023-24
MU00287540-41
EMUS890985-87
ITNA01068500
ITNA01033104-05
EMUS146906
WECA36170-71
EMUS212320-21
EMUS212376-79
EMUS465674-75
EMUS212384
MU00256854
MVI0033068-83
MVCORP0041085-97
MVCORP0041065-78
EMUS466043-44
WECA36172
MU00631155-56
MVI0033066-67
MVC43165-70
MVCORP0041064
HSA:PETERSON,M. 232649-51
ITNA01147089
MVCORP0041063-72
EMUS467357-60
EMUS50770-71
NTC-53 0600-04
EMUS49471
ITNA01308550-52
WECA34957-59
MU00631915-18
MVC43593-94
ITNA01131427-33
EMUS149379-80
MU00233172-90
EMUS215568
EMUS149428-29
MVI0037661-63
EMUS617656-57
EMUS617673-74
MVI0038187

16

EMUS890985-87
EMUS469399-402
WEC002508-10
EMUS617954-55
MVC53755
MU00455488
MU00632366
EMUS469637-38
WECA37372-74
ITNA01046395-96
ITNA01147895
EMUS150062-63
ITNA01147896-97
ITNA01221625-26
ITNA01139440
MU00632502-09
ITNA01293574-79
MU00130405
SSI-0005210056-57
ITNA01221762-68
EMUS150210-11
EMUS471404-08
MVI0037703-05
ITNA01092473-74
MU00452055-57
MVI0039030-42
MVI0033503-06
ITNA01054583-84
NTC-54 0027-33
NTC 73-00025522-23
ITNA01222655-56
MU00114096
MU00598228
MU00130853
ITNA01139632
EMUS151303-04
EMUS151390-91
ITAG-00385456-59
MU00259163-64
EMUS50203
EMUS50205
MU00131044-45
EMUS151491
WECA36310-11
WEC005939-46
ITNA01012531