# EXHIBIT 1 TO
# DECLARATION OF
# JOSHUA S. STAMBAUGH

# PART THREE OF THREE

WECA39819-24
ITNA01139677
ITNA01139638
HSA:SUH,K.C. 0378987-96
ITNA01139678-83
WECA39549-50
MU00567043
EMUS221427-30
MVC45351
EMUS837728
HSA:TABRIZI,F. 107465-73
MVI0033536-39
MU00290610
HSA:SWANSON,G. 065630-35
MU00290660-62
EMUS222405-06
EMUS630586-87
HSA:PETERSON,M. 0420009-11
MU00114155
MU00131547
ITAG-00381438-41
EMUS631387-90
MU00417651
EMUS779340-45
MU00290973
ITNA01148688-89
EMUS61723
EMUS223605-06
MU00598348
WECA31758
MU00131858-59
ITNA01139953-54
ITAG-00018592
EMUS96643-44
MVI0037912
ITAG-00312204
ITNA01132830-31
ITNA01012539
MU00221009
ITAG-00312204
MU00056998-57029
NTC 73-00055674
HSA:SWANSON,G. 0066183
HSA:NAM,J.G. 375085-89
ITNA01170831-33
ITNA01080903-05

18

EMUS953623
ITNA01132890-92
EMUS642115-18
MU00292297
EMUS227570-71
ITNA01132914-15
ADT0212-13
SSI-0010125469-70
WECA36740-42
MU00131927
EMUS63257
EMUS153398-99
MU00221115
MU00000112
EMUS50197
EMUS50200
MU00187896-97
WECA31728-29
ITNA01132930-32
ITNA01270499-500
ITNA01132928-29
HSA:MILLER,C. 021794
HSA:MILLER,C. 021797
HSA:LAHERRAN,N. 201214-15
HSA:MILLER,C. 021809
HSA:SWANSON,G. 066698-99
HSA:MILLER,C. 021795-96
HSA:SWANSON,G. 066693-94
WEC010925-26
MVCORP0038507
ITNA01103362-64
EMUS227881-86
ITNA01176300-01
ITNA01098107-08
ITNA01090625-26
ITNA01176300-01
ITNA01149146-49
EMUS63421
EMUS227887
MU00131958
MVCORP0038506
MVI0038197
MU00670988
MU00511990
HSA:SWANSON,G. 0066826
EMUS63614-15

MU00537160-61
MU00537122-23
ITNA01090625-26
EMUS497530
MVI0038210
MU00537090
EMUS63544-45
EMUS63598
EMUS644723
EMUS228203
MVI0038205-08
MVC54191-93
MVI0037924-26
MU00671022-23
MVCORP0038490-95
EMUS154261-64
MU00026836-37
ITNA01140510-11
ITNA01133124-26
HSA:KASSAK,A. 007516-19
ITNA01133127-30
MU00221268
MU00537610-11
MU00221287-89
ITNA01133145-46
ITNA01021494-96
MU00537524
MU00537713-14
MU00221291-92
ITNA01149338-40
MU00132572-73
MU00537923-24
MU00293344
EMUS154785-86
EMUS230129
EMUS64289-90
EMUS230453-55
EMUS317716
EMUS97276
ITNA01090641-43
MU00040902-03
EMUS155007
MU00221324-25
EMUS383116-17
HSA:NAM,J.G. 0081511-12
ITNA01058307-08

MVCORP0037935-81
WEC011085
MVI0037948-50
EMUS383442-43
MU0064229
MU00221549
ITNA01149523-24
MVI0037954-55
MU00013121
MVC47296-98
MVC86536-39
ITNA01133318-20
MU00221683-84
MU00221711-12
MU00782392-95
EMUS764869-70
EMUS383899
EMUS383899-901
NTC-53 0361-62
HSA:PETERSON,M. 233779-80
EMUS232713-22
ITNA01133402
MVC54485
ITNA01103602
MU00262767
MU00262766
MU00264118-19
EMUS318725
MU00012670-78
EMUS651472
EMUS651530-32
EMUS652013-22
ITNA01315476-79
WECA30677-78
MU00012636-39
EMUS155700
MU00294226
MU00294277-79
EMUS155722-23
HSA:SWANSON,G. 068335-36
MU00012342
WECA26902-04
EMUS653404
WECA32852-53
EMUS156362-63
EMUS49569-70

