# *EXHIBIT 2 TO*
# *DECLARATION OF*
# *JOSHUA S. STAMBAUGH*

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

In re: Dynamic Random Access Memory (DRAM)
Antitrust Litigation

| | |
|---|---|
| THIS DOCUMENT RELATES TO: | |
| Sun Microsystems, Inc.<br>v.<br>Hynix Semiconductor, Inc., et al. | Docket No. 06-cv-1665 |
| Unisys Corporation<br>v.<br>Hynix Semiconductor, Inc., et al. | Docket No. 06-cv-2915 |
| All American Semiconductor, Inc.,<br>v.<br>Hynix Semiconductor, Inc., et al. | Docket No. 07-cv-1200 |
| Edge Electronics, Inc.,<br>v.<br>Hynix Semiconductor, Inc., et al. | Docket No. 07-cv-1207 |
| Jaco Electronics, Inc.,<br>v.<br>Hynix Semiconductor, Inc., et al. | Docket No. 07-cv-1212 |
| Dram Claims Liquidation Trust, By Its Trustee,<br>Wells Fargo Bank, N.A.,<br>v.<br>Hynix Semiconductor, Inc., et al. | Docket No. 07-cv-1381 |

# REBUTTAL EXPERT REPORT OF FRANCIS X. DIEBOLD, PH.D.

## May 2, 2008

## HIGHLY CONFIDENTIAL

## V. Statement of Opinions and the Reasons for Them

(22)    As explained in his expert report, in determining the effect of the conspiracy on DRAM prices, White has estimated the "but-for" prices that would have been paid if there had not been a conspiracy. To do this, he has performed a standard regression analysis that relates DRAM prices to relevant demand and supply factors in the DRAM industry. The specific type of regression analysis that White performed is typically referred to as a "reduced form" prediction analysis. White determined the set of relevant market factors based on a combination of economic theory, his knowledge of the DRAM industry, and his judgment based on his considerable experience and expertise in conducting reliable econometric analyses.

(23)    White determined the "reduced form" relationship between DRAM prices and these market factors using actual price data from before and after the analyzed conspiracy period. The resulting prediction equation then reflects how DRAM prices change in response to changing market conditions in the absence of the conspiracy. White then uses this equation to predict the but-for prices that would have prevailed during the analyzed period in the absence of the conspiracy, based on the actual values of the market factors during that period.

(24)    White has designed this equation to allow him to estimate the effect of prices caused by the conspiracy, while at the same time accounting for the statistical properties of the data and selecting the specific factors included in the prediction equation in an objective manner. Following this, and as I explain in more detail below, I therefore interpret White's methodological framework as (1) *predictive assessment of treatment effects*, using econometric (2) *error-correction* models selected by (3) *cross validation*.

(25)    In the remainder of this report, I offer my opinions on each of these three aspects of White's methodological framework. In Sub-Section A, I discuss the predictive assessment of treatment effects. I discuss the use of error correction and co-integration in econometric analysis in Sub-Section B. Finally, in Sub-Section C, I discuss the use of cross validation. In each Sub-Section, I focus on the following questions:

- ("Peer Reviewed") Has it been subjected to peer review for many years, in many different publications?

4

- ("Probability-Based") Is it probability-based, with error rates subject to empirical determination?

- ("Subject to Accepted Standards") Are there well-accepted standards regarding its application?

- ("Best Scientific Practice") Is it generally consistent with best scientific practice?

- ("Relevant and Appropriate") Is it relevant and appropriate for estimating but-for prices and corresponding overcharges in price-fixing litigation support?

5

_(signature)_

 

May 2, 2008

_____

Francis X. Diebold, Ph.D.

Date