# EXHIBIT 3 TO
# DECLARATION OF
# JOSHUA S. STAMBAUGH

# PART TWO OF THREE

# Figure 3
## PRICES AND PRICE TREND FOR DRAM



Note: Black line is an exponential trend line; Y-axis is on a logarithmic scale.
Source: WSTS; DRAM Exchange.

Case 4:06-cv-01665-PJH    Document 386-6    Filed 08/08/08    Page 2 of 12

## Figure 4
# DRAM REVENUE, CAPITAL INVESTMENT, AND CAPITAL INVESTMENT AS A PERCENTAGE OF REVENUE



Source: UBS Warburg; DRAM Market Tracker; Gartner Dataquest.

Case 4:06-cv-01665-PJH    Document 386-6    Filed 08/08/08    Page 3 of 12

Figure 15
DRAM PRICES
January 1998 - December 2004

$/256Mb equivalent

$80.00
$70.00
$60.00
$50.00
$40.00
$30.00
$20.00
$10.00
$0.00

Jan-98, Apr-98, Jul-98, Oct-98, Jan-99, Apr-99, Jul-99, Oct-99, Jan-00, Apr-00, Jul-00, Oct-00, Jan-01, Apr-01, Jul-01, Oct-01, Jan-02, Apr-02, Jul-02, Oct-02, Jan-03, Apr-03, Jul-03, Oct-03, Jan-04, Apr-04, Jul-04, Oct-04

Source: WSTS.



Figure 20

PROFESSOR WHITE'S OEM PRICE INDEX AND WINDOWS OPERATING SYSTEM RELEASES

January 1996 – December 2004

Source:  Professor White's Workpapers; Microsoft Website; UBS Warburg.



Figure 25

PROFESSOR WHITE'S MODEL INCORRECTLY FINDS DAMAGES:
WSTS DRAM PRICE v. PROFESSOR WHITE'S PREDICTED DRAM PRICE
Predicting Prices From November 1992 To December 1995

Source: WSTS; Professor White's Workpapers.



Figure 26A

CALCULATION OF "OVERCHARGES" WHEN "BUT-FOR" PRICES ARE EQUAL TO ACTUAL PRICES: ALL AMERICAN
(Professor White's Methodology)

Source: Professor White's Workpapers.



## Figure 26C
## CALCULATION OF "OVERCHARGES" WHEN "BUT-FOR" PRICES ARE EQUAL TO ACTUAL PRICES: REPTRON
### (Professor White Methodology)

White Asserted Overcharges: $21,443,368
Bias to Reptron Overcharges: $2,915,032

Bias

— Reptron's Fisher Prices
— Reptron's Prices with Actual OEM Prices as Predictor

Fisher Price Index (1998 = 100)

Source: Professor White's Workpapers.

Draft - Subject to Revision
Attorney Client Work Product
Privileged and Confidential

Case 4:06-cv-01665-PJH    Document 386-6    Filed 08/08/08    Page 8 of 12



# Figure 26D

## CALCULATION OF "OVERCHARGES" WHEN "BUT-FOR" PRICES ARE EQUAL TO ACTUAL PRICES: SGI
### (Professor White's Methodology)

White Asserted Overcharges: $96,816,384
Bias to SGI Overcharges: $46,455,911

Bias

— SGI's Fisher Prices
— SGI's Prices with Actual OEM Prices as Predictor

Fisher Price Index (1998 = 100)

Source: Professor White's Workpapers.

Case 4:06-cv-01665-PJH    Document 386-6    Filed 08/08/08    Page 9 of 12



## Figure 26E

## CALCULATION OF "OVERCHARGES" WHEN "BUT-FOR" PRICES ARE EQUAL TO ACTUAL PRICES: SUN
## (Professor White's Methodology)

White Asserted Overcharges: $1,476,607,439
Bias to Sun Overcharges: $684,468,837

Bias

Sun's Fisher Prices
Sun's Prices with Actual OEM Prices as Predictor

Source: Professor White's Workpapers.

