# EXHIBIT 3 TO
# DECLARATION OF
# JOSHUA S. STAMBAUGH

# PART THREE OF THREE

United States of America, Plaintiff, v. D. James Sogas, Defendant, United States District Court, Northern District of San Francisco, Case No. CR-06-0752 PJH, 'Plea Agreement', December 13, 2006.

United States of America, Plaintiff, v. Dae Soo Kim, Defendant, United States District Court, Northern District of San Francisco, Case No. CR-06-0126 PJH, 'Plea Agreement', March 15, 2006.

United States of America, Plaintiff, v. Chae Kyun Chang, Defendant, United States District Court, Northern District of San Francisco, Case No. CR-06-0126 PJH, 'Plea Agreement', March 15, 2006.

United States of America, Plaintiff, v. Kun Chul Suh, Defendant, United States District Court, Northern District of San Francisco, Case No. CR-06-00126 PJH, 'Plea Agreement', March 15, 2006.

United States of America, Plaintiff, v. Choon Yub Choi, Defendant, United States District Court, Northern District of San Francisco, Case No. CR-06-0126 PJH, 'Plea Agreement', March 15, 2006.

United States of America, Plaintiff, v. Il Ung Kim, Defendant, United States District Court, Northern District of San Francisco, Case No. CR-06-0692 PJH, 'Plea Agreement', May 2, 2007.

United States of America, Plaintiff, v. Sun Woo Lee, Defendant, United States District Court, Northern District of San Francisco, Case No. CR-06-180 PJH, 'Plea Agreement', April 5, 2006.

United States of America, Plaintiff, v. Yeongho Kang, Defendant, United States District Court, Northern District of San Francisco, Case No. CR-06-180 PJH, 'Plea Agreement', April 5, 2006.

United States of America, Plaintiff, v. Young Woo Lee, Defendant, United States District Court, Northern District of San Francisco, Case No. CR-06-180 PJH, 'Plea Agreement', August 22, 2006.

United States of America, Plaintiff, v. Thomas Quinn, Defendant, United States District Court, Northern District of San Francisco, Case No. CR-06-0635 PJH, 'Plea Agreement', November 8, 2006.

United States of America, Plaintiff, v. Young Hwan Park, Defendant, United States District Court, Northern District of San Francisco, Case No. CR-06-819 PJH, 'Plea Agreement', February 14, 2006.

United States of America, Plaintiff, v. T. Rudd Corwin, Defendant, United States District Court, Northern District of San Francisco, Case No. CR-4-0397 PJH, 'Plea Agreement', December 15, 2004.

United States of America, Plaintiff, v. Heinrich Florian, Defendant, United States District Court, Northern District of San Francisco, Case No. CR-4-397 PJH, 'Plea Agreement', December 15, 2004.

United States of America, Plaintiff, v. Guenter Hefner, Defendant, United States District Court, Northern District of San Francisco, Case No. CR-4-397 PJH, 'Plea Agreement', December 15, 2004.

United States of America, Plaintiff, v. Peter Schaefer, Defendant, United States District Court, Northern District of San Francisco, Case No. CR-4-397 PJH, 'Plea Agreement', December 15, 2004.

## Interrogatory Responses

Micron Technology, Inc. and Micron Semiconductor Products, Inc.: Third Supplemental Responses to Plaintiffs' Second Set of Interrogatories and all documents cited, Case No. M02-1486-PJH.

Infineon Technologies North America Corp. and Infineon Technologies AG: Infineon Defendants' Supplemental Responses to Plaintiffs' First Set of Interrogatories to All Defendants and all documents cited.

Samsung Electronics Co., Ltd. And Samsung Electronics, Inc.: First Amended and Supplemental Responses to DRAM Claims Liquidation Trust's First Set of Interrogatories and all documents cited.

NEC Electronics America, Inc.: Supplemental Responses to Plaintiffs' Second Set of Interrogatories and all documents cited.

Hynix Semiconductor, Inc. and Hynix Semiconductor America, Inc.: Supplemental Response to Plaintiffs' Second Set of Interrogatories and all documents cited.

