# EXHIBIT 4 TO DECLARATION OF JOSHUA S. STAMBAUGH

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

Sun Microsystems, Inc. v. Hynix Semiconductor Inc., et al.

Case No. C-06-01665-PJH

Unisys Corporation v. Hynix Semiconductor Inc.. et al.

Case No. C-06-02915-PJH

Jaco Electronics, Inc. v. Hynix Semiconductor Inc., et al.

Case No. C-07-01212-PJH

Edge Electronics, Inc. v. Hynix Semiconductor Inc., et al.

Case No. C-07-01207-PJH

All-American Semiconductor, Inc. v. Hynix Semiconductor Inc., et al.

Case No. C-07-01200-PJH

DRAM Claims Liquidation Trust, by its Trustee Wells Fargo Bank, NA v. Hynix Semiconductor Inc., et al.

Case No. C-07-01381-PJH

## EXPERT REPORT OF BENJAMIN KLEIN, Ph.D.

**March 7, 2008**

89.     The period from the first quarter of 1996 to the second quarter of 1998 has been characterized as a period of oversupply of DRAM product.[134] This oversupply resulted from over-investment in productive capacity for DRAM, the entry of new DRAM manufacturers and improved productive efficiency during the 1994 to 1995 period.[135] As a result of the excess supply, DRAM prices declined significantly over this period, falling by about 95 percent from January 1996 to June 1998.[136] This period was followed by a period of relative undersupply due to the reduced investment in productive capacity that occurred during the previous period of oversupply.[137]

---

[134] James Carbone, "DRAM market: It's beautiful to buyers," Purchasing Magazine, July 16, 1998 and Bruce T. Grimm, "Price Indexes for Selected Semiconductors, 1974-96," Survey of Current Business, Bureau of Economic Analysis, February 1998, p. 12.

[135] James Carbone, "DRAM market: It's beautiful to buyers," Purchasing Magazine, July 16, 1998.

[136] World Semiconductor Trade Statistics and De Dios & Associates: price change measured from fourth quarter 1995 to second quarter 1998·

[137] "A Report on the Market Structure & Competition in the Memory (DRAM) Industry for European Commission," Future Horizons, February 26, 2002, p. 3.

HIGHLY CONFIDENTIAL                                          57