# EXHIBIT 5 TO DECLARATION OF JOSHUA S. STAMBAUGH

# PART TWO OF TWO

## ATTACHMENT 3: MATERIALS CONSIDERED

### I. DEPOSITIONS

- Deposition of John Cerrato, November 2, 2007.

- Deposition of Allain Ishiguro, November 20, 2007.

- Deposition of Yeongho Kang, November 27, 2007.

- Deposition of Craig Swoboda, November 29, 2007

- Deposition of Thomas Quinn, November 30, 2007.

- Deposition of Kelly Bement, November 30, 2007.

- Deposition of II Ung Kim, PhD, January 9-10, 2008.

- Deposition of Halbert L. White Jr., February 27-28, 2008.

- Deposition of Robert C. Marshall, February 29, 2008.

### II. EXPERT REPORTS

- Expert Report of Paul Liu, August 28, 2006.

- Rebuttal Report of Paul C. Liu, October 24, 2006.

- Expert Report of Robert C. Marshall, December 14, 2007.

- Expert Report of Halbert L. White, Jr., December 14, 2007.

- Expert Report of Victor G. De Dios on behalf of Micron Technology Inc and Micron Semiconductor Products, NC , October 2, 2006.

### III. LEGAL AND COMPANY DOCUMENTS

- Plea Agreement, October 2005, United States District Court, Northern District of California, San Francisco Division, United States of America v. Samsung Electronics Company, Ltd. And Samsung Semiconductor, Inc., Defendants.

- United States District Court, Northern District of California, *DRAM Claims Liquidation Trust, through its Trustee, Wells Fargo Bank, vs. Hynix et. al.*

- United States District Court, Northern District of California – San Francisco Division, *Edge Electronics, Inc., a New York corporation, Plaintiff, v. Hynix Semiconductor, Inc., et. al.*

- United States of American, Federal Trade Commission, In the Matter of Rambus, Inc., Docket No. 9302, "OPINION OF THE COMMISSION," August 2, 2006.

- *In the Matter of Rambus, Inc.*, Trial Transcripts – Public, Tabrizi, Tr.

- *In the Matter of Rambus, Inc.*, Docket No. 9302, Trial Transcripts – Public, Appleton, Tr.

- *In the Matter of Rambus, Inc.* Docket No. 9302, Trial Transcripts – Public, Gross, Tr.

- "Notice of Final Determination of Sales at Less Than Fair Value: Static Random Access Memory Semiconductors From the Republic of Korea," Federal Register, February 23, 1998, vol. 63, no. 35.

- "Dynamic Random Access Memory Semiconductors of One Megabit or Above From the Republic of Korea: Final Results of Antidumping Duty Administrative Review, Partial Rescission of Administrative Review and Notice of Determination Not to Revoke Order," 63 Fed. Reg. 50,867 (Sept. 23, 1998).

- "Dynamic Random Access Memory Semiconductors of One Megabit or Above From the Republic of Korea: Final Results of Antidumping Duty Administrative Review, Partial Rescission of Administrative Review and Notice of Determination Not to Revoke Order," Fed. Reg. 50,906 (Oct. 23, 1998).

- Electronic Data:

  o CONFIDENTIAL-Samsung_Purchases_Combined_-_Initial_Disclosures.XLS

  o Samsung_DRAM Transactional Data.XLS

  o SGI 10.7 and 11i PO Receipt Data

  o DRAM Quarterly Cost Projections – containing SGI Cost projections from different suppliers (Versions 1-14)

- Key to Customer Number Codes per David Cross Email Dated 9/14/07

- Credit Memos:

  - SSI-0000035808-13, SSI-0000035815-18, SSI-0000032884, SSI-0000044444-46, SSI-0000044599, SSI-0010051967, SSI-0000038799-800, SSI0000036406-409.

