# EXHIBIT 6 TO
# DECLARATION OF
# JOSHUA S. STAMBAUGH

# PART THREE OF THREE

# Exhibit 24

## Sun Forecasted Price Index Comparison - Conspiracy Period



*Source:* Back-up Materials to Expert Report of Halbert L. White, Jr., Ph.D., December 14, 2007.

*Note:* Indexes are set equal to 100 in December 1998.

Highly Confidential

Case 4:06-cv-01665-PJH    Document 386-13    Filed 08/08/08    Page 2 of 7

# Exhibit 25

## All American Forecasted Price Index Comparison - Conspiracy Period



Source: Back-up Materials to Expert Report of Halbert L. White, Jr., Ph.D., December 14, 2007.
Note: Indexes are set equal to 100 in December 1998.

Highly Confidential

Case 4:06-cv-01665-PJH    Document 386-13    Filed 08/08/08    Page 3 of 7



Exhibit 26

Jaco Forecasted Price Index Comparison - Conspiracy Period

*Source:* Back-up Materials to Expert Report of Halbert L. White, Jr., Ph.D., December 14, 2007.

*Note:* Indexes are set equal to 100 in December 1998.

Highly Confidential

# Exhibit 27

## Reptron Forecasted Price Index Comparison - Conspiracy Period



*Source:* Back-up Materials to Expert Report of Halbert L. White, Jr., Ph.D., December 14, 2007.
*Note:* Indexes are set equal to 100 in December 1998.

Highly Confidential

Case 4:06-cv-01665-PJH   Document 386-13   Filed 08/08/08   Page 5 of 7





Exhibit 29

Unisys Forecasted Price Index Comparison - Conspiracy Period

*Source:* Back-up Materials to Expert Report of Halbert L. White, Jr., Ph.D., December 14, 2007.

*Note:* Indexes are set equal to 100 in December 1998.

Highly Confidential