Kent A. Gardiner *(pro hac vice)*
Kathryn D. Kirmayer *(pro hac vice)*
Jerome A. Murphy *(pro hac vice)*
David D. Cross (*pro hac vice*)
Matthew J. McBurney (*pro hac vice*)
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C.  20004-2595
Telephone:       202-624-2500
Facsimile:        202-628-5116
E-mail:            kgardiner@crowell.com
                       kkirmayer@crowell.com
                       jmurphy@crowell.com
                       dcross@crowell.com
                       mmcburney@crowell.com

Daniel A. Sasse (CA Bar No. 236234)
Theresa C. Lopez (CA Bar No. 205338)
CROWELL & MORING LLP
3 Park Plaza, 20th Floor
Irvine, CA  92614-8505
Telephone:       949-263-8400
Facsimile:        949-263-8414
E-mail:            dsasse@crowell.com
                       tlopez@crowell.com

*Counsel for Sun Microsystems, Inc., Unisys Corporation, Jaco Electronics, Inc., Edge Electronics, Inc., and All American Semiconductor, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| *Sun Microsystems, Inc., et al. v. Hynix Semiconductor, Inc., et al.* <br><br> *Unisys Corporation v. Hynix Semiconductor, Inc., et al.* <br><br> *All American Semiconductor, Inc. v. Hynix Semiconductor, Inc., et al* <br><br> *Edge Electronics, Inc. v. Hynix Semiconductor, Inc., et al.* <br><br> *Jaco Electronics, Inc. v. Hynix Semiconductor, Inc., et al.* <br><br> *DRAM Claims Liquidation Trust, by its Trustee, Wells Fargo Bank, N.A. v. Hynix Semiconductor, Inc., et al.* | Case Nos.:  C-06-01665 PJH (Consolidated) <br> C-06-02915 PJH <br> C-07-01200 PJH <br> C-07-01207 PJH <br> C-07-01212 PJH <br> C-07-01381 PJH <br><br> Assigned for all purposes to the <br> Hon. Phyllis J. Hamilton <br><br> **STIPULATION AND [PROPOSED] ORDER REGARDING PAGE LIMIT FOR JOINT OPPOSITION TO NANYA DEFENDANTS' SUMMARY JUDGMENT MOTIONS** |

**STIPULATION**

This Stipulation is entered into between plaintiffs Sun Microsystems, Inc., Unisys Corporation, All American Semiconductor, Inc., Edge Electronics, Inc., Jaco Electronics, Inc., and DRAM Claims Liquidation Trust (collectively, "Plaintiffs") and defendants Nanya Technology Corporation and Nanya Technology Corporation USA (collectively, "Defendants") in the above-captioned actions, and is made with regard to the following facts:

WHEREAS, the deadline to file oppositions to dispositive motions is September 24, 2008;

WHEREAS, the parties are cooperating with each other in order to coordinate the briefing of dispositive motions so that they will be able, to the extent possible, reduce the burden that such motions will impose upon the Court;

WHEREAS, Local Rule 7-4 (b) permits parties to submit briefs up to 25 pages "[u]nless the Court expressly orders otherwise pursuant to a party's request made prior to the due date";

WHEREAS, on July 30, 2008, each of the Defendants filed a motion for summary judgment (totaling two motions) relating to all six cases;

WHEREAS, Plaintiffs believe that collectively they will need no more than 35 pages to present their arguments in opposition to the two motions filed by Defendants' for summary judgment;

WHEREAS, Plaintiffs believe that by filing a Joint Opposition Brief on behalf of all six plaintiffs in response to both summary judgment motions filed by Defendants they will be able to reduce significantly the total number of pages that would be submitted if each Plaintiff were to file a separate brief in opposition to each of Defendants' motions in each case;

WHEREAS, Defendants have agreed to Plaintiffs' request for 10 additional pages for the above-described Joint Opposition Brief;

///
///
///

1  NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED as follows:

2      1. Plaintiffs shall file a Joint Opposition Brief in response to Defendants' two Motions for Summary Judgment relating to all six cases that is of no more than 35 pages in length.

**IT IS SO STIPULATED**

Dated: September 16, 2008    CROWELL & MORING LLP

By:   */s/ David D. Cross*
        David D. Cross

Attorneys for Plaintiffs
SUN MICROSYSTEMS, INC.;
UNISYS CORPORATION;
ALL AMERICAN SEMICONDUCTOR, INC.;
EDGE ELECTRONICS, INC. and
JACO ELECTRONICS, INC.

Dated: September 16, 2008    LINDQUIST & VENNUM P.L.L.P.

By:   */s/ James M. Lockhart*
        James M. Lockhart

Attorneys for Plaintiff DRAM CLAIMS
LIQUIDATION TRUST, BY ITS TRUSTEE,
WELLS FARGO BANK, N.A.

Dated: September 16, 2008    ORRICK, HERRINGTON & SUTCLIFFE LLP

By:   */s/ Howard M. Ullman*
        Howard M. Ullman

Attorneys for Defendants
NANYA TECHNOLOGY CORPORATION and
NANYA TECHNOLOGY CORPORATION USA

**ATTESTATION OF FILING**

I hereby attest that I have obtained concurrence in the filing of this document from the Plaintiffs and the Defendants listed in the signature blocks above.

                                  */s/ David D. Cross*
                                      David D. Cross

Attorneys for Plaintiffs
SUN MICROSYSTEMS, INC.;
UNISYS CORPORATION;
ALL AMERICAN SEMICONDUCTOR, INC.;
EDGE ELECTRONICS, INC. and
JACO ELECTRONICS, INC.

# [PROPOSED] ORDER

Having reviewed the foregoing stipulated request, other matters properly before the Court, and the record in this case, and good cause appearing, it is hereby **ORDERED** that:

1. Plaintiffs shall have an additional 10 pages (*i.e.*, a total of 35 pages) for their joint brief in opposition to the two summary judgment briefs filed by defendants Nanya Technology Corporation and Nanya Technology Corporation USA relating to all six cases.

**IT IS SO ORDERED.**

Dated: September __19__, 2008

By: _____
Honorable Phyllis J. Hamilton
United States District Judge

