Kent A. Gardiner *(pro hac vice)*
Kathryn D. Kirmayer *(pro hac vice)*
Jerome A. Murphy *(pro hac vice)*
David D. Cross (*pro hac vice*)
Matthew J. McBurney (*pro hac vice*)
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2595
Telephone:     202-624-2500
Facsimile:      202-628-5116
E-mail:          kgardiner@crowell.com
                    kkirmayer@crowell.com
                    jmurphy@crowell.com
                    dcross@crowell.com
                    mmcburney@crowell.com

Daniel A. Sasse (CA Bar No. 236234)
Theresa C. Lopez (CA Bar No. 205338)
CROWELL & MORING LLP
3 Park Plaza, 20th Floor
Irvine, CA 92614-8505
Telephone:     949-263-8400
Facsimile:      949-263-8414
E-mail:          dsasse@crowell.com
                    tlopez@crowell.com

*Counsel for Sun Microsystems, Inc., Unisys Corporation, Jaco Electronics, Inc., Edge Electronics, Inc., and All American Semiconductor, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| *Sun Microsystems, Inc., et al. v. Hynix Semiconductor, Inc., et al.* <br><br> *Unisys Corporation v. Hynix Semiconductor, Inc., et al.* <br><br> *All American Semiconductor, Inc. v. Hynix Semiconductor, Inc., et al* <br><br> *Edge Electronics, Inc. v. Hynix Semiconductor, Inc., et al.* <br><br> *Jaco Electronics, Inc. v. Hynix Semiconductor, Inc., et al.* <br><br> *DRAM Claims Liquidation Trust, by its Trustee, Wells Fargo Bank, N.A. v. Hynix Semiconductor, Inc., et al.* | Case Nos.: C-06-01665 PJH <br> C-06-02915 PJH <br> C-07-01200 PJH <br> C-07-01207 PJH <br> C-07-01212 PJH <br> C-07-01381 PJH <br><br> Assigned for all purposes to the Hon. Phyllis J. Hamilton <br><br> **STIPULATION AND [PROPOSED] ORDER REGARDING PROCEDURE FOR FILING PLAINTIFFS' BRIEFS AND DEFENDANTS' REPLY BRIEFS** |

## STIPULATION

This Stipulation is entered into between plaintiffs Sun Microsystems, Inc., Unisys Corporation, All American Semiconductor, Inc., Edge Electronics, Inc., Jaco Electronics, Inc., and DRAM Claims Liquidation Trust (collectively, "Plaintiffs") and defendants Hynix Semiconductor Inc., Hynix Semiconductor America Inc., Elpida Memory, Inc., Elpida Memory (USA) Inc., Infineon Technologies AG, Infineon Technologies North America Corp., Nanya Technology Corporation, Nanya Technology Corporation USA, Samsung Electronics Co. Ltd., Samsung Semiconductor, Inc., Micron Technology, Inc., Micron Semiconductor Products, Inc., and NEC Electronics America, Inc. (collectively, "Defendants") in the above-captioned actions, and is made with regard to the following facts:

WHEREAS, Defendants filed a motion to dismiss certain of Plaintiff Sun Microsystems, Inc.'s claims on July 8, 2008;

WHEREAS, Defendants served on Plaintiffs on July 30, 2008, and filed with the Court on August 8, 2008, other dispositive motions and a motion to exclude the testimony of Plaintiffs' expert Dr. Halbert White (collectively, together with Defendants' motion to dismiss, "Defendants' Motions");

WHEREAS, the deadline for Plaintiffs to file briefs in opposition to Defendants' Motions (collectively, "Plaintiffs' Opposition Briefs") is September 24, 2008;

WHEREAS, the deadline for Defendants to file reply briefs in further support of Defendants' Motions (collectively, "Defendants' Reply Briefs") is October 29, 2008;

WHEREAS, the parties met and conferred regarding the service and filing of exhibits to Plaintiffs' Opposition Briefs and Defendants' Reply Briefs containing information designated "Confidential" or "Highly Confidential" pursuant to the protective orders entered in these actions;

WHEREAS, the parties are cooperating with each other, and with third parties, in order to minimize the burden on the Court arising from the filing of Plaintiffs' Opposition Briefs and Defendants' Reply Briefs with respect to materials containing information designated "Confidential" or "Highly Confidential" and the need, if any, to file such exhibits under seal;

WHEREAS, this Court, during a telephonic conference with the parties held July 24,

1   2008, established a procedure for serving and filing Defendants' Motions that provided the parties
2   and the Court with nine days to determine what materials could be filed under seal, thereby
3   substantially diminishing the burden on the Court by dramatically reducing the number of
4   documents to be presented to the Court for a ruling on motions to seal and then by reducing the
5   number of materials to be lodged with the Court and filed under seal to only one document
6   through the Court's ruling on the motions to seal;

7   WHEREAS, the parties have agreed to follow nearly the same procedure for Plaintiffs'
8   Opposition Briefs and Defendants' Reply Briefs in order to again substantially diminish the
9   burden on the Court;

