| | |
|---|---|
| 1 | Jerome A. Murphy (*pro hac vice*) |
| | David D. Cross (*pro hac vice*) |
| 2 | Matthew J. McBurney (*pro hac vice*) |
| | CROWELL & MORING LLP |
| 3 | 1001 Pennsylvania Avenue, N.W. |
| | Washington, DC 20004-2595 |
| 4 | Telephone:   202-624-2500 |
| | Facsimile:    202-628-5116 |
| 5 | E-mail:         jmurphy@crowell.com |
| | dcross@crowell.com |
| 6 | mmcburney@crowell.com |
| 7 | |
| 8 | Daniel A. Sasse (CA Bar No. 236234) |
| | Theresa C. Lopez (CA Bar No. 205338) |
| 9 | CROWELL & MORING LLP |
| | 3 Park Plaza, 20th Floor |
| 10 | Irvine, CA 92614-8505 |
| | Telephone:   949-263-8400 |
| 11 | Facsimile:    949-263-8414 |
| | E-mail:         dsasse@crowell.com |
| 12 | tlopez@crowell.com |
| 13 | Counsel for Plaintiffs Sun Microsystems, Inc., |
| | Unisys Corporation, Jaco Electronics, Inc., |
| 14 | Edge Electronics, Inc., and All American |
| | Semiconductor, Inc. |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| SUN MICROSYSTEMS, INC., ET AL. v. HYNIX SEMICONDUCTOR, INC., *et al.* | CASE NOS. | C-06-01665 PJH (Consolidated) |
| | | C-06-02915 PJH |
| UNISYS CORPORATION v. HYNIX SEMICONDUCTOR, INC., *et al.* | | C-07-01200 PJH |
| | | C-07-01207 PJH |
| | | C-07-01212 PJH |
| | | C-07-01381 PJH |
| ALL AMERICAN SEMICONDUCTOR, INC. v. HYNIX SEMICONDUCTOR, INC., *et al.* | **Assigned for all purposes to the Honorable Phyllis J. Hamilton** | |
| EDGE ELECTRONICS, INC. v. HYNIX SEMICONDUCTOR, INC., *et al.* | DENYING **[P~~ROPOSE~~D] ORDER ~~RE:~~ PLAINTIFFS' AMENDED ADMINISTRATIVE MOTION TO SEAL DOCUMENTS PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(d)** | |
| JACO ELECTRONICS, INC. V. HYNIX SEMICONDUCTOR, INC., *et al.* | | |
| DRAM CLAIMS LIQUIDATION TRUST, BY ITS TRUSTEE, WELLS FARGO BANK, N.A. v. HYNIX SEMICONDUCTOR, INC., *et al.* | | |

**[~~PROPOSED~~] ORDER**

The Court has considered Plaintiffs' Amended Administrative Motion To Seal Documents Pursuant to Civil Local Rules 7-11 and 79-5(d) filed on September 30, 2008 and the Declarations and other papers in support thereof.

The testimony and documents identified below contain confidential information relating to the conduct of Defendants' and various third parties' business, including the governing agreements still in place between Sun and certain external manufacturers. The Court further finds that these confidential business documents are types of information traditionally kept secret, and that the protection of this information constitutes a compelling reason to keep these exhibits under seal.

Plaintiffs' Amended Administrative Motion is narrowly tailored to keep under seal those documents for which compelling reasons to keep the documents under seal are present.

**THEREFORE, IT IS HEREBY ORDERED** that the Amended Administrative Motion is ~~granted~~ denied and the following documents shall remain not under seal:

1. SSI-005130574-85, a document containing pricing data for Samsung's sales to SGI, attached as Exhibit 87 to Plaintiffs' Memorandum Of Points And Authorities In Support Of Their Opposition To Defendants' Motion For Summary Judgment, And In The Alternative, Summary Adjudication.

2. SSI-0005130496-509 a document containing pricing data for Samsung's sales to SGI, attached as Exhibit 89 to Plaintiffs' Memorandum Of Points And Authorities In Support Of Their Opposition To Defendants' Motion For Summary Judgment, And In The Alternative, Summary Adjudication.

