ROBERT E. FREITAS (STATE BAR NO. 80948) rfreitas@orrick.com
NA'IL BENJAMIN (STATE BAR NO. 240354) nbenjamin@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA  94025
Telephone:   (650) 614-7400
Facsimile:    (650) 614-7401

HOWARD M. ULLMAN (STATE BAR NO. 206760) hullman@orrick.com
CATHERINE LUI (STATE BAR NO. 239648) clui@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:   (415) 773-5700
Facsimile:    (415) 773-5759

Attorneys for Defendants Nanya Technology Corporation
and Nanya Technology Corporation USA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| This document pertains to the following cases:<br><br>SUN MICROSYSTEMS, INC., *et al.* v. HYNIX SEMICONDUCTOR, INC., *et al.*,<br><br>UNISYS CORP. v. HYNIX SEMICONDUCTOR, INC., *et al.*,<br><br>ALL AMERICAN SEMICONDUCTOR, INC. v. HYNIX SEMICONDUCTOR, INC., *et al.*,<br><br>EDGE ELECTRONICS, INC. v. HYNIX SEMICONDUCTOR, INC., *et al.*,<br><br>JACO ELECTRONICS, INC. v. HYNIX SEMICONDUCTOR, INC., *et al.*,<br><br>DRAM CLAIMS LIQUIDATION TRUST, by its Trustee Wells Fargo Bank, N.A. v. HYNIX SEMICONDUCTOR, *et al.* | Case No.  C 06-01665-PJH<br>              C 06-02915-PJH<br>              C 07-01200-PJH<br>              C 07-01207-PJH<br>              C 07-01212-PJH<br>              C 07-01381-PJH<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER REGARDING PLAINTIFFS' FILING OF CERTAIN DEPOSITION EXCERPTS AND EXHIBITS AND PAGE LENGTH OF NANYA TECHNOLOGY CORPORATION AND NANYA TECHNOLOGY CORPORATION USA SUMMARY JUDGMENT REPLY BRIEFS** |

OHS West:260538953.1

STIPULATION AND [PROPOSED] ORDER REGARDING
PLAINTIFFS' FILING AND NANYA'S PAGE LENGTH FOR REPLY
C 06-01665-PJH, C 06-02915 PJH, C 07-01200-PJH,
C 07-01207-PJH, C 07-01212-PJH, C 07-01381-PJH

## STIPULATION

This Stipulation is entered into between Plaintiffs Sun Microsystems, Inc., Unisys Corporation, All American Semiconductor, Inc., Edge Electronics, Inc., Jaco Electronics, Inc., and DRAM Claims Liquidation Trust (collectively, "Plaintiffs") and Defendants Nanya Technology Corporation ("NTC") and Nanya Technology Corporation USA ("NTC USA") in the above-captioned actions and is made with regard to the following facts:

WHEREAS, NTC and NTC USA each filed a motion for summary judgment against all Plaintiffs in the above-captioned matters on August 7, 2008;

WHEREAS, Plaintiffs filed their joint opposition to NTC's and NTC USA's motions for summary judgment on October 2, 2008;

WHEREAS, the Court previously approved a stipulation between and among the parties granting Plaintiffs up to 35 pages for their opposition brief;

WHEREAS, the Rule 30(b)(6) deposition of NTC on certain specified topics was taken in the matter of *State of California, et al. v. Infineon Technologies AG, et al.*, C 06 4333 PJH on October 14, 2008 (the "October 14 2008 deposition");

WHEREAS, Plaintiffs would like to submit certain deposition excerpts and exhibits from the October 14, 2008 deposition in support of their opposition to NTC's and NTC USA's motions for summary judgment;

WHEREAS, NTC and NTC USA stipulate that Plaintiffs may file the specified deposition excerpts and exhibits, but reserve their arguments concerning the admissibility, relevance, and materiality of same;

WHEREAS, the parties have agreed that Plaintiffs may file the specified deposition excerpts and excerpts without any additional argument;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED as follows:

