UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SUN MICROSYSTEMS INC.,

    Plaintiff,

    v.

HYNIX SEMICONDUCTOR INC., et al.,

    Defendants.
_____/

No. C 06-1665 PJH

**NOTICE AND ORDER CONTINUING HEARING DATES**

This Document Also Relates to:

Unisys Corp. v. Hynix, et al., 06-1665 PJH
All American Semiconductor v. Hynix, et al., C 07-1200 PJH
Edge Electronics v. Hynix, et al., C 07-1207 PJH
Jaco Electronics v. Hynix, et al., C 07-1212 PJH
DRAM Claims Liquidation Trust v. Hynix, et al., C 07-1381 PJH
_____/

TO ALL PARTIES AND COUNSEL OF RECORD:

As contemplated by the court's prior scheduling order dated August 13, 2008, the hearing on several of defendants' pending motions, previously set for December 10, at 9:00 a.m., has been CONTINUED to December 17, 2008, at 9:00 a.m., in Courtroom 3, 17th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102. Specifically, the following motions will be heard on that date: (1) defendants' motion to dismiss claims in the Sun case under the FTAIA; (2) defendants' omnibus motion for summary judgment in the Sun case; (3) defendants' motion to exclude the testimony of plaintiffs' expert White; (4) defendants' motion for summary judgment regarding the external manufacturers in the Sun case; and (5) defendants' motion for summary judgment regarding purchases from Mitsubishi in the Sun case.

The hearing on the two remaining dispositive motions brought by Nanya Taiwan and Nanya USA in the Sun case (and joined by other defendants), also previously set for

hearing on December 10, 2008, has been CONTINUED to January 21, 2009, at 9:00 a.m., in Courtroom 3, 17th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.

**IT IS SO ORDERED**.

Dated:  November 17, 2008

_____
PHYLLIS J. HAMILTON
United States District Judge