Jerome A. Murphy (*pro hac vice*)
David D. Cross (*pro hac vice*)
Matthew J. McBurney (*pro hac vice*)
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2595
Telephone:   202-624-2500
Facsimile:   202-628-5116
E-mail: jmurphy@crowell.com
         dcross@crowell.com
         mmcburney@crowell.com

Daniel A. Sasse (CA Bar No. 236234)
Theresa C. Lopez (CA Bar No. 205338)
CROWELL & MORING LLP
3 Park Plaza, 20th Floor
Irvine, CA 92614-8505
Telephone:   949-263-8400
Facsimile:   949-263-8414
E-mail: dsasse@crowell.com
         tlopez@crowell.com

*Counsel for Plaintiff Sun Microsystems, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| SUN MICROSYSTEMS, INC., <br><br> Plaintiff, <br><br> v, <br><br> HYNIX SEMICONDUCTOR, INC., *et al.*, <br><br> Defendants. | Case Nos.:  C 06-01665 PJH <br><br> **DECLARATION OF DAVID CROSS IN SUPPORT OF PLAINTIFF'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THEIR MOTION TO EXCLUDE THE TESTIMONY OF THE HYNIX DEFENDANTS' EXPERT WITNESSES KEVIN MURPHY AND ROBERT TOPEL PURSUANT TO FED. R. EVID. 702** |

I, David Cross, declare as follows:

1. I am an attorney with the law firm of Crowell & Moring LLP and am one of the attorneys for Plaintiffs in these matters. I submit this declaration in support of Plaintiff Sun Microsystems, Inc.'s Memorandum of Points and Authorities in Support of Their Motion to Exclude the Testimony of the Hynix Defendants' Expert Witnesses Kevin Murphy and Robert Topel Pursuant to Fed. R. Evid. 702. If called as a witness, I could and would testify as to the facts stated herein.

2. Attached hereto as **Exhibit 1** is a true and correct copy of the Expert Report of Kevin M. Murphy, Ph.D.

3. Attached hereto as **Exhibit 2** is a true and correct copy of the Expert Report of Robert Topel, Ph.D.

4. Attached hereto as **Exhibit 3** is a true and correct copy of the Rebuttal Expert Report of Michael D. Whinston, Ph.D.

5. Attached hereto as **Exhibit 4** is a true and correct copy of excerpts of the transcript of the deposition of Kevin Murphy, Ph.D. taken in this case.

6. Attached hereto as **Exhibit 5** is a true and correct copy of excerpts of the transcript of the deposition of Robert Topel, Ph.D. taken in this case.

7. Attached hereto as **Exhibit 6** is a true and correct copy of the Hynix Plea Agreement, *United States v. Hynix Semiconductor, Inc.*, No. CR-05-249 (N.D. Cal.).

8. I declare under penalty of perjury that the foregoing is true and correct. Executed this 19th day of March, 2008 at Washington, District of Columbia.

David Cross

DECLARATION OF DAVID CROSS
CASE NO. C-06-01665 PJH