# Exhibit 3

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA -

# SAN FRANCISCO DIVISION

| | |
|---|---|
| *Sun Microsystems, Inc. v. Hynix Semiconductor, Inc., et al.* | C-06-cv-1665 PJH |
| *Unisys Corporation. v. Hynix Semiconductor, Inc., et al.* | C-06-cv-2915 PJH |
| *All American Semiconductor, Inc., v. Hynix Semiconductor, Inc., et al.* | C-07-cv-1200 PJH |
| *Edge Electronics, Inc., v. Hynix Semiconductor, Inc., et al.* | C-07-cv-1207 PJH |
| *Jaco Electronics, Inc., v. Hynix Semiconductor, Inc., et al.* | C-07-cv-1212 PJH |
| *Dram Claims Liquidation Trust, By Its Trustee, Wells Fargo Bank, N.A., v. Hynix Semiconductor, Inc., et al.* | C-07-cv-1381 PJH |

## REBUTTAL EXPERT REPORT OF MICHAEL D. WHINSTON, PH.D

# May 2, 2008

# HIGHLY CONFIDENTIAL

Specifically, he asserts "that the episodes of atypically high prices during the alleged 'conspiracy period' (August 1, 1998 through June 15, 2002) and the 'plea period' (April 1, 1999 through June 15, 2002) were caused by normal market forces, principally by demand and costs, and not by conspiracy."[3]

9.      Professor Topel echoes Professor Murphy's argument, stating that "[b]roadly speaking, the behavior of DRAM prices during the conduct period is consistent with changes in market fundamentals – supply and demand…. 'But for' prices predicted by the evolution of supply and demand during the conduct period closely track actual prices….In other words, there is no compelling evidence that the challenged conduct materially affected market prices, or caused any material damage to the Plaintiff buyers."[4]

10.     After reviewing the work of Professors Murphy and Topel, and conducting independent analysis of my own, I have concluded that their assertions regarding the absence of any effect on price from the alleged conspiracy are not reliable and cannot be used to draw inferences about either the existence of a conspiracy or the extent of the damages such a conspiracy may have inflicted upon buyers in the DRAM market.

11.     At a broad level, Professor Murphy's  argument consists of two basic claims (Professor Topel makes the second of these claims as well, but not the first):

       i.   He claims that demand shifts alone account for much of the movement of prices during the alleged conspiracy period.[5]

---

[3] Expert Report of Kevin Murphy ("Murphy report"), ¶10.
[4] Expert Report of Robert Topel ("Topel report"), ¶6.
[5] "[T]he evolution of DRAM demand accounts for the slow decline in price over the first half of the period, a substantial part of the rapid decline in prices from mid 2000 through late 2001 as well as a number of the shorter-term movements in price." (Murphy report ¶96).

ii. He claims that these demand shifts, coupled with supply shifts not associated with conspiracy, explain the behavior of prices during the conspiracy period. Specifically, a model of competitive supply which fits behavior outside the conspiracy periods, predicts "but for" prices during the conspiracy period that are no different, on average, than the actual prices observed during that period.[6]

12.    The first claim, while argued in a seductive fashion by Professor Murphy, is in fact not only unreliable but also misleading. First, Professor Murphy deduces the changes in demand that occurred during the conspiracy period based on assumptions about demand that he neither justifies nor independently verifies are accurate. Second, and equally important, Professor Murphy deduces what prices would have been given these changes in demand only by arbitrarily assuming how supply behavior would have evolved during the conspiracy period in the absence of the conspiracy. As a result, Professor Murphy's discussion reveals *nothing* about the extent to which demand movements "alone" explain price movements during the conspiracy, nor the extent to which the conspiracy affected DRAM prices. Moreover, I will show that equally or more plausible assumptions would have led Professor Murphy to very different conclusions.

13.    Professor Murphy's second claim is based on his estimation of a model of supply behavior in the no-conspiracy period to predict "but for" quantities and prices in the conspiracy period. There are a number of problems with Professor Murphy's estimation of this competitive supply model that lead his prediction of "but for" prices to be unreliable: (i) his model and analysis is overly simplistic, ignoring for example the

---

[6] "[C]hanges in demand and cost explain virtually all of the movements in DRAM prices and quantities over the alleged conspiracy period" (Murphy report ¶ 110).

6

million in 1996 to approximately 177 million in 2004, and the average amount of memory per PC went from 22MB to 758MB in those same years.[13]

38.     Indeed, one can see this fact just by looking at the behavior of DRAM prices and quantities in Professor Murphy's Exhibits 10 and 11.  From July 1998 to July 2000, DRAM prices halted their marked decline, and changed very little.  Nevertheless, the total quantity of DRAMs purchased (measured in terabits) increased markedly over this same period.  This could happen only if buyers were willing to purchase more DRAMs at a given price than before.  Put differently, the demand curve for DRAMs must have shifted out during this period.

