1  JAMES G. KREISSMAN (Bar No. 206740)
   jkreissman@stblaw.com
2  HARRISON J. FRAHN IV (Bar No. 206822)
   hfrahn@stblaw.com
3  JASON M. BUSSEY (Bar No. 227185)
   jbussey@stblaw.com
4  SIMPSON THACHER & BARTLETT LLP
   2550 Hanover Street
5  Palo Alto, California  94304
   Telephone:  (650) 251-5000
6  Facsimile:  (650) 251-5002

7  *Counsel for Defendants*
   ELPIDA MEMORY, INC. and
8  ELPIDA MEMORY (USA) INC.

9

10                          UNITED STATES DISTRICT COURT

11                         NORTHERN DISTRICT OF CALIFORNIA

12                              SAN FRANCISCO DIVISION

13

| SUN MICROSYSTEMS, INC., | Case No. C 06-01665 PJH |
|---|---|
| Plaintiff, | Assigned for all purposes to the Hon. Phyllis J. Hamilton |
| v. | **STIPULATION OF DISMISSAL AND [P̶R̶O̶P̶O̶S̶E̶D̶] ORDER AS TO DEFENDANTS ELPIDA MEMORY, INC. AND ELPIDA MEMORY (USA) INC.** |
| HYNIX SEMICONDUCTOR, INC., *et al.*, | |
| Defendants. | |

STIPULATION OF DISMISSAL AS TO ELPIDA DEFENDANTS
CASE NO. C 06-01665

The parties hereto hereby stipulate to a dismissal of this action as to defendants Elpida Memory, Inc., and Elpida Memory (USA) Inc. with prejudice, pursuant to Rule 41(a)(2), Fed. R. Civ. P. Each party shall bear its own costs and attorneys' fees. This dismissal shall not apply to or affect any other defendant.

IT IS SO STIPULATED AND AGREED.

Dated: March 20, 2009   SIMPSON THACHER & BARTLETT LLP

By: /s/
Harrison J. Frahn IV

Attorneys for Defendants
ELPIDA MEMORY, INC. and
ELPIDA MEMORY (USA) INC.

Dated: March 20, 2009   CROWELL & MORING LLP

By: /s/
Jerome A. Murphy

Attorneys for Plaintiff
SUN MICROSYSTEMS

### ATTESTATION OF FILING

Pursuant to General Order No. 45 § X(B), I hereby attest that I have obtained concurrence in the filing of the stipulation from the parties listed above.

By: /s/
Harrison J. Frahn IV

### [~~PROPOSED~~] ORDER

PURSUANT TO THE STIPULATION OF THE PARTIES IT IS SO ORDERED.

Dated: March 24, 2009

_____
Hon. Phyllis J. Hamilton
United States District Judge

*IT IS SO ORDERED — Judge Phyllis J. Hamilton (seal: United States District Court, Northern District of California)*

STIPULATION OF DISMISSAL AS TO ELPIDA DEFENDANTS
CASE NO. C 06-01665
2