| | |
|---|---|
| 1 | KENNETH R. O'ROURKE (S.B.#120144) |
|   | korourke@omm.com |
| 2 | PAUL B. SALVATY (S.B. #171507) |
|   | psalvaty@omm.com |
| 3 | STEVEN BERGMAN (S.B. #180542) |
|   | sbergman@omm.com |
| 4 | O'MELVENY & MYERS LLP |
|   | 400 South Hope Street |
| 5 | Los Angeles, CA  90071-2899 |
|   | Telephone:    (213) 430-6000 |
| 6 | Facsimile:    (213) 430-6407 |
| 7 | MICHAEL TUBACH (S.B. #145955) |
|   | mtubach@omm.com |
| 8 | THOMAS BROWN (S.B. # 182916) |
|   | tbrown@omm.com |
| 9 | O'MELVENY & MYERS LLP |
|   | Two Embarcadero Center, 28th Floor |
| 10 | San Francisco, CA  94111-3823 |
|    | Telephone:    (415) 984-8700 |
| 11 | Facsimile:    (415) 984-8701 |
| 12 | Attorneys for Defendants |
|    | HYNIX SEMICONDUCTOR INC. and |
| 13 | HYNIX SEMICONDUCTOR AMERICA INC. |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| SUN MICROSYSTEMS, INC., | Case Nos. C 06-01665 PJH |
| Plaintiff, | **DECLARATION OF PREDITA C. ROSTOMIAN IN SUPPORT OF HYNIX'S OPPOSITION TO PLAINTIFF'S MOTION TO EXCLUDE THE TESTIMONY OF HYNIX'S EXPERT WITNESSES KEVIN MURPHY AND ROBERT TOPEL** |
| v. | |
| HYNIX SEMICONDUCTOR INC., *et al.*, | |
| Defendants. | |
| | Hearing Date:   May 7, 2009 |
| | Time:           2:30 p.m. |
| | Place:          Courtroom 3, 17th Floor |
| | Judge:          Hon. Phyllis J. Hamilton |

I, Predita C. Rostomian, declare the following:

1. I am an attorney admitted to practice law in the State of New York and in the District of Columbia. I am counsel in the law firm of O'Melveny & Myers LLP, counsel of record for Hynix Semiconductor Inc. and Hynix Semiconductor America Inc. (collectively, "Hynix") in the above-captioned case. I make this declaration in support of Hynix's Opposition to Plaintiff's Motion to Exclude the Testimony of Hynix's Expert Witnesses Kevin Murphy and Robert Topel. I have personal knowledge of the facts set forth herein and, if called upon, I could and would competently testify thereto.

2. Attached as **Exhibit 1** is a true and correct copy of the Expert Report of Kevin M. Murphy, dated March 7, 2008.

3. Attached as **Exhibit 2** is a true and correct copy of excerpts from the deposition of Kevin M. Murphy, dated April 24, 2008.

4. Attached as **Exhibit 3** is a true and correct copy of the Expert Report of Robert Topel, dated March 7, 2008.

5. Attached as **Exhibit 4** is a true and correct copy of excerpts from the deposition of Robert Topel, dated April 25, 2008.

6. Attached as **Exhibit 5** is a true and correct copy of the Declaration of Kevin M. Murphy, dated April 16, 2009.

7. Attached as **Exhibit 6** is a true and correct copy of the Declaration of Robert Topel, dated April 16, 2009.

8. Attached as **Exhibit 7** is a true and correct copy of excerpts from the Rebuttal Expert Report of Michael D. Whinston, dated May 2, 2008.

9. Attached as **Exhibit 8** is a true and correct copy of the Errata to the Rebuttal Expert Report of Michael D. Whinston, dated June 16, 2008.

10. Attached as **Exhibit 9** is a true and correct copy of Lawrence F. Katz and Kevin M. Murphy, *Changes in Relative Wages, 1963-1987: Supply and Demand Factors*, 107 Q. J. of Econ. 35 (1992).

11. Attached as **Exhibit 10** is a true and correct copy of excerpts from James

1  D. Hamilton, <u>Time Series Analysis</u> (1994).

2  12. Attached as **Exhibit 11** is a true and correct copy of American Economic Association, John Bates Clark Medal, http://www.vanderbilt.edu/aea/clark_medal.htm (last visited April 10, 2009).

13. Attached as **Exhibit 12** is a true and correct copy of *Papers and Proceedings of the Hundred and Tenth Annual Meeting of the American Economic Association*, 88 Am. Econ. Rev. 493-494 (May 1998).

14. Attached as **Exhibit 13** is a true and correct copy of excerpts from the Expert Report of Robert C. Marshall, dated December 14, 2007.

15. Attached as **Exhibit 14** is a true and correct copy of excerpts from the Expert Report of Halbert L. White, dated December 14, 2007.

16. Attached as **Exhibit 15** is a true and correct copy of excerpts from the Deposition of Michael D. Whinston, dated June 17, 2008.

17. Attached as **Exhibit 16** is a true and correct copy of Lynee Schneider, Benjamin Klein, Kevin M. Murphy, *Government Regulation of Cigarette Health Information*, 24 J. L. & Econ. 575 (1981).

18. Attached as **Exhibit 17** is a true and correct copy of excerpts from the Deposition of Halbert L. White, dated February 27, 2008.

19. Attached as **Exhibit 18** is a true and correct copy of excerpts from the Deposition of Halbert L. White, dated February 28, 2008.

20. Attached as **Exhibit 19** is a true and correct copy of excerpts from the Deposition of Halbert L. White, dated May 22, 2008.

21. Attached as **Exhibit 20** is a true and correct copy of excerpts from the Deposition of Robert C. Marshall, dated February 29, 2008.

22. Attached as **Exhibit 21** is a true and correct copy of excerpts from 3 L. Sand *et al.*, *Modern Federal Jury Instructions-Criminal* (2008).

23. Attached as **Exhibit 22** is a true and correct copy of excerpts from ABA Section of Antitrust Law, Criminal Antitrust Litigation Handbook (2d ed. 2006).

DECLARATION OF PREDITA C. ROSTOMIAN
ISO HYNIX'S OPP. TO PLAINTIFF'S MOT. TO
EXCLUDE MURPHY AND TOPEL

24.   Attached as **Exhibit 23** is a true and correct copy of the Plea Agreement of Hynix Semiconductor Inc., dated May 11, 2005.

25.   Attached as **Exhibit 24** is a true and correct copy of the Plea Agreement of Samsung Semiconductor, Inc., dated October 13, 2005.

26.   Other materials cited in the Declarations of Kevin M. Murphy and Robert Topel have been omitted in order to not overburden the Court, but are available upon request.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this Declaration was executed this 16th day of April, 2009, at Washington, District of Columbia.

_____
Predita C. Rostomian

- 4 -

DECLARATION OF PREDITA C. ROSTOMIAN
ISO HYNIX'S OPP. TO PLAINTIFF'S MOT. TO
EXCLUDE MURPHY AND TOPEL