EMUS156374-75
EMUS156376-78
WECA34001
EMUS97823
ITNA01103751-55
WECA25225
HSA:TABRIZI,F. 107517-21
HSA:SWANSON,G 068544-48
MVCORP0038478
ITNA01103763-65
MVC89892
MVCORP0038475
WECA02492
MU00295008-10
HSA:LAHERRAN,N. 201267-73
HSA:SWANSON,G. 068599-604
MU00040769-70
MU00295008-10
EMUS386678
MVCORP0035186
MVCORP0038472
WECA10082
MU00057105
MU00114523-24
EMUS68099-101
ITNA01270554-56
HSA:MCBROOM,J 0412771-72
MU00040745
NTC 73-00011465
EMUS68719-50
MU00295211
MU00634757-59
HSA:NAM,J.G. 0082012-14
EMUS98313-16
HSA:NAM,J.G. 082030-31
MVC63546-47
MU00229763
HSA:SWANSON,G. 344049-51
ITNA011403908-10
HSA:PETERSON,M. 234070
EMUS1003008
EMUS238965-72
HSA:HSA 0416772-74
EMUS388073
ITAG-00296221
EMUS662210-15

22

ITNA01210928-30
NTC-59 0906-47
HSA:PETERSON,M. 234147-61
HSA:PETERSON,M. 229583-86
HSA:SWANSON,G. 069400-02
EMUS158427-29
NTC-59 0676-82
SSI-0005240323
EMUS389094
EMUS664691-95
MU00057337
ITNA01093328
SSI-0005102432-34
ITNA01102180-81
ITNA01212015-16
ITAG-00025953-54
ITNA01069730-31
MVC57539
MVC57543
EMUS158641
MVC57550
MVC55322
MVC57551
WECA19185-88
NTC-59 0733-35
HSA:SWANSON,G. 344446-49
HSA:SWANSON,G. 069847-51
ITNA01141664
EMUS756378
MVC48625-26
MVI0038264-65
MVI0038269-70
MU00265428-38
WECA04732
MVC48665-66
MVCORP0035172-73
MVI0038274
ITNA01092741
EMUS99107-08
NTC-62 0347-53
EMUS99147
HSA:PETERSON 000408-29
WECA02716
ITNA01213022
MU00359947-48
MVC55471-72

HSA:KASSAK,A. 0007754
MVC48798
MVCORP0041988
HSA:KIM,H.J. 0091366-68
HSA:SWANSON,G. 070583-85
EMUS606967
MU00425719-20
EMUS606118-19
MVI0038306-07
MVC55592
MVC48922
HSA:TABRIZI,F. 107636-37
EMUS10170-72
HSA:NAM,J.G. 082868-70
MU00015085-92
EMUS500641-49
EMUS604363-64
EMUS391907-09
MVC87374-76
MVC55696-97
MVC49040-41
EMUS321924
MVC55736-37
MVC55712-14
MVCORP003516
HSA:PETERSON,M. 234849-53
HSA:SWANSON,G. 0423837-41
EMUS602756-66
MU00014644-45
HSA:PETERSON,M. 234868
EMUS100567-70
EMUS100574-75
MU00014548
MU00014441
ITNA01103105-07
ITNA01135741-42
WECA15585
WECA10722
ITNA01272114-15
EMUS160531-33
MU00427198
MU00427195-97
MU00136390-92
HSA:SWANSON,G. 071402
HSA:SWANSON,G. 0424718
MU00508974-9000