Case 4:06-cv-01665-PJH    Document 386-6    Filed 08/08/08    Page 10 of 12

# Figure 26F
# CALCULATION OF "OVERCHARGES" WHEN "BUT-FOR" PRICES ARE EQUAL TO ACTUAL PRICES: UNISYS
## (Professor White's Methodology)



White Asserted Overcharges: $37,279,733
Bias to Unisys Overcharges: $11,702,629

Bias

— Unisys' Fisher Prices
— Unisys' Prices with Actual OEM Prices as Predictor

Fisher Price Index (1998=100)

Jan-96 Apr-96 Jul-96 Oct-96 Jan-97 Apr-97 Jul-97 Oct-97 Jan-98 Apr-98 Jul-98 Oct-98 Jan-99 Apr-99 Jul-99 Oct-99 Jan-00 Apr-00 Jul-00 Oct-00 Jan-01 Apr-01 Jul-01 Oct-01 Jan-02 Apr-02 Jul-02 Oct-02 Jan-03 Apr-03 Jul-03

Source: Professor White's Workpapers.

Case 4:06-cv-01665-PJH    Document 386-6    Filed 08/08/08    Page 11 of 12

Appendix B
MATERIALS RELIED ON BY JOSEPH P. KALT

Legal Filings

All American Semiconductor, Inc.: Amended Complaint for Damages and Injunctive Relief for Violation of the Sherman Act Pursuant to 15 U.S.C. § 1. 5/04/2007.

DRAM Claims Liquidation Trust, by its Trustee, Wells Fargo Bank, N.A.: Amended Complaint for Damages and Injunctive Relief (1) Violation of the Sherman Act Pursuant to 15 U.S.C. § 1 and (2) Violation of California's Cartwright Act. 5/04/2007.

Edge Electronics, Inc.: Amended Complaint for Damages and Injunctive Relief (1) Violation of the Sherman Act Pursuant to 15 U.S.C. § 1 and (2) Violation of California's Cartwright Act Pursuant to §§ 16700 Et. Seq. Cal. Bus. & Prof. Code and (3) Violation of California's Unfair Competition Act Pursuant to §§ 17200 Et. Seq. Cal. Bus. & Prof. Code. 5/04/2007.

Jaco Electronics, Inc.: Amended Complaint for Damages and Injunctive Relief (1) Violation of the Sherman Act Pursuant to 15 U.S.C. § 1 and (2) Violation of California's Cartwright Act Pursuant to §§ 16700 Et. Seq. Cal. Bus. & Prof. Code and (3) Violation of California's Unfair Competition Act Pursuant to §§ 17200 Et. Seq. Cal. Bus. & Prof. Code. 5/04/2007.

Sun Microsystems, Inc. and Unisys Corporation: Amended Consolidated Complaint for Damages and Injunctive Relief for (1) Violation of the Sherman Act Pursuant to 15 U.S.C. § 1 and (2) Violation of California's Cartwright Act Pursuant to §§ 16700 Et. Seq. Cal. Bus. & Prof. Code and (3) Violation of California's Unfair Competition Act Pursuant to §§ 17200 Et. Seq. Cal. Bus. & Prof. Code. . 5/04/2007.

United States of America v. Elpida Memory, Inc. Case No. 06-0059  (PJH), "Plea Agreement," March 22, 2006.

United States of America v. Hynix Semiconductor, Inc. Case No. 05-249  (PJH), "Plea Agreement," May 11, 2005.

United States of America v. Hynix Semiconductor, Inc., Case No. CR05-249 PJH "Joint Sentencing Memorandum by the Unites States and Hynix Semiconductor Inc., and Request for Expedited Sentencing," May 11, 2005 at 5.

United States of America v. Infineon Technologies AG, Case No. 04-299 (PJH), "Plea Agreement," October 20, 2004.

United States of America v. Infineon Technologies AG, Case No. 04-299 (PJH), "Joint Sentencing Memorandum"

See, United States of America v. Samsung Electronics Company, LTD. And Samsung Semiconductor, Inc. Case No. 05-0643  (PJH), "Plea Agreement," November 30, 2005.

See, United States of America v. Samsung Electronics Company, LTD. And Samsung Semiconductor, Inc. Case No. 05-0643  (PJH), "Joint Sentencing Memorandum"

1