Nanya Technology Corporation USA: Amended Responses to Plaintiffs' Second Set of Interrogatories and all documents cited.

Elpida Memory, Inc. and Elpida Memory (USA), Inc.: Supplemental Responses to Plaintiffs' Second Set of Interrogatories and all documents cited.

Mosel Vitelic Corporation: Supplemental Response to Plaintiffs' Second Set of Interrogatories and all documents cited.

Sun Microsystems, Inc., Unisys Corporation, Jaco Electronics, Inc., Edge Electronics, Inc., and All American Semiconductor, Inc.: Plaintiff's First Joint Summplemental Response to Hynix Semiconductor Inc.'s and Hynix Semiconductor America Inc.'s First Set of Interrogatories and all documents cited.

Plaintiffs Unisys Corp., All American Semiconductor, Inc., Edge Electronics, Inc., and Jaco Electronics, Inc.'s Supplemental Responses to Infineon Defendants' First Set of Interrogatories to All Plaintiffs and all documents cited, Case Nos. C06-02915 PJH, C07-01200 PJH, C07-01207 PJH, C-07-01212 PJH.

Indirect Purchaser Plaintiffs' Supplemental Responses to Certain Defendants Infineon Technologies North America Corp., Hynix Semiconductor, Inc., Winbond Electronics Corporation, NEC Electronics America, Inc., Micron Semiconductor Products Inc., Micron Technology Inc., Samsung Semiconductor, Inc., and Elpida Memory (USA), Inc.'s First Joint Set of Interrogatories to Indirect Purchaser Plaintiffs, and all documents cited, Case No. M02-1486-PJH.

3

Declaration of Niall E. Lynch in Support of the United States' Memorandum of Law Regarding Coconspirator Statements and Pretrial Factual Preoffer, and all documents cited, Case No. CR06-0692 PJH, October 24, 2007.

**Expert Reports and Testimony**

United States District Court For the Northern District of California, San Francisco Division, In re: Dynamic Random Access Memory (DRAM) Antitrust Litigation, Case No. M-02-1486 (PJH), Expert Report of Victor G. De Dios on Behalf of Micron Technology Inc. and Micron Semiconductor Products, Inc.

United States District Court For the Northern District of California, San Francisco Division, In re: Dynamic Random Access Memory (DRAM) Antitrust Litigation, Case No. M-02-1486 (PJH), Expert Report and Workpapers of Carl Shapiro, October 2, 2006.

United States District Court For the Northern District of California, San Francisco Division, In re: Dynamic Random Access Memory (DRAM) Antitrust Litigation, Case No. M-02-1486 (PJH), Expert Report and Workpapers of Paul Liu, August 28, 2006.

United States District Court For the Northern District of California, San Francisco Division, In re: Dynamic Random Access Memory (DRAM) Antitrust Litigation, Case No. M-02-1486 (PJH), Rebuttal Expert Report of Paul Liu, October 24, 2006.

United States District Court For the Northern District of California, San Francisco Division, In Re: Dynamic Random Access Memory (DRAM) Antitrust Litigation, Docket Nos. 06-CV-1665; 07-CV-1200; 07-CV-1207; 07-CV-1212; and 07-CV-1381, Expert Report and Workpapers of Halbert L. White, Jr., PH.D., December 14, 2007.

In Re: Dynamic Random Access Memory (DRAM) Antitrust Litigation, Docket Nos. 06-CV-1665; 07-CV-1200; 07-CV-1207; 07-CV-1212; and 07-CV-1381, Expert Report and Workpapers of Robert C. Marshall, PH.D., December 14, 2007.

In Re: Dynamic Random Access Memory (DRAM) Antitrust Litigation, Docket Nos. 06-CV-1665; 07-CV-1200; 07-CV-1207; 07-CV-1212; and 07-CV-1381, DRAM Demonstrative Exhibits Related to Plaintiffs' Expert Reports.

United States District Court For the Northern District of California, San Francisco Division, In Re: Dynamic Random Access Memory (DRAM) Antitrust Litigation, Case No. C06-1665 PJH (Consolidated), Documents Produced by Viking Interworks. 1/17/2008.