- 014961, 015822, 018426, 019608, 022543, 023306, 023856, 026438, 026756, 027312, 029426, 029799, 065901, 066657, 069129, 070002, 071409, 092028, 092562, 095134, 095647, 113400, 120136, 244737, 330697, 348732, 362542, 116442-116472, EMUS 143780-808, EMUS 146674-700, EMUS 89861, EMUS 90132, EMUS 90602, EMUS 91057, EMUS 91574, EMUS 92078, EMUS 92785, EMUS 93682, EMUS 94458, EMUS 94929, EMUS 95571, EMUS 96315, EMUS 97313, EMUS 97714, EMUS 97986, EMUS 98731, EMUS 99795, EMUS100644, EMUS103166, EMUS104564, EMUS104998,

EMUS105437, EMUS116267, EMUS130910, EMUS140953, EMUS 143038-40, EMUS143737-761, EMUS143810-838, EMUS143840-865, EMUS145201-231, EMUS145232-259, EMUS145261-285, EMUS145286-309, EMUS145511-541, EMUS145542-572, EMUS146674, EMUS146931-959, EMUS149251-275, EMUS149276-302, EMUS149305-331, EMUS150006-032, EMUS150457-487, EMUS150488-516, EMUS150517-545, EMUS152290-320, EMUS153223-253, EMUS153367-397, EMUS153465, EMUS154749-777, EMUS158644, EMUS169634 - 637, EMUS169653, EMUS221235, EMUS530249, ITNA0005590-592, ITNA01015492, ITNA01023878, ITNA01023918, ITNA01024024, ITNA01024167, ITNA01024275, ITNA01032636, ITNA01032669, ITNA01032828, ITNA01032883, ITNA01032908, ITNA01032938, ITNA01032963, ITNA01033051, ITNA01084520, ITNA01086324, ITNA01103257, ITNA01103295, ITNA01103608, ITNA01103864, ITNA01103936, ITNA01104092, ITNA01175765, ITNA01175958, ITNA01176179, ITNA01190844, ITNA01299824, ITNA01299917, MU00070692-710, MU00070802-820, MU00071125-143, MU00071460-486, MU00071674-700, MU00072399-425, MU00074627, MU00078863-887, MU00080097-121, MU00082196-220, MU00083200-224, MU00083458-482, MU00084240, MU00085114, MU00085865, MU00086252, MU00087134, MU00087950, MU00158956-978, MU00160455-473, MU00162771-789, MU00180835-853, MU00197334, MU00197445, MU00256649, MU00312535-561, SSI-0000323659, SSI-0005127902, SSI-0005127981, SSI-0005128082-108, SSI-0005128135-162, SSI-0005128189-215, SSI-0005128300-326, SSI-0005128433-460, SSI-0005298694, SSI-0005298761, SSI-0005299458, SSI-0005299489, SSI-0005299584, SSI-0010010504, SSI-0010010879, SSI-0010040983

- EMUS 143789, EMUS 145200, EMUS 145510, EMUS 146930, EMUS 150456, EMUS 152231, EMUS 153222, EMUS 153356, EMUS 143736, EMUS 145260, EMUS 146647, EMUS 149250, EMUS 143809, EMUS 146647, EMUS 149250, EMUS 150005, EMUS 150456, EMUS 143839, EMUS 149304, EMUS 150456, EMUS 154748

- MU00653712 - MU00653744, MU00674281 - MU00674297, MU00674336 - MU00674353, MU00674453 - MU00674473, MU00674816 - MU00674839, MU00674840 - MU00674864, MU00674865 - MU00674888, SSI-0002010626, SSI-0002010658, SSI-0002010696, SSI-0002011044.