10  NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED as follows:

11. Plaintiffs will serve their Opposition Briefs on Defendants no later than Wednesday, September 24, 2008, by email (any exhibits that cannot be served by email due to size limitations will be served by overnight delivery);

2. Defendants will identify the information cited in Plaintiffs' Opposition Briefs for which they will withdraw the "Confidential" or "Highly Confidential" designations no later than 10:00 a.m. (Eastern) on Friday, September 26, 2008;

3. The parties will file with the Court any necessary motions to seal and supporting declarations relating to Plaintiffs' Opposition Briefs no later than Friday, September 26, 2008;

4. Plaintiffs will file with the Court their Opposition Briefs with the Court no later than Thursday, October 2, 2008;

5. Defendants will serve their Reply Briefs on Plaintiffs and file the same with the Court no later than Friday, October 31, 2008 (defendants will serve their Reply Briefs on Plaintiffs by email (any exhibits that cannot be served by email due to size limitations will be served by overnight delivery));

6. The parties will file with the Court any necessary motions to seal and supporting declarations relating to Defendants' Reply Briefs no later than Friday, October 31, 2008; and

7. The parties will endeavor in good faith to meet and confer in advance of the filing of Defendants' Reply Briefs to identify information for which the "Confidential" or "Highly Confidential" designations will be withdrawn, such that the information may be publicly filed.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: September 22, 2008        CROWELL & MORING LLP


By:   /s/ *David D. Cross*
          David D. Cross

Attorneys for Plaintiffs
SUN MICROSYSTEMS, INC.;
UNISYS CORPORATION;
ALL AMERICAN SEMICONDUCTOR, INC.;
EDGE ELECTRONICS, INC. and
JACO ELECTRONICS, INC.

Dated: September 22, 2008        LINDQUIST & VENNUM P.L.L.P.


By:   /s/ *James M. Lockhart*
          James M. Lockhart

Attorneys for Plaintiff DRAM CLAIMS
LIQUIDATION TRUST, BY ITS TRUSTEE,
WELLS FARGO BANK, N.A.

Dated: September 22, 2008        O'MELVENY & MYERS LLP


By:   /s/ *Paul B. Salvaty*
          Paul B. Salvaty

Attorneys for Defendants
HYNIX SEMICONDUCTOR INC. and
HYNIX SEMICONDUCTOR AMERICA INC.

| | | |
|---|---|---|
| 1 | Dated: September 22, 2008 | ORRICK, HERRINGTON & SUTCLIFFE LLP |

By:   */s/ Howard M. Ullman*
         Howard M. Ullman
Attorneys for Defendants
NANYA TECHNOLOGY CORPORATION and
NANYA TECHNOLOGY CORPORATION USA

Dated: September 22, 2008            SIMPSON THACHER & BARTLETT LLP

By:   */s/ Harrison J. Frahn*
         Harrison J. Frahn IV

Attorneys for Defendants
ELPIDA MEMORY, INC. and
ELPIDA MEMORY (USA) INC.

Dated: September 22, 2008            THELEN REID BROWN RAYSMAN & STEINER LLP

By:   */s/ Robert Pringle*
         Robert Pringle

Attorneys for Defendants
NEC ELECTRONICS AMERICA, INC.

Dated: September 22, 2008            KAYE SCHOLER LLP

By:   */s/ Julian Brew*
         Julian Brew

Attorneys for Defendants
INFINEON TECHNOLOGIES AG and
INFINEON TECHNOLOGIES NORTH AMERICA CORP.

| | | |
|---|---|---|
| 1 | Dated:  September 22, 2008 | SHEPPARD MULLIN RICHTER & HAMPTON LLP |

By:  */s/ David Garcia*
       David Garcia

Attorneys for Defendants
SAMSUNG ELECTRONICS CO., LTD. and
SAMSUNG SEMICONDUCTOR, INC.

Dated:  September 22, 2008        GIBSON DUNN & CRUTCHER LLP

By:  */s/ Joel Sanders*
       Joel Sanders

Attorneys for Defendants
MICRON TECHNOLOGY, INC. and
MICRON SEMICONDUCTOR PRODUCTS, INC.

Dated:  September 22, 2008        THELEN REID BROWN RAYSMAN & STEINER LLP

By:  */s/ Samuel J. Maselli*
       Samuel J. Maselli

Attorneys for Defendants
HYNIX SEMICONDUCTOR INC. and
HYNIX SEMICONDUCTOR AMERICA INC. in
the *DRAM Claims Liquidation Trust* matter only

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:  9/23/08

Honorable [Phyllis J. Hamilton]
United [States District Judge]

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## ATTESTATION OF FILING

I hereby attest that I have obtained concurrence in the filing of this document from the Plaintiffs and the Defendants listed in the signature blocks above.

                                */s/ David D. Cross*
                                  David D. Cross

Attorney for Plaintiffs
SUN MICROSYSTEMS, INC.;
UNISYS CORPORATION;
ALL AMERICAN SEMICONDUCTOR, INC.;
EDGE ELECTRONICS, INC. and
JACO ELECTRONICS, INC.