3. Pages 26-28, 30, 49, 53-55, 61-65, 69, 71-73, 78, and 84-86 from the Deposition of Michelle Long, February 1, 2008.

4. Master External Manufacturing Agreement between Sun Microsystems, Inc. ("Sun") and Celestica International, Inc. ("Celestica"), dated May 18, 1999, produced by Sun in pages SUN0542535-542587 and attached as part of Exhibit

66 to Plaintiff Sun Microsystems, Inc.'s Memorandum In Opposition to Defendants' Motion For Partial Summary Judgment As To External Manufacturer Purchases. The Court previously ordered that this document be sealed in its order of August 7, 2008.

5. A document produced by Sun as SUN0429605-07 and attached as Exhibit 70 to Plaintiff Sun Microsystems, Inc.'s Memorandum In Opposition to Defendants' Motion For Partial Summary Judgment As To External Manufacturer Purchases. This Document contains cost models and cost data for Celestica's business arrangement with Sun under the Master External Manufacturing Agreement.

6. A document produced by Sun as SUN0395873-84 and attached as Exhibit 71 to Plaintiff Sun Microsystems, Inc.'s Memorandum In Opposition to Defendants' Motion For Partial Summary Judgment As To External Manufacturer Purchases. This Document contains information relating to the product cost management process for Celestica's business arrangement with Sun under the Master External Manufacturing Agreement.

7. Product Award Letter between Sun and Design to Distribution, Inc., the predecessor to Celestica, dated April 22, 1997, produced by Sun in pages SUN0542273-280 and attached as part of Exhibit 66 to Plaintiff Sun Microsystems, Inc.'s Memorandum In Opposition to Defendants' Motion For Partial Summary Judgment As To External Manufacturer Purchases. This Product Award Letter contains terms, conditions, and obligations relating to Design to Distribution, Inc.'s business relationship with Sun.

8. Product Award Letter between Sun and Celestica, dated April 5, 2001, produced by Sun in pages SUN0542281-323 and attached as part of Exhibit 66 to Plaintiff Sun Microsystems, Inc.'s Memorandum In Opposition to Defendants' Motion For Partial Summary Judgment As To External Manufacturer Purchases. This Product Award Letter contains additional terms, conditions and obligations

relating to Celestica's business relationship with Sun under the Master External Manufacturing Agreement.

9. Product Award Letter between Sun and Celestica, dated December 5, 2001, produced by Sun in pages SUN0542324-341 and attached as part of Exhibit 66 to Plaintiff Sun Microsystems, Inc.'s Memorandum In Opposition to Defendants' Motion For Partial Summary Judgment As To External Manufacturer Purchases. This Product Award Letter contains additional terms, conditions and obligations relating to Celestica's business relationship with Sun under the Master External Manufacturing Agreement.

10. Product Award Letter between Sun and Celestica, dated December 15, 2000, produced by Sun in pages SUN0542342-379 and attached as part of Exhibit 66 to Plaintiff Sun Microsystems, Inc.'s Memorandum In Opposition to Defendants' Motion For Partial Summary Judgment As To External Manufacturer Purchases. This Product Award Letter contains additional terms, conditions and obligations relating to Celestica's business relationship with Sun under the Master External Manufacturing Agreement.

11. Product Award Letter between Sun and Celestica, dated January 8, 2001, produced by Sun in pages SUN0542380-405 and attached as part of Exhibit 66 to Plaintiff Sun Microsystems, Inc.'s Memorandum In Opposition to Defendants' Motion For Partial Summary Judgment As To External Manufacturer Purchases. This Product Award Letter contains additional terms, conditions and obligations relating to Celestica's business relationship with Sun under the Master External Manufacturing Agreement.

12. Product Award Letter between Sun and Celestica, dated January 8, 2001, produced by Sun in pages SUN0542406-40 and attached as part of Exhibit 66 to Plaintiff Sun Microsystems, Inc.'s Memorandum In Opposition to Defendants' Motion For Partial Summary Judgment As To External Manufacturer Purchases.

        This Product Award Letter contains additional terms, conditions and obligations relating to Celestica's business relationship with Sun under the Master External Manufacturing Agreement.