1. Plaintiffs may file with the Court the following pages from the October 14, 2008 deposition in support of their opposition to NTC's and NTC USA's motions for summary judgment: 19; 22-24; 46-50; 82-85; 92; 135-

| | |
|---|---|
| 1 | 136; 167-169; |
| 2-5 | 2. Plaintiffs may file with the Court the following exhibits from the October 14, 2008 deposition in support of their opposition to NTC's and NTC USA's motions for summary judgment: Exhibit 7, NTC 005424-36, and Exhibit 22, NTC-51 0620-21; |
| 6-8 | 3. Plaintiffs may file the above transcript excerpts and exhibits, but may not submit any additional written argument in support of their opposition to NTC's and NTC USA's motions for summary judgment; and |
| 9-13 | 4. NTC and NTC USA shall each have up to an additional two pages (for a total of up to 17 pages) for their reply briefs in support of their motions for summary judgment. Each of these reply briefs shall apply to, and be filed in, all six of the above-captioned cases (*i.e.*, NTC and NTC USA shall each have one reply brief, as they each had one opening brief) |

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: October 28, 2008      ORRICK, HERRINGTON & SUTCLIFFE LLP

By:  /s/ Howard M. Ullman
     Howard M. Ullman

Attorneys for Defendants
NANYA TECHNOLOGY CORPORATION
NANYA TECHNOLOGY CORPORATION USA

Dated: October 28, 2008      CROWELL & MORING LLP

By:  /s/ David D. Cross
     David D. Cross

Attorneys for Plaintiffs
SUN MICROSYSTEMS, INC.;
UNISYS CORPORATION;
ALL AMERICAN SEMICONDUCTOR, INC.;
EDGE ELECTRONICS, INC. and
JACO ELECTRONICS, INC.

| | | |
|---|---|---|
| 1 | Dated: October 28, 2008 | LINDQUIST & VENNUM P.L.L.P. |
| 2 | | |
| 3 | | By: /s/ *James M. Lockhart* <br> James M. Lockhart |
| 4 | | Attorneys for Plaintiff DRAM CLAIMS |
| 5 | | LIQUIDATION TRUST, BY ITS TRUSTEE, WELLS FARGO BANK, N.A. |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 10/29/08  _____

Honorable Judge Phyllis J. Hamilton

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — "IT IS SO ORDERED" signed by Judge Phyllis J. Hamilton]

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## ATTESTATION OF FILING

I hereby attest that I have obtained concurrence in the filing of this document from the Plaintiffs and the Defendants listed in the signature blocks above.

ROBERT E. FREITAS
HOWARD M. ULLMAN
NA'IL BENJAMIN
CATHERINE LUI
ORRICK, HERRINGTON & SUTCLIFFE LLP


              /s/ Howard M. Ullman
          _____
                Howard M. Ullman
       Attorneys for Nanya Technology Corporation and
            Nanya Technology Corporation USA

OHS West:260538953.1       - 4 -

STIPULATION AND [PROPOSED] ORDER REGARDING
PLAINTIFFS' FILING AND NANYA'S PAGE LENGTH FOR REPLY
C 06-01665-PJH, C 06-02915 PJH, C 07-01200-PJH,
C 07-01207-PJH, C 07-01212-PJH, C 07-01381-PJH

**PROOF OF SERVICE BY FEDERAL EXPRESS**

I, Rica Rivera, declare:

I am more than eighteen years old and not a party to this action. My business address is Orrick, Herrington & Sutcliffe LLP, The Orrick Building, 405 Howard Street, San Francisco, California 94105-2669.

On October 28, 2008, I served the following documents:

1. **STIPULATION AND [PROPOSED] ORDER REGARDING PLAINTIFFS' FILING OF CERTAIN DEPOSITION EXCERPTS AND EXHIBITS AND PAGE LENGTH OF NANYA TECHNOLOGY CORPORATION AND NANYA TECHNOLOGY CORPORATION USA SUMMARY JUDGMENT REPLY BRIEFS**

by causing to be delivered true and correct copies to a Federal Express Agent in San Francisco, California, delivery prepaid by shipper for overnight delivery, addressed to all counsel listed below:

Kent A. Gardiner
Kathryn D. Kirmayer
Jerome A. Murphy
David D. Cross
Matthew J. McBurney
Crowell & Moring LLP
1001 Pennsylvania Avenue, NW
Washington, DC 20004-2595
Telephone: (202) 624-2500

James Lockhart
James P. McCarthy
DeAnne M. Hilgers
Lindquist & Vennum P.L.L.P.
4200 IDS Center
80 South 8th Street
Minneapolis, MN 55405
Telephone: (612) 371-2462

Executed on October 28, 2008, at San Francisco, California.

I declare under penalty of perjury that the foregoing is true and correct.

_____*Rica Rivera*_____
Rica Rivera