39.     In his discussion, Professor Murphy infers the shifts that occurred in the demand curve in a manner that is simple, but can lead to substantial errors.  Specifically, he assumes a shape and slope for the demand curve, and finds, in each month, the location of this assumed demand curve that passes through the price and quantity that were actually observed in that month.[14]  Exhibit 5 illustrates this procedure.  It shows the price and quantity purchased in a particular month, labeled $P$ and $Q$ respectively, both measured using a logarithm scale as in Professor Murphy's report.[15]  The series of blue lines shows demand curves with the shape that Professor Murphy assumes.  They are straight lines with a slope of -2.  (As I will discuss shortly, Professor Murphy offers unconvincing justifications for this assumption and conducts no independent analysis to confirm its reasonableness.)  The demand curves differ in how far to the right they

---

[13] IDC (for PC shipments); DEDR-001-000641 (for memory per PC)

[14] Murphy Deposition, p. 88, 91-93.

[15] In *Errata* Professor Murphy states that in pages 47-58 of his report, "prices were unintentionally divided by 1,000 and are therefore expressed in thousands of dollars. The scales on Exhibits 10, 12-16, 22 and 24 and the coefficient on the constant in Exhibit 23 reflect this [error]."  Errata Sheet for Expert Report of Kevin Murphy, April 1, 2008, p. 7.

intersect the horizontal axis.  Given this assumed shape, Professor Murphy deduces that the demand curve for this particular month must have been the dark blue line, the one that goes through the point corresponding to price $P$ and quantity $Q$.  His "demand" measure is simply the quantity at which this demand curve intersects the horizontal axis, as shown in the exhibit.

40.    Exhibit 6 shows this deduced "demand" measure for two different months, say "Month 1" and "Month 2".  In Month 2 the observed price ($P_2$) is lower, and the observed quantity ($Q_2$) is higher, than the price and quantity in Month 1 ($P_1$ and $Q_1$).  Given the assumed shape and slope of the demand curves, the demand curves in the two months, labeled $D_1$ and $D_2$ and shown in blue and green respectively, are the lines that go through each of these points.  Professor Murphy would therefore conclude that demand in Month 2 is greater than demand in Month 1, as shown on the horizontal axis.

41.    The accuracy of this method of inferring demand depends heavily, however, on the assumed shape and slope of the demand curves being correct.  For example, Exhibit 7 repeats the process described in Exhibit 6, but instead assumes that demand curves are flatter (i.e., have a less negative slope, and are therefore more elastic) than in Exhibit 6.  In Exhibit 7 the solid lines show these new alternative demand curves, while the dashed lines show the demand curves from Exhibit 6.  With this demand curve slope the inference about which month has higher demand *reverses*: demand now is *lower* in Month 2 than in Month 1.  This illustrates the potential problem in a very stark way: if the true demand curve slope is the one in Exhibit 7, but Professor Murphy mistakenly assumes that the slope is -2 as in Exhibit 6, his "demand" measure will be grossly in error, reversing which month has higher demand.

42.　　Exhibits 6 and 7 illustrate the critical role that Professor Murphy's assumptions about the slope of the demand curve play in his inferences about changes in demand. Errors in the assumed demand curve slope that are smaller than that illustrated in Exhibits 6 and 7 would still almost always lead to incorrect inferences about the amount that demand changes.

43.　　Similarly Professor Murphy's inferred demand changes would almost certainly be wrong if demand curves for DRAMs were not straight lines when plotted on a logarithm scale.  Indeed, only if his two assumptions about the shape and the slope of the demand curves for DRAMs are correct will his demand measure be valid.

44.　　Additionally, Professor Murphy's entire method implicitly assumes that the demand curve never rotates.  Specifically, demand curves must always shift in a parallel fashion, never rotating, for his method to be valid.[16]

45.　　Professor Murphy cites an ITC report on the DRAM industry in support of his assumed slope for the demand curves, and he assumes as well that they are straight lines (when plotted on a logarithm scale).  In that ITC report, the ITC says  that the elasticity of demand appears to be in the range of -0.3 to -0.7.[17]  There are many reasons why Professor Murphy's use of this report is unconvincing. Professor Murphy appears to have not explored, much less established, that the ITC methods and data are suitable for his analysis.[18] The relevant section of the ITC report is brief and undescriptive of the methods used to generate the estimated range.  It is unclear what time period was

---

[16] The possibility of demand curve rotations in fact plays a central role in the diagnosis of market power; see Timothy Bresnahan, "Empirical Studies of Industries with Market Power," Chapter 17 in Richard Schmalensee and Robert D. Willig, eds. (1989), *Handbook of Industrial Organization, Volume 2*, North-Holland, 1011-1058.

[17] DRAMs and DRAM Modules from Korea, Investigation No. 701-TA-431 (Final), (USITC Publication No. 3616, August 2003).

[18] See, e.g., Murphy Deposition, pp. 103-105; a similar point applies to Professor Topel – see, e.g., Topel Deposition, pp. 136-138.

analyzed and whether the demand referred to there is worldwide or just in the United States. Moreover, the shape of the demand curve is not described; that is, one does not know based on the ITC report if the demand curve in the above exhibits should be straight lines or curves.