ITNA01135831-32
HSA:NAM,J.G. 083056
EMUS393328
HSA:KIM,D.S. 0445055-57
EMUS393345-49
HSA:SWANSON,G. 071676
HSA:TABRIZI,F. 0107641-42
ITNA01030046-47
MVI0038340
ITAG-00034529
EMUS751105-08
EMUS247006-08
MVCORP0035157-58
HSA:PETERSON,M. 231778-80
HSA:PETERSON,M 234928-30
HSA:SWANSON,G. 345585
ITAG-00308661
SSI-0010154826
MU00001201
WEC004110-13
WECA32127-33
EMUS329214
ITNA01136092-94
HSA:SUNG,J.M. 0395297-99
EMUS400120
HSA:KASSAK,A. 0008294-97
ITNA01136115-17
MVI0039075-104
EMUS103214-16
EMUS103233-35
ITNA01136182-84
MV49823-24
ITNA01136178-81
EMUS333262
HSA:SWANSON,G. 073106
HSA:PETERSON,M. 235044
EMUS809370-72
ITNA01090796-98
ITNA01270945-48
HSA:SWANSON,G. 073104-05
EMUS400913-15
HSA:SWANSON,G. 073160-61
ITNA01270955-59
MVI0039074-104
MU00671051
HSA:NAM,J.G. 0083289-90

MU00137279
EMUS402327
EMUS168244-48
WECA10904-05
EMUS336685-87
MVCORP0042292-357
MVCORP0075585-86
ITNA01090810-11
MVI0039539-40
EMUS262510
EMUS168725-27
MU00300232-33
MVCORP0075587-89
MU00300245-46
ITAG-00292136
EMUS168725-27
EMUS104279-80
MU00599479-80
HSA:KASSAK,A. 0008320-21
EMUS168751-56
EMUS741008-47
HSA:PETERSON,M. 231791-92
NTC 64-00009480
MU00431087
MU00431074
HSA:PARK,Y.S. 223540-45
MU00431131
EMUS169688-720
ITAG-00032026
WEC005681
ITAG-00385466
EMUS104653-57
ITAG-00032088
MVC50363
EMUS264841-42
ITAG-00381985-89
ITAG-00382351
HSA:SWANSON,G. 0433432-35
HSA:PETERSON 000069
MVCORP0040979
HSA:SWANSON,G. 0433602-03
HSA:SUH,K.C. 0048984-85
ITNA0071859
EMUS105053-54
EMUS105120-25
MVCORP0040969-70

MVC73632-33
MVC73673-74
MVC50661-62
ITAG-00383142
ITAG-00383146
MVCORP0042358-419
MVI0027809-10
MVC65242-45
MVCORP0042420-21
MU00301667-68
MVI0028826
MU00637949
MU00115111
MU00324029-46
MU00324528
MU00173188-89
MU00173193
MU00173197
MU00173201
MU00173205
MU00173190
MU00173194
MU00173198
MU00173202
MU00173191
MU00173195
MU00173199
MU00173203
MU00173192
MU00173196
MU00173200
MU00173204
ITNA01151295-96
MU00138128
MVCORP0075654-85
HSA:NAM,J. 0402258-62
MU00302389-90
MU00040054
EMUS175772-75
MU00675551-52
MU00047498
MU00785404-05
MVC56367
MVCORP0014461
NTC007801-35
MVCORP0075693-07

27

MVCORP0014451-52
SSI-0010096175-76
ITAG-00305340-41
MVC51419
MVC75141
EMUS107856
HSA:TABRIZI,F. 107735
MVC75141
HSA:TABRIZI,F. 107739-41
EMUS283522-24
ITAG-00306709-10
ITAG-00030497
WEC004800-01
NTC 73-00057851
NTC 73-00051064
HSA:SUH,K. 0414571
MVI0038470-71
MVCORP0040916
EMUS 107875-76
MU00304053-54
ITNA01095162-64
ITNA01081434
HSA:TABRIZI,F. 006336-37
MVCORP0075797-98
HSA:NAM 000030
HSA:SUH,K.C. 378925-28
ITNA01197956-57
MU00025698-701
ITNA01016056
ITNA01100279-82
ITNA02147150-51
HSA:PETERSON 000014
ITNA01100327-29
HSA:TABRIZI,F. 108074-75
ITNA01100311-13
EMUS109760-61
MVC75814-17
MU00384320
MU00049930
NECELAM098273-77
MU00670466
NECELAM098280-86
MVC75987-88
MVI0038509
MVI0038511
MVC75987