United States District Court, Northern District of California, United States of America, Plaintiff v. Gary Swanson, Defendant, No. CR 06-0692 PJH, 'Transcript of Jury Proceedings,' February 12, 2008 at 1146-48.

'Hearing Transcript,' In the Matter of DRAM and DRAM Modules form Korea, Investigation No 701-TA-431 (Final), The United States International Trade Commission, June 23, 2003 at 57.

DRAMS and DRAM Modules From Korea,' Staff Report to the Commission, United States International Trade Commission, Investigation No 701-TA-431 (Final)

United States District Court For the Northern District of California, San Francisco Division, In Re: Dynamic Random Access Memory (DRAM) Antitrust Litigation, Case No. M02-1486 PJH, Expert Report of Roger G. Noll, December 9, 2005.

United States District Court For the Northern District of California, San Francisco Division, In Re: Dynamic Random Access Memory (DRAM) Antitrust Litigation, Case No. M02-1486 PJH, Expert Report of Dr. Vincent E. O'Brien, October 2, 2006.

United States District Court For the Northern District of California, San Francisco Division, In Re: Dynamic Random Access Memory (DRAM) Antitrust Litigation, Case No. M02-1486 PJH, Declaration of Dr. Alan J. Cox in Support of Nanya Technology Corporation's and Nanya Technology Corporation USA's Motions for Summary Judgment, January 10, 2007.

United States District Court For the Northern District of California, San Francisco Division, In Re: Dynamic Random Access Memory (DRAM) Antitrust Litigation, Case No. M02-1486 PJH, Expert Report of Margaret E. Guerin-Calvert.

### Depositions and Exhibits

United States District Court For the Northern District of California, San Francisco Division, In Re: Dynamic Random Access Memory (DRAM) Antitrust Litigation, Case No. M-02-1486 (PJH), Deposition of John Bugee, April 6, 2006.

United States District Court For the Northern District of California, San Francisco Division, In Re: Dynamic Random Access Memory (DRAM) Antitrust Litigation, Case No. M-02-1486 (PJH), Videotaped Deposition of T. Rudd Corwin, April 13, 2006.

United States District Court For the Northern District of California, San Francisco Division, In Re: Dynamic Random Access Memory (DRAM) Antitrust Litigation, Case No. M-02-1486 (PJH), Videotaped Deposition of Heinrich Florian, May 9, 2006.

United States District Court For the Northern District of California, San Francisco Division, In Re: Dynamic Random Access Memory (DRAM) Antitrust Litigation, Case No. M-02-1486 (PJH), Videotaped Deposition of Guenter Hefner, May 10, 2006.

United States District Court For the Northern District of California, San Francisco Division, In Re: Dynamic Random Access Memory (DRAM) Antitrust Litigation, Case No. M-02-1486 (PJH), Videotaped Deposition of Dirk Hildebrandt, July 18, 2007.

United States District Court For the Northern District of California, San Francisco Division, In Re: Dynamic Random Access Memory (DRAM) Antitrust Litigation, Case No. M-02-1486 (PJH), Videotaped Deposition of Michael Pitzer, March 30, 2006.

United States District Court For the Northern District of California, San Francisco Division, In Re: Dynamic Random Access Memory (DRAM) Antitrust Litigation, Case No. M-02-1486 (PJH), Deposition of Peter Schaefer, May 8, 2006.

United States District Court For the Northern District of California, San Francisco Division, In Re: Dynamic Random Access Memory (DRAM) Antitrust Litigation, Case No. M-02-1486 (PJH), Videotaped Deposition of Charles R. Byrd, April 20, 1996.

5

United States District Court For the Northern District of California, San Francisco Division, Docket Nos. C-06-02915, C-07-01200, C-07-01207, C-07-01212, C-07-01381, Deposition of Dr. Johann Harter, November 20, 2007.

United States District Court For the Northern District of California, San Francisco Division, Case No. C07-01381 PJH, Deposition of Brian Rieper, October 25, 2007.

United States District Court For the Northern District of California, San Francisco Division, Case No. C07-01381 PJH, Videotaped Deposition of Alain Ishiguro, November 20, 2007.