- SSI- 0000313069, SSI- 0010034489-91, SSI-0010034637, SSI-0000191236-53 , SSI-0005008407-08, SSI-000509159- 62, SSI- 0000380871, SSI-000500943-45, MU0015482, EMUS 127961-62, ITNA01046180, ITNA01137730-31, ITNA01139632, SSI-0000364973, SSI-0000365042, MU00618377, HSA:BYRD, C. 011081-85, SSI-0005239114-5, MU00105482, SSI00050091 59-62, SSI-0000380871, SSI-0005009493-45, SSI-0010000303-05, SSI-0000369598

- "RDRAM Supply Agreement By and Between Intel and Samsung, January 21. 1999," SSI 0003007233-255.

- Samsung LTAs
    - SSI 0003006153-6161
    - SSI 0003006432-6444
    - SSI 0003006541-6548
    - SSI 0003006569-6585
    - SSI 3007146-7155
    - SSI 3007233-7255
    - SSI 0003008322-8326

3

- Miscellaneous Documents
  - SSI-0005062488-92
  - SSI-0005065255-60
  - SSI-0005041170
  - SSI-0000382290
  - SSI-0005072229-37
  - SSI-00050441435
  - SSI-0005041291
  - SSI-0005041170
  - SSI-0005054111
  - SSI-0005041435
  - SSI-0005062489
  - SSI-0005062488-92
  - SSI-0005065255-60
  - SSI-0005070374-6
  - SSI-0005062488-89
  - SSI-0005065256-7
  - SSI-0005050992
  - SSI-0010053782
  - SGI 100924
  - SGI 100943-5
  - EMUS354315-16
  - SGI 100809-10
  - SGI 100939
  - SSI - 0010053782
  - SSI-0020038939 - 9057
  - SSI-0020039058 - 9297

## IV. OTHER DOCUMENTS

- Franklin Fisher, "Multiple Regression in Legal Proceedings," *Columbia Law Review*, Vol. 80, 1980

- M. T. Flaherty, "Manufacturing and Firm Performance in a Technology-Intensive Industry: U.S. and Japanese DRAM Experience," *Review Of Industrial Organization*, vol. 7, 1992.

- K. Flamm and P.C. Reiss, "Semiconductor Dependency and Strategic Trade Policy," *Brookings Papers on Economic Activity*, Microeconomics, vol. 1993 no. 1.

- W.H. Greene, "Econometric Analysis," Second Edition. Macmillan Publishing Company, NY.

- H. Gruber, "The Learning Curve in the Production of Semiconductor Memory Chips," *Applied Economics*, vol. 24, no. 8, 1992.

- G. Judge et al. "The Theory and Practice of Econometrics", Second Edition.

- N.W. Hatch and D.C. Mowery, "Process Innovation and Learning by Doing in Semiconductory Manufacturing," *Management Science*, vol. 44, no. 11, 1998.

- D.A. Irwin and P.J. Klenow, "Learning-By-Doing Spillovers in the Semiconductor Industry," *Journal of Political Economy*, vol. 102, no. 6, 1994.

- William H. Page, *Proving Antitrust Damages*, American Bar Association, 1996.

- Daniel Rubinfeld and Peter Steiner, "Quantitative Methods in Antitrust," *Law and Contemporary Problems*. Autumn 1983.

- Daniel Rubinfeld, "Econometrics and the Courtroom," *Columbia Law Review*, June, 1985.

- Jonathan Baker and Daniel Rubinfeld, "Empirical Analysis in Antitrust: Review and Critique," *American Law and Economics Review*, Vol. 1, 1999, pp. 386-435.

- Daniel Rubinfeld, "Reference Guide on Multiple Regression," in *Reference Manual on Scientific Evidence*, Second Edition, Federal Judicial Center, 2000.

- Robert S. Pindyck and Daniel L. Rubinfeld, *Microeconomics*, 6th Edition, Chapter 10.

- H. White, "Time-series estimation of the effects of natural experiments," *Journal of Econometrics*, available online August 29, 2005.

- H. White, R. Marshall, and P. Kennedy, "The Measurement of Economic Damages in Antitrust Civil Litigation," *Economics Committee Newsletter* vol 6(1), Spring 2006.