13. Product Award Letter between Sun and Celestica, dated January 8, 2001, produced by Sun in pages SUN0542441-460 and attached as part of Exhibit 66 to Plaintiff Sun Microsystems, Inc.'s Memorandum In Opposition to Defendants' Motion For Partial Summary Judgment As To External Manufacturer Purchases. This Product Award Letter contains additional terms, conditions and obligations relating to Celestica's business relationship with Sun under the Master External Manufacturing Agreement.

14. Product Award Letter between Sun and Celestica, dated July 23, 2001, produced by Sun in pages SUN0542461-475 and attached as part of Exhibit 66 to Plaintiff Sun Microsystems, Inc.'s Memorandum In Opposition to Defendants' Motion For Partial Summary Judgment As To External Manufacturer Purchases. This Product Award Letter contains additional terms, conditions and obligations relating to Celestica's business relationship with Sun under the Master External Manufacturing Agreement.

15. Product Award Letter between Sun and Celestica, dated July 24, 2001, produced by Sun in pages SUN0542476-482 and attached as part of Exhibit 66 to Plaintiff Sun Microsystems, Inc.'s Memorandum In Opposition to Defendants' Motion For Partial Summary Judgment As To External Manufacturer Purchases. This Product Award Letter contains additional terms, conditions and obligations relating to Celestica's business relationship with Sun under the Master External Manufacturing Agreement.

16. Product Award Letter between Sun and Celestica, dated June 19, 2000, produced by Sun in pages SUN0542483-500 and attached as part of Exhibit 66 to Plaintiff Sun Microsystems, Inc.'s Memorandum In Opposition to Defendants' Motion For

Partial Summary Judgment As To External Manufacturer Purchases. This Product Award Letter contains additional terms, conditions and obligations relating to Celestica's business relationship with Sun under the Master External Manufacturing Agreement.

17. Product Award Letter between Sun and Celestica, dated June 25, 2001, produced by Sun in pages SUN0542501-515 and attached as part of Exhibit 66 to Plaintiff Sun Microsystems, Inc.'s Memorandum In Opposition to Defendants' Motion For Partial Summary Judgment As To External Manufacturer Purchases. This Product Award Letter contains additional terms, conditions and obligations relating to Celestica's business relationship with Sun under the Master External Manufacturing Agreement.

18. Product Award Letter between Sun and Celestica, dated March 29, 2000, produced by Sun in pages SUN0542516-533 and attached as part of Exhibit 66 to Plaintiff Sun Microsystems, Inc.'s Memorandum In Opposition to Defendants' Motion For Partial Summary Judgment As To External Manufacturer Purchases. This Product Award Letter contains additional terms, conditions and obligations relating to Celestica's business relationship with Sun under the Master External Manufacturing Agreement.

19. Product Award Letter between Sun and Celestica, dated May 11, 2001, produced by Sun in pages SUN0542588-603 and attached as part of Exhibit 66 to Plaintiff Sun Microsystems, Inc.'s Memorandum In Opposition to Defendants' Motion For Partial Summary Judgment As To External Manufacturer Purchases. This Product Award Letter contains additional terms, conditions and obligations relating to Celestica's business relationship with Sun under the Master External Manufacturing Agreement.

20. Product Award Letter between Sun and Celestica, dated September 14, 1998, produced by Sun in pages SUN0542604-622 and attached as part of Exhibit 66 to