46.    In sum, Professor Murphy conducts no independent analysis to see whether his assumed demand curve shape and slope fits the data well or whether, in fact, the demand curve takes some other form over the period in question.[19]

47.    The fact that his deduced "demand" measure changes in roughly similar ways to measures such as the NASDAQ Computer Index and the sales of digital signal processors is not surprising, and does not imply that his assumed demand curve shape and slope is correct.[20]  After all, the stocks in the NASDAQ Computer Index depend on the profitability of information technology companies, which is related to DRAM demand. Likewise, since digital signal processors are used in a similar set of products as are DRAMs, demand for both products is related.[21]  Neither observation implies that Professor Murphy's assumed demand curve shape and slope are correct.

---

[19] See, e.g., Murphy Deposition, p. 102 and Topel Deposition, p. 135.
[20] The NASDAQ Computer Index contains securities of NASDAQ-listed companies classified according to the Industry Classification Benchmark as Technology excluding Telecommunications Equipment. They include computer services, internet, software, computer hardware, electronic office equipment, and semiconductors." http://www.nasdaq.com/services/indexes/default.aspx?page=indexInfo&index=IXCO.
[21] Professor Murphy notes that digital signal processors are "used for a range of data processing applications in computers, communications devices and related equipment" (Murphy report ¶ 94).

alleged conspiracy period. (Murphy report ¶ 96)[22]  In short, Professor Murphy constructs Exhibit 16 (and Exhibit 17) by making a completely arbitrary assumption about how supply would have evolved during the conspiracy period absent the conspiracy (that is, "if nothing about supply had changed").

50.    Because of this arbitrary assumption about supply behavior, Professor Murphy's discussion in fact reveals *nothing* about the extent to which demand movements "alone" explain price movements during the conspiracy period, nor about the key question of the extent to which the conspiracy affected DRAM prices.  Moreover, I will show that equally plausible assumptions would have lead Professor Murphy to very different conclusions.

51.    Exhibits 8-11, for example, illustrate another plausible choice Professor Murphy could have made for what supply behavior would have been eliminating "all fluctuations in the supply of DRAM" (Murphy report ¶ 96).  In the pre-conspiracy period, the average monthly growth rate of supply was 9.7 percent, while it was on average 3.7 percent in the post-conspiracy period.  Exhibit 8 shows as a dark blue line the path of supply if the pre-conspiracy growth rate continued during the conspiracy period.  It shows as a light blue line the path of supply if the growth rate of supply prior to the end of the conspiracy period had instead equaled the post-conspiracy growth rate.  As can be seen in Exhibit 8,

---

[22] A second misleading aspect of Professor Murphy's discussion in this section of his report comes in his comparison of the performance of his model and Professor White's.  Professor Murphy asserts that the prices from his assumed supply behavior fit the actual pattern of prices better than do Professor White's ("As Exhibit 17 illustrates…Professor White's statistical model…explains far less of the variation in prices over the same period [August 1998-June 2002, the conspiracy period] than does the simple model" (Murphy report ¶ 97)).  (Professor Topel makes essentially the same argument in his report; see Topel report ¶ 55 and 58.)  The problem with this assertion is that Professor Murphy is comparing prices *during the conspiracy period*.  But the test of what is a good model is how it explains prices *outside of the conspiracy period*.  Put differently, if Professor White has a model that explains the behavior of prices well absent a conspiracy, then the fact that both actual prices and Professor Murphy's predicted prices differ from Professor White's prediction merely shows that the conspiracy did affect prices and that Professor Murphy has a bad model of "but for" outcomes.

if supply had followed the pre-conspiracy growth rate until January 2000 and the post-conspiracy growth rate after that date, the "but for" level of supply would have been well above the level assumed by Professor Murphy, which is shown by the red line. Exhibit 9 shows the implied path of prices with this assumption about "but for" supply. As can be seen there, it implies "but for" prices (shown by the blue line) that are generally lower than the actual prices (shown by the black line) observed during the conspiracy period.

52.    Exhibit 10 shows another possibility in which the growth rate of supply slowly transitions from the pre-conspiracy growth rate to the post-conspiracy growth rate. (As an example, in a month that is 20 percent of the way through the conspiracy period, the growth rate is assumed to equal 20 percent of the post-conspiracy growth rate and 80 percent of the pre-conspiracy growth rate.) Notice that this assumption involves a gradual and much more natural change in the growth rate than does Professor Murphy's assumption, which implies that absent a conspiracy there would have been a sudden reduction in the growth rate of supply at the start of the conspiracy period, and another sudden reduction at the end (as shown by the red line in Exhibit 8). The implicit assumption that these sudden reductions in the growth rate of supply would, absent a conspiracy, occur in the very same months in which the conspiracy period begins and ends is exceedingly unlikely to be true and Professor Murphy's report contains no basis for suspecting this is the case. Exhibit 10 shows that "but for" prices when I assume this gradual transition are again generally below the actual prices during the conspiracy.