28

MVC76049-50
ITAG-00305500-01
MU00568181
EMUS110661
HSA:SUH,K.C. 0048087-90
MVCORP0075959-6014
HSA:KASSAK,A. 0108488-502
ITNA01153242
MVC000211
ITNA01137387
MU00670467
HSA:PETERSON,M. 235736-38
MU00337077
MU00670468
EMUS111128-30
EMUS111022-23
EMUS111459
MU00360000-01
MU00670470
MVCORP0040882
MU0067047
MU00050214
MU00050245
MU00050253-54
EMUS191285-86
MU00528232-33
MVI0040196-97
MVCORP0040864-65
MVI0040196-97
MVC76691-92
MVI0038555
MVC76691-92
MVCORP0040866-67
MVC56683-84
MVC52090-91
MVI0040194-95
MU00671020-21
MU00050438-39
MVI0038579-80
MVCORP0040858-59
MVCORP0076054-55
MVCORP0076117
MU00050542-45
MU00557271-72
MVI0038584-85
ADT0064-65

MVI0038589-90
MVI0040240-41
MU00022166-67
MU00174443-44
MU00560891-92
MU00115652-53
MU00310538
EMUS49674-75
HSA: TABRIZI, F. 003942-43
HSA: TABRIZI, F. 003986-90
HSA:DIAZ, J. 358129
HSA:Heller, K. 1092099-102
HSA:MILLER, C. 019000-01
HSA:TABRIZI,F. 006152
ITAG 00172044-45
ITAG 0391821-22
ITAG-00069193-94
ITAG-00136646-48
ITAG-00205557-58
ITAG-00210727
ITAG-00496012
ITAG-00615478-81
ITAG-00653801-02
ITNA 00009588
ITNA 00050325-26
ITNA 01088252
ITNA 01116509
ITNA 01126130-31
ITNA 01135274
ITNA 01147894
ITNA 01160669-70
ITNA 01203581
ITNA 01289830
ITNA01034994-95
ITNA01115714-18
ITNA01162937
ITNA01291859
KIM, D.W. 298841-42
MU 00023947-48
MU 00026961
MU 00040230
MU 00047384
MU 00050052
MU 00050214
MU 00053130
MU 00094195-96

MU 00095191
MU 00566653
MU 00566664
MU 00619927-28
MU 00623196
MU 00630042-43
MU 00671934
MU00050189
MU00624146-47
MU00116639-41
NTC 64-00012060
NTC 73-00007215
NTC 73-00007226
NTC 73-00012523
NTC-50 0633
SSI-0005283418
SSI-0005296420-22
SSI-0010002034
SSI-0010035577-80
SSI-0010042383
SSI-0010052171-75
SSI-0010094014
SSI-0010127233-34
MU00040209-211
MU00048633
MU00048639-40
MU00053196-98
MU00057757-59
MU00057760-61
MU00110404
MU00110405
MU00624149-50
HAS:TABRIZI,F. 107404-07
HAS:KIM,D.W. 297951-52
ITAG-00030470
ITAG-00114388-89
ITAG-00123615-17
ITAG-00152147-48
ITAG-00160841
ITNA01036016
ITNA01115585-86
ITNA0115675-76
ITNA01115710-13
ITNA01116529-30
ITNA01144852-56
ITNA01150377-78