United States District Court For the Northern District of California, San Francisco Division, Case No. C06-01665 PJH, Videotaped Deposition of James Van Hollebeke, October 16, 2007.

United States District Court For the Northern District of California, San Francisco Division, Case No. C07-01212 PJH, Videotaped Deposition of John Donza, October 5, 2007.

United States District Court For the Northern District of California, San Francisco Division, Case No. C07-01207 PJH, Deposition of Michael Pollina, October 5, 2007.

United States District Court For the Northern District of California, San Francisco Division, Docket Nos. C-06-01665 (Consolidated), C-06-02915, C-07-01200, C-07-01207, C-07-01212, C-07-01381, Videotaped Deposition of Pei Lin Pai, November 28, 2007.

United States District Court For the Northern District of California, San Francisco Division, Docket Nos. C-06-01665 (Consolidated), Videotaped Deposition of Christina Stratmoen, December 10, 2007.

United States District Court For the Northern District of California, Case No. M-02-1486, Deposition of Ms. Jackie Gross. August 29, 2006.

United States District Court For the Northern District of California, Case No. M-02-1486 PJH, Oral and Videotaped Deposition of Kevin Maurice Brown, September 12, 2006.

United States District Court For the Northern District of California, San Francisco Division, Case No. M-02-1486, Deposition of Abraham S. Lim, September 10, 2006.

United States District Court For the Northern District of California, San Francisco Division Case No. M-02-1486 PJH, Deposition of Jae Sueng Kim. October 18, 2007.

United States District Court For the Northern District of California, San Francisco Division, Docket Nos. C-06-01665 (Consolidated), C-06-02915, Videotaped Deposition of Richard Costa, November 13, 2007.

United States District Court For the Northern District of California, San Francisco Division, Case No. C07-01200 PJH, Deposition of Bashar Elsbihi. January 18, 2008.

United States District Court For the Northern District of California, San Francisco Division, Docket Nos. C-06-01665 (Consolidated), C-06-02915, C-07-01200, C-07-01207, C-07-01212, C-07-01381, Videotaped Deposition of Halbert L. White JR., Ph.D., February 27, 2008.

United States District Court For the Northern District of California, San Francisco Division, Docket Nos. C-06-01665 (Consolidated), C-06-02915, C-07-01200, C-07-01207, C-07-01212, C-07-01381, Videotaped Deposition of Robert C. Marshall, Ph.D., February 29, 2008.

United States District Court For the Northern District of California, San Francisco Division, Docket Nos. C-06-0692 PJH, Transcript of Jury Trial Proceedings, United States of America vs. Gary Swanson, February 21, 2008.

## Data and Documents

Stigler, George, "A Theory of Oligopoly," *Journal of Political Economy*, February 1964.

Carlton, Dennis W. and Jeffrey M. Perloff, *Modern Industrial Organization*, 3rd Ed., Addison-Wesley, 2000, Chapter 5, Cartels: Oligopoly Joint Decision Making

U.S. Department of Justice, "Sixth Samsung executive Agrees to Plead Guilty to Participating in DRAM Price-Fixing Cartel," April 19, 2007

'Samsung and HEI Expected to Cut Chip Investments Next Year,' Hwang Jang-jin, 29 November 2000, the Korea Herald

'Chip Industry – No Thanks for the Memory...,' Simon Burn, 21 June 2001, Far Eastern Economic Review

'Chip Makers Hit Rock Bottom,' John G Spooner, 7 August 2001, ZDNet News from ZDWire

'NEC Electronics Stops Roseville, Calif. Expansion; Layoffs are Likely,' Clint Swett, Knight-Ridder Tribune Business News, The Sacramento Bee-California

Interview with Dr. Johann Harter, February 26, 2008

'The Semiconductor Industry and South Korea's Hynix Corporation,' Report to Congress, Congressional Research Service, May 27, 2003

'Estimation of Dynamic Behavior With Learning:  Application to the DRAM Industry,' (dissertation) Kiyoung Park, May 2002

'Forward Pricing versus Fair Value:  An Analytic Assessment of "Dumping" in DRAMs,' Kenneth Flamm, Trade and Protectionism, Takatoshi & Krueger, eds., 1993

'Import Expansion in the DRAM Industry: Estimating the Impact of the Semiconductor Trade Arrangement on Competition,' (dissertation) Christopher M. MacDonagh-Dumler, May 2001

U.S. Department of Justice and the Federal Trade Commission, "Horizontal Merger Guidelines," Revised April 8, 1997

'Noncooperative Collusion Under Imperfect Price Information,' Edward J. Green and Robert H. Porter, Econometrica, Vol 52, No. 1, January 1984.