- G. Raffaella G. and H. White, "Tests of Conditional Predictive Ability," *Econometrica*, vol 4(6), pp. 1545-78, November, 2006.

- J.M. Woolridge, *Introductory Econometrics: A Modern Approach*, South-Western College Publishing.

- C. Zulehner, "Testing Dynamic Oligopolistic Interaction: Evidence from the Semiconductor Industry," *International Journal of Industrial Organization*, vol. 21, 2003.

- ABA Section of Antitrust Law, Econometrics (2005), pp. 173-178.

- "Commentary on the Merger Guidelines," 2006, Federal Trade Commission, Department of Justice.

- A Norwood, "Worldwide DRAM Market: Never a Dull Moment," Gartner, March 2003.

- Hynix Annual Report, 2001 – 2003.

- Infineon Technologies Form 20-F December 4, 2002.

- Micron Technology 10-K September 2, 1999.

- Micron Technology 10-K August 31, 2000.

- Micron Technology 10-K August 30, 2001.

- Micron Technology 10-K August 29, 2002.

- http://www.samsung.com/AboutSAMSUNG/SAMSUNGGroup/AnnualReport/KeyFacts/index.htm.

- INTEL CORP, Form: 10-K and Annual Report, 2006.

- INTEL CORP, Form: 10-K Filing Date: 3/13/2001.

- Dataquest Market Statistics:
  - 1998 DRAM Units Shipments (June 7, 1999)
  - 1999 DRAM Units Shipments (July 31, 2000)
  - 2000 DRAM Units Shipments (July 2, 2001)
  - Quarterly DRAM Shipments Worldwide
  - DRAM Units Shipment Statistics, 2001 by Andrew Norwood
  - DRAM Units Shipment Statistics: Worldwide 2002 by Andrew Norwood
  - Market Share: DRAM Shipments, Worldwide, 2003 by Andrew Norwood
  - Fab Database: Worldwide 2Q04 Update by David Christensen and bob Johnson
  - Spreadsheet containing Dataquest DRAM Sales and Market Share Trend 1987-2003

- UBS Global DRAM Update, September 19, 2002, July 9, 2003, May 10, 2004.

- Tom's Hardware Guide – "Intel Goes DDR Do We Really Care? Comparison: All Chipsets for the Pentium 4", October 17, 2003.

- Electronic News, February 3, 1997 (http://findarticles.com/p/articles/mi_m0EKF/is_n2153_v43/ai_19102185).

- Electronic News, July 7, 1997, (http://findarticles.com/p/articles/mi_m0EKF/is_n2175_v43/ai_19584082).

- Electronic News, November 17, 1997, (http://findarticles.com/p/articles/mi_m0EKF/is_n2194_v43/ai_20003317).

- "The Ring," Electronic Engineering Times, December 1, 1997.

- Electronic News, January 5, 1998, (http://findarticles.com/p/articles/mi_m0EKF/is_n2200_v44/ai_20165350).

- "Micron Technology forecasts cut; analysts dived on turnaround prospects," AFX News, March 18, 1998.

- Wired, August 10, 1998, (http://www.wired.com/techbiz/media/news/1998/08/14314).

- EE Times, April 2, 1999, (http://www.eetimes.com/showArticle.jhtml;jsessionid=OGR5DT2H5SUOAQSNDLPS KH0CJUNN2JVN?articleID=18301666).

- Business Week, May 10, 1999, (http://www.businessweek.com/1999/99_19/b3628071.htm).

- Computergram International, June 24, 1999, (http://findarticles.com/p/articles/mi_m0CGN/is_3689/ai_54987346).

6

- Electronic News, December 18, 2000,
  (http://findarticles.com/p/articles/mi_m0EKF/is_51_46/ai_69237314).

- Electronic News, October 1, 2001,
  (http://findarticles.com/p/articles/mi_m0EKF/is_40_47/ai_78871372).