|    |     |                                                                                                     |
|----|-----|-----------------------------------------------------------------------------------------------------|
| 1  |     | Plaintiff Sun Microsystems, Inc.'s Memorandum In Opposition to Defendants' |
| 2  |     | Motion For Partial Summary Judgment As To External Manufacturer Purchases. |
| 3  |     | This Product Award Letter contains terms, conditions and obligations relating to |
| 4  |     | Celestica's business relationship with Sun. |
| 5  | 21. | Product Award Letter between Sun and Celestica, dated May 30, 2001, produced |
| 6  |     | by Sun in pages SUN0542623-639 and attached as part of Exhibit 66 to Plaintiff |
| 7  |     | Sun Microsystems, Inc.'s Memorandum In Opposition to Defendants' Motion For |
| 8  |     | Partial Summary Judgment As To External Manufacturer Purchases. This |
| 9  |     | Product Award Letter contains additional terms, conditions and obligations |
| 10 |     | relating to Celestica's business relationship with Sun under the Master External |
| 11 |     | Manufacturing Agreement. |
| 12 | 22. | Product Award Letter between Sun and Celestica, dated October 12, 1998, |
| 13 |     | produced by Sun in pages SUN0542640-666 and attached as part of Exhibit 66 to |
| 14 |     | Plaintiff Sun Microsystems, Inc.'s Memorandum In Opposition to Defendants' |
| 15 |     | Motion For Partial Summary Judgment As To External Manufacturer Purchases. |
| 16 |     | This Product Award Letter contains additional terms, conditions and obligations |
| 17 |     | relating to Celestica's business relationship with Sun. |
| 18 | 23. | Product Award Letter between Sun and Celestica, dated December 5, 2000, |
| 19 |     | produced by Sun in pages SUN0542667-685 and attached as part of Exhibit 66 to |
| 20 |     | Plaintiff Sun Microsystems, Inc.'s Memorandum In Opposition to Defendants' |
| 21 |     | Motion For Partial Summary Judgment As To External Manufacturer Purchases. |
| 22 |     | This Product Award Letter contains additional terms, conditions and obligations |
| 23 |     | relating to Celestica's business relationship with Sun under the Master External |
| 24 |     | Manufacturing Agreement. |
| 25 | 24. | Product Award Letter between Sun and Celestica, dated October 2, 2000, |
| 26 |     | produced by Sun in pages SUN0542686-700 and attached as part of Exhibit 66 to |
| 27 |     | Plaintiff Sun Microsystems, Inc.'s Memorandum In Opposition to Defendants' |
| 28 |     | |

|   |   |   |
|---|---|---|
| 1 |   | Motion For Partial Summary Judgment As To External Manufacturer Purchases. |
| 2 |   | This Product Award Letter contains additional terms, conditions and obligations |
| 3 |   | relating to Celestica's business relationship with Sun under the Master External |
| 4 |   | Manufacturing Agreement. |
| 5 | 25. | Product Award Letter between Sun and Celestica, dated October 15, 2000, |
| 6 |   | produced by Sun in pages SUN0542701-726 and attached as part of Exhibit 66 to |
| 7 |   | Plaintiff Sun Microsystems, Inc.'s Memorandum In Opposition to Defendants' |
| 8 |   | Motion For Partial Summary Judgment As To External Manufacturer Purchases. |
| 9 |   | This Product Award Letter contains additional terms, conditions and obligations |
| 10 |   | relating to Celestica's business relationship with Sun under the Master External |
| 11 |   | Manufacturing Agreement. |
| 12 | 26. | Product Award Letter between Sun and Celestica, dated September 14, 1998, |
| 13 |   | produced by Sun in pages SUN0542727-746 and attached as part of Exhibit 66 to |
| 14 |   | Plaintiff Sun Microsystems, Inc.'s Memorandum In Opposition to Defendants' |
| 15 |   | Motion For Partial Summary Judgment As To External Manufacturer Purchases. |
| 16 |   | This Product Award Letter contains terms, conditions and obligations relating to |
| 17 |   | Celestica's business relationship with Sun. |
| 18 | 27. | Product Award Letter between Sun and Celestica, dated September 1, 2001, |
| 19 |   | produced by Sun in pages SUN0542747-775 and attached as part of Exhibit 66 to |
| 20 |   | Plaintiff Sun Microsystems, Inc.'s Memorandum In Opposition to Defendants' |
| 21 |   | Motion For Partial Summary Judgment As To External Manufacturer Purchases. |
| 22 |   | This Product Award Letter contains additional terms, conditions and obligations |
| 23 |   | relating to Celestica's business relationship with Sun under the Master External |
| 24 |   | Manufacturing Agreement. |

**IT IS SO ORDERED:**

Dated: October 2, 2008

_____
Phyllis J. Hamilton
United States District Judge

[Stamp: DENIED — Judge Phyllis J. Hamilton — United States District Court, Northern District of California]

8

PROPOSED ORDER RE: PLAINTIFFS' AMENDED ADMINISTRATIVE MOTION TO SEAL DOCUMENTS
CASE NOS. C-06-01665 PJH; C-06-02915 PJH; C-06-01200 PJH; C-06-01202 PJH; C-06-01212 PJH; C-06-01381 PJH