53.    Because the general downward trend in prices over this time period makes it somewhat difficult to see the differences between "but for" and actual prices, Exhibit 11 presents the comparison in Exhibit 10 in a different way. In Exhibit 11, the horizontal

axis indicates the months, just as in Exhibit 10, but the vertical axis now measures the percentage difference between the actual prices and the "but for" prices. When the curve is above the horizontal black line at zero percent it means that the actual prices are greater than the "but for" prices (the difference in prices is positive); when it is below that black line, actual prices are less than the "but for" prices. The red shading indicates the price overcharges in months in which actual prices are above the "but for" prices, while the green shading indicates months in which the comparison goes the other way. As can be seen in Exhibit 10, with this alternative assumption the amount of red shading greatly exceeds the amount of green shading during the conspiracy period, which is indicative of prices being raised due to the conspiracy.[23]

54.     Exhibits 9-11 show that even if Professor Murphy is correct about the changes in demand during the conspiracy period (and, as I have explained, he most likely is not), the prices changes that are implied by these demand changes can vary dramatically depending on how supply would have evolved during the conspiracy period in the absence of the conspiracy.

55.     Because Professor Murphy merely *assumes* how supply behavior would have evolved during the conspiracy period in the absence of the conspiracy, his Exhibit 16 (and 17) provides *no meaningful evidence about the extent to which demand movements "alone" explain price movement during the conspiracy period, nor about the key question of the effect of the conspiracy on the price of DRAMS*. Put differently, a prediction based on an arbitrary assumption about what defendants' supply behavior

---

[23] Note that the amount of red and green shading *outside* the conspiracy period is roughly the same. This is exactly as it should be since the model is fitting the data from outside the conspiracy period; if it is doing so properly, the two different colors of shading should be balanced outside the conspiracy period.

believe that this industry, with reasonably high concentration, may have acted more oligopolistically than competitively.[29]  Indeed, although Professors Murphy and Topel state in their reports that "[o]n the supply side, the intense competition among the DRAM manufacturers spurred the rapid introduction of new DRAM generations resulting in substantial restructuring of the industry, which caused the market to evolve from a state of almost perfect competition to an oligopolistic one . . . the consolidation began in 1998," their analysis fails to account for this possibility.[30]

62.    Even taking Professor Murphy's static perfectly competitive model as appropriate (that is, putting aside the very important and relevant issue of alternative models), his approach suffers from a number of problems that render his conclusions unreliable.  I discuss these problems next.

### *(ii) Professor Murphy's conclusions are highly dependent on the specification he assumes for his model, choices for which he offers no justification*

63.    A second concern with Professor Murphy's supply model is that correct estimation of the non-conspiracy supply model depends heavily on choosing the right specification for the model.  Professor Murphy provides no justification for his particular choices: he provides no analysis to demonstrate the robustness of his conclusions to

---

[29] An internal Hynix research report states that the Herfindahl-Hirshman index (HHI), a measure of market concentration, was 1,400 for the DRAM market in 1999 (MU00855317). A Gartner Dataquest presentation states that the HHI was above 1,500 throughout the conspiracy period (HSA00097842).  The Department of Justice and Federal Trade Commission define markets with HHIs in this range as "moderately concentrated" (U.S. Department of Justice and Federal Trade Commission (1997), *Horizontal Merger Guidelines*, §1.5).

[30] Murphy report footnote 21; Topel report footnote 16; both quoting W. J. Kim, *et al.*, "Demand forecasting for multigenerational products combining discrete choice and dynamics of diffusion under technological trajectories," 72 *Technological Forecasting & Social Change* 825, 828 (2005).

alternative specifications, or that his specification fits the data in the no-conspiracy period better than other reasonable alternatives.

64.     A good example of this problem is Professor Murphy's inclusion of a linear time trend in this model.  A linear time trend imposes a constant rate of change in the quantity supplied. In Professor Murphy's structural model a time trend allows supply to change as time elapses, even holding fixed the underlying demand and supply conditions. Including a time trend in a structural relation is, by Professor Murphy's own admission, "an explicit recognition of ignorance".[31]  Economic theory indicates that the quantity supplied in a competitive market should be a function of factors affecting cost and the market price, but a time trend does not have a structural role. A properly specified supply relationship, estimated using the correct data and method, will not need to rely on a time trend to explain changes over time. In other words, Professor Murphy's inclusion of a time trend is an admission that his model is overly simplistic and that it overlooks salient industry features.

65.     Exhibits 12 and 13 show that Professor Murphy's conclusions depend heavily on his inclusion of this time trend.  Exhibit 12 presents the percent difference between the actual price and a "but for" price that is predicted by a model that is identical to the one underlying Professor Murphy's Exhibit 24, but that excludes the time trend variable. Without this time trend, the difference shows a significant price overcharge: the actual price is above the predicted price in most periods. Indeed, the average difference in the conspiracy period is 25.4 percent (with a standard error of 5.8 percent).[32] Clearly, without

---

[31] Lynne Schneider, Benjamin Klein, Kevin M. Murphy (1981): "Governmental Regulation of Cigarette Health Information," *Journal of Law and Economics* 24: 575-612, page 583.
[32] Similarly, removing the time trend from Professor Topel's model indicates an average overcharge of 23.2% (with a standard error of 5.8%) in the conspiracy period.  See Exhibit C12 (in Appendix C).

including a time trend, Professor Murphy's own model demonstrates a significant average overcharge to plaintiffs.