31

ITNA01163526
ITNA01163937
ITNA01164235
ITNA01203735
ITNA01203901-03
ITNA01212116
NTC 73-00005064-66
NTC 73-00007227-28
NTC 73-00007232
SSI-0010007232
HAS: Byrd 010337-38
HAS: Byrd 0109550-51
HAS: Swanson 059125
HAS:Kassack 108200-205
HAS2: Byrd, C. 0009924
HSA0449931
HSA0449932
HSA0449934
HSA20023553-57
HSA20023735-36
HSA20023991-2
HSA20023996-4000
HSA3003890-91
HSA3004620-36
HSA3011548-49
HSA3011963-64
HSA3015280-81
HSA3017813-14
HSA3028030
HSA3030039
HSA3035349
HSA3036551
HSA3044765
HSA3044805
HSA3044806
HSA3051323-28
HSA3063762-65
HSA3063766
HSA3068410
HSA3097665-67
HSA3097692-93
ITAG00187448
ITNA00025552
ITNA01021494-96
ITNA01058999-9002
ITNA01068508

ITNA01137730-31
ITNA01148349
MU00057337
MU00128258-59
MU00128823-27
MU00205955
MU00475748
MU00598102-104
NTC 73-012580-81
SSI-0005009247-48
SSI-0010044894-96
SSI-0010125469-70
WEC002868-69
WEC003517-18
WECA35667
WECA36170-71
WECA19185
HSA 0449963 - 67
HSA, BYRD, C. 010337 - 38
HSA, BYRD, C. 109550 - 52
HSA, LAHERRAN, N. 201218
HSA, Peterson, M. 227034 - 36
HSA, STEVENSON, C. 321003
HSA, STEVENSON, C. 325826 - 32
HSA, SWANSON 066693 - 94
HSA, SWANSON, G 059125
HSA, SWANSON, G. 0428583
HSA, SWANSON, G. 067785
HSA, SWANSON, G. 073106
HSA, TABRIZI, F. 107517 – 21
HSA: PARK, Y.S. 224233 – 34
HSA: STEVENSON, C. 321003
HSA: SWANSON, G. 3455850
HSA: TABRIZI, F. 006336-37
HSA: TABRIZI, F. 107739-41
HSA: TABRIZI, F. 108074-75
HSA:KASSAK, A. 108200 - 05
HSA:KLAUSNER, R. 012104 - 06
HSA:NAM, J.G. 082030-31
HSA:NAM, J.G. 082965
HSA:Peterson, M. 234070
HSA:SWANSON, J.G. 071402
HSA:WHITTREDGE, G. 236421-22
ITNA00057442 - 59
ITNA01021494 - 96
ITNA01022645 - 47

33

ITNA01026719 - 80
ITNA01047123
ITNA01058999 - 9002
ITNA01068494 - 95
ITNA01068508
ITNA01074225
ITNA01132913
ITNA01132933 - 35
ITNA01133124 - 26
ITNA01133145 - 46
ITNA01133402
ITNA01135804 - 05
ITNA01137730 - 31
ITNA01148349
ITNA01148349
ITNA01151295 - 96
ITNA01165785 - 86
ITNA01196554 - 56
ITNA01199938
ITNA01200094
ITNA01280060
ITNA01293011 - 13
MU00040902 - 03
MU00057105
MU00057337
MU00128258 – 59
MU00128367 – 68
MU00128816
MU00131927
MU00154666 - 68
MU00187896 - 97
MU00193220 - 21
MU0025698 - 701
MU0026836 - 37
MU00290610
MU00294226
MU00295211
MU00315771
MU00598102 – 104
MU00598228
MU00627715 – 17
MU00631915 – 18
MU00649171
MU00671022 - 23
MU00773494
MVC 76591-75692