'Mitsubishi Arm Scales Down US Chip Production,' Michiyo Nakamoto, 15 January 1998, Financial Times;

'Texas Instruments, Hitachi Cal Off Venture,' Bloomberg, 10 February 1998, The Financial Post

7

'Japan's Oki Electronics to Reorganize Microchip Business,' 18 February 1998, Dow Jones Online News

'NEC to Tune DRAM Production Process for Cost-Cutting,' 24 February 1998, Dow Jones International News

'Hitachi Cuts Reliance on Memory Chip Production,' 18 March 1998, The Financial Post

'Analysis Fujitsu, Mitsubishi to Lower DRAM Dependence,' 6 April 1998, Asia Pulse

'Once in the Chips, Some Companies Now Fight For Their Financial Lives, Texas Instruments is Selling DRAM Business,' Dallas Morning News, 28 June 1998

'Squeeze on Profits Margins Forces Many Memory Chip Makers to Consider Pulling Out,' 19 August 1998, The Scotsman

'DRAM Chip Maker Vanguard To Post Net Loss of NT$5 billion in 1998,' 9 July 1998, Taiwan Electronic News

'Acer Semicon Expects NT$4.7b Loss This Year,' Laurence Eyton, 20 July 1998, Business Times Singapore

'Squeeze on Profits Margins Forces Many Memory Chip Makers to Consider Pulling Out,' 19 August 1998, The Scotsman

'Hynix Halts Oregon Fab – Company Operations,' Alex Romanelli, Cahners Business Information, July 30, 2001

'Infineon Technologies AG Plans Extensive Cost Reductions In Response to the Ongoing Difficult Market Environment,' 26 July 2001, Market News Publishing

"Infineon to Cut Roughly 5,000 Jobs to Save EUR1B," Dow Jones Newswires, July 26, 2001.

"DRAM Market to Shrink by 55 percent in 2001," June 21, 2001, IT World

"Taiwan's Mosel Posts Unaudited H1 Loss T$7.2 bln," 20 August 2001, Reuters News

"For Memory Chips, a Time to Forget," Olga Kharif, 13 November 2001, Business Week Online

"Toshiba Sells U.S. Plant to Micron, Snubs Infineon," Edmund Klamann, 18 December 2001, Reuters News

"DRAM Makers Expect to Continue to Report Losses in First Quarter," Alice Liu, 18 January 2001, Taiwan Business News.

"Memory Makers Hit Rock Bottom," John G. Spooner, 7 August 2001, ZDNet News from ZDWire.

"Chip Industry – No Thanks for The Memory," Simon Burns, 21 June 2001, Far Eastern Economic Review.

"Asia DRAM Report: Hyundai Only Part Of DRAM Glut Problem," 8 December 2000, Dow

8

Jones International News.

NEC Aims for 90 Million dlr Saving After Lay-offs," 9 April 2001, Agence France-Presse; "Business Brief – NEC Corp.:  US Production of Chip Line is Set to End This Summer," 10 April 2001, The Wall Street Journal

"Hynix to Reduce Chip Output," 14 July 2001, Joins.com

"Winbond Keeps Cautious Eyes For Toshiba's Drastic Streamline," Esther Guan, 29 August 2001, Taiwan Business News

"Hitachi cuts 300 jobs at Singapore Plant," 19 October 2001, Reuters News

"Japan's Hitachi to cut chip production, jobs in Singapore," 29 November 2001, Agence France-Presse

"Toshiba's DRAM Retreat to Result in 2,000-Job Cut," 18 December 2001, Jiji Press English News Service

"Toshiba to Stop Making Low-end Memory Chips – Decision Comes After Failure of Infineon Talks," Peter Landers, 19 December 2001, The Wall Street Journal Europe.