- "Cashing in on a squeaky-clean image," Asian Business, April 1 1998.

- "Koreans blame Micron for memory glut," Electronic Times, April 20, 1998.

- "European chip makers hit by Asian crisis," The Scotsman, August 12 1998.

- "Chips suffer biggest setback in 14 years," Electronics Times, April 12, 1999.

- "Semis set to resurge in '99 – Optimism in the sector abounds as capacity-driven price
  pressure subsides and lead times begin to stretch," Electronic Buyers News, July 5, 1999.

- "European chip market recovery under way," Electronics Weekly, August 4, 1999.

- "Don't blame the weather for high memory prices," Electronic Engineering Times,
  October 18, 1999.

- "Has the market perked up yet?" Electronics Times, June 5, 2000.

- "Hynix mulls DRAM cuts to end price war," Electronic Engineering Times, July 2, 2001.

- "Fingers point toward Micron as DDR prices plummet," Electronic Buyers News, July
  16, 2001.

- Electronic Data Sources:

  o http://earthquake.usgs.gov/

  o http://www7.ncdc.noaa.gov/CDO/CDODivisionalSelect.jsp

  o http://www.ngdc.noaa.gov/stp/SOLAR/ftpsunspotnumber.html

  o http://www.pmel.noaa.gov/tao/data_deliv/deliv-nojava.html

  o World Semiconductor Trade Statistics (http://www.wsts.org)

  o DRAM eXchange data

  o Converge data

- De Dios, The DRAM Market Advisor, October 1998 Report.

- De Dios DRAM Market Advisor, September 15, 2000 (vol. 207-7)

- De Dios & Associates Presentation, 6/20/02.

- Michael Kanellos, CNET News.com

7

- http://www.sgi.com/company_info/investors/overview.html

- http://newsfeedresearcher.com/data/articles_b51/idb2007.12.20.19.07.22.html

- Guides related to Samsung Product.
    - DDR3 SDRAM Product Guide, July 2007, Samsung, Memory Division
    - DDR SDRAM Product Guide, July 2006 (Rev 1.1 July 2006), Samsung Memory Division
    - KM416C1004C, KM416C1204X CMOS DRAM, Samsung.
    - KM416C254D, KM416V254D CMOS DRAM, Samsung.
    - KM416C1000B, KM416C1200B CMOS DRAM, Samsung.
    - KM416C1000C, KM416C1200C, KM416V1000C, KM416V1200C CMOS DRAM
    - KM416C1004C, KM416C1204C, KM416V1004C, KM416V1204C CMOS DRAM
    - KM416S4030C Preliminary CMOS DRAM
    - KM416S84030 Preliminary CMOS DRAM
    - KM416S8030B CMOS DRAM
    - KM416S8030BN Preliminary CMOS DRAM
    - KM416S8030B CMOS SDRAM
    - KM416S8030 Preliminary CMOS SDRAM
    - DRAM Module KMM5321200C2W/C2WG
    - DRAM Module KMM5322204C2W/C2WG
    - DRAM Module KMM5362203C2W/C2WG
    - DRAM Module KMM5362205C2W/C2WG
    - DRAM Module KMM5364005BSW/BSWG
    - DRAM Module KMM5364005CK/CKG, KMM5364105CK/CKG
    - DRAM Module KMM5364005CSW/CSWG
    - DRAM Module KMM5364003CK/CKG, KMM5364103CK/CKG
    - DRAM Module KMM5368003BSW/BSWG
    - DRAM Module KMM53632000BK/BKG
    - DRAM Module KMM53632000CK/CKG
    - Samsung Product Selection Guide, Fall 2000
    - Samsung Product Selection Guide, Spring 2001
    - Samsung Product Selection Guide, Fall 2001
    - Samsung Product Selection Guide, Summer 2003
    - SDRAM Product Guide February, 2004
    - Samsung Data Book DRAM Module 1995

8