66.    Similarly, Exhibit 13 displays the percent difference between the actual quantity and the "but for" quantity predicted by the same model. It displays significant quantity withholding, 12.7 percent (with a standard error of 2.9 percent) on average during the alleged conspiracy period. [33]  Once the time trend is omitted from Professor Murphy's model, it demonstrates significant quantity withholding by defendants during the conspiracy period.

67.    Professor Murphy's use of a linear time trend is not justified by economic theory, and as Exhibits 12 and 13 clearly demonstrate, the linear time trend plays a crucial role in Professor Murphy's analysis. Indeed the conclusions drawn from his own model are reversed if the linear time trend is not included.

68.    Furthermore, putting aside the issue that a time trend is not justified by economic theory, Professor Murphy conducts no independent analysis to see whether his assumed linear trend fits the data well outside the alleged conspiracy period. As I explained earlier, for Professor Murphy's analysis to be reliable he needs to have a good model of supply behavior; that is, his model should explain well supply behavior outside of the conspiracy period, and do so better than alternative models.

69.    To investigate further the robustness of Professor Murphy's chosen specification I estimated a more flexible version of Professor Murphy's supply model. The model allows Professor Murphy's supply relationship to differ between the pre- and post-conspiracy periods. Exhibit 14 displays the estimates of this model. The estimates clearly indicate a

---

[33] The corresponding result for Professor Topel's model is an 11.6% reduction in quantity (with a standard error of 2.9%).  See Exhibit C13.

an oligopolistic one . . . the consolidation began in 1998." [40] Yet, Professor Murphy does not consider this possibility in estimating his supply model.

74. The results of Exhibit 14 show that the data in the no-conspiracy period clearly reject Professor Murphy's model in favor of the more general model that allows the supply model to differ between pre- and post-conspiracy periods. This is a sign that Professor Murphy's supply model does not fit the data well during the non-conspiracy period, and therefore is unreliable for the purpose of predicting "but for" prices and quantities. That is, the "but for" predictions of his supply model, and consequently his conclusions concerning price overcharges, cannot be trusted.

75. Given that supply behavior differed before and after the conspiracy period, there is a question of how supply behavior would have transitioned between these two models during the conspiracy period in the absence of the conspiracy. Regardless of when or how suddenly it would have changed, the resulting prices during that period would have been between the prices predicted by these two models. To illustrate the "but for" prices that result from this more flexible model, and how they differ from Professor Murphy's "but for" predictions using his more restrictive model, I predict "but for" supply by assuming that, in the absence of the conspiracy, supply behavior would have gradually changed during the conspiracy period from the pre-conspiracy behavior to the post-conspiracy behavior. Specifically, I assume that the "but for" supply model is a weighted average of the pre- and post-conspiracy supply models, where the weight on the post-conspiracy model in a month equals the fraction of the conspiracy period that has elapsed. Earlier in the conspiracy, the "but for" predictions based on the pre-conspiracy

---

[40] Murphy report footnote 21; Topel report footnote 16; both quoting "Demand forecasting for multigenerational products combining discrete choice and dynamics of diffusion under technological trajectories," 72 *Technological Forecasting & Social Change* 825, 828 (2005).

estimates receive more weight whereas later in the conspiracy period the "but for" predictions based on the post-conspiracy period receive more weight. For example, the August 1998 prediction is 46/47 the pre-conspiracy model prediction, and 1/47 the post-conspiracy model prediction, while the June 2002 prediction is 1/47 the pre-conspiracy model prediction, and 46/47 the post-conspiracy model prediction.

76.     In Exhibit 15 I display the quantity withholding and price overcharge during the conspiracy period that is implied by this model. The results are presented using both ordinary least squares (OLS) estimates and using the same instrumental variables techniques (IV) used by Professor Murphy.[41] The OLS model predicts a 30.3 percent average price overcharge during the conspiracy period (with a standard error of 6.6 percent) and 15.1 percent average quantity withholding during the conspiracy period (with a standard error of 3.3 percent).[42,43] The IV estimates predict 17.0 percent average price overcharge (with a standard error of 12.2 percent) and 8.4 percent average quantity withholding (with a standard error of 6.1 percent).[44]

---

[41] Professor Topel describes the variables he and Professor Murphy used as instruments in his second errata, "The instruments are the trend variable, a measure of cumulative experience in producing types of DRAM as of month t, and the log weighted average density of DRAM in a particular month. Experience is calculated as historical units shipped for each density in the immediately preceding 48 month period and averaging historical units across densities using current shipments (in megabits) as weights. Density is the log of each month's average megabits per unit sold in the industry." Errata Sheet Addendum for Expert Report of Robert Topel, April 19, 2008, p. 1.