MVC 90860-90861
SSI-0000379138 - 39
SSI-0005008838 - 39
SSI-0005009247 - 48
SSI-0005063116
SSI-0005238050-51
SSI-0005238446 - 49
SSI-0005284127 - 31
SSI-0005297061 - 72
SSI-0010005444 - 50
SSI-0010027437
SSI-0010044894 - 96
SSI-0010102183
SSI-0010122542 - 43
SSI-0010125469 - 70
SSI-0010126275
WEC003264 - 71
EMUS 282094-95
EMUS 430748
EMUS 449321-22
EMUS 49512-14
EMUS 497246-49
EMUS 499682
EMUS 527457-58
EMUS 62122
EMUS 626708
EMUS 664878-80
EMUS 672984-85
EMUS063597
EMUS068099-101
EMUS232713-22
EMUS_383442-43
EMUS61723
EMUS 109760 - 61
EMUS 155233-44
EMUS 191285 - 86
EMUS 61723
EMUS 97290
EMUS_383442-43
EMUS049569
EMUS049674
EMUS049977
EMUS050194
EMUS050197
EMUS050770
EMUS051710

HSA0401592
HSA2:TABRIZI,F. 000833
ITAG-00014473
ITAG-00017756
ITAG-00138951
ITAG-00160780
ITAG-00308049
ITAG-00308562
ITNA01058999
MU00027144
MU00040274
MU00049137
MU00050245
MU00050405
MU00094338
MU00115111
MU00134258
MU00200893
MU00200944
MU00200977
MU00201036
MU00201098
MU00201181
MU00201196
MU00201252
MU00201262
MU00201290
MU00201336
MU00201421
MU00232905
MU00392790
MU00392966
MU00393020
MU00452055
MU00455043
MU00455065
MU00515559
MU00515612
MU00515646
MU00515664
MU00517285
MU00517843
MU00598228
MU00598302
MU00598380
MU00598491-96

MU00599479
MU00667188
MU00671581
MUP00002241
MUP00002293
MUP00003042
SSI-0000507092
SSI-0000507195
SSI-0000507323
SSI-0000508202
SSI-0000508475
SSI-0000509840
SSI-0000509920
SSI-0000509931
SSI-0000509936
SSI-0000550009
SSI-0000550091
SSI-0000550122
SSI-0000551298
SSI-0000551399
SSI-0000555886
SSI-0000555911
SSI-0000555927
SSI-0000556975
SSI-0000557136
SSI-0000557164
SSI-0000559770
SSI-0000560703
SSI-0000560753
SSI-0000561183
SSI-0000561230
WEC002784
MVC025829-30
MVC031313-14
MVC045871-72
ITNA00026931-50
MU00528030-59
SSI-0005204621
SSI-00050008598 - 601

**DEPOSITION EXHIBITS – UNNUMBERED**
Kau Ex. 10
Kau Ex. 11
Guerin-Calvert Ex. 5
Appleton Ex. 16
Appleton Ex. 17

37

Chen Ex. 4

**SELECTED FILES FROM CD PRODUCED BY ROGER NOLL ON 9/5/06:**
Econlit
Email & deposition summaries
Fin reports
US ITC
April ee times on micron hynix deal.doc
Articles.doc
Blair and romano.pdf
Blair_romano_RIOApr1997.pdf
Contract Terms.doc
Document Summary DraftV3.doc
EMUS1004922.pdf
EMUS1007630.pdf
May 2002 dram anandtech.doc
Memo_7_21.doc
dedios_prices_long.db
testwhetherfirmparticipatedinconspiracy.pdf


**SELECTED FILES FROM CD PRODUCED BY PAUL ON 9/5/06:**
Econlit
De Dios source
docs
input data


**PLAINTIFFS' EXPERT REPORTS**

Expert Report of Roger Noll, dated August 25, 2006

Expert Report of Paul Liu, dated August 25, 2006


**PLEADINGS**

Third Consolidated Amended Class Active Complaint *In Re DRAM Antitrust Litigation*, Master File No. M-02-1486 PJH, MDL No. 1486, pending in the US District Court, Northern District of California

Micron's two draft conduct statements

Third Supplemental Responses to Plaintiffs' Second Set of Interrogatories, September 8, 2006

Stipulation And Order Regarding Procedures Governing Expert Discovery, filed June 12, 2006

Plea Agreement of Alfred P. Censullo, dated December 17, 2003

Plea Agreement of Infineon Technologies AG, dated September 14, 2004 (filed October 20, 2004)

38