"International Computer Giants Snap Up Locally-Made DRAM," Esther Guan, 31 January 2002, Taiwan Business News.

'The Effects of Strategies on Firm and Industry Performance,' Robert W. Wilson, Innovation, Competition, and Government Policy In the Semiconductor Industry, Chapter 5, D.C. Heath and Company, 1980.

'Internationalization in the Semiconductor Industry,' Kenneth Flamm, The Global Factory: Foreign Assembly in International Trade, Grunwalk ad Flamm, the Brookings Institute, Washington DC, 1985.

"Investment in Korean Semicon Firms to Drop to $US 1.5 Bln", Asia Pulse, May 13, 1998.

"Island's DRAM Makers Face Uncertain Future", Philip Liu, Taiwan Economic News, February 20, 2000.

"Asian DRAM Makers Seek Ways to Survive Bad Times", Baker Li, Reuters News, October 26, 2001.

"Local Chipmakers Won't Cut Production Along With Toshiba", Ines Ke, Taiwan Business News.

'NEC-Hitachi Memory Venture Renamed "Elpida"', CMP TechWeb, September 28, 2000.

'NEC-Hitachi Spin-off, Elpida, Eyes SDRAMs', Anthony Cataldo, Electronic Engineering Times, October 2, 2000.

'Korea Press: Hynix to Make Final Payment for LG Semicon', Dow Jones International News, July 1, 2002.

'TI Sells DRAM Business to Micron', Electronic Engineering Times, June 22, 1998.

9

'Micron Technology Buys Toshiba's Virginia DRAM Unit', Reuters News.

'Powerchip: Elpida Replaces Mitsubishi For Some Technology', Dow Jones International News, March 4, 2003.

'Infineon / Qimonda', Financial Times, August 9, 2006.

IC Insights, Section 2: Global IC Industry Outlook, 2000.

IC Insights, Section 8: DRAMs and SRAMs, 2000.

IC Insights, Section 2: Global IC Industry Outlook and Cycles, 2001.

IC Insights, Section 8: DRAMs and SRAMs, 2001.

IC Insights, Section 2: Global IC Industry Outlook and Cycles, 2002.

IC Insights, Section 8: DRAMs and SRAMs, 2002.

IC Insights, Section 2: Global IC Industry Outlook and Cycles, 2003.

IC Insights, Section 8: DRAMs and SRAMs, 2003.

White, Halbert, Robert Marshall, and Pauline Kennedy, "The Measurement of Economic Damages in Antitrust Litigation", *Economics Committee Newsletter*, Volume 6, No. 1, Spring 2006.

White, Halbert, "Time-series Estimation of the Effects of Natural Experiments", *Journal of Econometrics*, 135, 2006.

'The DRAM Market Advisor,' DeDios & Associates:  May 2000, September 2000, October 2000, January 2001, March 2001, June 2001, August 2001, September 2001,October 2001, November 2001, December 2001, January 2002, February 2002, March 2002, April 2002, May 2002, June 2002, September 2002, January 2003, February 2003, August 2003.

New Challenges & New Business Models in the DRAM Market, DeDios & Associates, November 1998.

Global DRAM Update, Warburg Dillon Read, December 1998.

Global DRAM Update, Warburg Dillon Read, June 1999.

Global DRAM Update, Warburg Dillon Read, September 1999.

Global DRAM Update, UBS Warburg, September 22, 2000.

Global DRAM Update, UBS Warburg, May 4, 2001.

Global DRAM Update, UBS Warburg, April 17, 2002.

Global DRAM Update, UBS Warburg, September 19, 2002.

Global DRAM Update, UBS Investment Research, July 9, 2003.

'DRAM Supply/Demand Quarterly Statistics: First Quarter 1997 Outlook', Gartner Dataquest, January 27, 1997.

'DRAM Supply/Demand Quarterly Statistics: Second Quarter 1997 Outlook', Gartner Dataquest, April 28, 1997.

'DRAM Supply/Demand Quarterly Statistics: First Quarter 1998 Outlook', Gartner Dataquest, January 26, 1998.