[42] In Exhibit 15, a positive value for the "Average Price Overcharge" indicates that the actual price exceeded the "but for" price on average. A positive value for "Average Quantity Withholding" indicates that the actual quantity was less on average than the "but for" quantity; that is, that firms supplied less than the "but for" quantity. (To avoid confusion, note that Exhibit 13 plots the "percentage difference between actual and 'but for' prices" so that a negative percent – indicated with red shading – indicates quantity withholding. The same is true, for example, in the upper panels of Exhibits 16-18 which show the month-by-month quantity withholding for the models described in Exhibit 15.)

[43] OLS results using Professor Topel's data are similar, implying a 25.8 percent price overcharge (with a standard error of 6.3 percent) and a 12.9 percent average quantity withholding (with a standard error of 3.2 percent) during the conspiracy period. See Exhibit C15.

[44] IV results using Professor Topel's data show price elevation and quantity withholding that are in the same direction as those with Professor Murphy's data, but are somewhat smaller in magnitude; they imply a 10.6 percent price overcharge (with a standard error of 12.1 percent) and a 5.3 percent average quantity withholding (with a standard error of 6.0 percent) during the conspiracy period. See Exhibit C15.

77.    Both models suggest a large average price overcharge and quantity withholding. The main difference is that the IV estimates are somewhat noisy.  This is a common finding from IV estimates: they tend to be less precise than OLS estimates.[45] To further explore this finding, and to check its robustness, I also explored an additional set of estimates. I added another variable as an instrument to those used by Professors Murphy and Topel.  The variable I added is the logarithm of the U.S. PPI for Microprocessors (lnMOSMPU), constructed and reported by the Bureau of Labor Statistics. The series measures prices of microprocessors, which are a complement to DRAM in electronic equipment such as computers, servers, and other electronic equipment that contains DRAM. It also embodies similar cost factors because microprocessors are manufactured using a process similar to the process for manufacturing DRAM, making it a statistically valid instrument for these purposes.

78.    When I add this additional variable as an instrumental variable I find that the IV estimates are less noisy and provide a somewhat sharper answer.  The model predicts an average price overcharge during the conspiracy period of 26.6 percent (with a standard error of 8.4 percent) and a quantity withholding of 13.3 percent (with a standard error of 4.2 percent).[46]

79.    The period-by-period percent difference between actual and "but for" quantities and prices are shown in Exhibits 16-18 for the OLS, IV, and IV plus lnMOSMPU models.  In each exhibit, the top panel displays the quantity withholding (again, red shading indicates withholding, while green the reverse) and the bottom panel displays the

---

[45] Greene, William, *Econometric Analysis*, 2d ed., (Macmillan Publishing Company, 1993), p. 285.
[46] Professor Topel's data present similar results, implying a 20.6 percent price overcharge (with a standard error of 7.6 percent) and a 10.3 percent average quantity withholding (with a standard error of 3.8 percent) during the conspiracy period. See Exhibit C15.

price overcharge (red shading indicates an overcharge, and green the reverse). Exhibit 16 does this for the OLS model, Exhibit 17 the IV model with Professor Murphy's density and experience instruments, and Exhibit 18 the IV model with lnMOSMPU also added as an instrument. The presence of substantial quantity withholding and substantial price overcharges can be seen by the large amount of red shading relative to the amount of green shading during the conspiracy period.[47,48]

80.    I understand that there is some debate about whether the "Kill Hynix" period should appropriately be included in the estimate of overcharges. I have not formed an opinion about this, as it was not part of my assignment. I do note, however, that in Exhibits 16-18, virtually the only green shading appears during this period; nearly all of the rest of the conspiracy period shows price overcharges (red shading) according to these models.

81.    In summary, Professor Murphy's "but for" supply model depends heavily on choosing the right specification for his model. Professor Murphy does not justify his particular choices, nor provide either any analysis to demonstrate the robustness of his conclusions to reasonable alternative specifications, or check that his specification fits the data in the no-conspiracy period better than other reasonable alternatives. As an example, Professor Murphy's conclusions are reversed when I drop one of his variables, a linear time trend that is not justified by economic theory, or if I allow for a more flexible model

---

[47] It should be noted that evidence that there was substantial quantity withholding is not inconsistent with observing high capacity utilization, or capacity expansions, by producers in the industry, especially in a rapidly growing industry. Rather, it tells us that had there not been a conspiracy, producers would have been more aggressive than they were in expanding capacity and output.

[48] These same Exhibits can be used to see the predicted effect of the conspiracy in only the "plea" period (April 1, 1999 through June 15, 2002) as opposed to the "conspiracy period" (August 1, 1998 through June 15, 2002) by looking at the shading only in the months of the conspiracy period starting April 1999. It is evident by looking at these Exhibits that the same basic conclusions apply to the plea period.