'DRAM Supply/Demand Quarterly Statistics: Second Quarter 1998 Outlook', Gartner Dataquest, May 11, 1998.

'DRAM Supply/Demand Quarterly Statistics: First Quarter 1999 Outlook', Gartner Dataquest, April 5, 1999.

'DRAM Supply/Demand Quarterly Statistics: Second Quarter 1999 Outlook', Gartner Dataquest, June 28, 1999.

'DRAM Supply/Demand Quarterly Statistics: Third Quarter 1999 Outlook', Gartner Dataquest, September 13, 1999.

'DRAM Supply/Demand Quarterly Statistics: Fourth Quarter 1999 Outlook', Gartner Dataquest, January 31, 2000.

'DRAM Supply/Demand Quarterly Statistics: First Quarter 2000 Outlook', Gartner Dataquest, May 22, 2000.

'DRAM Supply/Demand Quarterly Statistics: Second Quarter 2000 Outlook', Gartner Dataquest, August 14, 2000.

'DRAM Supply/Demand Quarterly Statistics: Third Quarter 2000 Outlook', Gartner Dataquest, December 4, 2000.

'DRAM Supply/Demand Quarterly Statistics: Fourth Quarter 2000 Outlook', Gartner Dataquest, February 12, 2001.

'Worldwide DRAM Supply and Demand Quarterly Statistics: First Quarter of 2001 Outlook', Gartner Dataquest, May 21, 2001.

'Worldwide DRAM Supply and Demand Quarterly Statistics: Second Quarter of 2001 Outlook', Gartner Dataquest, July 18, 2001.

'Worldwide DRAM Supply and Demand Quarterly Statistics: 3Q01 Outlook', Gartner Dataquest, November 1, 2001.

'Worldwide DRAM Supply and Demand Quarterly Statistics, 1Q02', Gartner Dataquest.

'Worldwide DRAM Supply and Demand Quarterly Statistics, 2Q02', Gartner Dataquest.

'Worldwide DRAM Supply and Demand Quarterly Statistics, 4Q02', Gartner Dataquest.

11

'Worldwide DRAM Supply and Demand Quarterly Statistics, 4Q02', Gartner Dataquest.

'DRAM Supply and Demand Quarterly Statistics: Worldwide, 1Q03', Gartner Dataquest.

'DRAM Supply and Demand Quarterly Statistics: Worldwide, 2002-2004 (2Q03 Update)', Gartner Dataquest.

'DRAM Supply and Demand Quarterly Statistics: Worldwide, 2002-2004 (3Q03 Update)', Gartner Dataquest.

'Forecast: DRAM Supply and Demand, Worldwide, 1Q06-4Q08 (4Q07 Update)'

'1997 DRAM Unit Shipments: Market Statistics', Gartner Dataquest, May 25, 1998.

'1998 DRAM Unit Shipments: Market Statistics', Gartner Dataquest, June 7, 1999.

'1999 DRAM Unit Shipments: Market Statistics', Gartner Dataquest, July 31, 2000.

'DRAM Unit Shipments, 2000', Gartner Dataquest, July 2, 2001.

'DRAM Unit Shipments Statistics, 2001', Gartner Dataquest.

'DRAM Unit Shipments Statistics: Worldwide, 2002', Gartner Dataquest.

Gartner's DRAM Sales (WW, US) 2003 Back.

Gartner DRAM ranking since 87-2006.

'DRAM Forecast Outlook Statistics, 3Q02', Gartner Dataquest.

'DRAM Forecast Outlook Statistics, 4Q02', Gartner Dataquest.

'DRAM Forecast Outlook Statistics, 1Q03', Gartner Dataquest.

'DRAM Forecast Statistics: Worldwide, 1996-2006 (1Q02 Update)', Gartner Dataquest.

'DRAM Forecast Statistics: Worldwide, 1996-2006 (2Q02 Update)', Gartner Dataquest.

'DRAM Forecast Statistics: Worldwide, 1996-2006 (3Q02 Update)', Gartner Dataquest.

'DRAM Forecast Statistics: Worldwide, 1996-2006 (4Q02 Update)', Gartner Dataquest.