86.     Even if one did take the reported supply elasticity of U.S. producers to the U.S. price as accurately describing their responsiveness to changes in the world price, there is reason to think that foreign DRAM producers' supply would be more responsive to (world) price changes than U.S. producers, and thus would have a higher supply elasticity.  For one, the report itself ascribes a much higher elasticity to foreign producers (5-10 versus 0.3-0.5), even if, as described above, the bases for these estimates are unclear.  In addition, there are other reasons to believe there are significant differences between foreign and domestic producers.  Foreign producers apparently produce a broader variety of products that use the same production facilities as DRAM production.[54]  Thus, those producers would be more able to shift the use of that capacity from those products to DRAMs in the event of an increase in the world price of DRAMs. Moreover, foreign DRAM producers generally have production facilities of different age and capacity than those of U.S. producers[55], and because of exchange rate differences would be operating on a different portion of their supply curve than U.S. producers, all of which is likely to mean that their elasticity of supply differs from that of U.S. producers.

87.     All of this suggests that it is appropriate to attach considerable uncertainty to the appropriate elasticity of supply for use in Professor Murphy's model.  If Professor

---

[54] From 2000-2002, DRAM accounted for 87%-95% of Micron's semiconductor revenue. In addition to DRAM, Micron also produced SRAM and Flash memory, although both accounted for less than 5% of Micron's revenue.  Micron Technology's SEC Form 10-K for the year ended August 29, 2002 at 2.  Other defendants, such as Samsung, Hynix, and Infineon produced a much larger semiconductor product portfolio including SRAM, Pseudo-SRAM, Flash memory, logic ICs (integrated circuits), system ICs, and other types of semiconductors.  From 2000-2002, DRAM accounted for 28%-48% of Infineon's semiconductor revenue (Infineon Technologies 2002 Annual Report at 94) and 70%-80% of Hynix's semiconductor revenue (Hynix Annual Report 2002 at 44; Hynix Annual Report 2003 at 38). Samsung was the largest supplier of DRAM and SRAM throughout the conspiracy period, and has been the largest supplier of Flash Memory since the early 2000s (http://www.samsung.com/global/business/semiconductor/aboutus/AboutUs_Performance.html).
[55] MU00014929-MU00014945 at MU00014936.

Murphy is wrong about this elasticity, or about the shape and slope of the supply curve more generally, his estimates of "but for" quantities and prices will be wrong.[56]

88.    To illustrate the sensitivity of Professor Murphy's method to his supply elasticity choice, Exhibits 19-23 present the percent difference between actual quantity and "but for" quantity using Professor Murphy's model and data, but where the only change is allowing for values of the supply elasticity different from the 0.4 assumed by Professor Murphy.  Exhibit 19 presents the average effects, while Exhibits 20-23 show the period-by-period effects.  (Exhibit 20 shows the estimated effects with Professor Murphy's choice of a 0.4 supply elasticity, Exhibit 21 shows the results for an elasticity of 0.8, etc. In each exhibit the estimated quantity withholding is shown in the top panel and the estimated price overcharge in the bottom panel.)  Slight changes in the assumed elasticity have a substantial impact on the estimated amount of quantity withholding and price overcharges.  The results clearly show that the price overcharge and quantity withholding in Professor Murphy's model are highly dependent upon his assumed supply elasticity.

89.    Given the considerable uncertainty that attaches to the appropriate supply elasticity, all of these elasticities seem plausible.  Yet, Professor Murphy failed to consider how his estimates of "but for" prices would be affected by making different

---

[56] One can see in a formal manner the need for the correct supply elasticity as follows: The usual way to estimate a structural supply function is to relate the quantity supplied in a month, say $Q^s$, to factors affecting marginal cost, say $MC$, and the market price, $P$.  Such a relationship might take the form $Q^s = \alpha_0 + \alpha_1 * MC + \alpha_2 * P$, where all variables are measured in a logarithmic scale.  Using standard econometric techniques, one would attempt to estimate the parameters $\alpha_0$, $\alpha_1$, and $\alpha_2$. Here, $\alpha_2$ is the slope of the supply curve, also known as the elasticity of supply with respect to the market price.  Instead of doing this, Professor Murphy assumes that he knows what $\alpha_2$ is based on the ITC report.  He then rewrites this relationship as $Q^s - \alpha_2 * P = \alpha_0 + \alpha_1 * MC$.  The quantity on the left-hand side is his "supply" variable: $Supply = Q^s - \alpha_2 * P$.  He then estimates the parameters $\alpha_0$ and $\alpha_1$ by estimating the relationship $Supply = \alpha_0 + \alpha_1 * MC$.  However, if his assumed value of $\alpha_2$ is incorrect, his Supply variable, and therefore his estimates of $\alpha_0$ and $\alpha_1$, will be incorrect.  So, too, will be his predictions of "but for" prices and quantities.

assumptions.  In fact, as Exhibits 19-23 show, his estimates are very sensitive to this choice. [57]

### (iv) Professor Murphy's model uses a measure of Micron's cost that has several problems associated with it and which are likely to render his instrumental variable techniques invalid

90.     The quantity supplied in a competitive market depends on the variables that determine firms' marginal costs of production, such as the wage rate, cost of capital, and the state of technological know-how.  To use his structural framework to correctly predict "but for" supply, Professor Murphy should ideally accurately measure and include all of the variables that determine marginal cost.  As I noted before, estimation of a structural supply relationship can be compromised when this is not possible.