'DRAM Forecast Statistics: Worldwide, 1997-2007 (1Q03 Update)', Gartner Dataquest.

'DRAM Forecast Statistics: Worldwide, 1997-2007 (2Q03 Update)', Gartner Dataquest.

'DRAM Forecast Statistics: Worldwide, 1997-2007 (3Q03 Update)', Gartner Dataquest.

'DRAM Forecast Statistics: Worldwide, 1997-2007 (4Q03 Update)', Gartner Dataquest.

'DRAM Forecast Statistics: Worldwide, 1998-2008 (1Q04 Update)', Gartner Dataquest.

'DRAM Forecast Statistics: Worldwide, 1998-2008 (2Q04 Update)', Gartner Dataquest.

'DRAM Forecast Statistics: Worldwide, 1998-2008 (3Q04 Update)', Gartner Dataquest.

'DRAM Forecast Statistics: Worldwide, 1998-2008 (4Q04 Update)', Gartner Dataquest.

'DRAM Forecast Statistics: Worldwide, 2000-2010 (1Q05 Update)', Gartner Dataquest.

'DRAM Forecast Statistics: Worldwide, 2000-2010 (2Q05 Update)', Gartner Dataquest.

'DRAM Forecast Statistics: Worldwide, 2000-2010 (3Q05 Update)', Gartner Dataquest.

'DRAM Forecast Statistics: Worldwide, 2000-2010 (4Q05 Update)', Gartner Dataquest.

'DRAM Forecast Statistics: Worldwide, 2000-2010 (1Q06 Update)', Gartner Dataquest.

'DRAM Forecast Statistics: Worldwide, 2000-2010 (2Q06 Update)', Gartner Dataquest.

'DRAM Forecast Statistics: Worldwide, 2000-2010 (3Q06 Update)', Gartner Dataquest.

'DRAM Forecast Statistics: Worldwide, 2000-2010 (4Q06 Update)', Gartner Dataquest.

'DRAM Forecast Statistics: Worldwide, 2001-2011 (1Q07 Update)', Gartner Dataquest.

'DRAM Forecast Update: First Quarter 1999', Gartner Dataquest, March 22, 1999.

'DRAM Forecast Update: Second Quarter 1999', Gartner Dataquest, June 21, 1999.

'DRAM Forecast Update: Third Quarter 1999', Gartner Dataquest, September 13, 1999.

'DRAM Forecast Update: Fourth Quarter 1999', Gartner Dataquest, October 25, 1999.

'DRAM Forecast Update: First Quarter of 2000', Gartner Dataquest, May 1, 2000.

'DRAM Forecast Update: Second Quarter 2000', Gartner Dataquest, June 26, 2000.

'DRAM Forecast Update: Third Quarter 2000', Gartner Dataquest, November 13, 2000.

'DRAM Forecast Update: Fourth Quarter 2000', Gartner Dataquest, December 25, 2000.

'DRAM Forecast Update: First Quarter of 2001', Gartner Dataquest, March 26, 2001.

'DRAM Forecast Update: Second Quarter 2001', Gartner Dataquest, July 17, 2001.

'DRAM Forecast Update: Third Quarter of 2001', Gartner Dataquest, November 6, 2001.

'DRAM Forecast Update, 1Q02', Gartner Dataquest.

'DRAM Statistics Forecast Update, 2Q02', Gartner Dataquest.

'Forecast: PC Market by Operating System, Worldwide, November 2007 Update', Gartner Dataquest.

'Semiconductor Forecast: Second Quarter 2007 Update', Gartner Dataquest.

13

14

'Desktop Configuration Forecast: Fourth Quarter 2003 Update', Gartner Dataquest.

'Early 2007 DRAM Doldrums Unlikely to Linger into 2008', DRAM Market Tracker - Q2 2007, ISuppli Corporation.

World Semiconductor Trade Statistics Data, 1991-2007.

SGI Mfg Pro Receipt Data.

**Additional**

All data and documents referrenced to in the Expert Report and Figures of Joseph P. Kalt.

All documents referred to in Plaintiffs Responses to Interrogatories and cited in Plaintiffs Expert Reports.