91.     Instead of using accurate measures of the factors determining marginal cost, Professor Murphy instead includes in his model only a measure of Micron's per unit cost from its cost accounting data, taking it as a proxy for industry costs. [58,59]  The dangers involved in using accounting measures have long been recognized by industrial organization economists. [60]

---

[57] The same variations, applied to Topel's model and data, show very similar sensitivity to the assumed supply elasticity; see Exhibits C19 through C23 in Appendix C.

[58] Economic costs are notoriously difficult to measure.  The DRAM industry is no different than many other industries in this regard.  See, e.g., Robert W. Scapens (1978): "A Neoclassical Measure of Profit", The Accounting Review, 53: 448-469; Steven C. Hackett. *Environmental and Natural Resources Economics: Theory, Policy, and the Sustainable Society,  2nd edition*, M.E. Sharpe, 2001

[59] "I use cost estimates for Micron as a proxy for industry level costs." (Murphy report ¶ 101)

[60] For instance, see Timothy Bresnahan, "Empirical Studies of Industries with Market Power," Chapter 17 in Richard Schmalensee and Robert D. Willig, eds. (1989), *Handbook of Industrial Organization, Volume 2*, North-Holland, 1011-1058 and Franklin M. Fisher and John J. McGowan, "On the Misuse of Accounting Rates of Return to Infer Monopoly Profits," *American Economic Review* 73 (1983): 82-97.

determine the true relationship between supply and cost, like the one in Exhibit 3. Now, put aside all of the issues I have raised above, and suppose that Professor Murphy has estimated this relationship correctly. Professor Murphy then tries to predict "but for" supply using this estimated supply relationship and the measured-with-error Micron cost variable, *by using the measured-with-error variable as if it is now observed without error*. But, even if he has correctly estimated the supply relationship (which I have already explained is doubtful), this procedure will *not* give the right prediction.

102.    To see why in a relatively simple way, consider again exhibits 3 and 4. Observe that when the measured-with-error cost variable increases by $1, true costs typically will *not* have changed by $1. Sometimes they might not have changed at all. And at other times they may actually have *decreased*. Then, overall, when the measured with-error cost variable increases by $1, the *true* cost will have increased by *less* than this amount. As a result, Professor Murphy's method for predicting "but for" supply, in which he uses the true relationship in Exhibit 3 but treats the measured-with-error cost change as if it were the true cost change, would in this case predict too large a change in supply.[68]

103.    Exhibits 24 and 25 display the estimated quantity withholding (on top) and price overcharge (on bottom) when I use a procedure that does correctly predict "but for" quantities and prices. When the predictions are corrected, Professor Murphy's own model predicts an overcharge of 10.9 percent (with a standard error of 6.2 percent) during

---

[68] For a discussion of this issue, see for example, Raymond J. Carroll, David Rupert, and Leonard A. Stefanski, *Measurement Error in Nonlinear Models, 2nd edition*, Chapman & Hall/CRC, 2006, pp. 38-39.

the conspiracy period and a 5.4 percent (with a 3.1 percent standard error) quantity withholding.[69]

104.    For completeness, I show in Exhibits 26-29 the results of using this method of computing the prediction to predict the correct "but for" prices and quantities implied by the flexible supply model estimated in Exhibit 14.  Exhibits 26 and 27 display the percent differences between actual and "but for" quantities and prices from that model estimated using the same instruments as Professor Murphy.  The model predicts an overcharge of 42.3 percent (with a standard error of 6.3 percent) during the conspiracy period and a 21.2 percent quantity withholding (with a 3.1 percent standard error).[70]  Exhibits 28 and 29 display the percent differences between actual and "but for" quantities and prices from that model estimated using the same instruments as Professor Murphy plus lnMOSMPU. The model predicts an overcharge of 18.4 percent (with a standard error of 12.1 percent) during the conspiracy period and a 9.2 percent quantity withholding (with a 6.0 percent standard error).[71]


## VII.  CONCLUSION

105.    In summary, accurately predicting "but for" prices from structural supply estimates requires accurate and reliable estimation of supply behavior in the absence of the conspiracy, and correct use of those estimates to predict "but for" supply during the

---

[69] The corresponding results for Professor Topel's data are an overcharge of 8.5 percent (with a standard error of 6.5 percent) during the conspiracy period and a 4.3 percent (with a 3.3 percent standard error) quantity withholding. See Exhibits C24 and C25.

[70] The corresponding results for Professor Topel's data are an overcharge of 39.9 percent (with a standard error of 5.7 percent) during the conspiracy period and a 20.0 percent (with a 2.9 percent standard error) quantity withholding.  See Exhibits C26 and C27.

[71] The corresponding results for Professor Topel's data are an overcharge of 9.4 percent (with a standard error of 11.1 percent) during the conspiracy period and a 4.7 percent (with a 5.6 percent standard error) quantity withholding.  See Exhibits C28 and C29.

Michael D. Whinston, Ph.D.                    Dated: May 2, 2008