# Exhibit 3

KENNETH R. O'ROURKE (S.B.#120144)
korourke@omm.com
PAUL B. SALVATY (S.B. #171507)
psalvaty@omm.com
STEVEN BERGMAN (S.B. #180542)
sbergman@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA  90071-2899
Telephone:    (213) 430-6000
Facsimile:    (213) 430-6407

MICHAEL F. TUBACH (S.B. #145955)
mtubach@omm.com
THOMAS P. BROWN (S.B. # 182916)
tbrown@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA  94111-3823
Telephone:    (415) 984-8700
Facsimile:    (415) 984-8701


Attorneys for Defendants
HYNIX SEMICONDUCTOR INC. and
HYNIX SEMICONDUCTOR AMERICA INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| SUN MICROSYSTEMS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>HYNIX SEMICONDUCTOR INC., *et al.*,<br><br>Defendants. | Case No. C 06-01665 PJH<br><br>**NOTICE OF MANUAL FILING OF EXHIBIT UNDER SEAL**<br><br>Date:     May 7, 2009<br>Time:     2:30 pm<br>Place:    Courtroom 3, 17th Floor<br>Judge:    Hon. Phyllis J. Hamilton |

- 3 -

Regarding:    Portions of Exhibit 3 to the Declaration of Predita C. Rostomian In Support of Hynix's Opposition to Plaintiff's Motion to Exclude the Testimony of Hynix's Expert Witnesses Kevin Murphy and Robert Topel.

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office.

If you are a participant on this case, this filing will be served in hard-copy shortly.  For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not efiled for the following reason(s):

[____] Voluminous Document (PDF file size larger than efiling system allowances)

[____] Unable to Scan Documents

[____] Physical Object (description): _____

[____] Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

[X] Item Under Seal

[____] Conformance with the Judicial Conference Privacy Policy (General Order 53).

[____] Other (description): _____

Respectfully Submitted,

Dated:  April 16, 2009          O'MELVENY & MYERS LLP


By:__/ Steven Bergman / _____
        Steven Bergman


Attorneys for Defendants
HYNIX SEMICONDUCTOR INC. and
HYNIX SEMICONDUCTOR AMERICA
INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA -

# SAN FRANCISCO DIVISION

| | |
|---|---|
| *Sun Microsystems, Inc., et al. v. Hynix Semiconductor, Inc., et al.* (Consolidated) | C-06-01665 PJH        (Consolidated) |
| *Unisys Corporation v. Hynix Semiconductor, Inc., et al.* | C-06-02915 PJH |
| *Jaco Electronics, Inc. v. Hynix Semiconductor, Inc., et al.* | C-07-01200 PJH |
| *Edge Electronics, Inc. v. Hynix Semiconductor, Inc., et al.* | C-07-01207 PJH |
| *All American Semiconductor, Inc. v. Hynix Semiconductor, Inc., et al* | C-07-01212 PJH |
| *DRAM Claims Liquidation Trust, by its Trustee Wells Fargo Bank, NA v. Hynix Semiconductor, et al.* | C-07-01381 PJH |
| | |

**EXPERT REPORT OF ROBERT TOPEL, PH.D. ON BEHALF OF
HYNIX SEMICONDUCTOR, INC. AND HYNIX
SEMICONDUCTOR AMERICA, INC.**

**March 7, 2008**

This report was prepared at the request of counsel to set forth the subject matters on which I expect to testify, the substance of the facts and opinions on which I expect to testify and a summary of the grounds for each such opinion.  This information is provided as of the date of this report.  I reserve the right to supplement this report.

**TABLE OF CONTENTS**

Page

I.      BACKGROUND AND QUALIFICATIONS ................................................................ 1

II.     ASSIGNMENT ........................................................................................................... 2

III.    PRINCIPAL FINDINGS AND OPINIONS ............................................................... 3

IV.     INDUSTRY BACKGROUND ................................................................................... 6

        A.      Summary of the Litigation and Plaintiffs' Claims .......................................... 6

                1.      The DRAM Industry ............................................................................ 8

                2.      The Product ......................................................................................... 9

                        a.      Technology ................................................................................ 9

                        b.      Density ..................................................................................... 11

                3.      DRAM Supply .................................................................................. 11

                        a.      Production Technology ........................................................... 11

                        b.      DRAM Suppliers ..................................................................... 12

                        c.      Hynix ....................................................................................... 15

V.      ANALYSIS .............................................................................................................. 21

        A.      Professor Murphy's Findings On Impact ..................................................... 21

        B.      Analytical Approach .................................................................................... 22

VII.    CRITIQUE OF PROFESSOR WHITE'S DAMAGES ANALYSIS ........................ 29

        A.      Professor White's Findings and Methods .................................................... 29

        B.      Professor White's Methods Applied ............................................................ 33

        C.      Professor White's Method of Calculating Damages for Plaintiffs ............. 38

## I.    BACKGROUND AND QUALIFICATIONS

1.    I am Robert H. Topel, the Brown Professor of Economics at the University of Chicago Graduate School of Business, and the Director of the George J. Stigler Center for the Study of the Economy and the State, also at the University of Chicago.

2.    I am an economist, and I specialize in (among other things) microeconomics and econometrics. I received a B.A. in economics from the University of California, Santa Barbara in 1974; a C.Phil. in Economics from the University of California, Los Angeles in 1978; and a Ph.D. in economics from the University of California, Los Angeles in 1981.  In addition to my position at the Graduate School of Business at the University of Chicago, I have been a member of the faculties in the Department of Economics at the University of Chicago and the Department of Economics at the University of California, Los Angeles.  At these institutions, I have taught courses on Economic Theory, Markets and Prices, Labor Markets, Compensation, Industrial Organization and Antitrust, and Business Strategy.  I am also a Principal at Chicago Partners, an economics consulting firm that specializes in the application of economic theory to a variety of legal and regulatory issues.

3.    From 1993 to 2003 I was the Editor of the Journal of Political Economy, and from 1991 to 1993 I was a member of the Editorial Board of the American Economic Review, two of the leading professional publications

Highly Confidential

in economics and economic theory. I am also a past founding editor of the Journal of Labor Economics (1982-92), and I am currently a member of the Editorial Advisory Board of the International Journal of the Economics of Business, among other editorial positions. In addition to my position at the University of Chicago I am a Research Associate of the National Bureau of Economic Research, an elected member of the Council on Income and Wealth, and an elected Founding Member of the National Academy of Social Insurance. In 2004, I was elected an inaugural Honorary Fellow of the Society of Labor Economists. I have held various visiting and research positions with the Board of Governors of the Federal Reserve, the World Bank, the Economics Research Center of the National Opinion Research Center, the Brookings Panel on Economic Activity, the Rand Corporation, and the Center for the Study of the Economy and the State, among others. I have published numerous articles in the academic literature. My curriculum vita and record of testimony appear in Appendix A. The Exhibits and Exhibit Appendix appear in Appendix B. The materials I have relied upon in forming my opinions are listed in Appendix C. And the Exhibits referenced in the Industry Background Section below appear in Appendix D. Chicago Partners is being compensated at a rate of $850 per hour for my work on this matter.

2

Highly Confidential

## II.    ASSIGNMENT

4.    I have been asked by counsel for Hynix Semiconductor Inc. and Hynix Semiconductor America Inc. ("Hynix," collectively), whether there is reliable economic evidence that market prices for dynamic random access memory (DRAM) were artificially elevated during the periods in which Plaintiffs allege collusive conduct by several DRAM producers, including Hynix.  In addition, if there is reliable evidence that a conspiracy raised prices, I have been asked to estimate the damages, in terms of overcharges on DRAM purchases that might have been suffered by the named Plaintiffs in this litigation.[1]  Finally, I have been asked to evaluate the econometric analyses and damage calculations of Plaintiffs' expert witness, Professor Halbert White.

5.    I present evidence related to two time periods—what Professor White refers to as the "conspiracy period" (August 1, 1998 through June 15, 2002) and the "plea period" (April 1, 1999 through June 15, 2002).[2]  I will broadly refer to these periods as the "conduct period," unless precise dates are important.

---

[1] Sun Microsystems, Inc., Unisys Corporation, All American Semiconductor, Inc., Edge Electronics, Inc., Jaco Electronics, Inc., and DRAM Claims Liquidation Trust (holding the claims of Silicon Graphics, Inc.), referred to collectively hereafter as "Plaintiffs".

[2] Plaintiffs' damages expert in this matter, Professor Halbert White, fixes his "conspiracy period" as running from August 1, 1998 to June 15, 2002, and his "plea period" from April 1, 1999 to June 15, 2002. In the direct purchaser class certification case, plaintiffs' experts Roger Noll and Paul Liu designated the class period as April 1999 to June 2002 (with two periods of conspiracy fromApril 1999 to December 2000 and December 2001 to June 2002).

Highly Confidential

## III.    PRINCIPAL FINDINGS AND OPINIONS

6.    Broadly speaking, I find that the behavior of DRAM prices during the conduct period is consistent with changes in market fundamentals—supply and demand.  More specifically, I find that prices were "high" in periods of unusually strong demand for DRAM, and that prices fell when demand dropped or costs of producing DRAM declined.  "But for" prices predicted by the evolution of supply and demand during the conduct period closely track actual prices, so that unexplained price gaps--the differences between actual and "but for" prices--are economically small relative to the normal variation in DRAM prices and statistically indistinguishable from zero.

i.    The average price gap over the alleged conspiracy period ranged from -8.4 percent to -1.3 percent.

ii.    The average price gap over the plea period ranged from -1.5 percent to 5.5 percent.

In other words, there is no compelling evidence that the challenged conduct materially affected market prices, or caused any material damage to the Plaintiff buyers.

7.    According to basic economic theory, in order for a conspiracy to successfully increase prices, participants must restrict market supply—fewer units must be sold than would have occurred absent the conspiracy.  Consistent with my above conclusions about prices and damages, there is

4

Highly Confidential

no significant evidence of effective supply reductions during the periods of alleged conspiracy claimed by Plaintiffs.

8.      Plaintiffs' experts do not show any evidence of a conspiracy directed towards output, much less that output was restricted in furtherance of a conspiracy.

9.      There is strong empirical evidence that movements in DRAM prices during the period of alleged conspiracy resulted from episodic changes in the demand for DRAM, and from changes in the cost of producing DRAM.  Prices were high when the demand for DRAM was unusually strong, and prices fell sharply when the end of the "dot com bubble" caused demand to drop.

10.    My finding that there is no compelling evidence of supply-related price increases is consistent with the findings of Professor Murphy, who found that there is no material evidence of impact on Plaintiffs' prices from the alleged conspiracy.

11.    My analysis has led to two overarching opinions:

Opinion #1:  A conspiracy must restrict supply in order to raise price.[3] Since there is no empirical evidence that price movements during the period of challenged conduct resulted from a conspiracy or from

---

[3] *See*, HAL R. VARIAN, INTERMEDIATE MICROECONOMICS: A MODERN APPROACH 490 (5th ed. 1999) ("A cartel consists of a number of firms colluding to restrict output and to maximize industry profit.").

5

systematic supply reductions generally, there is no empirical evidence that Plaintiffs' prices were affected by the alleged conspiratorial conduct.

Opinion #2: My conclusions about damages contrast sharply with those offered by Plaintiffs' expert, Professor Halbert White, who claims that market prices were elevated by as much as 50 percent during the alleged conspiracy period, and that Plaintiffs suffered damages in excess of $1 billion.[4] Professor White's damages estimates are overstated and unreliable for three principal reasons:

a.  He fails to connect his statistical analysis of OEM prices to the economic theory of price determination, and to known features of the DRAM market.

b.  He fails to connect his analysis of the putative effects of collusion to basic cartel theory, and economics generally.

c.  His method of imputing "damages" suffered by the named Plaintiffs from alleged overcharges to OEM buyers of DRAM is unreliable and inaccurate.

---

[4] Professor White's damage estimates, provided in Figures 15-18 of his expert report, vary depending on the conduct period, plea or conspiracy, and on whether non-US purchases are included. His estimates range from a low of $1.0 billion for the plea period and US-only purchases to $1.7 billion for US and Non-US Purchases in the conspiracy.

6

Highly Confidential

## IV.    INDUSTRY BACKGROUND[5]

### A.    Summary of the Litigation and Plaintiffs' Claims

12.    This litigation takes place against the background of an investigation by the U.S. Department of Justice ("DOJ"), begun in mid-2002, of possible price fixing by DRAM suppliers.  Since that investigation began, four DRAM suppliers have entered guilty pleas,[6] in which they acknowledged that they engaged in discussions with competitors about prices for DRAM sold to six specific Original Equipment Manufacturers ("OEMs"):  Dell, Inc., Hewlett-Packard Company, Compaq Computer Corporation, International Business Machines Corporation ("IBM"), Apple Computer, Inc., and Gateway, Inc. (which I refer to collectively as the "six OEMs") during certain periods within the plea period.  In addition, some individual employees of the DRAM suppliers entered their own plea agreements regarding the alleged price-fixing activity during this period. In these agreements, the four DRAM suppliers and their individual employees acknowledge specific contacts and discussions with competitors.

13.    Plaintiffs in this litigation claim in their Amended Complaints that the alleged conspiracy began by January 1997 and continued through at least

---

[5] Because I rely upon and concur with Professor Murphy's background section, for convenience I set it forth below. Exhibits referenced in this section are contained in a separate Appendix D ("Murphy Exhibits"), and are numbered to correspond to their numbers in Professor Murphy's report.
[6] Hynix, Infineon, Elpida and Samsung. *See*, http://www.usdoj.gov/atr/public/press_releases/2007/222770.htm (visited January 23, 2007).  In addition, Micron cooperated in the DOJ investigation.

7

Highly Confidential

the middle of 2002.  Their experts claim that Plaintiffs were overcharged for their DRAM purchases throughout the period August 1, 1998 through June 15, 2002, a period that incorporates and extends the plea period. Plaintiffs submitted an expert report by Professor Marshall, in which he claims to offer empirical analysis that shows that a conspiracy to raise OEM prices also would have increased prices to Plaintiffs, because Plaintiffs' and OEM prices allegedly "move together."  Plaintiffs also submitted a report by Professor White, in which he presents his estimates of Plaintiffs' overcharges under the two alternative conspiracy-duration assumptions that Plaintiffs' counsel asked him to make – $1.713 billion (for the alleged conspiracy period) and $1.276 billion (for the plea period). As I discuss later in my report, the analyses presented by both Professor Marshall and Professor White are critically flawed and provide no support for Plaintiffs' claims of impact and economic damages.

**1.      The DRAM Industry**

14.    In this section, I present a brief summary of some economically relevant features of the DRAM industry.  I rely for my understanding on, among other materials, the Expert Report of Victor G. De Dios submitted in related litigation.[7]

---

[7] Expert Report of Victor G. De Dios on Behalf of Micron Technology Inc. and Micron Semiconductor Products, NC. (October 2, 2006), *In re Dynamic Random Access Memory (DRAM) Litigation*, Case No. M-02-1486 (PJH), MDL-1486.

Highly Confidential

15.    Dynamic Random Access Memory ("DRAM") integrated circuits have existed since invented by Intel in 1970.[8] These electronic memory microchips store digital information for high-speed retrieval.[9] Demand for DRAM is largely derived from demand for new equipment, in particular new PCs, workstations and servers, and from the enhanced capability required for efficient operation of operating systems and other software upgrades of existing equipment. As I explain further below, as a consequence the growth in demand for DRAM declined substantially when the technology "bubble" burst in 2000, which brought to an end the rapid growth in demand for PCs and servers that had prevailed during the tech boom.

16.    DRAM accounts for a relatively small percentage of the total cost of a PC or server: 7-9 percent of the Bill of Materials, according to one source,[10] while according to another, "[r]eportedly, DRAMs and DRAM modules account for 3 to 15 percent of the cost of a PC or laptop, and a slightly higher share of the total cost of a server."[11] Economists refer to the demand for a product such as DRAM as a derived demand, because aggregate DRAM demand largely is "derived from" demand for complementary

_____

[8] http://inventors.about.com/library/weekly/aa100898.htm (visited 1/22/2008).
[9] "Order Granting Summary Judgment in Part and Denying Summary Judgment in Part," *In re Dynamic Random Access Memory (DRAM) Antitrust Litigation*, No. M 02-1486 PJH (N.D.C.A., Feb. 20, 2007).
[10] Prudential Equity Group, "IT Hardware," October 13, 2006 (28-29) (stating that DRAM accounts for seven percent of Bill of Materials for laptops and nine percent for desktops and servers).
[11] "DRAMs and DRAM Modules from Korea," Investigation No. 701-TA-431 (Preliminary), Determination and Views of the Commission (USITC Publication No. 3569, December 2002), at 18.

9

Highly Confidential

hardware and software products.  However, DRAM is not used in fixed proportions with associated products, because OEMs and final consumers can choose the amount of DRAM, within certain limits, based on each customers' individual memory requirements and on the price of memory.

### 2.    The Product

#### a.    Technology

17.    Like all integrated circuits, DRAM technology is constantly evolving. DRAM technology has progressed through several generations, with the industry typically concentrated on one or two particular standards at a given time. However, individual purchasers often lead or lag the change to the next generation of technology.  Over the past two decades, the most popular technologies, and the timing of their adoption, have been:

- Fast Page Mode ("FPM"), which was introduced in 1987.  This was followed by Extended Data Out ("EDO"), in 1995.  Both FPM and EDO are asynchronous DRAM and are frequently combined together in industry statistics.

- Synchronous DRAM ("SDRAM") was introduced in 1996-97.  It synchronized data transfer with the CPU's clock cycle, which improved efficiency.  The PC industry was converting from FPM/EDO to SDRAM by 1996, and SDRAM had become the dominant technology used in PCs by 1998.  However, as I show later in my report, FPM/EDO remained an important technology in

Highly Confidential

server applications for companies such as Sun for several more years.

- Rambus DRAM ("RDRAM") was introduced in 1999.  Unlike FPM/EDO, SDRAM and subsequent DRAM generations, RDRAM was developed by a private firm, Rambus, outside the industry standard setting organization.  Intel initially supported RDRAM as the primary memory technology for PCs based on its Pentium IV processor, but it subsequently dropped its support and chose to support DDR-SDRAM instead.[12]

- Double Data Rate ("DDR") and DDR2 SDRAM, introduced in 1999 and 2004, respectively, are evolutionary advances on SDRAM.  In both technologies, data transfer occurs twice each clock cycle, compared with once in standard SDRAM.

### b.    Density

18.    DRAM density is a measure of the chip's storage capacity, or the amount of information that it can hold.  Early (1996) DRAM generations were 16 megabits ("Mbs"), while today DRAM chips with 512 Mb or 1 GB are common.  Exhibit 1 shows the evolution to higher densities.

---

[12] *See,* Jack Robertson, "Intel Roadmap Shows Little Rambus Support" (10/20/2004) (www.techweb.com/wire/story/TWB20001020S0016).

11

Highly Confidential

### 3.    DRAM Supply

#### a.    Production Technology

19.    DRAM is manufactured in production plants known as fabrication facilities, or "fabs." The basic raw material for DRAMs is silicon wafer, which many DRAM manufacturers purchase from third parties.[13]  The manufacture of DRAMs from these wafers involves polishing the wafer, photolithography to transfer the circuit pattern to the wafer; etching the circuit pattern; cleaning; electroplating a conducting metal on the wafer surface; and sorting, testing and packaging the chips.[14]  These chips then can be sold to OEMs or distributors as chips, or they can be assembled into memory modules, either by the DRAM manufacturer or by a third-party module manufacturer.

20.    Fab improvements can occur either incrementally or through complete redesign and new construction, depending on the extent of product evolution involved.  In some cases, fab upgrades can be accomplished without reducing a facility's production rate substantially.  However, major conversion of productive capability, such as to manufacture larger wafers (e.g., going from six inch to eight inch) or substantially thinner line width chips, can require a shutdown of facilities, such as occurred when

---

[13] *See, e.g.,* Burton Nicoson Tr., 31:9 - 32:17 (indicating that Samsung purchased wafers from third-party suppliers for all of its DRAM manufacturing facilities); Susan Huang (Backend Production Manager at ProMOS) Tr., 23:17 - 23:22 (stating that ProMos also purchased all of its raw wafers from third-party suppliers).

[14] *See, e.g.,* "Economic Impact of Measurement in the Semiconductor Industry," prepared by RTI International for National Institute of Standards and Technology, December 2007, pp. 2-3 to 2-6 (which refers to http://www.sematech.org/corporate/news/mfgproc/mfgproc.htm).

12

Highly Confidential

Hynix temporarily shut down its U.S. facility in 2001 to move from 64MB to 256MB production.[15]

### b.    DRAM Suppliers

21.    Exhibit 2 shows the market shares of the largest DRAM suppliers from 1996-2005.  In 2001, Samsung was the largest supplier, with 27.1 percent of total worldwide DRAM revenue.  Micron was the second largest supplier, with a market share of 19.7 percent, followed by Hynix with a market share of 15.7 percent.

22.    Market shares of DRAM suppliers changed considerably over the period 1996 through 2005, including during the period of alleged conspiracy. Samsung's share increased from 16.9 percent in 1996 to 23.6 percent in 1998, and then increased again in 2001 (to 27.1 percent) and 2002 (to 32.2 percent).  Infineon's share grew steadily, from 3.4 percent in 1996 to almost 11 percent in 2001 and 15.4 percent in 2003.  There were significant changes in market shares for other DRAM suppliers as well.

23.    Neither Samsung nor Infineon made any major acquisitions during this time, so the changes in their market shares reflect only their organic growth.  There was considerable consolidation among other suppliers in the industry, however.  Exhibit 3 shows the evolution of firms' market shares based on the combined sales of all the entities each had acquired by

---

[15] Hynix shut down its Eugene fab to upgrade to thinner technology (*see*, Hynix Annual Report 2002 7 to 8 ("[w]e upgraded our Eugene, Oregon fab from 64M production at $0.22_{\mu m}$ technology to 256M production at $0.15_{\mu m}$ technology").

Highly Confidential

the end of 2005.  For example, sales of Hyundai Electronics and LG Semicon, which combined in 1999 under pressure from the Korean government and then became Hynix in 2001, are shown as Hynix throughout the period.  On this basis, Hynix's share, which was 16.9 percent in 1996, reached 19.3 percent in 1999 (the year Hyundai and LG merged), then declined over the next three years before beginning an upward trend in 2003.  Elpida, which was formed in 2001 through a merger of NEC and Hitachi, and which then acquired Mitsubishi in 2003, suffered a long decline in share to a low of 4.4 percent in 2003, even though its three component firms had a combined market share of 26.9 percent in 1996.

24.    There was substantial exit of suppliers during the 1996-2002 time period, and not all through acquisition. There also was a change in the geographic distribution of DRAM supply.  In 1997, the leading chipmakers in Japan – NEC, Toshiba, Fujitsu, Hitachi and Mitsubishi Electric – collectively accounted for 36.1 percent of total DRAM revenue, compared with 34.2 percent for the three South Korean firms – Samsung, Hyundai and LG.  By 2002, Elpida (formed from NEC and Hitachi) and Mitsubishi were the only remaining Japanese DRAM suppliers, with a combined 6.4 percent share.  The two large Korean firms – Samsung and Hynix – then had a combined share of 44.9 percent.

14

Highly Confidential

25.    As a result of the merger activity and the exit of suppliers during the period of alleged conspiracy, there was substantial change in concentration in the DRAM industry, as shown in Exhibit 4.[16]  In 1997, the top three DRAM suppliers – Samsung, NEC and Hyundai – accounted for 38.1 percent of total industry revenue.  In 2001, the top three DRAM suppliers – Samsung, Micron and Hynix – accounted for 62.5 percent of total industry revenue.  The corresponding figures for the top four suppliers were 47.1 percent in 1997 and 73.4 percent in 2001.

### c.    Hynix

26.    Hynix, a South Korean firm, was formed from the merger of Hyundai Electronics, which had been part of the Hyundai Group, and LG Semicon. Hyundai acquired the LG Semicon business in 1999, and the firm was renamed Hynix Semiconductor in 2001.  At the time of their merger, LG operated several fabs in Cheongju and one in Gumi (both in Korea), while Hyundai operated several fabs in Icheon, South Korea and one in Eugene, Oregon.[17]  The Hyundai-LG merger, which had been announced in September 1998, was completed in October 1999.

### 1.    Hynix's Financial History

---

[16] This is noted in W. J. Kim, *et al.*, "Demand forecasting for multigenerational products combining discrete choice and dynamics of diffusion under technological trajectories," 72 Technological Forecasting & Social Change 825, 828 (2005): "On the supply side, the intense competition among the DRAM manufacturers spurred the rapid introduction of new DRAM generations resulting in substantial restructuring of the industry, which caused the market to evolve from a state of almost perfect competition to an oligopolistic one . . . the consolidation began in 1998".

[17] *See,* Hynix's Supplemental Response to Plaintiffs Sun Microsystems, *et. al.* at 7.

15

Highly Confidential

27.   The "forced" merger of Hyundai and LG was motivated by the financial difficulties of both companies and the change in policy toward chaebols, or large industrial conglomerates, by the South Korean government acting under IMF pressure to restructure these firms.[18] The government hired Arthur D. Little Inc. ("ADL") to recommend which partner should run the combined firm[19] and, after examining the two firms' operations, ADL favored Hyundai.[20]  LG continued to resist the acquisition, but finally agreed in January 1999:  "LG's decision came less than two weeks after it rejected a mandate by the South Korean government to merge its chip operations with Hyundai's. When LG refused to do so, the government took steps to cut off its credit lines."[21] The merger was completed about a year after it first was proposed.

28.   The merger did not stop financial losses at Hyundai, however.  The acquisition added to the company's debt, which totaled about $5.7 billion in August 2001.  In 2000, Hynix reported a loss of $1.7 billion.

29.   The company received large and frequent financial assistance over the next two years.  As shown in Exhibit 5, in January 2001, the state-run Korea Development Bank agreed to purchase 80 percent of the company's

_____

[18] *See*, Evelyn Iritani, "Big Korean 'Chaebol' agree to IMF Reforms," PITTSBURGH POST-GAZETTE, January 14, 1998.  The IMF did not explicitly call for the Hyundai-LG merger and the United States and Micron were adamantly opposed to any use of IMF money for DRAM suppliers.

[19] Jack Robertson, "Korea presses Hyundai, LG to finish deal," ELECTRONIC BUYERS' NEWS, Dec. 14, 1998.

[20] Yoo Choon-sik, "S. Korea Hyundai wins first battle for merger," REUTERS NEWS, Dec. 24, 1998.

[21] Jack Robertson, "LG Set To Leave Chip Market", Channel Web Network, Jan. 14, 1999, available at HTTP://WWW.CRN.COM/IT-CHANNEL/18806651 (visited Jan. 2, 2008).

16

Highly Confidential

maturing corporate bonds in order to prevent the firm's bankruptcy.[22]  In May 2001, Hynix required a $4.4 billion rescue package, including debt rescheduling and short-term financing, and its subsequent global depository receipts ("GDR") issue in June 2001 raised $1.25 billion.[23]  In September 2001, creditors restructured Hynix's debt again to prevent the company's bankruptcy. At the end of October 2001, Hynix creditors approved additional bailouts and swapped over $3 billion in company debt for equity.  One of the ironies of Plaintiffs' contention that Hynix's prices were inflated by conspiracy is that, for some of the alleged conspiracy period, the U.S. government concluded that the Korean government's subsidization of Hynix allowed it to survive and charge low prices and thereby injure U.S. DRAM producers.[24] In early 1998, Hyundai began producing DRAM wafers at a fab in Eugene, Oregon, which had been under development since 1995.[25]  After three years of manufacturing, Hynix closed the Eugene facility in July 2001 for six months and invested about $150 million to upgrade from producing 64MB SDRAM at .22 micron technology to 256MB SDRAM at .15 micron technology.[26]

---

[22] Jay Solomon, "Creditors consider converting debt to equity to help Hynix," THE ASIAN WALL STREET JOURNAL, August 23, 2001.

[23] Hynix issued new shares on European exchanges through GDRs. *Id.*

[24] DRAMs and DRAM Modules from Korea, Investigation No. 701-TA-431 (Final), (USITC Publication No. 3616, August 2003) at 25.

[25] Production was originally expected in the second half of 1997, but opening was delayed due to environmental permit issues. Integrated Circuit Engineering Corporation, Profiles 1998, 5-35, *available at* http://smithsonianchips.si.edu/ice/cd/PROF98/ROW.PDF.

[26] Cataldo, Anthony and Paul Kallender, "Hynix, Fujitsu temporarily shutter fabs in Oregon," ELECTRONIC ENGINEERING TIMES, July 23, 2001.

Highly Confidential

According to the company, the shutdown and conversion were undertaken so that "the Eugene facility … will be a much stronger and more competitive operation."[27] During the alleged conspiracy period, Hynix converted some DRAM capacity at older fabs to other products, shut some old fabs, and opened a new fab.  See Exhibit 6.

## 2.    The "Kill Hynix" Episode

30.    An irony of Plaintiffs' claims against Hynix is that, for much of 2001, Samsung and other DRAM suppliers were offering unusually low prices. Accounts of some market participants contain claims that these manufacturers offered lower prices, hoping that Hynix would suffer financial hardship or go bankrupt by being forced to match those prices.[28] This effort failed when Hynix's creditors agreed in September 2001, and then again in October 2001, to restructure the company's debt to keep it from bankruptcy.

31.    In late 2001, rumors began to circulate about a potential merger between Micron and Hynix.  In December, the firms confirmed that they were

---

[27] Hynix press release, July 19, 2001, *available at* http://www.hynix.com/gl/pr_room/news_data_readA.jsp?NEWS_DATE=2001-07-19:10:35:09&CurrentPageNo=2&SearchKind=4&SearchWord=&SELECT_DATE=2001&menuNo=02&m=01&s=01.

[28] *See*, e.g., ITNA01012531 (an email from Abraham Lim, an Infineon employee, stating that "Samsung did have almost no price strategy until September. They were under 'Don't ask but sell' policy to pressure Hynix and us and to take market share").  In another email, another Infineon employee wrote that "it appears Samsung is quoting politically low prices…This is done to have competition following their prices move and to weaken the financial position with the eventual decision to cease DRAM operation. In the case of Hynix, this price move is supposed to be a sign for the investors." ITNA01012533.

18

Highly Confidential

discussing a merger, a proposal that Hynix ultimately rejected in April 2002.[29]

### 3.    Hynix's Relationship with Sun

32.    During the period of alleged conspiracy, Hynix was not a "strategic memory supplier" to Sun.[30]  After the merger with LG, Hynix supplied Sun with DRAM products that Sun previously purchased from LG.[31] However, Hynix did not sell many other products to Sun.  In particular, Hynix was never qualified to supply Sun with the NG-DIMM, a custom memory module that Sun began to develop in 1999 that incorporated SDRAM.[32]

33.    As shown in Exhibit 7, which is based on the Defendants' combined dataset (for U.S. sales), Hynix did not directly supply Sun with DRAM in either 1998 or 2002, and in no year during the alleged conspiracy did Hynix directly supply more than 5.9 percent of Sun's total purchases. Based on the Defendants' combined dataset (of U.S. sales), during the alleged conspiracy period as a whole, Hynix supplied only about 2.5

---

[29] *See, e.g.* "Hynix mulls merger with Micron," BBC News, 12/03/2001, *available at* http://news.bbc.co.uk/1/hi/business/1688926.stm (stating that Hynix had confirmed that it was in merger talks with Micron); Sherri Buri McDonald, "Hynix board spurns Micron bid", THE REGISTER-Guard, 5/1/2002, *available at* http://www.thefreelibrary.com/Hynix+board+spurns+Micron+bid.(Business)(Merger:+The+move+ends+five...-a085561977 (describing the Hynix Board of Directors' vote to reject the Micron merger offer due to disagreements about the post-merger restructuring plan).

[30]

[31]

PUBLICLY REDACTED

[32]

19

Highly Confidential

percent of Sun's total DRAM, and virtually all of this supply was of legacy FPM/EDO DRAM products from the LG fabs that Sun had qualified before the merger of Hyundai and LG. Because Sun accounts for over 80 percent of total purchases by the Plaintiffs based on the Defendants' dataset, Hynix supplied only about four percent of total purchases by Plaintiffs during the alleged conspiracy period. Throughout the alleged conspiracy period, however, Hynix repeatedly attempted to become qualified on a greater number of Sun products, including the NG DIMM, with the goal of becoming one of Sun's tier-one suppliers.[33] However, Sun was concerned about doing business with Hynix because of "quality issues,"[34] and Sun also was concerned about dumping duties imposed on Hynix.[35] Because Sun intentionally limited the number of authorized



[33]

PUBLICLY REDACTED

[34]

PUBLICLY REDACTED

[35]

PUBLICLY
REDACTED

20

Highly Confidential

suppliers for each of its products to three or four,[36] it appears to have had little interest in working with Hynix to enable it to become an authorized Sun vendor on many products.[37]  According to one former Hynix employee:

> At the time Sun didn't seem to have an interest in doing any business with Hyundai, and it was my job to just at least get in and talk to them about what they're doing.  And Pete [Wilson – Supply-Based Development Manager at Sun] would definitely entertain that for me, he knew that was part of my job.  He – he would always kind of say, you know, I feel bad, you come out, you take me to lunch.  You know, I'm telling you, I'm not going to give you any business.  . . .  No, I don't think we ever got close to any price negotiations, to be honest.[38]

Sun maintained this position even though Hynix offered to work with Sun to meet its needs and to provide it with DRAM at prices that were as good as or better than prices offered by Sun's primary suppliers.[39]



[36] PUBLICLY REDACTED

[37] PUBLICLY REDACTED

[38] Robert Sharpe Tr., 12/17/2007, 21:3-18.
[39] For example, an October 18, 1999 email from Peter Wilson reports on a meeting between Sun and Hyundai around the time of the LG merger, about which Wilson writes,

PUBLICLY REDACTED

*See also* SUN0029281-348 (In April, 2001, Sun's "Supplier Assessment" list evaluated the major DRAM suppliers on a number of different factors and a "positive" factor for "Hyundai" was its "pricing").

21

Highly Confidential

## V.    ANALYSIS

### A.    Professor Murphy's Findings On Impact

34.    Professor Kevin Murphy also analyzes the question of impact—were prices inexplicably elevated during the conduct periods?  In particular, Professor Murphy examines whether conditions in the DRAM industry were conducive to an effective conspiracy, and whether the economic evidence favors the hypothesis that an alleged conspiracy raised DRAM prices compared to what would have occurred under normal market conditions. Importantly—and in sharp contrast to Professor White— Professor Murphy's analysis is firmly grounded in the economic theory of price determination, and consistent with known features of the DRAM market.

35.    Professor Murphy finds, and I agree, that the overriding determinant of DRAM prices in the long run is cost.  Since costs have fallen with technological advances in manufacturing processes, prices should also fall steadily over time.  This is in fact what we observe.

36.    Professor Murphy also finds that the majority of the observed movements in prices during the conspiracy period can be understood as the outcome of observable changes in demand and cost conditions, which were not captured by Professor White's mechanistic procedure. Whereas Professor White finds a gap between actual prices and those predicted by his statistical model in the neighborhood of 50 percent, Professor Murphy's

22

and my estimates of "unexplained" price gaps are numerically small, often negative, and statistically indistinguishable from zero by standard criteria.

**B.    Analytical Approach**

37.    My analysis, like that of Professor Murphy, is based on a simple supply-demand model—the most basic tool of economics.  As a preliminary matter, it is well known that unit costs are a key determinant of prices over the long term in competitive markets, because supply represents the incremental cost of production and distribution.[40]  This point is especially important in markets, like that for DRAM, where cost-reducing technical advances are known to have increased supply and reduced prices.[41]  Remarkably, Professor White's analysis ignores the important role of technology-driven cost reductions on DRAM prices, despite the fact that cost data are readily available from the record in this case.

38.    Exhibit 1 shows the relationship between Professor White's OEM DRAM price index and Micron's average unit cost of DRAM from the beginning of 1996 through the end of 2004.[42]  The broad message of Exhibit 1 is that

---

[40] STEVEN LANDSBURG, PRICE THEORY AND APPLICATIONS, Chapter 7 (7th ed. 2007).

[41] The effect of advances in technology on DRAM production costs is discussed in the Expert Report of Victor G. DeDios, 10/2/06, page 10 (and illustrated in his Table1): "The DRAM companies are constantly seeking to reduce costs and improve efficiency. As the DRAM industry moves to a new process and density and maximizes wafer efficiency, or memory bits per wafer, it lowers the cost per bit substantially. For a given wafer processing cost, a DRAM company can reduce cost per bit by increasing the bit density per DRAM die and by increasing the number of die per wafer."

[42] All exhibits are contained in Appendices B and C.  This exhibit, and those that follow, graph the natural logarithm of the variables, so that proportional changes are comparable when quantities are measured in different units.   The cost data are the average cost per megabit for Micron,, provided with the Expert

23

DRAM prices track the decline in unit costs over the period. This is what economic theory predict.[43]

39.    Exhibit 2 shows the behavior of the "but for" price series predicted by Professor White's statistical model—the prices that, he claims, would have occurred in the absence of the alleged effects of a conspiracy—along with actual price and unit costs during the "conspiracy period." Professor White's predicted prices do not track changes in costs, which is powerful economic evidence that these predictions are an unreliable benchmark for divining the effects of an alleged conspiracy. Specifically, Professor White's "but for" price falls much more rapidly than unit cost until late 2000, a period where actual prices (which were volatile) also did not decline much. I will return to the shortcomings of Professor White's analysis below.

40.    My analysis incorporates the impact of changing costs on prices, and also incorporates the effects of changes in demand and other components of supply on market prices. I utilize the fact that, with existing estimates of supply and demand elasticities, which were cited but not used by Professors White and Marshall, information on prices and quantities can be used to reliably calibrate the behavior of supply and demand for DRAM over time. The U.S. government source cited by Professors White

Report of Carl Shapiro (October 2, 2006), *In re Dynamic Random Access Memory (DRAM) Litigation*, Case No. M-02-1486 (PJH), MDL-1486.

[43] Micron's average unit cost data include overhead, and various adjustments that could affect the relationship between cost and price in the short run. My statistical analysis accounts for this.

24

Highly Confidential

and Marshall place the elasticity of supply of DRAM in a fairly narrow range, between 0.3 and 0.5.[44] I use the midpoint, $E^S = 0.4$, as a reasonable value for the short run elasticity of supply. The same sources place the elasticity of demand in the slightly wider interval between -.7 and -.3. Again, I take the midpoint of the interval, $E^D = -.5$, as a reasonable value for the elasticity of demand. This value is fully consistent with Professor White's claim that the demand for DRAM should be relatively inelastic, as well as with other testimony in related matters involving the DRAM market.

41. With these elasticities of demand and supply, the market equilibrium price at any date, t, will evolve according to

$$(1) \qquad Price_t = \frac{1}{E^S - E^D}(Demand_t - Supply_t)$$

42. In equation (1), $Price_t$ denotes the natural logarithm of the DRAM price index in month t. An increase in *Demand* represents a greater desire of buyers to purchase DRAM at given prices, while an increase in *Supply* represents a greater willingness of sellers to provide DRAM at given prices. With given elasticities $E^D$ and $E^S$ they may be calculated as $Demand_t = Q_t - E^D Price_t$, and $Supply_t = Q_t - E^S Price_t$, where $Q_t$, is the market equilibrium quantity of DRAM sold in month t.

---

[44] DRAMs and DRAM Modules from Korea, Investigation No. 701-TA-431 (Final), (USITC Publication No. 3616, August 2003) at II-9.

25

Highly Confidential

43. According to (1), an increase in the demand for DRAM will raise the market price, while an increase in supply will lower it. The magnitude of the price change depends inversely on the elasticities of supply and demand. With the indicated values $E^S = 0.4$ and $E^D = -.5$, the response of price to a unit change in demand is $\dfrac{1}{.4-(-.5)} = \dfrac{1}{.9} = 1.11$. This means that a

10 percent increase in the demand for DRAM at given prices would raise the market price by about 11 percent, while a 10 percent increase in sellers' willingness to provide DRAM at given prices would reduce the price by about 11 percent.

44. As I noted earlier, a conspiracy that successfully raises the market price must restrict supply. As actual supply during the conduct periods could be, at in theory, "tainted" by the allegedly collusive conduct of DRAM sellers, I follow Professor Murphy in imputing "but for" supply during the conduct periods from the behavior of supply *outside* of those periods. As Plaintiffs' alleged "conspiracy period" contains the "plea period," I use information on the rate of change of supply and the relation of supply to costs from *outside* the "conspiracy" period to predict the evolution of supply *inside* the "conspiracy" and "plea" periods. I then replace $Supply_t$, in equation (1) with its predicted values, and I predict the behavior of DRAM prices during the two conduct periods.

26

Highly Confidential

45.    I predict $Supply_t$ by two similar methods.  In the first I allow supply to be affected by measured unit costs of DRAM, as shown in Exhibit 1, and a simple linear trend.  I estimate the rate of change of *Supply* and its relation to costs using only data from outside the "conspiracy" period, and use these relationships to predict the evolution of *Supply* inside both the "conspiracy" period and the "plea" period. The second procedure uses well-known "instrumental variables" techniques to estimate this relationship, where I treat unit costs as a (possibly) endogenous variable.[45] These are the same procedures followed by Professor Murphy in his report.  Parameter estimates for these procedures are shown in Exhibit 3.

46.    Exhibits 4 and 5 show the actual and predicted evolution of *Supply* based on each of these two models. Aside from trend, which simply predicts a constant rate of *Supply* growth, variations in predicted Supply during the conduct periods are driven largely by changes in unit costs.  Note that Exhibits 4 and 5 provide no meaningful evidence that *Supply* evolved differently during the conduct periods than before or after—the actual and predicted values of *Supply* largely move together.  Put differently, there is no meaningful evidence in Exhibits 4 and 5 that actual *Supply* was

_____

[45] The instruments are a measure of cumulative experience in producing types of DRAM as of month $t$, and the log weighted average density of DRAM in a particular month.  Experience is calculated as historical units shipped for each density in the immediately preceding 48 month period and averaging historical units across densities using current shipments (in megabits) as weights.  Density is a weighted average of the log of DRAM densities sold in each month.  Instrumental variables estimation is discussed in all graduate econometrics textbooks.  *See, e.g.*, WILLIAM GREENE, ECONOMETRIC ANALYSIS, Chapter 15 (6th Edition, 2007).

27

Highly Confidential

restricted, which is necessary for alleged collusion to successfully raise DRAM prices.

47. Exhibits 6 and 7 show the results of using the predicted evolution of *Supply* together with *Demand*, to predict the evolution of DRAM prices, using equation (1). In both cases, predicted prices closely track actual prices during the conduct periods, and there is no meaningful evidence that prices are materially different—either higher or lower—than one would expect from a simple economic model of supply and demand.

48. More formal evidence on this point is contained in Exhibit 8, which shows average price "gaps"—the difference between actual DRAM prices during the conduct periods and their "but for" values predicted from demand and the predicted evolution of supply. For the alleged "conspiracy" period, the average difference between actual and predicted prices is -8.4 percent (actual prices were slightly lower than predicted) using Method 1 for predicting *Supply*, and -1.3 percent using Method 2. Both point estimates are negative, and neither estimate is statistically distinguishable from zero by standard criteria.

49. For the "plea" period, the average difference between actual and predicted prices equals -1.5 percent using Method 1 and 5.5 percent using Method 2. Again, these estimated price differences are not statistically distinguishable from zero by standard criteria.

28

Highly Confidential

50. None of the price differences shown in Exhibit 8 are economically large relative to the normal variation in DRAM prices, and in no case can we conclude with any confidence that the true price difference is even positive. In other words, there is no evidence that prices paid by OEM buyers were materially higher during the conduct periods than would have occurred under normal market conditions.

51. The price differences shown in Exhibit 8 are far below the estimates of Professor White, who claimed that actual DRAM prices during the conduct periods exceeded their "but for" values by as much as 50 percent.

52. In Professor White's theory of damages, higher prices paid by OEM buyers are an essential first step in inferring damages for the named Plaintiffs. I will detail the reasons for Professor White's erroneous estimates of "but for" prices below. Here, however, I merely note that in his theory of damages, lack of impact on OEM prices implies lack of damages to named Plaintiffs. Therefore, I conclude that, even absent an investigation of prices paid by Plaintiffs there is no credible evidence that Plaintiffs were harmed.

53. As I find no evidence that prices were increased or supply restricted during either the alleged "conspiracy" or "plea" periods, there is no material evidence that Plaintiffs (or anyone else) were damaged by paying higher prices during any period at issue in this case. My best estimate of damages is that there were none.

29

Highly Confidential

## VII.    CRITIQUE OF PROFESSOR WHITE'S DAMAGES ANALYSIS

### A.    Professor White's Findings and Methods

54.    Professor White presents a statistical analysis of prices in the DRAM industry.  His statistical model returns remarkable estimates of overcharges, between 40 and 50 percent, resulting in "damages" for the named Plaintiffs of up to $1.7 billion in his "conspiracy" period, and up to $1.3 billion in his "plea" period.

55.    Professor White reaches these conclusions via a statistical time-series model of price changes, which he estimates on data from outside the conduct periods and then uses to predict the evolution of prices within the conduct periods.  As shown in Exhibits 9 and 10, his model does poorly in predicting price movements within the conduct periods, and from this poor performance he concludes that any difference between what actually happened to prices and what his model predicts must be due to conspiracy.

56.    Professor White's model fails to predict actual prices because it does not capture the structural forces of demand and supply that affected DRAM prices and quantities during the conduct periods identified by Plaintiffs. Indeed, Professor White does not even analyze DRAM *quantities*; a notable omission from a study that purports to identify the effects of collusive conduct.

57.    Professor White's damage analysis suffers from three fundamental flaws:

Highly Confidential

a.   He fails to connect his statistical analysis of OEM prices to the economic theory of price determination, and to known features of the DRAM market.  His selection of variables to include in his price model is almost entirely algorithm-driven, and Professor White shows virtually no interest in whether the estimated impacts of these variables make economic sense.[46]  In effect, his algorithm is a statistical machine, and the user of that machine plays little role in determining or interpreting what it produces.  Because of this, Professor White and his model cannot see the important economic forces that affected prices during the conduct periods.

b.   He fails to connect his analysis of the putative effects of collusion to basic cartel theory, and economics generally. He does not attempt to tie his analysis to the facts of this case.  Indeed, his report (and deposition testimony) is bereft of economic and empirical analysis identifying conspiratorial conduct that would trigger a reduction in supply of the magnitude necessary to support his "overcharge" predictions.  Professor White offers no analysis demonstrating that any conspiracy successfully restricted output, nor does he show that injury to plaintiffs flowed from such a restriction.[47]  Plaintiffs' claim that output was restricted by agreement among the

---

[46] Halbert White Tr., 100:14 – 101:1.

[47] Professor White states in paragraph 2 of his report that he was charged to "assume that the defendants engaged in a conspiracy to fix the price of Dynamic Random Access Memory."  Expert Report of Halbert White at ¶ 2.

31

defendants is simply not consistent with the evidence on DRAM quantities or the demand for DRAM during the conduct periods, which Professor White ignores.

c.     His method of imputing "damages" suffered by the named Plaintiffs from alleged overcharges to OEM buyers of DRAM is unreliable and inaccurate.

58.   Inspection of Exhibits 9 and 10 reveals that Professor White's model cannot account for the relatively high and volatile prices that occurred early in the conduct periods, nor can it account for the rapid decline in prices that began late in 2000.  In effect, Professor White's model predicts a fairly smooth decline in prices (and in their rate of decline) that links the pre-and post-conduct periods.  Short run variations in his predicted price about its trend during the conduct period are similar to what had occurred before and after the conduct periods, which might lead to the conclusion that nothing unusual (other than an alleged conspiracy) might have happened in between.  But unusual events did occur in between and, as Professor Murphy has shown, those events can explain the price movements that Professor White's statistical model cannot.

59.   The prediction equation advanced by Professor White is essentially devoid of economic content.  Beyond initially specifying "candidate predictors" that he feels are plausibly related to price, Professor White specifically and economics generally play no role in which variables might

32

Highly Confidential

be relevant predictors of outcomes during the conduct periods. The algorithm itself chooses his "relevant predictors" from the initial list using mechanical techniques, regardless of whether the variables in question are consistent with economic theory or are likely to do well in predicting outcomes in the conduct periods.

60.    In his own words, Professor White cautions against just such an exercise as he performs in this case:

> "A good economic model should consider economic theory appropriate to the case at hand; it should consider specifics that are relevant for the specific industry that [is] being studied; it should consider appropriate data that reflect on the different dimensions of interest for the study of the model; and it should take into account the particular nature and quality of that data so that the statistical analysis can be applied to the economic model in the most effective and reliable way."[48]

A United States District Court recently rejected Professor White's methodology :

> Professor White's analysis does not begin with a reasonable specification of the underlying economics of the marketplace. If economic principles dictate that a variable belonging in equations be estimated, "it should be in the model." Professor White "throws out what" his technique wants to throw out, and that is "not a proper mechanism for proceeding."[49]

61.    This criticism of the court is dead-on, and it applies with equal force in this case.

---

[48] *Federal Trade Commission  v. Foster, et al.,* No. CIV 07-352 at ¶ 393 (D.N.M. 2007) (mem. opinion) (quoting White's expert report on behalf of the FTC at 537:15-23).
[49] *Id.* at ¶ 394 (citations omitted).

33

Highly Confidential

**B.    Professor White's Methods Applied**

62.    Perhaps the best way to demonstrate the failings of Professor White's technique is to use it. Exhibits 9 and 10 show that Professor White's predictions of prices during the conduct periods do not track actual prices. Since prices and quantities are jointly determined in the market, if his model and candidate predictors are appropriate for predicting the evolution of market prices, they must also be appropriate for predicting the evolution of market quantities in the "but for" world.  A successful conspiracy requires a restriction of the quantity sold.  To have any plausibility, his methods should predict that, but for the conspiracy, quantities would be higher during the conduct periods than what actually occurred.

63.    However, Plaintiffs' experts do not analyze output, much less show that any output restrictions flowed from a conspiracy, for their 40% - 50% overcharge estimates to carry any weight, they must show that output was restricted in a meaningful amount by the alleged conspiracy. Plaintiffs' experts make no effort in this respect.

64.    I applied Professor White's model to market quantities of DRAM as reported by WSTS, proceeding by his methods.  I let the initial "candidate predictors" be the ones selected by Professor White, and I applied the algorithm to data from outside the conduct periods.  I then generated

34

Highly Confidential

"dynamic forecasts" of "but for" DRAM quantities during the conduct periods, which can be compared to actual quantities.

65.    Exhibit 11 shows the results of using Professor White's data and methods to predict quantities during the alleged "conspiracy" period.[50] From the beginning of the conspiracy period until late 2000, actual market quantities of DRAM are well above the predicted "but for" quantities generated by Professor White's model.

66.    Inspection of Exhibit 9 reveals that the period where Professor White's technique under-predicts actual market quantities is also the period where actual market prices were high, and far above his predictions of "but for" prices. This pattern—where actual quantities exceed "but for" quantities when prices are high —is precisely the opposite of what would occur with a successful conspiracy. Actual market quantities should be reduced by a successful effort to restrict supply and raise prices.

67.    On average over the full alleged "conspiracy" period, Professor White's model predicts that "but for" quantities would be 13.7 percent below the actual quantities that occurred in the DRAM market, exactly opposite of what Plaintiffs' theory predicts. This difference is numerically large and it is statistically significant by conventional standards.[51]

---

[50] Professor White prefers the alleged conspiracy period for application of his methods, because data in the interval between the beginning of the conspiracy period and the later beginning of the plea period may be tainted by the challenged conduct. Halbert White Tr. 325:24 – 326:4.
[51] The t-ratio for this estimate is 5.14.

Highly Confidential

68.     The fact that prices of DRAM were high at almost precisely the time that
Professor White's algorithm under-predicts actual market quantities
suggests that something is missing from his model, and that "something"
is demand.  Other things equal, when demand increases price will
increase as well in order to clear the market.  I construct a "but for"
demand series from Professor White's "but for" prices and the "but for"
quantities generated by his algorithm and graphed in Exhibit 12,
according to

$$\hat{D}_t^W = \hat{Q}_t^W - E^D \hat{P}_t^W$$

where $\hat{Q}_t^W$ and $\hat{P}_t^W$ are the "but for" logarithms of DRAM quantities and
prices implied by Professor White's algorithm, and $E^D$ is the elasticity of
demand for DRAM.  As above, I set $E^D$ =-0.5 for this calculation.

69.     Exhibit 12 shows the evolution of predicted "but for" demand during the
alleged conspiracy period, as implied by Professor White's methods, and
also the evolution of actual demand.  Actual demand for DRAM grew
rapidly from the beginning of the alleged conspiracy period until August
of 2000 — what is sometimes called the "tech boom" or "dot.com bubble,"
after which the actual demand for DRAM plummeted when the bubble
burst.  Professor White's methods and data completely miss this rise and
fall in DRAM demand, and so too its effect on DRAM prices.  In fact,
Professor White's "but for" prices are falling most rapidly during the tech

36

boom, and they are relatively flat during the tech bust. *In large part, this neglect of demand is why Professor White estimates such large "overcharges."* He just didn't look.

70.    The actual "demand" series graphed in Exhibit 12 is generated by quantities and prices in the DRAM market, along with a demand elasticity of $E^D$ =-0.5. This pattern of a two-year surge in demand, followed by a sharp drop, accords with other data from technology markets. Exhibit 13 shows the relationship between DRAM demand and a 3-month moving average of the quantity of digital signal processors (DSP) produced and sold.[52] Unit sales of DSP follow the same pattern as the demand for DRAM, surging during the technology boom and declining sharply when the boom ended in mid-to-late 2000.[53]

71.    I also apply the "but for" quantity and price forecasts of Professor White's methods to construct "but for" supply as

$$\hat{S}_t^W = \hat{Q}_t^W - E^S \hat{P}_t^W$$

where $E^S$ is the elasticity of supply and other variables are as defined above. If Plaintiffs' theory of collusion is correct, and Professor White's methods are appropriate for divining its effects, then (given the very large

---

[52] WSTS P4 Digital Signal Processor (DSP) units.

[53] The actual demand series in Exhibit 12 also lines up well with the NASDAQ composite index for "computers" during the alleged conspiracy period. The NASDAQ index is a commonly cited indicator of the state of technology industries, because the stock prices of technology companies comprise the index. The NASDAQ doubled during the twelve months prior to its first peak in the year 2000. The NASDAQ peaked again later in the year, and then lost more than half of its value over the next nine months.

Highly Confidential

overcharges he claims) actual supply should be much lower than "but for" supply during the period of alleged conspiracy.

72.    Exhibit 14 shows that actual supply during the alleged conspiracy period was not systematically lower than the supply that would be predicted, absent an effective conspiracy, by Professor White's methods.  On average over the roughly 3.5 years of the alleged conspiracy, actual DRAM supply differed from that predicted by Professor White's algorithm by -4.2 percent—which is nowhere near the reduction that would be required to generate Professor White's "overcharge" estimates—and this difference is not significantly different from zero by the usual statistical standards. [54] In other words, Professor White's methods provide no significant evidence that supply was restricted during the period of alleged conspiracy.  This finding is inconsistent with the existence of damages.

**C.    Professor White's Method of Calculating Damages for Plaintiffs**

73.    The second stage of Professor White's analysis is to predict "but for" prices for six opt-out Plaintiffs based on the statistical relationship between the prices paid by each Plaintiff and prices paid by the OEMs, together with his (faulty) estimates of the prices that would have been paid by OEMs absent the alleged conspiracy.  He then calculates the percentage gap between the actual and predicted prices paid by each Plaintiff, and uses the resulting price gaps to calculate damages.  I showed

---

[54] The t-ratio for this estimate is -1.05

Highly Confidential

above that his calculation of "but for" OEM prices is critically flawed, so that any damage calculations based on those predictions would be equally flawed.

74.    However, even if his calculation of "but for" OEM prices were reliable, the procedure he uses to predict Plaintiff prices is flawed and unreliable. While this portion of Professor Whites analysis has many shortcoming, two are especially noteworthy. First, his model cannot predict Plaintiffs' prices sufficiently well to establish any causal link between changes in OEM prices that may have resulted from an alleged conspiracy and the actual prices paid by the Plaintiffs.

75.    Second, Professor White simply assumes that changes in OEM prices due to the alleged conspiracy would have an impact on Plaintiffs' prices.  This assumption is not an implication of economic theory, and Professor Murphy's report shows that the "evidence" offered by Professor Marshall actually rejects the notion that prices paid by OEMs and the Plaintiffs are tightly linked.  In his deposition testimony, Professor White claimed that he was not relying on Professor Marshall to prove an impact of the alleged conspiracy on Plaintiffs, [55] and that his own  analysis provided the necessary proof of impact.[56] Since the only link Professor White makes between the prices paid by Plaintiffs and the alleged conspiracy is his

---

[55] Halbert White Tr., 49:11 – 53:2.
[56] Id. at 24:1-4; 30:9-11; 32:13-15.

39

regression analysis of Plaintiff and OEM prices, any proof of impact on Plaintiffs, conditional on a finding of impact to OEMs, must come from these regression results. As I will now show, these prediction equations are sufficiently unreliable that they cannot serve as proof of impact on the Plaintiffs.

76. Professor White's model of impact is in the form of a regression equation linking a price index constructed for each Plaintiff to his OEM price index. He estimates regressions of the form:

(2) $$P_{i,t} = \sum_{j=1}^{4} \beta_{i,j} P_{i,t-j} + \sum_{\tau=-3}^{3} \gamma_{i,\tau} OEM_{t-\tau} + \varepsilon_{i,t}$$

where $P_{i,t}$ is his price index for Plaintiff i in month t and $OEM_t$ is his price index for OEMs in month t. In words, his model predicts prices for each Plaintiff using past prices for that Plaintiff and the actual prices paid by OEMs in surrounding months Professor White's procedure selects leads and lags for these regressors and he estimates this equation by ordinary least squares using data for the full sample period. Professor White claims that this equation can be used to measure the transmission of conspiracy effects from OEMs to Plaintiffs.

77. The next step in Professor White's analysis is to predict "but for" prices for the Plaintiffs using the estimated parameters of equation (2) and his estimated "but for" OEM price index series. To perform this calculation, he substitutes the "but for" OEM price index for the actual OEM index in

40

Highly Confidential

his equation (0.13), using the predicted Plaintiff price figures from past months to predict the current month.[57] Professor White claims that the differences between the actual prices paid by Plaintiffs and the "but for" predictions from this model must represent the impact of the conspiracy, because his model has controlled for all other relevant factors.[58]

78.   A simple analysis of Professor White's results directly contradicts these claims. If the difference between actual prices and those predicted by Professor White reflect only the impact of conspiracy, then Plaintiff prices predicted by the model should closely follow the actual Plaintiff prices if actual OEM prices are used to form the prediction—the model should fit well. Any gap between the actual prices paid by Plaintiffs and predictions based on actual OEM prices cannot reflect the impact of the conspiracy. The reason is that, according to Professor White's model, the actual OEM prices directly reflect the impact of the conspiracy.

79.   Exhibit 15 presents the results of this exercise using the data for Sun Microsystems (the largest of the Plaintiffs).[59] The exhibit graphs the actual price index for Sun and predicted prices based on the actual OEM prices in Professor White's model. The exhibit shows substantial gaps between predicted prices generated by Professor White's model and the actual

---

[57] One minor exception is that actual lagged values are used when the predictor lies outside the alleged conspiracy or plea periods. The process includes generation of 10,000 random draws of the error term and the median value of this distribution is selected as the error term in his prediction equation.
[58] Expert Report of Halbert White, ¶ 32.
[59] The results for the other OEMs are generally similar to those for Sun.

41

Highly Confidential

prices paid by Sun, even though the predictions are based on the actual OEM price series used to estimate the model.

80. The gaps between the actual and predicted prices are economically significant. The average absolute price gap between the two series is 0.175 log points, which corresponds to an average price discrepancy of over 19 percent. In particular, Professor White's model would impute large damages for Sun even in the absence of a conspiracy. The maximum gap between the two series is .477 log points which corresponds to a percentage gap in prices of over 61 percent. The average gap between the actual price series and the predicted price series for the alleged conspiracy period is .099 log points which implies an average price gap of 10.94 percent. If we follow Professor White's improper damage calculation procedure and zero out situations where actual prices are below "but for" prices, his method yields a 15.4 percent average overcharge for the conspiracy period even though there is no difference between the actual and "but for" OEM prices in this exercise.

81. The lesson of this exercise is that Professor White's methods generate substantial "overcharges" to Plaintiffs even when there are no overcharges to OEMs. This demonstrates that his methods cannot serve as a suitable or reliable basis for calculating damages or establishing impact on plaintiffs. Put simply, the link between OEM prices and Plaintiff prices required for his theory is not borne out by his own methodology and data.

42

Highly Confidential

82.     Data on predicted and actual Plaintiff prices for the post "conspiracy" period tell a similar story. For this time interval, however we impute Sun's "but for" prices, and find that Professor White's predicted and actual prices for Sun are actually negatively related. In other words, a model that assumed Sun's prices to be completely independent of OEM prices would fit the actual price series better than Professor White's model. Exhibit 16 shows the estimated relationships between the actual price indexes for Plaintiffs and the predicted values generated by Professor White's model during the "post-conspiracy" period. Five of the six price coefficients based on Professor White's "but for" OEM price series are negative (a correct model should generate a coefficient of 1.0). Moreover, the one positive coefficient is roughly four times its theoretical value of 1.0. For the series based on the actual OEM price series, 4 of 6 coefficients are negative and one of the positive coefficients is roughly triple its theoretical value of value of 1.0 while the other is essentially zero. Again, given that his model has no power to forecast prices paid by named Plaintiffs in the period after the alleged conspiracy, it is hard to see how it can provide reliable forecasts of damages or proof of impact within the alleged conspiracy period itself.

Highly Confidential

Robert Topel, Ph.D.
Robert Topel, Ph.D.                                Dated:  March 7, 2008

# Appendix A

# Robert H. Topel

## CURRICULUM VITAE
## January 2008

**CURRENT POSITIONS**

Isidore Brown and Gladys J. Brown Professor, Graduate School of Business, University of Chicago
Research Associate, National Bureau of Economic Research

**EDUCATION**

B.A. (with High Honors), University of California, Santa Barbara, 1974
Ph.D., University of California, Los Angeles, 1980

**FIELDS OF SPECIALIZATION**

Microeconomics, Labor Economics, Industrial Organization, Health Economics

**PREVIOUS POSITIONS**

Professor of Economics, Graduate School of Business, University of Chicago, 1986-93
Professor of Economics, Department of Economics, University of California, Los Angeles, 1986
Associate Professor of Economics, Department of Economics, University of California, Los Angeles, 1985-86
Associate Professor of Economics, Graduate School of Business, University of Chicago, 1983-85
Assistant Professor, Department of Economics, University of Chicago, 1980-83

**OTHER AFFILIATIONS**

Research Associate, National Bureau of Economic Research, 1984-present
Senior Fellow, the Milken Institute, 1999-present
Member, Brookings Panel on Economic Activity, various years.
Visiting Scholar, Board of Governors of the Federal Reserve, 1990
Research Associate, Economics Research Center, NORC, 1980-1990
Consulting Economist, The Rand Corporation, 1982-1989
Research Associate, Center for the Study of the Economy and the State, 1980-present
Faculty Research Fellow, National Bureau of Economic Research, 1981-83
Research Economist, Unicon Corporation, 1981-88
Consultant, U.S. Department of Labor, 1985-90
Partner, Chicago Partners LLC 1994-present

Highly Confidential

## EDITORIAL POSITIONS

Associate Editor, Journal of Labor Economics, 1982-92
Board of Editors, American Economic Review, 1992-94
Editorial Board, *International Journal of the Economics of Business*, 1993-
Editor, Journal of Political Economy, 1993-2003
Member of the Advisory Board, ERN Labor Journals

## AWARDS

Elected Fellow, Society of Labor Economists
Research America Eugene Garfield Economic Impact of Medical and Health Research
Prize, 2005
Elected Member, Conference on Research in Income and Wealth
Elected Founding Member, National Academy of Social Insurance
William Ladany Research Scholar, University of Chicago, 1989-91
William Fishman Research Scholar, University of Chicago, 1986-87
Smith Richardson Dissertation Fellowship in Political Economy, 1978-79
Foundation for Research in Economics and Education Fellowships, 1975-79
Chancellor's Intern Fellow, University of California, Los Angeles, 1975-79
University Fellow, Northwestern University, 1975
General Electric Dissertation Fellowship, 1978

## TEACHING EXPERIENCE

Graduate Economic Theory I, II, III
Competitive Strategy
Advanced Topics in Labor Economics
Advanced Topics in Microeconomics
Managing the Workplace
Industrial Organization/Antitrust
Price Theory

## OTHER PROFESSIONAL ACTIVITIES

*Thompson Lecture* (Keynote Address), Midwest Economic Association, 2000.
*Nominating Committee,* American Economic Association, 1996, 1997.
*Program Committee,* American Economic Association, 2006-07.
*Organizer,* Universities-NBER Research Conference: "Labor Markets in the 1990s,"
Cambridge, December 1989.
*Program Chair*, Labor Economics, Econometric Society Meetings, December 1989.
National Science Foundation Review Panel in Economics, 1998, 1999.
*Pihl Lecturer,* Wayne State University, November 2004.
*Keynote Address*, Federal Reserve Bank of Cleveland Conference on Education and
Economic Development, November 2004.

Highly Confidential

**BIBLIOGRAPHY**

*Books*:

*The Welfare State in Transition*, with Richard Freeman and Birgitta Swedenborg. Chicago: University of Chicago Press for NBER, 1997.

*Labor Market Data and Measurement*, with John Haltiwanger and Marilyn Manser. Chicago: University of Chicago Press for NBER, 1998.

*Välfärdsstat i omvandling: Amerikanskt Perspectiv pä den Svenska Modelten*, with Richard Freeman and Birgitta Swedenborg. Författarna och SNS Förlag, 1995.

*Measuring the Gains from Medical Research: An Economic Approach*, with Kevin M. Murphy. Chicago: University of Chicago Press, 2003.

*Reforming the Welfare State: Recovery and Beyond in Sweden*, with Richard Freeman and Birgitta Swedenborg. Chicago, Univeristy of Chicago Press for NBER, 2007.

*Att Reformera Välfärdsstaten,* with Richard Freeman and Birgitta Swedenborg, SNS Förlag, Stockholm, 2006

*Articles and Monographs*:

"Layoffs, Inventories, and the Demand for Labor," Ph.D. Dissertation, University of California, Los Angeles, December 1980.

"Unemployment Insurance: Survey and Extensions," *Economica* 47 (August 1980): 351-79 (with Finis Welch).

"Inventory Adjustments, Industry Behavior, and the Business Cycle," presented at the NBER Conference on Inventories and Business Cycles, March 1980 (with A. Stockman).

"Inventories, Layoffs, and the Short-Run Demand for Labor," *American Economic Review* (September 1982): 769-87.

"Experience Rating of Unemployment Insurance and the Incidence of Unemployment," *Journal of Law and Economics* (April 1984): 61-90.

"On Layoffs and Unemployment Insurance," *American Economic Review* (September 1983): 541-59.

"Equilibrium Earnings, Turnover, and Unemployment: New Evidence," *Journal of Labor Economics* (October 1984): 500-22.

Highly Confidential

"Local Labor Markets," Presented at Hoover Institution Conference on Labor Markets, January 1983. *Journal of Political Economy* 94 (June 1986, part 2): 111-43.

"Estimation and Inference in 'Two-Step' Econometric Models," (with Kevin M. Murphy) *Journal of Business and Economic Statistics* 3 (October 1985): 370-80.

"Employment Risk, Sectoral Shifts, and Unemployment," (with George Neumann), in *Studies in Search*, ed. N. M. Kiefer and G. R. Neumann. Oxford: Oxford University Press, 1989.

"Unemployment and Unemployment Insurance," *Research in Labor Economics* 7 (1985): 91-135.

"Efficient Labor Contracts with Employment Risk," (with Finis Welch), *Rand Journal of Economics* 17 (Winter 1986): 490-507.

"Financing Unemployment Insurance: History, Incentives, and Reform," in *Unemployment Insurance: The Second Half Century*, ed. W. Lee Hansen and J. Byers. University of Wisconsin Press, 1990.

"Sectoral Uncertainty and Unemployment," UCLA Department of Economics Working Paper No. 384, September 1985 (with L. Weiss), in *Employment, Unemployment, and Labor Utilization*, ed. R. A. Hart. Boston: Allen & Unwin, 1988.

"The Housing Market in the United States" (with Sherwin Rosen), *Journal of Political Economy* (August 1988): 718-40.

"What They Say or What They Do? The Use of Survey Data in Predicting Behavior" (with Kevin M. Murphy), Graduate School of Business, University of Chicago, March 1985.

"Unemployment, Risk and Earnings: Theory and Evidence from a Model of Equalizing Wage Differentials" (with Kevin M. Murphy), in *Unemployment and the Structure of Labor Markets*, ed. J. Leonard and K. Lang. London: Basil Blackwell, 1986, pp. 103-140.

"Job Mobility, Search, and Earnings Growth: A Reinterpretation of Human Capital Earnings Functions," *Research in Labor Economics* 8**,** 1986, pp. 199-233.

"The Evolution of Unemployment in the United States: 1968-1985" (with Kevin M. Murphy), *The NBER Macroeconomics Annual*, vol. 2, 1987, pp. 7-58.

"The Impact of Immigration on the Labor Market," in *Immigration, Trade, and the Labor Market*, ed. Richard Freeman. University of Chicago Press for NBER, 1988.

Highly Confidential

"Efficiency Wages Reconsidered: Theory and Evidence" (with Kevin M. Murphy), in *Advances in the Theory and Measurement of Unemployment*, pp. 204-40. Edited by Yoram Weiss and Gideon Fishelson. London: Macmillan, 1990.

"Labor Market Adjustments to Increased Immigration," (with Robert LaLonde), in *Immigration, Trade, and the Labor Market*, ed. R. Freeman. University of Chicago Press for NBER, 1989.

"Job Mobility and the Careers of Young Men" (with M. P. Ward), *Quarterly Journal of Economics* 107 (May 1992): 441-79.

"Employment Risk, Diversification, and Unemployment," (with George Neumann) *Quarterly Journal of Economics* (November 1991): 1341-1365.

"Specific Capital, Mobility, and Wages: Wages Rise with Job Seniority," *Journal of Political Economy* 99 (February 1991): 145-76. Reprinted in *Outstanding Contributions in Labor Economics,* ed. Orley Ashenfelter, Worth Publishers, 1999: 162-192.

"Specific Capital and Unemployment: Measuring the Costs and Consequences of Worker Displacement." *Carnegie-Rochester Series on Public Policy* 33 (1990): 181-214.

"The Assimilation of Immigrants in the United States: Immigrant Quality and the Changing Price of Skills," In *Immigration and the Work Force: Economic Consequences for the United States and Source Areas*, ed. G. Borjas and R. Freeman. Chicago: University of Chicago Press for NBER, 1992.

"Trends in the American Labor Market," *GSB Chicago*, vol. 12, no. 2, Winter 1990, pp. 11-16.

"Why Has the Natural Rate of Unemployment Increased over Time?" (with Kevin M. Murphy and Chinhui Juhn), *Brookings Papers on Economic Activity* 2 (1991), pp. 75-142.

"Immigrant Quality and Assimilation in the American Labor Market" (with Robert LaLonde), *American Economic Review* 81 (May 1991): 297-302.

"Unemployment and Insurance," in *Proceedings of National Academy of Social Insurance*, 1992.

"Labor Markets and Economic Growth: Lessons from Korea's Industrialization, 1970-1990" (with D. Kim), *Differences and Changes in Wage Structures*, ed. Richard Freeman and Larry Katz (Chicago: University of Chicago Press for NBER, 1995.

"Wage Inequality and Regional Labor Market Performance in the United States," *Labour Market and Economic Performance: Europe, Japan, and the USA*, ed. Toshiaki

Highly Confidential

Tachibanaki (New York: St. Martin's Press, 1994).

"Discretion and Bias in Performance Evaluation" (with C. Prendergast), *European Economic Review* 37 (June 1993): 355-65.

"What Have We Learned from Empirical Studies of Unemployment and Turnover?" *American Economic Review* 83 (May 1993): 110-115.

"Regional Labor Markets and the Determinants of Wage Inequality," *American Economic Review* 84 (May 1994): 17-22.

"Ekonomiska problem i Sveriges välfärdsstat -- inledning, sammanfattning och slutsatser," with Richard B. Freeman and Birgitta Swedenborg. In *Välfärdsstat i omvandling: Amerikanskt Perspectiv pä den Svenska Modelten*, with Richard Freeman and Birgitta Swedenborg. Författarna och SNS Förlag, 1995.

"Lönepolitik och strukturomvandling," with Per-Anders Edin. In *Välfärdsstat i omvandling: Amerikanskt Perspectiv pä den Svenska Modelten*, with Richard Freeman and Birgitta Swedenborg. Författarna och SNS Förlag, 1995.

"Favoritism in Organizations" (with C. Prendergast), *Journal of Political Economy* 104 (October 1996): 958-78.

"Another Look at Look Labor Market Adjustments to Increased Immigration" (with J. Hojvat-Gallin and Robert LaLonde), 1996.

"Economic Impact of International Migration and the Economic Performance of Migrants," (with Robert LaLonde), in *Handbook of Population and Family Economics*, ed. Mark R. Rosenzweig and Oded Stark (Amsterdam: North-Holland, 1997), pp. 799-850.

"Economic Troubles in Sweden's Welfare State," in *The Welfare State in Transition*, ed. Richard Freeman, Robert Topel, and Birgitta Swedenborg. Chicago: University of Chicago Press for NBER, 1997.

"Wage Policy and Restructuring: The Swedish Labor Market Since 1960" (with Per-Anders Edin), in *The Welfare State in Transition*, ed. Richard Freeman, Robert Topel, and Birgitta Swedenborg. Chicago: University of Chicago Press for NBER, 1997.

"Unemployment and Nonemployment" (with Kevin M. Murphy), *American Economic Review* 87 (May 1997): 295-300.

"Factor Proportions and Relative Wages: The Supply Side Determinants of Wage Inequality," *Journal of Economic Perspectives* 11 (Spring 1997): 55-74.

"Empirical Knowledge in Labor Economics," in *Labor Market Data and Measurement*,

Highly Confidential

ed. John Haltiwanger, Marilyn Manser, and Robert Topel. Chicago: University of Chicago Press for NBER, 1998.

"Labor Markets and Economic Growth," in *Handbook of Labor Economics*, ed. Orley Ashenfelter and David Card. Amsterdam: Elsevier Science B.V., 1999, pp. 2943-2984.

"Medical Research: What's It Worth?" (with Kevin M. Murphy), *Milken Institute Review: A Journal of Economic Policy* (First Quarter 2000): 23-30.

"Entry, Product Design, and Pricing in an Initially Monopolized Market" (with Steven J. Davis and Kevin M. Murphy), University of Chicago GSB, September 2001, revised January, 2003. *Journal of Political Economy*, vol. 112 no. 1, pt. 2, February, 2004, pp.188-225.

"Adverse Price Effects of Entry in Markets with Few Firms" (with Steven J. Davis and Kevin M. Murphy), Working Paper, University of Chicago, April 2001.

"The Economic Value of Medical Research" (with Kevin M. Murphy), in *Measuring the Gains from Medical Research: An Economic Approach*, edited by Kevin M. Murphy and Robert H. Topel. Chicago: University of Chicago Press, 2003, pp. 41-73.

"Current Unemployment, Historically Contemplated" (with Kevin M. Murphy and Chinhui Juhn), *Brookings Papers on Economic Activity* 1. Washington, D.C.: The Brookings Institution, 2002.

"Estimation and Inference in Two-Step Econometric Models" (with Kevin M. Murphy), *Journal of Business and Economic Statistics*, 20, issue 1, 2002: 88-97 (reprint: 20th Anniversary issue of the most important contributions published in *JBES*).

"Labor Markets in the United States and Korea: Factor Proportions, Inequality, and Unemployment" Paper presented at the 2002 EWC/KDI Conference on "Macroeconomic Implications of Post-Crisis Structural Change", East-West Center, Honolulu, July, 2002. *Macroeconomic Implications of Post-Crisis Structural Change,* KDI press, 2003.

"Diminishing Returns? Evidence on the Costs and Benefits of Improving Health" (with Kevin M. Murphy) November, 2002, *Perspectives in Biology and Medicine*, volume 46, no.3, (Summer, 2003): pp.108-128.

"War vs. Containment" (with Steven J. Davis and Kevin M. Murphy), March 2003; presented at *NBER* Conference on National Security Economics, November 2003.

"Black-White Differences in the Economic Value of Improving Health", Working Paper, University of Chicago, December, 2001 revised August 2004 (with Kevin M. Murphy). Presented at the National Institutes of Health Conference on Racial Disparities in Health Outcomes, December, 2001. *Perspectives in Biology and Medicine,* Summer 2004.

Highly Confidential

"The Value of Health and Longevity"(with Kevin M. Murphy), Revised March, 2005, *NBER Working Paper #11405,* June 2005. Winner of the *Eugene Garfield Economic Impact of Medical Research Award,* given by Research America, 2005.

"The Private and Social Benefits of Education", (with Fabian Lange), *Handbook of the Economics of Education,* North-Holland, 2005 (forthcoming).

"The Social Value of Education", *Keynote Address, Federal Reserve Bank of Cleveland Conference on Education and Economic Development, November 2004,* in *Education and Economic Development*, Federal Reserve Bank of Cleveland Economic Review, 2004, pp. 47-58.

"On Human Capital and Economic Growth" (with Fabian Lange), Working Paper, University of Chicago, September 2005.

"Wage Determination and Employment in Sweden Since 1990", (with Peter Fredricksson), Working Paper, University of Chicago and Uppsala University, December 2005.

"Reforming the Welfare State" (with Richard Freeman and Birgitta Swedenborg), Chapter 1 in *Reforming the Welfare State*, University of Chicago Press for NBER, 2007.

"Återhämtning och terstaende problem I den svenska valfardsstaten—inlendning, sammanfattning och slutsatser" in *Att Reformera Välfärdsstaten,* (with Richard Freeman and Birgitta Swedenborg), SNS Förlag, Stockholm, 2006, 9-34.

"Forandrade forutsattningar for svensk lonebildning" (with Peter Fredriksson), in *Att Reformera Välfärdsstaten,* with Richard Freeman and Birgitta Swedenborg, SNS Förlag, Stockholm, 2006, 65-82.

**Congressional Testimony and Presentations:**

"Unemployment and Insurance," Testimony before the U.S. Senate Committee on Finance, April 23, 1991.

"The Economic Value of Medical Research," Testimony before the U.S. Senate Committee on Health, Education, Labor, and Pensions, May 10, 2001.

"The Value of Improvements in Health and Longevity", Presentation for Congressional Staff and the American Cancer Society, Washington, July 2005.

**Selected Reports**:

"Unemployment Insurance Financing and Unemployment: Empirical Investigation of Adverse Incentives," Final Report, U.S. Department of Labor Contract No. B9M22046,

Highly Confidential

November 1982.

"Unemployment and Unemployment Insurance," Final Report, U.S. Department of Labor, ETA, May 1984.

"Local Labor Markets," Final Report, U.S. Department of Labor, Office of the Assistant Secretary for Policy, March 1984.

"The Use of Survey Data in Predicting Behavior: The Case of Enlistment Intentions," Final Report, U.S. Department of Defense, May 1985.

"Equalizing Wage Differences," Final Report, U.S. Department of Labor, Office of the Assistant Secretary for Policy, August 1985.

"Sectoral Change and Worker Displacement," Final Report, U.S. Department of Labor, Office of the Assistant Secretary for Policy, March 1990.

**Book Reviews:**

*Employment Hazards* by W. Kip Viscusi. In *Journal of Economic Literature*, March 1982.

*Handbook of Labor Economics*, ed. O. Ashenfelter and R. Layard. In *Journal of Economic Literature*, 1988.

**Selected Comments:**

"Comment on 'Some Recent Developments in Labor Economics and Their Implications for Macroeconomics'," *Journal of Money, Credit and Banking* 20 (August 1988, part 2).

"Comment on 'Industry Rents: Evidence and Implications'," (by Lawrence Summers and Lawrence Katz) *Brookings Papers on Economic Activity*, Brookings Institution, Washington, D.C., 1989.

"Comment on 'Wage Dispersion between and within U.S. Manufacturing Plants', *Brookings Papers on Economic Activity*, 1991.

"Comment on 'Why Is the U.S. Unemployment Rate So Much Lower?'" *NBER Macroeconomics Annual*, 1998, pp. 67-72.

"Comment on 'Does Immigration Grease the Wheels of the Labor Market?'" by George J. Borjas. *Brookings Papers on Economic Activity*. edited by William C. Brainard and George L. Perry. Washington, D.C. Brookings Institution, 2001.

Highly Confidential

"Comment on 'Where did the Productivity Growth Go? Inflation Dynamics and the Distribution of Income'" by Ian Dew-Becker and Robert J. Gordon. *Brookings Papers on Economic Activity*. edited by William C. Brainard and George L. Perry. Washington, D.C. Brookings Institution, 2006.

**Testimonial Experience: (Last 4 Years)**

**Clifford L. Whitaker, et al. v. 3M Company, United States District Court for the Second Judicial District of Minnesota Civ.C4-04-012239.** Expert on behalf of 3M in labor discrimination case. Expert Report, July 25, 2007. Deposition, August 21, 2007.

**Amy Velez, et al. v. Novartis Corporation, Novartis Pharmaceuticals Corporation, and Thomas Ebeling, United States District Court, Southern District of New York, 04 Civ. 09194.** Expert on behalf of Novartis Pharmaceuticals Corporation in sex discrimination case. Expert Report, November 9, 2006.

**Daryal T. Nelson, et al. v. Wal-Mart Stores, Inc. and Wal-Mart Transportation LLC., Eastern District of Arkansas Helena Division, NO. 2:05 CV-00134-WRW.** Expert on behalf of Wal-Mart in racial discrimination hiring case. Expert Report, April 12, 2006. Deposition, May 2, 2006.

**Sulfuric Acid Antitrust Litigation, In the US. District Court for the Northern District of Illinois Eastern Division, No. 03-C-4576.** Expert on behalf of Marsulex and Chemtrade to review and comment on damages analysis. Expert Report, February 3, 2006.

**Conmed Corp. v. Johnson & Johnson, United States District Court, Southern District of New York 03-CV8800** Expert on behalf of Johnson & Johnson in antitrust litigation. Expert Report, August 1, 2005.

**Applied Medical v. Ethicon, Inc., et al. in the Central District of California. No. SACV 03-1329.** Expert on behalf of Ethicon, Inc. et al. in antitrust litigation. Expert Report, May 24, 2005. Deposition, November 7, 2005. Trial Testimony, August 18, 2006.

**Applied Medical Resources Corp., a California Corporation, v. Ethicon, Inc. a New Jersey corporation, Ethicon Endo-Surgery, Inc., an Ohio corporation, Johnson & Johnson Health Care Systems, Inc., a New Jersey corporation and Novation, L.L.C., a Delaware Corporation, In the U.S. District Court Central District of California Southern Division, No. SACV-03-1329.** Expert on behalf of J&J in antitrust litigation. Expert Report, May 24, 2005 and Supplemental Expert Report, June 27, 2006. Trial Testimony, August 18, 2006.

**Roderick Arnold et al. v. Cargill, Inc. in the U.S. District Court for the District of Minnesota Third Division. No. 01-CV-2086 DWF/AJB.** Expert on behalf of Cargill in

Highly Confidential

racial discrimination case. Expert Report, June 29, 2004.

**Stanley K. Aikens et al. v. Deluxe Financial Services, Inc. in the U.S. District Court for the District of Kansas. No. 01-2427-CM.** Expert on behalf of Deluxe in racial discrimination case. Expert Report, February 13, 2004.

**R.J. Reynolds Tobacco Company and GMB, Inc., v. Premium Tobacco Stores, Inc., d/b/a Cigarettes Cheaper; C.E.I. International, Inc., d/b/a Crown Energy, Inc.; Canstar *U>S>A) Inc., d/b/a CEI Distributors Tobacco Division; Genova Trading, Inc., various John Doe Distributors and Various John Doe Retailers; Cigarettes Cheaper!, formerly known as Premium Tobacco Stores, Inc., counter-plaintiff, v. R.J. Reynolds Tobacco Company, counter-defendant** in the **U.S. District Court for the Northern District of Illinois Eastern Division. No. 99 C 1174**
Expert on behalf of Cigarettes Cheaper! in RP damages case. Expert Report, January 30, 2002. Supplemental Expert Report, March 18, 2002. Testified at Deposition, March 13, 2002.  Rebuttal Expert Report, July 29, 2002. Trial Testimony, September 30, 2004.

**Terry Cerutti et al. v. BASF Corporation in the U.S. District Court for the Northern District of Illinois Eastern Division. No. 01-C-8966.** Expert on behalf of BASF in age and racial discrimination case. Expert Report, June 25, 2002.

**Brian Murray et al. v. Rent-A-Center, Inc. U.S. District Court for the Western District of Missouri Western Division. No. 99-0486-CV-W-4.** Expert on behalf of Rent-A-Center, Inc. in race discrimination case. Expert Report, August 22, 2000. Deposition, April 20, 2001.Expert Report, April 18, 2002.

**Selected Consulting Engagements:**

Microsoft Corporation, United Airlines, Westpoint Pepperill, Farley Industries, A.B. Dick, Cassidy Associates, Andrew Corporation.

Highly Confidential

# Appendix B

Highly Confidential:  Subject to Protective Order

# Exhibit 1

## Professor White's OEM Price Index and Micron Cost per Megabit



Source: See Exhibit Appendix
Notes: Solid red lines denote start and end of conspiracy period. Dashed red line denotes start of plea period

Highly Confidential:  Subject to Protective Order

# Exhibit 2

## Professor White's But–For OEM Price Index Compared to Actual Prices and Micron's Costs During the Alleged Conspiracy Period



Source: See Exhibit Appendix
Notes: Solid red lines denote start and end of conspiracy period. Dashed red line denotes start of plea period

Highly Confidential:  Subject to Protective Order

# Exhibit 3

## Supply Model Results

|  | OLS | | IV | |
| --- | --- | --- | --- | --- |
|  | Coefficient | t-stat | Coefficient | t-stat |
| Cost | -0.8046 | -11.72 | -0.9484 | -10.81 |
| Trend | 0.0008 | 9.27 | 0.0006 | 5.67 |
| Constant | -6.2555 | -5.39 | -3.8703 | -2.63 |
| R-square | 0.99 | | 0.99 | |
| N. of Observations | 61 | | 61 | |

1. OLS: Supply is estimated using a trend and cost

2. IV: Supply is estimated using a trend and cost, where cost is instrumented for using log cumulative experience and log density

Sources:  See Exhibit Appendix

Highly Confidential:  Subject to Protective Order

# Exhibit 4

## The Evolution of Actual and Predicted Supply of DRAM
## Method 1 (OLS)



Source: See Exhibit Appendix
Notes: Prediction based on OLS regression of supply on time and cost variables
       Solid red lines denote start and end of conspiracy period. Dashed red line denotes start of plea period

Highly Confidential:  Subject to Protective Order

# Exhibit 5

## The Evolution of Actual and Predicted Supply of DRAM
### Method 2 (IV)



Source: See Exhibit Appendix
Notes: Prediction based on IV regression of supply on time and cost variables
    Solid red lines denote start and end of conspiracy period. Dashed red line denotes start of plea period

Highly Confidential:  Subject to Protective Order

# Exhibit 6

## The Evolution of Actual and Predicted Prices
## Using Method 1 to Impute Supply



Source: See Exhibit Appendix
Notes: Predictions based on OLS regression of supply on time and cost variables
        Solid red lines denote start and end of conspiracy period. Dashed red line denotes start of plea period

Highly Confidential:  Subject to Protective Order

# Exhibit 7

## The Evolution of Actual and Predicted Prices
## Using Method 2 to Impute Supply



Source: See Exhibit Appendix
Notes: Predictions based on IV regression of supply on time and cost variables
        Solid red lines denote start and end of conspiracy period. Dashed red line denotes start of plea period

Highly Confidential:  Subject to Protective Order

# Exhibit 8

## Overcharge Estimate - Fisher Price, WSTS Quantity

|  | OLS Gap | IV Gap |
|---|---|---|
| Conspiracy | -0.0842 | -0.0130 |
| standard error | (0.0669) | (0.0704) |
| Plea | -0.0145 | 0.0548 |
| standard error | (0.0638) | (0.0683) |

Notes:

1. OLS version: Supply is estimated using a trend and cost

2. IV version: Supply is estimated using a trend and cost, where cost is instrumented using log cumulative experience and log density

3. Standard Errors corrected for autocorrelation, heterocedasticity and two step estimation.

Highly Confidential: Subject to Protective Order

# Exhibit 9
### Professor White's Figure 9
### Named OEM DRAM actual and but-for price indexes – plea period



Highly Confidential:  Subject to Protective Order

# Exhibit 10
## Professor White's Figure 10
## Named OEM DRAM actual and but-for price indexes – conspiracy period



Highly Confidential:  Subject to Protective Order

# Exhibit 11

### Predicted 'But–For' Quantities Using Professor White's Algorithm, Compared to Actual Market Quantities of DRAM



Source: See Exhibit Appendix
Notes: Solid red lines denote start and end of conspiracy period. Dashed red line denotes start of plea period

Highly Confidential:  Subject to Protective Order

# Exhibit 12

### Predicted 'But–For' Demand for DRAM Using Professor White's Algorithm, Compared to Actual Demand for DRAM



Source: See Exhibit Appendix
Notes: Solid red lines denote start and end of conspiracy period. Dashed red line denotes start of plea period

Highly Confidential: Subject to Protective Order

# Exhibit 13

## The Demand for DRAM Compared to
## Unit Sales of Digital Signal Processors



Source: See Exhibit Appendix
Notes: Solid red lines denote start and end of conspiracy period. Dashed red line denotes start of plea period

Highly Confidential:  Subject to Protective Order

# Figure 14

## Predicted 'But–For' Supply Using Professor White's Algorithm, Compared to Actual Supply



Source: See Exhibit Appendix
Notes: Solid red lines denote start and end of conspiracy period. Dashed red line denotes start of plea period

Highly Confidential:  Subject to Protective Order

# Exhibit 15

## Actual and Predicted Sun Prices Using Professor White's Model and Actual OEM Price



Source: See Exhibit Appendix
Notes: Solid red lines denote start and end of conspiracy period. Dashed red line denotes start of plea period

Highly Confidential:  Subject to Protective Order

# Exhibit 16

**Coefficients from Regressions of Actual Plaintiff Prices on "But-For" Prices
Predicted Using Professor White's Model in the Post-Conspiracy Period**

|  | Using Professor White's But-For OEM Prices | Using Actual OEM Prices |
|---|---|---|
| SUN | -1.47 | -0.98 |
| JACO | -0.695 | -0.184 |
| ALL AMERICAN | -0.611 | -0.190 |
| REPTRON | -2.497 | -0.856 |
| UNISYS | 4.031 | 2.780 |
| SGI | -0.199 | 0.150 |

Source: See Exhibit Appendix

# EXHIBIT APPENDIX

| EXHIBIT | SOURCES FOR DATA AND CALCULATIONS |
|---|---|
| Exhibit 1 | White Expert Report Materials Produced.<br>Micron Costs from Shapiro Expert Report Materials Produced, Direct Purchaser MDL, 10/2/06 |
| Exhibit 2 | White Expert Report Materials Produced.<br>Micron Costs from Shapiro Expert Report Materials Produced, Direct Purchaser MDL, 10/2/06 |
| Exhibit 3 | Calculations from WSTS M1 MOS DRAM Units and Density (yielding megabits) and<br>Micron Costs from Shapiro Expert Report Materials Produced, Direct Purchaser MDL, 10/2/06 |
| Exhibit 4 | White Expert Report Materials Produced.<br>Calculations from WSTS M1 MOS DRAM Units and Density (yielding megabits) and<br>Micron Costs from Shapiro Expert Report Materials Produced, Direct Purchaser MDL, 10/2/06 |
| Exhibit 5 | White Expert Report Materials Produced.<br>Calculations from WSTS M1 MOS DRAM Units and Density (yielding megabits) and<br>Micron Costs from Shapiro Expert Report Materials Produced, Direct Purchaser MDL, 10/2/06 |
| Exhibit 6 | White Expert Report Materials Produced.<br>Calculations from WSTS M1 MOS DRAM Units and Density (yielding megabits) and<br>Micron Costs from Shapiro Expert Report Materials Produced, Direct Purchaser MDL, 10/2/06 |
| Exhibit 7 | White Expert Report Materials Produced.<br>Calculations from WSTS M1 MOS DRAM Units and Density (yielding megabits) and<br>Micron Costs from Shapiro Expert Report Materials Produced, Direct Purchaser MDL, 10/2/06 |
| Exhibit 8 | White Expert Report Materials Produced.<br>Calculations from WSTS M1 MOS DRAM Units and Density (yielding megabits) and<br>Micron Costs from Shapiro Expert Report Materials Produced, Direct Purchaser MDL, 10/2/06 |
| Exhibit 9 | Expert Report Halbert White, page 14. |
| Exhibit 10 | Expert Report Halbert White, page 15. |
| Exhibit 11 | White Expert Report Materials Produced.  Quantity in megabits calculated from White 'make.do' file, no trimming<br>SGRAM module density recoded |
| Exhibit 12 | White Expert Report Materials Produced.  Quantity in megabits calculated from White 'make.do' file, no trimming<br>SGRAM module density recoded |

Highly Confidential

# EXHIBIT APPENDIX

| EXHIBIT | SOURCES FOR DATA AND CALCULATIONS |
|---|---|

Exhibit 13      White Expert Report Materials Produced.  Quantity in megabits calculated from White 'make.do' file, no trimming SGRAM module density recoded

WSTS P4 Series for Units of Digital Signal Processors from Shapiro Expert Report Materials Produced, Direct Purchaser MDL, 10/2/06.

Exhibit 14      White Expert Report Materials Produced.  Quantity in megabits calculated from White 'make.do' file, no trimming SGRAM module density recoded

Exhibit 15      White Expert Report Materials Produced

Highly Confidential

## EXHIBIT APPENDIX

### SGRAM Module Correction Combined Defendant Database

The transaction file provided by plaintiffs' experts, "combined defendant database.dta", contains both SGRAM chips and modules. The modules have an apparent coding error for the "std_module_config_depth" variable, which affects the total quantity in megabits for each of the modules. It appears that 256k and 512k chips were coded as 256Mb and 512Mb. These modules appear in the combined defendant dataset as containing 16,384Mb (2GB chips) or 32,768 Mb (4GB) when they should have appeared as having 16 Mb (2 MB) or 32 Mb (4 MB) per module.

Table 1 lists the SGRAM part numbers contained in the combined defendant dataset. Only Micron is identified as a seller of these SGRAM modules. These parts were recoded for use in total megabit calculations.

### Table 1.  SGRAM Megabits and Megabytes Resulting from Coding  in Combined Defendants' Dataset

| part_number | std module density | std module config depth | std module config width | megabits per module | megabytes per module |
|---|---|---|---|---|---|
| MT2LG25664HG-83 | 2048 | 256 | 64 | 16384 | 2048 |
| MT2LG25664KHG-66 | 2048 | 256 | 64 | 16384 | 2048 |
| MT2LG25664KHG-83 | 2048 | 256 | 64 | 16384 | 2048 |
| MT4LG51264HG-66 | 4096 | 512 | 64 | 32768 | 4096 |
| MT4LG51264HG-83 | 4096 | 512 | 64 | 32768 | 4096 |
| MT4LG51264KHG-83 | 4096 | 512 | 64 | 32768 | 4096 |

### Table 2.  SGRAM Megabits and Megabytes Resulting from Recoding SGRAM in Combined Defendants' Dataset

| part_number | std module density | std module config depth | std module config width | RECODED megabits per module | RECODED megabytes per module |
|---|---|---|---|---|---|
| MT2LG25664HG-83 | 2048 | 0.256 | 64 | 16.4 | 2.0 |
| MT2LG25664KHG-66 | 2048 | 0.256 | 64 | 16.4 | 2.0 |
| MT2LG25664KHG-83 | 2048 | 0.256 | 64 | 16.4 | 2.0 |
| MT4LG51264HG-66 | 4096 | 0.512 | 64 | 32.8 | 4.1 |
| MT4LG51264HG-83 | 4096 | 0.512 | 64 | 32.8 | 4.1 |
| MT4LG51264KHG-83 | 4096 | 0.512 | 64 | 32.8 | 4.1 |

Highly Confidential

EXHIBIT APPENDIX

Micron catalogs were not available to decode these part numbers, however other sources were relied upon.

**SOURCES:**

These part numbers were checked at the following websites:
http://www.datasheetarchive.com/
e.g., MT2LG25664HG-83
Micron Technology :: Video Dynamic RAM - With SPD and LVTTL Compatible

**Specsheet / Datasheet**
Number of Words=256k
Bits Per Word=64
t(acc) Max. (S)=9n
tW Min (S)=10n
P(D) Max.(W) Power Dissipation=2
Nom. Supp (V)=3.3
Package=DIMM
Pins=144
Military=N
Technology=CMOS

http://www.memoryten.com/003019.htm
e.g., MT4LG51264HG-83 ANJ 4MB 144p PC100 4c 256x32 SGRAM SODIMM, Micron

Highly Confidential

# Appendix C

Highly Confidential

# Depositions from MDL Case

| Deponent | On Behalf Of | Date | Comments |
| --- | --- | --- | --- |
| Abed "Al" Kassak | Hynix | 21-Apr-06 | |
| Akifumi Takayasu | Elpida | 14-Jun-06 | |
| Akihiko Furusawa | Elpida | 1-Aug-06 | |
| Albert J. Boro | Hynix | 10-Feb-06 | 30(b)(6) |
| Alfred P. Censullo | Micron | 11-Apr-06 | |
| Bill Lauer | Micron | 05/17/0014 | |
| Brice J. Arave | Micron | 14-Feb-06 | 30(b)(6) |
| Chae Kyun Chung | Hynix | 27-Jul-06 | |
| Charles R. Byrd | Hynix | 20-Apr-06 | |
| Chun Yub Choi | Hynix | 20-Apr-07 | |
| Dan Morrissey | Micron | 25-Apr-06 | |
| Daniel L. Donabedian | Elpida | 27-Apr-06 | |
| David S. Lin | Elpida | 20-Jul-06 | |
| Dennis Scott | NEC | 1-Mar-06 | 30(b)(6) |
| Dimitrios James Sogas | Elpida | 25-Apr-06 | |
| Donna Hatcher | NEC | 2-Mar-06 | 30(b)(6) |
| Duk Il Shin | Hynix | 9-Feb-06 | 30(b)(6) |
| Farhad Tabrizi | Hynix | 7-Apr-06 | |
| Fred R. Waddel | Micron | 10-Mar-06 | |
| Frederick Joseph Smith | Mosel | 2-May-06 | |
| Frederick Joseph Smith | Mosel | 2-May-06 | 30(b)(6) |
| Gary J. Swanson | Hynix | 27-Apr-06 | |
| Guenter Hefner | Infineon | 10-May-06 | |
| Heeseung Cho | Hynix | 23-Feb-07 | |
| Heinrich Florian | Infineon | 9-May-06 | |
| Hyun Jun Kim | Hynix | 11-Jul-06 | |
| Hyun Jun Kim | Hynix | 8-Feb-06 | 30(b)(6) |
| I.J. Kim | Hynix | 12-Jul-06 | |
| J. G. Nam | Hynix | 11-May-06 | |
| Jackie Gross | HP-Compaq | 15-Sep-01 | |
| Jeng-Yi Wu | Winbond | 11-Jul-06 | 30(b)(6) |
| Jerome L. McBroom | Hynix | 29-Mar-06 | |
| Joe Chen | Winbond | 13-Jul-06 | 30(b)(6) |
| Joe Chen | Winbond | 14-Jul-06 | |
| John A. Eideh | Winbond | 28-Jun-06 | |
| John A. Landreth | Micron | 3-Mar-06 | |
| John Bugee | Infineon | 6-Apr-06 | |
| John Yee Woon Seto | Mosel | 18-Apr-06 | |
| Jon Ostberg | Micron | 14-Mar-06 | |
| Julie Kay Smith | Micron | 14-Feb-06 | 30(b)(6) |
| K. Michael Ramirez | Mosel | 5-May-06 | |
| Karen Buse | Elpida | 21-Mar-06 | 30(b)(6) |
| Kathy Radford | Micron | 5-Apr-06 | |
| Keith D. Weinstock | Micron | 12-May-06 | |
| Kun Chul Suh | Hynix | 25-Jul-06 | |

Highly Confidential   Chicago Partners, LLC

## Depositions from MDL Case

| Deponent | On Behalf Of | Date | Comments |
|----------|--------------|------|----------|
| Larry Gaddy | Winbond | 30-Jun-06 | |
| Lin Lee | Hynix | 9-Feb-06 | |
| Linda Turner | Micron | 14-Apr-06 | |
| Lionel Lim | Micron | 8-May-06 | |
| Margaret Guerin-Calvert | Hynix | 7-Apr-06 | |
| Martha J. Earl | Hynix | 6-Feb-06 | 30(b)(6) |
| Michael Peterson | Hynix | 5-Apr-06 | |
| Michael Pitzer | Infineon | 30-Mar-06 | |
| Michael Sadler | Micron | 7-Jul-06 | |
| Mohammad Iqbal | Mosel | 27-Apr-06 | |
| Mr Charles Kau | Nanya | 12-Jul-06 | |
| Myung Ro Lee | Hynix | 8-Feb-06 | 30(b)(6) |
| Naomi Joy Lohnes | Johnson & Jennings | 12-Sep-06 | |
| Nathan Handelsman | Mosel | 1-May-06 | |
| Pai Pei Lin | Nanya | 14-Jul-06 | |
| Pamela Chen | Nanya | 29-Mar-06 | 30(b)(6) |
| Paul Palonsky | Hynix | 9-May-06 | |
| Peter Schaefer | Infineon | 8-May-06 | |
| Phillip William Hassett | Elpida | 12-May-06 | |
| Rajit Suryavadan Shah | Mosel | 11-May-06 | |
| Roger Hawkins | Micron | 28-Feb-06 | |
| Ronald Abruzzese | Winbond | 6-Jul-06 | |
| Ronald Farrell | Mosel | 9-May-06 | |
| Roy Don Brents | Sanmica | 6-Jul-06 | |
| Stefan Schauss | Winbond | 25-Jul-06 | |
| Steve Hsu | Nanya | 29-Jun-06 | |
| Steve Thorsen | Micron | 24-Mar-06 | |
| Steve Wang | Nanya | 17-Apr-06 | |
| Steven Appleton | Micron | 9-May-06 | |
| Steven Lawrence Wahl | Infineon | 25-Apr-06 | |
| Sung S. Woo | Hynix | 6-Feb-06 | 30(b)(6) |
| T. Rudd Corwin | Infineon | 13-Apr-06 | |
| Tatsuya Iida | Elpida | 14-Jul-06 | |
| Thomas Addie | Micron | 24-May-06 | |
| Thomas C. Panacci | Elpida | 25-Apr-06 | |
| Wen C. Chu | Winbond | 14-Jun-06 | 30(b)(6) |
| Yasukazu Inoue | Elpida | 22-Jun-06 | |
| Yu Sheng Li | Mosel | 3-May-06 | 30(b)(6) |
| Ali Farahbod | Elpida | 9-May-06 | |
| Abraham Lim | Infineon | 10-Oct-06 | |
| Curt Anderson | Elpida | 20-Mar-06 | |
| Arun Aggarwal | Elpida | 20-Mar-06 | |
| Michael Despotes | Elpida | 22-May-06 | |
| Donald Steven Yamagachi | Elpida | 22-Feb-07 | |
| Wesley Swail | Infineon | 22-Feb-07 | 30(b)(6) |

# Depositions from MDL Case

| Deponent | On Behalf Of | Date | Comments |
|---|---|---|---|
| Brian Donahue | Nanya | 12-Jun-06 | |
| David Dwyer | Nanya | 14-Jun-06 | |
| Kenneth Hurley | Nanya | 16-Jun-06 | |
| Michael Walsh | Nanya | 28-Jun-06 | |
| Richard Cripps | NEC | 5-May-06 | |
| Roy Brents | NEC | 6-Jul-06 | |
| Bart Ladd | NEC | 2-Mar-07 | |
| Keith Lefebvre | HP | 30-Oct-06 | |
| Kevin Brown | Dell | 12-Sep-06 | |
| Seshu Anne | Dell | 14-Sep-06 | |

# Sun Depositions from Opt-Out Case

| Deponent | On Behalf Of | Position | Date | Comments |
|---|---|---|---|---|
| Benjamin Ma | SUN | Global Commodity Director, Memory, ASICs & Flash | 30-Nov-07 | |
| Chris Maxwell | SUN | Operations Product Manager | 9-Jan-08 | |
| Clement Fang | SUN | Senior Engineering Manager (Memory Technology Group) | 29-Nov-07 | |
| David Jeffrey | SUN | Test Engineering Manager (Memory Technology Group) | 4-Oct-07 | |
| Kevin Carroll | SUN | Vice President of Supply Management | 5-Dec-07 | |
| Kurt Doelling | SUN | Vice President of Supply Management & Operations Strategy | 23-Oct-07 | 30(b)(6) |
| Linda Park | SUN | Vice President of APAC Sun Services (held many management engineering positions at Sun before coming back to the Company this year to take on this | 18-Dec-07 | |
| Lisa Ripley | SUN | Business Process Analyst/Business Opera | 15-Nov-07 | 30(b)(6) |
| Luisa Torelli | SUN | Business Analyst, Supplier Management (Memory Group) | 5-Dec-07 | |
| Manuel Raposa | SUN | Supply Base Development Manager, Supplier Management (Memory Group) | 11-Dec-07 | |
| Neil Duncan | SUN | Engineer (Memory Technology Group) | 3-Oct-07 | 30(b)(6) |
| Peter Wilson | SUN | Supply Base Development Manager, Supplier Management (Memory Group) | 5-Nov-07 | 30(b)(6) |
| Peter Wilson | SUN | Supply Base Development Manager, Supplier Management (Memory Group) | 6-Nov-07 | 30(b)(6) |
| Peter Wilson | SUN | Supply Base Development Manager, Supplier Management (Memory Group) | 28-Nov-07 | Combination: 30(b)(6) and not 30(b)(6) |
| Richard Ellis | SUN | Global Commodity Director, Memory Products (Memory Group) | 3-Dec-07 | |
| Warren Mootrey | SUN | Product Line Director | 4-Feb-08 | rough |

# Non-Sun Depositions from Opt-Out Case

| Deponent | On Behalf Of | Date | Comments |
|---|---|---|---|
| Bashar Elsbihi | All American | 18-Jan-08 | |
| Michael Pollina | Edge | 4-Oct-07 | 30(b)(6) |
| Hirohisa Ueno | Elpida | 14-Dec-07 | |
| Mizuki Yoshino | Elpida | 23-Oct-07 | |
| Tashiaki Hagiwara | Elpida | 22-Oct-07 | |
| Jackie Gross | HP | 29-Aug-06 | 30(b)(6) |
| Dae Soo Kim | Hynix | 13-Feb-08 | |
| Dae Soo Kim | Hynix | 14-Feb-08 | |
| Jae Seung Kim | Hynix | 18-Oct-07 | 30(b)(6) |
| Jae Seung Kim | Hynix | 12-Dec-08 | |
| Jae Seung Kim | Hynix | 13-Dec-08 | |
| Juseon Kim | Hynix | 12-Dec-07 | 30(b)(6) |
| Mark Ellsberry | Hynix | 27-Nov-07 | |
| Nick LaHerran | Hynix | 11-Dec-07 | |
| Robert Sharpe | Hynix | 17-Dec-07 | |
| Johann Harter | Infineon | 20-Nov-07 | |
| Richard Costa | Infineon | 13-Nov-07 | |
| John Donza | JACO | 5-Oct-07 | 30(b)(6) Testimony, Edge v. Hynix |
| John Donza | JACO | 5-Oct-07 | 30(b)(6) Exhibits, 1-25 |
| John Donza | JACO | 5-Oct-07 | 30(b)(6) Exhibits, 26-48 |
| John Donza | JACO | 5-Oct-07 | 30(b)(6) Testimony, JACO v. Hynix |
| John Donza | JACO | 5-Oct-07 | 30(b)(6) Testimony, JACO v. Hynix |
| Susan Huang | Mosel | 29-Nov-07 | |
| Susan Huang | Mosel | 30-Nov-07 | |
| Christina Stratmoen | Nanya | 10-Dec-07 | |
| Pei Lin Pai | Nanya | 28-Nov-07 | |
| John Cerrato | Samsung | 2-Nov-07 | |
| Burton Nicoson | Samsung | 15-Nov-07 | |
| Devin Cole | Samsung | 12-Dec-07 | |
| Il Ung Kim | Samsung | 9-Jan-08 | |
| Il Ung Kim | Samsung | 10-Jan-08 | |
| James Elliot | Samsung | 4-Dec-07 | |
| Michael Bocian | Samsung | 6-Dec-07 | |
| Thomas Quinn | Samsung | 30-Nov-07 | |
| Thomas Trill | Samsung | 30-Nov-07 | |
| Yeongho Kang | Samsung | 27-Nov-07 | |
| Young Woo Lee | Samsung | 15-Jan-08 | |
| Alain Ishiguro | SGI | 20-Nov-07 | |
| Kelly Bement | SGI | 30-Nov-07 | |
| Michael Oneto | SGI | 14-Dec-07 | |
| Carolyn Stark | Unisys | 17-Jan-08 | 30(b)(6), 30(b)(1) |

Highly Confidential Chicago Partners, LLC

# Non-Sun Depositions from Opt-Out Case

| Deponent | On Behalf Of | Date | Comments |
|---|---|---|---|
| Elizabeth Debeliso | Unisys | 10-Dec-07 | |
| Harry Brunner | Unisys | 12-Oct-07 | 30(b)(6) |
| Harry Brunner | Unisys | 17-Oct-07 | 30(b)(6) |
| James Van Hollebeke | Unisys | 16-Oct-07 | 30(b)(6) |
| Kevin Krueger | Unisys | 16-Jan-08 | 30(b)(6) |
| Mark Ross Feverston | Unisys | 11-Oct-07 | 30(b)(6) |
| Neil Edelbaum | Unisys | 11-Oct-07 | |
| Philippe Pierquin | Unisys | 12-Dec-07 | |

# Depositions of Other Experts

| Name | On Behalf of | Date |
| --- | --- | --- |
| Roger Noll | Plaintiffs | 25-Sep-06 |
| Paul Liu | Plaintiffs | 28-Sep-06 |
| Halbert L. White | Plaintiffs | 27-Feb-08 |
| Halbert L. White | Plaintiffs | 28-Feb-08 |
| Robert C. Marshall | Plaintiffs | 29-Feb-08 |

# Expert Reports

| Expert | Date |
|---|---|
| Halbert L. White | 14-Dec-07 |
| Robert C. Marshall | 14-Dec-07 |
| Alan J. Cox | 2-Oct-06 |
| Carl Shapiro | 2-Oct-06 |
| Roy Weinstein | 2-Oct-06 |
| Victor G. de Dios | 2-Oct-06 |
| Vincent E. O'Brien | 2-Oct-06 |
| Paul Liu | 28-Aug-06 |
| Roger Noll | Aug-06 |

# Discovery Documents
## Provided by Other Experts

| Date | Title |
| --- | --- |
| Aug-06 | Roger Noll |
| 28-Aug-06 | Paul Liu |
| 2-Oct-06 | Carl Shapiro |
| 14-Dec-07 | Halbert L. White |
| 14-Dec-07 | Robert C. Marshall |

# USITC Documents

| ITC Document Title | ITC Document Date | Public/Privileged Version |
| --- | --- | --- |
| USITC:DRAMs and DRAM Modules From Korea: Transcript | 22-Nov-02 | n/a |
| DRAMs and DRAM Modules from Korea, USITC Pub. 3569 (Preliminary) | Dec-02 | Public |
| Jerry Hausman, The Effect of Korean Government Subsidies to Hynix on the U.S. DRAM Industry | 17-Jun-03 | Public |
| DRAMs and DRAM Modules From Korea: Pre-Hearing Brief of Petitioner Micron Technology, Inc | 19-Jun-03 | Public |
| DRAMs and DRAM Modules From Korea, No. 701-TA-431, Pub. 3616 | Aug-03 | Public |
| Federal Trade Commission v. Foster et al., No. CIV 07-352 at ¶393 (D.N.M. 2007). | 29-May-07 | Public |

# Complaints

| Title | File Date |
|---|---|
| Amended Complaint of All American Semiconductor, Inc. | 4-May-07 |
| Amended Complaint of Edge Electronics, Inc. | 4-May-07 |
| Amended Complaint of JACO Electronics, Inc. | 4-May-07 |
| Amended Complaint of DRAM Claims Liquidation Trust | 4-May-07 |
| Amended Consolidated Complaint for Damages and Injunctive Relief for Sun and Unisys | 4-May-07 |

# Letters from Counsel

| Date | Heading |
|------|---------|
| 10-Oct-07 | Letter to David Cross, from Ian Simmons, re. Sun Microsystems, Inc., et al., v. Hynix Semiconductor, Inc., et al. (Case No. C06-01665 PJH (Consolidated)); Unisys Corp. v. Hynix Semiconductor, Inc., et al. (Case No. C06-02915 PJH); All American Semiconductor, Inc. v. Hynix Semiconductor, Inc., et al. (Case No. C07-01200 PJH); Edge Electronics, Inc. v. Hynix Semiconductor, Inc., et al. (Case No. C07-01207 PJH); Jaco Electronics, Inc. v. Hynix Semiconductor, Inc., et al. (Case No. C07-01212 PJH). |
| 31-Oct-07 | Letter to Ian Simmons, from Matthew J. McBurney, re. Sun Microsystems, Inc., et al., v. Hynic Semiconductor, Inc., et al., Case No. C06-01665 PJH (Consolidated) (N.D. Cal.); Unisys Corporation v. Hynix Semiconductor, Inc., et al., Case No. C06-02915 PJH (N.D. Cal.); Jaco Electronics, Inc., v. Hynix Semiconductor, Inc., et al., Case No. C06-01212 PJH (N.D. Cal.). |
| 6-Nov-07 | Letter to All Counsel of Record, from Matthew J. McBurney, re. Unisys Corporation v. Hynix Semiconductor, Inc., et al., Case No. C06-02915 PJH (N.D., Cal.). |
| 12-Nov-07 | Letter to All Counsel of Record, from Matthew J. McBurney, re. Edge Electronics, Inc. v. Hynix Semiconductor, Inc., et al., Case No. C07-01207 |
| 12-Nov-07 | Letter to All Counsel of Record, from Matthew J. McBurney, re. Sun Microsystems, Inc., et al. v. Hynix Semiconductor, Inc., et al., Case No. C06-01665 PJH (Consolidated) (N.D. Cal.). |
| 12-Nov-07 | Letter to All Counsel of Record, from Matthew J. McBurney, re. All American Semiconductor, Inc. v. Hynix Semiconductor, Inc., et al., Case no. C07-01200 PJH (N.D. Cal.). |
| 30-Nov-07 | Letter to David Cross, from Joshua Stambaugh, re. Unisys Corporation v. Hynix Semiconductor, Inc., et al. |

# Plea Agreements

| Submitted | Affiliation | Date |
|---|---|---|
| United States of America v. Hynix Semiconductor Inc.: Case No. CR 05-249 PJH | Hynix | 11-May-05 |
| United States of America v. Elpida Memory, Inc.: Case No. CR 06-0059 (PJH) | Elpida | 22-Mar-06 |
| United States of America v. Infineon Technologies AG: Case No. 04-299 (PJH) | Infineon | 20-Oct-04 |
| United States of America v. Samsung Electronics Company, Ltd. And Samsung Semiconductor, Inc. | Samsung | 23-Nov-05 |
| United States of America v. Dae Soo Kim | Hynix | 1-Mar-06 |
| United States of America v. Chae Kyun Chung | Hynix | 1-Mar-06 |
| United States of America v. Choon Yub | Hynix | 1-Mar-06 |
| United States of America v. Kun Chul Suh | Hynix | 1-Mar-06 |
| United States of America v. T. Rudd Corwin: Case No. CR 04-0397 PJH | Infineon | 15-Dec-04 |
| United States of America v. Heinrich Florian: Case No. CR-04-0397 PJH | Infineon | 15-Dec-04 |
| United States of America v. Gunter Hefner: Case No. CR-04-0397 PJH | Infineon | 15-Dec-04 |
| United States of America v. Peter Schaefer, Case No. CR-04-0397 PJH | Infineon | 15-Dec-04 |
| United States v. Il Ung Kim: Case No. CR 06-0692 PJH | Samsung | 19-Apr-07 |
| United States of America v. Thomas Quinn: Case No. CR 06-635 PJH | Samsung | 8-Nov-06 |
| United States of America v. Sun Woo Lee: Case No. CR 06-180 (PJH) | Samsung | 29-Mar-06 |
| United States of America v. Yeongho Kang: Case No. CR 06-180 (PJH) | Samsung | 13-Oct-06 |
| United States of America v. Young Hwan Park: Case No. CR 06-819 PJH | Samsung | 8-Feb-07 |
| United States of America v. Young Woo | Samsung | 22-Aug-06 |
| United States of America v. Alfred P. Censullo: Criminal No. 03-0368 PJH | Micron | 21-Jan-04 |
| United States of America v. D. James Sogas: Plea Agreement, Case No. CR 06- | Elpida | 13-Dec-06 |
| United States and Elpida Memory, Inc.'s Joint Sentencing Memorandum | Elpida | 22-Mar-06 |

# Legal Documents Pertaining to DRAM Antitrust Litigation

| Date | Title |
|------|-------|
| 31-Jan-08 | All American Semiconductor, Inc.'s Supplemental Response to Elpida Defendants' First Set of Requests for Admission to Plaintiffs |
| 31-Jan-08 | Jaco Electronics, Inc.'s Supplemental Responses to Elpida Defendants' First Set of Requests for Admission to Plaintiffs |
| 31-Jan-08 | Jaco Electronics, Inc.'s Supplemental Responses to Elpida Memory, Inc.'s and Elpida Memory (USA) Inc.'s Second Set of Interrogatories to Plaintiffs |
| 31-Jan-08 | Plaintiff All American Semiconductor, Inc.'s Supplemental Responses to Elpida Memory, Inc.'s and Elpida Memory (USA) Inc.'s Second Set of Interrogatories to |
| 31-Jan-08 | Plaintiff All American Semiconductor, Inc.'s Supplemental Responses to Hynix Semiconductor, Inc.'s and Hynix Semiconductor America, Inc.'s First Set of |
| 31-Jan-08 | Plaintiff Edge Electronics, Inc.'s Supplemental Response to Elpida Defendants' First Set of Requests for Admission to Plaintiffs |
| 31-Jan-08 | Plaintiff Edge Electronics, Inc.'s Supplemental Response to Elpida Memory, Inc.'s and Elpida Memory (USA) Inc.'s Second Set of Interrogatories to Plaintiffs |
| 31-Jan-08 | Plaintiff Edge Electronics, Inc.'s Supplemental Response to Hynix Semiconductor America Inc.'s First Set of Interrogatories |
| 31-Jan-08 | Plaintiff Edge Electronics, Inc.'s Supplemental Response to Hynix Semiconductor Inc.'s and Hynix Semiconductor America Inc.'s Second Set of Interrogatories |
| 31-Jan-08 | Plaintiff Jaco Electronics, Inc.'s Supplemental Responses to Hynix Semiconductor Inc.'s and Hynix Semiconductor America Inc.'s First Set of Interrogatories |
| 31-Jan-08 | Plaintiff Jaco Electronics, Inc.'s Supplemental Responses to Hynix Semiconductor Inc.'s and Hynix Semiconductor America Inc.'s Second Set of Interrogatories |
| 31-Jan-08 | Plaintiff Sun Microsystems, Inc.'s Second Supplemental Response to Elpida Memory, Inc. and Elpida Memory (USA) Inc.'s Second Set of Interrogatories |
| 31-Jan-08 | Plaintiff Sun Microsystems, Inc.'s Second Supplemental Response to Hynix Semiconductor Inc.'s and Hynix Semiconductor America Inc.'s First Set of |
| 31-Jan-08 | Plaintiff Sun Microsystems, Inc.'s Supplemental Response to Defendants' First Joint Set of Interrogatories Regarding Jurisdiction and Standing |
| 31-Jan-08 | Plaintiff Sun Microsystems, Inc.'s Supplemental Response to Defendants' First Joint Set of Requests for Admission Regarding Jurisdiction and Standing |
| 31-Jan-08 | Plaintiff Sun Microsystems, Inc.'s Supplemental Response to Hynix Semiconductor Inc. and Hynix Semiconductor America Inc.'s First Set of Requests for Admission |
| 31-Jan-08 | Plaintiff Sun Microsystems, Inc.'s Supplemental Response to Hynix Semiconductor Inc. and Hynix Semiconductor America Inc.'s Second Set of Interrogatories |
| 31-Jan-08 | Plaintiff Sun Microsystems, Inc.'s Supplemental Responses to Elpida Memory, Inc.'s and Elpida Memory (USA) Inc.'s First Set of Requests for Admission to Sun |
| 31-Jan-08 | Plaintiff Sun Microsystems, Inc's Supplemental Response to Elpida Memory, Inc. and Elpida Memory (USA) Inc.'s First Set of Requests for Admission |
| 31-Jan-08 | Plaintiff Unisys Corporation's Second Supplemental Response to Hynix Semiconductor Inc. and Hynix Semiconductor America Inc.'s First Set of Interrogatories |
| 31-Jan-08 | Plaintiff Unisys Corporation's Supplemental Response to Defendants' First Joint Set of Interrogatories Regarding Jurisdiction and Standing |
| 31-Jan-08 | Plaintiff Unisys Corporation's Supplemental Response to Defendants' First Joint Set of Requests for Admission Regarding Jurisdiction and Standing |

# Legal Documents Pertaining to DRAM Antitrust Litigation

| Date | Title |
|---|---|
| 31-Jan-08 | Plaintiff Unisys Corporation's Supplemental Response to Hynix Semiconductor Inc. and Hynix Semiconductor America Inc.'s First Set of Requests for Admission |
| 31-Jan-08 | Plaintiff Unisys Corporation's Supplemental Response to Hynix Semiconductor Inc. and Hynix Semiconductor America Inc.'s Second Set of Interrogatories |
| 30-Jan-08 | Letter Brief fo Judge Spero, Attested by David Cross |
| 30-Jan-08 | Letter to The Honorable Joseph C. Spero from David D. Cross, re. C07-01212 PJH and C07-01200 PJH |
| 18-Jan-08 | Plaintiff All American Semiconductor, Inc.'s Responses to Defendants Micron Technology, Inc. and Micron Semiconductor Products, Inc's First Set of Interrogatories |
| 18-Jan-08 | Plaintiff All American Semiconductor, Inc.'s Responses to Micron Technology, Inc. and Micron Semiconductor Products, Inc. First Set of Requests for Production |
| 18-Jan-08 | Plaintiff JACO Electronics, Inc.'s Response to Micron Technology, Inc., and Micron Semiconductor Products, Inc. First Set of Requests for Production |
| 18-Jan-08 | Plaintiff JACO Electronics, Inc.'s Responses to Defendants Micron Technology, Inc. and Micron Semiconductor Products, Inc's First Set of Interrogatories |
| 18-Jan-08 | Plaintiffs' First Joint Supplemental Response to Hynix Semiconductor Inc.'s and Hynix Semiconductor America Inc.'s First Set of Interrogatories |
| 18-Jan-08 | Plaintiffs Sun Microsystems, Inc., All American Semiconductor, Inc., Edge Electronics, Inc., and JACO Electronics, Inc.'s First Joint Supplemental Response to Elpida Memory (USA) Inc.'s Second Set of Interrogatories to Plaintiffs |
| 18-Jan-08 | Plaintiffs Sun Microsystems, Inc., All American Semiconductor, Inc., Edge Electronics, Inc., and JACO Electronics, Inc.'s Supplemental Response to Elpida Memory, Inc.'s and Elpida Memory (USA) Inc.'s Third Set of Interrogatories to Plaintiffs |
| 18-Jan-08 | Plaintiff's Supplemental Response to Defendant Nanya Technology Corporation USA's First Set of Interrogatories - Nos. 3 through 6 |
| 18-Jan-08 | Plaintiffs' Supplemental Response to Defendant Nanya Technology Corporation's First Set of Interrogatories - Nos. 3 through 6 |
| 18-Jan-08 | Plaintiffs Unisys Corp., All American Semiconductor, Inc., Edge Electronics, Inc., and JACO Electronics, Inc.'s Supplemental Responses to Infineon Defendants' First Set of Interrogatories to All Plaintiffs |
| 20-Dec-07 | Plaintiffs Sun Microsystems, Inc., All American Semiconductor, Inc., Edge Electronics, Inc., and JACO Electronics, Inc.'s Objections to Elpida Memory, Inc.'s and Elpida Memory (USA) Inc.'s Second Set of Interrogatories to Plaintiffs |
| 19-Dec-07 | Hynix's Objections and Responses to Sun Microsystems Inc.'s Second Set of Interrogatories |
| 17-Dec-07 | Plaintiff All American Semiconductor, Inc.'s Response to Hynix Semiconductor Inc. and Hynix Semiconductor Amercia Inc.'s First Set of Interrogatories |
| 17-Dec-07 | Plaintiff Edge Electronics, Inc.'s Response to Hynix Semiconductor Inc. and Hynix Semiconductor America Inc.'s First Set of Interrogatories |
| 17-Dec-07 | Plaintiff Edge Electronics, Inc.'s Response to Hynix Semiconductor Inc. and Hynix Semiconductor America Inc.'s First Set of Requests for Production |
| 17-Dec-07 | Plaintiff Edge Electronics, Inc.'s Response to Hynix Semiconductor Inc. and Hynix Semiconductor Amserica Inc.'s Second Set of Interrogatories |
| 17-Dec-07 | Plaintiff Edge Electronics, Inc.'s Response to Hynix Semiconductor Inc.'s First Set of Requests for Admission |

# Legal Documents Pertaining to DRAM Antitrust Litigation

| Date | Title |
|------|-------|
| 17-Dec-07 | Plaintiff JACO Electronics, Inc.'s Response to Defendant NEC Electronics America, Inc.'s First Set of Interrogatories |
| 17-Dec-07 | Plaintiff JACO Electronics, Inc.'s Response to Defendants Micron Technology, Inc. and Micron Semiconductor Products, Inc's First Set of Interrogatories |
| 17-Dec-07 | Plaintiff JACO Electronics, Inc.'s Response to Hynix Semiconductor Inc. and Hynix Semiconductor America Inc.'s Second Set of Interrogatories |
| 17-Dec-07 | Plaintiff JACO Electronics, Inc.'s Response to Hynix Semiconductor Inc., and Hynix Semiconductor America Inc.'s First Set of Interrogatories |
| 17-Dec-07 | Plaintiff JACO Electronics, Inc.'s Response to Hynix Semiconductor Inc., and Hynix Semiconductor America Inc.'s First Set of Requests for Production |
| 17-Dec-07 | Plaintiff Sun Microsystems, Inc.'s Response to Defendants' First Joint Set of Interrogatories Regarding Jurisdiction and Standing |
| 17-Dec-07 | Plaintiff Sun Microsystems, Inc.'s Response to Defendants' First Joint Set of Requests for Admission Regarding Jurisdiction and Standing |
| 17-Dec-07 | Plaintiff Sun Microsystems, Inc.'s Response to Defendants' First Joint Set of Requests for Production Regarding Jurisdiction and Standing |
| 17-Dec-07 | Plaintiffs Unisys Corp., All American Semiconductor, Inc., Edge Electronics, Inc., and JACO Electronics, Inc.'s Objections to Infineon Defendants' First Set of Interrogatories to All Plaintiffs |
| 17-Dec-07 | Subpoena to Charles H. Stevenson and Proof of Service of Subpoena to Charles H. Stevenson |
| 3-Dec-07 | Defendants Samsung Semiconductor, Inc.'s and Samsung Electronics Co., Ltd.'s First Amended and Supplemental Responses to DRAM Claims Liquidation Trust's First Set of Interrogatories |
| 20-Nov-07 | Hynix's Supplemental Response to Plaintiffs Sun Microsystems, Inc.; Unisys Corporation; JACO Electronics, Inc.; Edge Electronics, Inc.; and All American Semiconductor, Inc.'s First Set of Interrogatories to All Defendants |
| 8-Jun-07 | Defendants' Joint Pre-Mediation Memorandum Regarding Claims Asserted by Unisys Corporation |
| 8-Jun-07 | Defendants' Joint Pre-Mediation Morandum Regarding Claims Asserted by Sun Microsystems |
| 8-Jun-07 | Sun Microsystems, Inc.'s and Unisys Corporation's Mediation Statement: Sun Microsystems, Inc., et al. v. Hynix Semiconductor, Inc., et al. (Consolodated); Unisys Corp. v. Hynix Semiconductor, Inc. et al. |
| 20-Feb-07 | In re DYNAMIC RANDOM ACCESS MEMORY (DRAM) ANTITRUST LITIGATION: Court's Order Granting Summary Judgment in Part and Denying Summary Judgment in Part |
| 20-Feb-07 | Order Granting Summary Judgment in Part and Denying Summary Judgment in Part |
| 2-Feb-07 | Indirect Purchaser Plaintiffs' Supplemental Responses to Certain Defendants Infineon Technologies, North America Corp., Hynix Semiconductor, Inc., Winbond Electronics Corporation, NEC Electronics America, Inc., Micron Semiconductor Products Inc., Micron Technology Inc., Samsung Semiconductor, Inc., and Elpida Memory (USA), Inc.'s First Joint Set of Interrogatories to Indirect Purchaser Plaintiffs |
| 2-Feb-07 | Indirect Purchaser Plaintiffs' Supplemental Responses to Defendant Hynix Semiconductor America Inc.'s First Set of Special Interrogatories |

# Legal Documents Pertaining to DRAM Antitrust Litigation

| Date | Title |
|------|-------|
| 10-Jan-07 | Nanya Technology Corporation USA's Reply Brief in Support of Its Motion for Summary Judgment |
| 10-Jan-07 | Nanya Technology Corporation USA's Reply Brief in Support of its Motion for Summary Judgment |
| 10-Jan-07 | Nanya Technology Corporation's Notice of Motion and Motion for Summary Judgment; Memorandum in Support Thereof |
| 10-Jan-07 | Nanya Technology Corporation's Notice of Motion for Summary Judgment: Memorandum in Support Thereof |
| 10-Jan-07 | Plaintiffs' Memorandum in Opposition to Nanya Technology Corp. and Nanya Technology Corp. U.S.A.'s Motions for Summary Judgment |
| 10-Jan-07 | Plaintiffs' Memorandum in Opposition to Nanya Technology Corp. and Nanya Technology Corp. U.S.A.'s Motions for Summary Judgment |
| 10-Jan-07 | Reply Declaration of Na'il Benjamin in Support of Nanya Technology Corporation's and Nanya Technology Corporation USA's Motions for Summary Judgment |
| 10-Jan-07 | Reply Declaration of Na'il Benjamin in Support of Nanya Technology Corporation's and Nanya Technology Corporation USA's Motions for Summary Judgment |
| 10-Jan-07 | Reply Declaration of Vincent E. O'Brien in Support of Nanya Technology Corporation's and Nanya Technology Corporation USA's Motions for Summary Judgment |
| 10-Jan-07 | Reply Declaration of Vincent E. O'Brien in Support of Nanya Technology Corporation's and Nanya Technology Corporation USA's Motions for Summary Judgment |
| 8-Sep-06 | Third Supplemental Responses to Plaintiffs' Second Set of Interrogatories |
| 22-Mar-06 | United States of America v. Elpida Memory, Inc. |
| 23-Feb-04 | In re Rambus, Inc., Initial Decision, FTC Docket No. 9302. |

# Documents From the Trial of Gary Swanson

| Date | Title |
|---|---|
| 28-Feb-08 | C.K. Chung (Hynix) Witness Summary |
| 28-Feb-08 | D.S. Kim (Hynix) Witness Summary |
| 28-Feb-08 | Dennis Lee (Infineon) Witness Summary |
| 28-Feb-08 | Ken Heller (Hynix) Witness Summary |
| 28-Feb-08 | Keith Weinstock (Micron) Witness Summary |
| 28-Feb-08 | Mike Peterson (Hynix) Witness Summary |
| 28-Feb-08 | K.C. Suh (Hynix) Witness Summary |
| 25-Feb-08 | Gary Swanson Trial Transcript, Vol 12 of 12 |
| 22-Feb-08 | Gary Swanson Trial Transcript, Vol 11 of 12 |
| 21-Feb-08 | Gary Swanson Trial Transcript, Vol 10 of 12 |
| 19-Feb-08 | Gary Swanson Trial Transcript, Vol 9 of 12 |
| 15-Feb-08 | Gary Swanson Trial Transcript, Vol 8 of 12 |
| 14-Feb-08 | Gary Swanson Trial Transcript, Vol 7 of 12 |
| 12-Feb-08 | Gary Swanson Trial Transcript, Vol 6 of 12 |
| 11-Feb-08 | Gary Swanson Trial Transcript, Vol 5 of 12 |
| 8-Feb-08 | Gary Swanson Trial Transcript, Vol 4 of 12 |
| 7-Feb-08 | Gary Swanson Trial Transcript, Vol 3 of 12 |
| 5-Feb-08 | Gary Swanson Trial Transcript, Vol 2 of 12 |
| 4-Feb-08 | Gary Swanson Trial Transcript, Vol 1 of 12 |
| 22-Oct-07 | Amended Summary of Government's Case Against Gary Swanson (Redacted) |
| 22-Oct-07 | Stipulation and Order in Response to Defendant Gary Swanson's Motion for Bill of Particulars |
| 27-Feb-07 | Letter from Niall Lynch to the Honorable Phyllis J. Hamilton, re. United States v. Il Ung Kim, et al. |
| 27-Feb-07 | Stipulation and (Proposed) Order in Response to Defendant Gary Swanson's Motion for Bill of Particulars |
| 27-Feb-07 | Summary of the Government's Case Against Gary Swanson (Redacted) |
| 27-Feb-07 | Steve Thorsen (Micron) Witness Summary |
| 18-Oct-06 | United States of America v. Il Ung Kim, Young Bae Rha, and Gary Swanson: Indictment, Violation: Title 15, United States Code, Section 1 (Price Fixing) |

## De Dios Documents: Micron

| Publication Date | Title | Beginning Bates Number | End Bates Number |
|---|---|---|---|
| 3/16/1998 | DRAM Market Advisor | MU00674281 | MU00674297 |
| 4/24/1998 | DRAM Market Advisor | MU00674298 | MU00674315 |
| 5/25/1998 | DRAM Market Advisor | MU00674316 | MU00674335 |
| 8/26/1998 | DRAM Market Advisor | MU00674354 | MU00674372 |
| 10/29/1998 | DRAM Market Advisor | MU00674392 | MU00674408 |
| 11/25/1998 | DRAM Market Advisor | MU00674409 | MU00674434 |
| 12/30/1998 | DRAM Market Advisor | MU00674435 | MU00674452 |
| 1/25/1999 | DRAM Market Advisor | MU00674453 | MU00674473 |
| 1/28/1999 | DRAM Market Advisor | MU00674584 | MU00674606 |
| 6/21/1999 | DRAM Market Advisor | MU00674474 | MU00674494 |
| 7/28/1999 | DRAM Market Advisor | MU00674495 | MU00674509 |
| 8/30/1999 | DRAM Market Advisor | MU00674510 | MU00674531 |
| 10/8/1999 | DRAM Market Advisor | MU00674532 | MU00674550 |
| 11/16/1999 | DRAM Market Advisor | MU00674551 | MU00674565 |
| 12/17/1999 | DRAM Market Advisor | MU00674566 | MU00674583 |
| 2/24/2000 | DRAM Market Advisor | MU00674607 | MU00674631 |
| 4/5/2000 | DRAM Market Advisor | MU00674632 | MU00674654 |
| 5/8/2000 | DRAM Market Advisor | MU00674655 | MU00674683 |
| 6/19/2000 | DRAM Market Advisor | MU00674684 | MU00674708 |
| 8/7/2000 | DRAM Market Advisor | MU00674709 | MU00674728 |
| 9/15/2000 | DRAM Market Advisor | MU00674729 | MU00674755 |
| 10/30/2000 | DRAM Market Advisor | MU00674756 | MU00674779 |
| 11/30/2000 | DRAM Market Advisor | MU00674780 | MU00674804 |
| 12/2000 | DRAM Market Advisor | MU00674805 | MU00674815 |
| 1/1/2001 | DRAM Market Advisor | MU00674816 | MU00674839 |
| 2/1/2001 | DRAM Market Advisor | MU00674840 | MU00674864 |
| 3/1/2001 | DRAM Market Advisor | MU00674865 | MU00674888 |
| 4/1/2001 | DRAM Market Advisor | MU00674889 | MU00674898 |
| 5/1/2001 | DRAM Market Advisor | MU00674899 | MU00674923 |
| 6/8/2001 | DRAM Market Advisor | MU00674924 | MU00674955 |
| 6/27/2001 | Market Insight | MU00653681 | MU00653683 |
| 8/12/2001 | DRAM Market Advisor | MU00653712 | MU00653744 |
| 8/21/2001 | DRAM Market Advisor | MU00674956 | MU00674987 |
| 9/12/2001 | DRAM Market Advisor | MU00674988 | MU00675023 |
| 9/19/2001 | DRAM Market Advisor | MU00653781 | MU00653817 |
| 10/19/2001 | DRAM Market Advisor | MU00653822 | MU00653853 |
| 10/19/2001 | DRAM Market Advisor | MU00675024 | MU00675053 |
| 11/16/2001 | DRAM Market Advisor | MU00675054 | MU00675084 |
| 11/16/2001 | DRAM Market Advisor | MU00653860 | MU00653890 |
| 12/11/2001 | DRAM Market Advisor | MU00653897 | MU00653935 |
| 1/20/2002 | DRAM Market Advisor | MU00675085 | MU00675085 |
| 2/20/2002 | DRAM Market Advisor | MU00675114 | MU00675140 |
| 3/26/2002 | DRAM Market Advisor | MU00675141 | MU00675166 |
| 6/25/2002 | DRAM Market Advisor | MU00327200 | MU00327226 |
| 6/29/2002 | DRAM Market Advisor | MU00654262 | MU00654291 |
| 10/11/2002 | Module and DDR Tracker | MU00654303 | MU00654307 |

# De Dios Documents: Infineon

| Publication Date | Title | Beginning Bates Number | End Bates Number |
|---|---|---|---|
| 3/5/1999 | DRAM Market Advisor | ITAG-00744358 | ITAG-00744378 |
| 4/6/1999 | DRAM Market Advisor | ITAG-00744379 | ITAG-00744400 |
| 5/10/1999 | DRAM Market Advisor | ITAG-00744401 | ITAG-00744426 |
| 10/8/1999 | DRAM Market Advisor | ITAG-00744427 | ITAG-00744445 |
| 4/5/2000 | DRAM Market Advisor | ITAG-00744188 | ITAG-00744210 |
| 6/19/2000 | DRAM Market Advisor | ITAG-00744211 | ITAG-00744235 |
| 4/22/2002 | DRAM Market Advisor | ITAG-00383700 | ITAG-00383725 |
| 9/2/2002 | DRAM Market Advisor | ITAG-00744236 | ITAG-00744266 |
| 9/25/2002 | DRAM Market Advisor | ITAG-00744267 | ITAG-00744299 |
| 11/4/2002 | DRAM Market Advisor | ITAG-00744300 | ITAG-00744328 |
| 12/11/2002 | DRAM Market Advisor | ITAG-00744329 | ITAG-00744357 |
| 1/17/2003 | DRAM Market Advisor | ITAG-00743416 | ITAG-00743456 |
| 2/28/2003 | DRAM Market Advisor | ITAG-00743457 | ITAG-00743498 |
| 3/28/2003 | DRAM Market Advisor | ITAG-00743499 | ITAG-00743534 |
| 5/2/2003 | DRAM Market Advisor | ITAG-00743535 | ITAG-00743571 |
| 5/31/2003 | DRAM Market Advisor | ITAG-00743572 | ITAG-00743607 |
| 7/7/2003 | DRAM Market Advisor | ITAG-00744446 | ITAG-00744487 |
| 8/5/2003 | DRAM Market Advisor | ITAG-00744155 | ITAG-00744187 |
| 9/5/2003 | DRAM Market Advisor | ITAG-00743608 | ITAG-00743642 |
| 10/13/2003 | DRAM Market Advisor | ITAG-00743643 | ITAG-00743674 |
| 11/14/2003 | DRAM Market Advisor | ITAG-00743675 | ITAG-00743706 |
| 1/9/2004 | DRAM Market Advisor | ITAG-00743707 | ITAG-00743740 |
| 2/9/2004 | DRAM Market Advisor | ITAG-00743741 | ITAG-00743779 |
| 3/9/2004 | DRAM Market Advisor | ITAG-00743780 | ITAG-00743817 |
| 4/9/2004 | DRAM Market Advisor | ITAG-00743818 | ITAG-00743858 |
| 5/14/2004 | DRAM Market Advisor | ITAG-00743859 | ITAG-00743899 |
| 6/21/2004 | DRAM Market Advisor | ITAG-00743900 | ITAG-00743938 |
| 8/3/2004 | DRAM Market Advisor | ITAG-00743939 | ITAG-00743988 |
| 9/9/2004 | DRAM Market Advisor | ITAG-00743989 | ITAG-00744032 |
| 10/5/2004 | DRAM Market Advisor | ITAG-00744033 | ITAG-00744075 |
| 11/11/2004 | DRAM Market Advisor | ITAG-00744076 | ITAG-00744114 |
| 12/27/2004 | DRAM Market Advisor | ITAG-00744115 | ITAG-00744154 |
| 7/20/1998 | DRAM Market Advisor | ITNA 00000244 | ITNA 00000264 |

# De Dios Documents: Nanya

| Publication Date | Title | Beginning Bates Number | End Bates Number |
|---|---|---|---|
| 4/1/2000 | Nanya Sales Strategy memo and presentation | NTC 66-00012029 | NTC 66-00012032 |
| 7/15/2000 | Nanya Technology Corporation | NTC 64-00002522 | NTC 64-00002548 |
| 8/1/2000 | Market information monthly update presentation | NTC 64-00001587 | NTC 64-00001594 |
| 10/1/2000 | Presentation | NTC 64-00000413 | NTC 64-00000435 |
| 10/30/2000 | DRAM Market Advisor | NTC 010055 | NTC 010104 |
| 11/10/2000 | Presentation | NTC 64-00002331 | NTC 64-00002354 |
| 11/10/2000 | SDRAM | NTC 64-00002355 | NTC 64-00002360 |
| 11/11/2000 | HP meeting presentation | NTC 64-00000234 | NTC 64-00000267 |
| 11/27/2000 | DRAM Market Outlook | NTC 64-00003611 | NTC 64-00003613 |
| 12/1/2000 | DRAM Market Advisor | NTC 73-00031752 | NTC 73-00031762 |
| 1/1/2001 | DRAM Market Advisor | NTC 64-00000131 | NTC 64-00000154 |
| 1/1/2001 | Webpage: News and Analysis for the Strategic Decision Maker | NTC-50 0243 | NTC-50 0247 |
| 1/3/2001 | Historical PC Memory Transactions Have Broken Down | NTC 73-00031763 | NTC 73-00031764 |
| 2/1/2001 | Presentation | NTC 67-00000123 | NTC 67-00000148 |
| 2/1/2001 | DRAM Market Advisor | NTC 73-00028001 | NTC 73-00028025 |
| 8/2/2001 | Presentation | NTC 003190 | NTC 003380 |
| 1/23/2002 | DRAM Market: Changing Supply Structure | NTC 63-00003126 | NTC 63-00003126 |
| 1/23/2002 | Technology Roadmap | NTC 004146 | NTC 004161 |
| 1/23/2002 | Presentation | NTC 006978 | NTC 006995 |
| 2/6/2002 | Presentation sent via e-mail re: Dell Meeting | NTC-50 0524 | NTC-50 0556 |
| 4/9/2002 | Market Insight | NTC 63-00002010 | NTC 63-00002011 |
| 4/19/2002 | Presentation sent via e-mail re: Nanya update | NTC 73-00034812 | NTC 73-00034848 |
| 6/1/2002 | Presentation | NTC 73-00004990 | NTC 73-00005025 |
| 10/26/2002 | N/A | NTC 73-00031584 | NTC 73-00031592 |
| 10/29/2002 | Presentation: Nanya DRAM Roadmaps | NTC 73-00039908 | NTC 73-00039925 |
| N/A | Presentation: NTC USA | NTC-5 0243 | NTC-5 0263 |
| 7/15/2000 | Mid-month Report and Market Insight | NTC 73-00006913 | NTC 73-00006917 |
| N/A | Future Fab International (issue 11) | NTC 004755 | NTC 004854 |
| N/A | Future Fab International (issue 11) Section 2 | NTC 004855 | NTC 004954 |
| N/A | Future Fab International (issue 11) | NTC 004955 | NTC 005054 |
| N/A | Future Fab International (issue 11) | NTC 005055 | NTC 005144 |
| 1/1/2002 | Impact of Price Increase on PC & DRAM Industries | NTC 003529 | NTC 003529 |
| 1/1/2002 | DDR-SDR Production Mix | NTC 003531 | NTC 003533 |

## De Dios Documents: Mosel

| Publication Date | Title | Beginning Bates Number | End Bates Number |
|---|---|---|---|
| 8/1/2000 | Mosel Vitelic Product Roadmaps | MVC 17094 | MVC 17112 |
| 8/1/2000 | DRAM Pricing Projections | MVC 16728 | MVC 16732 |
| 8/1/2000 | ASP Projections MVI/ DRAM pricing Projections | MVC 14450 | MVC 14463 |
| 8/1/2000 | DRAM Pricing Projections August 2000 vs. Today | MVC 17171 | MVC 17175 |
| 8/17/2000 | Strategic Marketing | MVC 16518 | MVC 16674 |
| 9/13/2000 | IBM-Executive Management Meeting | MVC 6575 | MVC 6608 |
| 10/30/2000 | Market Insight/ DRAM Market Advisor | MVC 8123 | MVC 8268 |
| 9/1/2001 | 512Mb SDR/DDR SDRAM Marketing Plan | MVC 3546 | MVC 3567 |
| 3/12/2002 | Merrill Lynch Technology Conference Presentation | MVI0039044 | MVI0039073 |
| 3/12/2002 | Merrill Lynch Technology Conference Presentation | MVC 5256 | MVC 5349 |
| 4/30/2002 | Strategic New Product Objectives | MVC 20685 | MVC 20710 |
| N/A | DRAM Market | MVC 19725 | MVC 19779 |
| N/A | DDR SDRAM Industry Summit | MVC 22344 | MVC 22412 |
| N/A | DRAM Conference Call | MVI0038977 | MVI0038993 |
| N/A | 256Mb SDRAM Marketing Business Plan | MVC 4260 | MVC 4273 |

# De Dios Documents: Hynix

| Publication Date | Title | Beginning Bates Number | End Bates Number |
|---|---|---|---|
| N/A | Presentation | HSA: Lee, S.S. 052891 | HSA: Lee, S.S. 052913 |
| 12/1/2000 | Hyundai Electronics Update | HSA: Motz, J. 036350 | HSA: Motz, J. 036387 |
| 1/1/2001 | 2001 Biz Strategy | HSA: Tabrizi, F.003114 | HSA: Tabrizi, F.003132 |
| 1/1/2001 | DRAM Market Analyzer | HSA: Tabrizi, F.002867 | HSA: Tabrizi, F.002880 |
| 1/1/2001 | Hyundai Electronics Update | HSA: Swanson, G. 053594 | HSA: Swanson, G. 053630 |
| 4/1/2001 | DRAM Market Outlook | HSA: Tabrizi, F. 03889 | HSA: Tabrizi, F. 03918 |
| 5/1/2001 | Long Term DRAM Busines Plan (for Dedios) | HSA: Tabrizi, F. 03987 | HSA: Tabrizi, F. 03990 |
| 5/1/2001 | DRAM Products | HSA: Tabrizi, F. 004161 | HSA: Tabrizi, F. 004176 |
| 5/18/2001 | WSTS Taipei Forecast Meeting | HSA: Swanson, G. 054460 | HSA: Swanson, G. 054479 |
| 7/1/2001 | Market Outlook | HSA: Miller, c. 018041 | HSA: Miller, c. 018054 |
| 8/14/2001 | Hynix Product Marketing Weekly Newletter | HSA: Swanson, G. 063543 | HSA: Swanson, G. 063544 |
| 8/23/2001 | Micron DDR SDRAM | HSA: Lee, S.S. 052858 | HSA: Lee, S.S. 052868 |
| 9/1/2001 | Demands from Major PC OEM | HSA: Motz, J. 036962 | HSA: Motz, J. 036970 |
| 9/1/2001 | 2001 DRAM Market Conditions | HSA: Swanson, G. 063493 | HSA: Swanson, G. 063522 |
| 8/1/2001 | Market Outlook | HSA: Swanson, G. 063002 | HSA: Swanson, G. 063023 |
| 9/14/2001 | E-mail Re: Information from the Presentation | HSA: Miller, c. 019000 | HSA: Miller, c. 019007 |
| 10/1/2001 | Segment Analysis | HSA: Tabrizi, F. 006189 | HSA: Tabrizi, F. 006193 |
| 10/1/2001 | DRAM Market Outlook | HSA: Swanson, G. 079142 | HSA: Swanson, G. 079161 |
| 10/9/2001 | Market Dynamics & Hynix's Position | HSA: Suh, K.C. 049607 | HSA: Suh, K.C. 049653 |
| 11/1/2001 | DRAM Market Outlook | HSA: Tabrizi, F. 006711 | HSA: Tabrizi, F. 006725 |
| 12/4/2001 | Hynix/Dell Meeting | HSA: Nam, J.G. 081530 | HSA: Nam, J.G. 081541 |
| 12/31/2001 | PC Report | HSA: Miller, c. 023824 | HSA: Miller, c. 023847 |
| 1/20/2002 | DRAM Market Advisor | HSA: Swanson, G. 0420577 | HSA: Swanson, G. 0420605 |
| 1/31/2002 | PC Report | HSA: Miller, c. 024874 | HSA: Miller, c. 024905 |
| 2/1/2002 | Memory Sales & Market: DRAM Market Outlook | HSA: Lee, S.S. 052781 | HSA: Lee, S.S. 052809 |
| 2/1/2002 | 2002 Market Conditions | HSA: Kim, K.K. 050251 | HSA: Kim, K.K. 050272 |
| 2/25/2002 | PC Report | HSA: Miller, c. 025631 | HSA: Miller, c. 025659 |
| 3/1/2002 | Corporate Overview | HSA: Suh, K.C. 048914 | HSA: Suh, K.C. 048938 |
| 3/21/2002 | Micron Technology Conference Call (Q2-2002) | HSA: Lee, S.S. 052841 | HSA: Lee, S.S. 052844 |
| 3/1/2002 | DRAM Market Outlook | HSA: Kassak, A. 007809 | HSA: Kassak, A. 007839 |
| 3/29/2002 | PC Report | HSA: Miller, c. 026376 | HSA: Miller, c. 026429 |
| 4/1/2002 | DRAM Market Outlook | HSA: Swanson, G. 058892 | HSA: Swanson, G. 058901 |
| 4/1/2002 | Corporate Overview | HSA: Nam, J.G. 083937 | HSA: Nam, J.G. 083957 |
| 4/1/2002 | DRAM Market Trend and 256M Status | HSA: Kim, K.K. 050876 | HSA: Kim, K.K. 050897 |
| 4/10/2002 | 2Q 2002 DRAM Output Overview | HSA: Lee, S.S. 052467 | HSA: Lee, S.S. 052479 |
| 5/1/2002 | DRAM Market Outlook | HSA: Tabrizi, F. 005493 | HSA: Tabrizi, F. 005509 |
| 5/6/2002 | Dallas Area Customers | HSA: Kim,H.J. 087328 | HSA: Kim,H.J. 087352 |
| 5/6/2002 | DRAM Market Advisor | HSA: Suh, K.C. 048219 | HSA: Suh, K.C. 048244 |
| 5/6/2002 | Presentation | HSA: Lee, S.S. 381976 | HSA: Lee, S.S. 382001 |
| 5/18/2002 | Weekly Report, Southeast Area | HSA: Motz, J. 037818 | HSA: Motz, J. 037845 |
| 5/22/2002 | DDR Sales/Promotion Updates and Strategies | HSA: Suh, K.C. 047142 | HSA: Suh, K.C. 047146 |
| 2/1/2002 | DRAM Market | HSA: Nam, J.G. 085200 | HSA: Nam, J.G. 085216 |
| 7/1/2001 | Market Outlook | HSA: Kim, H.J. 090661 | HSA: Kim, H.J. 090672 |

## De Dios Documents: Samsung

| Publication Date | Title | Beginning Bates Number | End Bates Number |
|---|---|---|---|
| 7/23/2002 | DRAM Market Advisor | SSI-0005139977 | SSI-0005140008 |

# Other Bates Ranges

| Beginning Bates Number | End Bates Number |
| --- | --- |
| AAS0000002 | AAS0000002 |
| AAS0000003 | AAS0000003 |
| AAS0004394 | AAS0004397 |
| AAS0004445 | AAS0004450 |
| AAS0005096 | AAS0005100 |
| AAS0011328 | AAS0011332 |
| AAS0045724 | AAS0045724 |
| AAS0045726 | AAS0045726 |
| AAS0045727 | AAS0045727 |
| AAS0045728 | AAS0045728 |
| AAS0045820 | AAS0045954 |
| AAS0050000 | AAS0050006 |
| AAS0050813 | AAS0050816 |
| AAS0071885 | AAS0071886 |
| AAS0071887 | AAS0071894 |
| AAS0080502 | AAS0080507 |
| AAS0096833 | AAS0096854 |
| AAS0096952 | AAS0097005 |
| AAS0117119 | AAS0117570 |
| AAS0170523 | AAS0170524 |
| AAS0170525 | AAS0170527 |
| AAS0170528 | AAS0170531 |
| AAS0170618 | AAS0170621 |
| AAS0170643 | AAS0170646 |
| AAS0170713 | AAS0170714 |
| AAS0255516 | AAS0255545 |
| AAS0255708 | AAS0255709 |
| AAS0255720 | AAS0255723 |
| AAS0255724 | AAS0255727 |
| AAS0255728 | AAS0255729 |
| AAS0255730 | AAS0255733 |
| AAS0255734 | AAS0255737 |
| AAS0255738 | AAS0255739 |
| AAS0255740 | AAS0255745 |
| AAS0255746 | AAS0255749 |
| AAS0331997 | AAS0331998 |
| AAS0334718 | AAS0334726 |
| AAS0376516 | AAS0376740 |
| AAS0377439 | AAS0377445 |
| AAS0411796 | AAS0411796 |
| EMUS 383292 | EMUS 383292 |
| EMUS 414215 | EMUS 414217 |
| EMUS 427946 | EMUS 427947 |
| EMUS 599746 | EMUS 599748 |
| EMUS 604332 | EMUS 604334 |

# Other Bates Ranges

| Beginning Bates Number | End Bates Number |
| --- | --- |
| EMUS 61723 | EMUS 61723 |
| EMUS 652013 | EMUS 652022 |
| EMUS 796298 | EMUS 796301 |
| EMUS 846397 | EMUS 846400 |
| EMUS109760 | EMUS109761 |
| EMUS155224 | EMUS155224 |
| EMUS369292 | EMUS369292 |
| EMUS382990 | EMUS382990 |
| EMUS383109 | EMUS383109 |
| EMUS427946 | EMUS427947 |
| EMUS428250 | EMUS428253 |
| EMUS599746 | EMUS599748 |
| EMUS652013 | EMUS652013 |
| EMUS744085 | EMUS744085 |
| EMUS797718 | EMUS797718 |
| HR905125253 | HR905125253 |
| HSA 00633620 | HSA 00633620 |
| HSA 00643276 | HSA 00643277 |
| HSA 0754700 | HSA 0754700 |
| HSA 3001873 | HSA 3001877 |
| HSA 3015887 | HSA 3015888 |
| HSA 3016482 | HSA 3016483 |
| HSA 3016851 | HSA 3016851 |
| HSA 3116542 | HSA 3116542 |
| HSA: 3116542 | HSA: 3116542 |
| HSA:BYRD C. 008653 | HSA:BYRD C. 008654 |
| HSA:BYRD C. 129467 | HSA:BYRD C. 129467 |
| HSA:HELLER, K. 172897 | HSA:HELLER, K. 172898 |
| HSA:HELLER,K. 0414450 | HSA:HELLER,K. 0414451 |
| HSA:HELLER,K. 179580 | HSA:HELLER,K. 179589 |
| HSA:LAHERRAN,N. 0207947 | HSA:LAHERRAN,N. 0207947 |
| HSA:LEE,S.S. 052688 | HSA:LEE,S.S. 052705 |
| HSA:LEE,S.S. 052858 | HSA:LEE,S.S. 052868 |
| HSA:MCBROOM,J 0414303 | HSA:MCBROOM,J 0414303 |
| HSA:NO SOURCE 333760 | HSA:NO SOURCE 333784 |
| HSA:STEVENSON,C. 321905 | HSA:STEVENSON,C. 321906 |
| HSA:STEVENSON,C. 323739 | HSA:STEVENSON,C. 323739 |
| HSA:SUNG,J.M. 0388451 | HSA:SUNG,J.M. 0388451 |
| HSA:SWANSON,G. 059125 | HSA:SWANSON,G. 059125 |
| HSA:TABRIIZI,F 128259 | HSA:TABRIZ,F:128276 |
| HSA:TABRIZI,F. 004251 | HSA:TABRIZI,F. 004251 |
| HSA:TABRIZI,F. 106653 | HSA:TABRIZI,F. 106654 |
| HSA:TABRIZI,F. 107869 | HSA:TABRIZI,F. 107962 |
| HSA:TABRIZI,F. 127181 | HSA:TABRIZI,F. 127190 |
| HSA:TABRIZI,F. 128259 | HSA:TABRIZI,F. 128276 |

# Other Bates Ranges

| Beginning Bates Number | End Bates Number |
| --- | --- |
| HSA00004622 | HSA00004627 |
| HSA00006346 | HSA00006355 |
| HSA00008834 | HSA00008838 |
| HSA00008843 | HSA00008844 |
| HSA00010297 | HSA00010324 |
| HSA00011133 | HSA00011134 |
| HSA00013534 | HSA00013536 |
| HSA00013537 | HSA00013539 |
| HSA00014133 | HSA00014133 |
| HSA00022446 | HSA00022450 |
| HSA00026797 | HSA00026797 |
| HSA00028605 | HSA00028607 |
| HSA00032959 | HSA00032960 |
| HSA00032961 | HSA00032961 |
| HSA00035809 | HSA00035825 |
| HSA000438 | HSA000474 |
| HSA000475 | HSA000508 |
| HSA000509 | HSA000541 |
| HSA000542 | HSA000574 |
| HSA000575 | HSA000604 |
| HSA00060102 | HSA00060108 |
| HSA000605 | HSA000636 |
| HSA000637 | HSA000666 |
| HSA00064535 | HSA00064536 |
| HSA000667 | HSA000697 |
| HSA00068929 | HSA00068930 |
| HSA00068944 | HSA00068946 |
| HSA00068971 | HSA00068971 |
| HSA00069399 | HSA00069400 |
| HSA00069408 | HSA00069410 |
| HSA000698 | HSA000728 |
| HSA00070385 | HSA00070386 |
| HSA00070387 | HSA00070388 |
| HSA00070529 | HSA00070529 |
| HSA00070811 | HSA00070813 |
| HSA00071606 | HSA00071607 |
| HSA00071805 | HSA00071805 |
| HSA00071859 | HSA00071860 |
| HSA00072365 | HSA00072367 |
| HSA000729 | HSA000759 |
| HSA00074021 | HSA00074022 |
| HSA00074433 | HSA00074433 |
| HSA00074499 | HSA00074501 |
| HSA00074603 | HSA00074604 |
| HSA000760 | HSA000788 |

# Other Bates Ranges

| Beginning Bates Number | End Bates Number |
|---|---|
| HSA00076833 | HSA00076835 |
| HSA00077558 | HSA00077574 |
| HSA00077751 | HSA00077753 |
| HSA00078232 | HSA00078233 |
| HSA00078237 | HSA00078238 |
| HSA00078413 | HSA00078413 |
| HSA00078417 | HSA00078419 |
| HSA000789 | HSA000814 |
| HSA00079369 | HSA00079370 |
| HSA00079879 | HSA00079880 |
| HSA00080409 | HSA00080410 |
| HSA00080726 | HSA00080728 |
| HSA000815 | HSA000840 |
| HSA00081810 | HSA00081811 |
| HSA00082264 | HSA00082267 |
| HSA00083238 | HSA00083240 |
| HSA00083995 | HSA00083995 |
| HSA000841 | HSA000865 |
| HSA00084765 | HSA00084795 |
| HSA00086117 | HSA00086117 |
| HSA00086191 | HSA00086192 |
| HSA000866 | HSA000890 |
| HSA00086642 | HSA00086695 |
| HSA000891 | HSA000920 |
| HSA00089295 | HSA00089300 |
| HSA00089451 | HSA00089454 |
| HSA00090006 | HSA00090010 |
| HSA00091251 | HSA00091251 |
| HSA00091382 | HSA00091383 |
| HSA00091910 | HSA00091911 |
| HSA000921 | HSA000938 |
| HSA00093392 | HSA00093411 |
| HSA000939 | HSA000963 |
| HSA000964 | HSA000989 |
| HSA00097161 | HSA00097166 |
| HSA00097531 | HSA00097531 |
| HSA00100429 | HSA00100437 |
| HSA00105161 | HSA00105162 |
| HSA00107427 | HSA00107427 |
| HSA00113136 | HSA00113138 |
| HSA00113142 | HSA00113144 |
| HSA00116080 | HSA00116081 |
| HSA00116338 | HSA00116338 |
| HSA00118377 | HSA00118378 |
| HSA00128306 | HSA00128308 |

# Other Bates Ranges

| Beginning Bates Number | End Bates Number |
| --- | --- |
| HSA00128437 | HSA00128441 |
| HSA00128458 | HSA00128462 |
| HSA00128688 | HSA00128702 |
| HSA00128983 | HSA00128986 |
| HSA00128995 | HSA00128996 |
| HSA00130675 | HSA00130677 |
| HSA00133914 | HSA00133914 |
| HSA00134659 | HSA00134659 |
| HSA00141219 | HSA00141222 |
| HSA00143480 | HSA00143483 |
| HSA00193268 | HSA00193278 |
| HSA00237634 | HSA00237634 |
| HSA00237801 | HSA00237802 |
| HSA00238557 | HSA00238558 |
| HSA00239231 | HSA00239272 |
| HSA00250306 | HSA00250308 |
| HSA00255217 | HSA00255217 |
| HSA00271953 | HSA00271996 |
| HSA00271997 | HSA00272026 |
| HSA00340218 | HSA00013351 |
| HSA00341605 | HSA00341606 |
| HSA00342812 | HSA00342813 |
| HSA00349435 | HSA00349442 |
| HSA00353134 | HSA00353158 |
| HSA00360077 | HSA00360079 |
| HSA00365321 | HSA00365322 |
| HSA00365411 | HSA00365412 |
| HSA00368560 | HSA00368563 |
| HSA00400178 | HSA00400180 |
| HSA00400312 | HSA00400313 |
| HSA00401566 | HSA00401566 |
| HSA00413764 | HSA00413788 |
| HSA00471097 | HSA00471098 |
| HSA00493413 | HSA00493415 |
| HSA00493629 | HSA00493629 |
| HSA00495254 | HSA00495255 |
| HSA00495564 | HSA00495566 |
| HSA00495567 | HSA00495568 |
| HSA00495657 | HSA00495658 |
| HSA00495659 | HSA00495660 |
| HSA00495662 | HSA00495667 |
| HSA00495668 | HSA00495669 |
| HSA00495685 | HSA00495685 |
| HSA00495686 | HSA00495687 |
| HSA00495691 | HSA00495691 |

# Other Bates Ranges

| Beginning Bates Number | End Bates Number |
| --- | --- |
| HSA00495863 | HSA00495867 |
| HSA00501740 | HSA00501741 |
| HSA00504060 | HSA00074433 |
| HSA00505287 | HSA00505302 |
| HSA00505365 | HSA00505366 |
| HSA00509053 | HSA00509053 |
| HSA00509054 | HSA00509055 |
| HSA00509234 | HSA00509237 |
| HSA00511421 | HSA00511423 |
| HSA00514481 | HSA00514482 |
| HSA00514543 | HSA00514543 |
| HSA00514583 | HSA00514585 |
| HSA00514751 | HSA00514755 |
| HSA00516496 | HSA00516499 |
| HSA00532623 | HSA00532623 |
| HSA00538248 | HSA00538250 |
| HSA00544858 | HSA00544859 |
| HSA00544863 | HSA00544866 |
| HSA00544921 | HSA00544924 |
| HSA00592990 | HSA00592990 |
| HSA00604950 | HSA00604952 |
| HSA00608410 | HSA00608410 |
| HSA00617637 | HSA000617647 |
| HSA00633017 | HSA00633017 |
| HSA00633752 | HSA00633753 |
| HSA00634268 | HSA00634269 |
| HSA00634280 | HSA00634280 |
| HSA00634571 | HSA00634571 |
| HSA0063496 | HSA0063497 |
| HSA00634989 | HSA00634989 |
| HSA00634990 | HSA00634991 |
| HSA00635827 | HSA00635832 |
| HSA00636505 | HSA00636505 |
| HSA00636658 | HSA00636658 |
| HSA00636686 | HSA00636688 |
| HSA00637863 | HSA00637863 |
| HSA00638002 | HSA00638002 |
| HSA00638003 | HSA00638005 |
| HSA00638006 | HSA00638006 |
| HSA00638023 | HSA00638024 |
| HSA00638091 | HSA00638091 |
| HSA00638160 | HSA00638161 |
| HSA00638376 | HSA00638376 |
| HSA00641367 | HSA00641368 |
| HSA00641383 | HSA00641385 |

# Other Bates Ranges

| Beginning Bates Number | End Bates Number |
| --- | --- |
| HSA00643663 | HSA00643664 |
| HSA00643693 | HSA00643695 |
| HSA00643712 | HSA00643714 |
| HSA0064413 | HSA00664415 |
| HSA00644338 | HSA00644341 |
| HSA00644977 | HSA00644978 |
| HSA00644979 | HSA00644980 |
| HSA00645048 | HSA00645048 |
| HSA00646477 | HSA00646491 |
| HSA00646566 | HSA00646567 |
| HSA00647613 | HSA00647614 |
| HSA00647814 | HSA00647814 |
| HSA00648300 | HSA00648300 |
| HSA00648406 | HSA00648406 |
| HSA00649182 | HSA00649183 |
| HSA00649588 | HSA00649590 |
| HSA00650597 | HSA00650597 |
| HSA00654567 | HSA00654570 |
| HSA00654820 | HSA00654820 |
| HSA00654821 | HSA00654821 |
| HSA00654894 | HSA00654894 |
| HSA00654899 | HSA00654899 |
| HSA00655080 | HSA00655087 |
| HSA00655279 | HSA00655281 |
| HSA00655698 | HSA00655698 |
| HSA00655761 | HSA00655761 |
| HSA00656276 | HSA00656276 |
| HSA00656366 | HSA00656369 |
| HSA00656531 | HSA00656535 |
| HSA00656608 | HSA00656608 |
| HSA00656737 | HSA00656737 |
| HSA00657160 | HSA00657163 |
| HSA00659206 | HSA00659206 |
| HSA00659940 | HSA00659940 |
| HSA00660559 | HSA00660560 |
| HSA00662592 | HSA00662596 |
| HSA00664137 | HSA00664140 |
| HSA00664389 | HSA00664392 |
| HSA00664398 | HSA00664404 |
| HSA00664524 | HSA00664524 |
| HSA00665596 | HSA00665596 |
| HSA00665598 | HSA00665598 |
| HSA00668687 | HSA00668688 |
| HSA00671502 | HSA00671504 |
| HSA00674303 | HSA00674305 |

# Other Bates Ranges

| Beginning Bates Number | End Bates Number |
|---|---|
| HSA00674531 | HSA00674532 |
| HSA00674593 | HSA00674593 |
| HSA00674738 | HSA00674739 |
| HSA00677007 | HSA00677008 |
| HSA00680585 | HSA00680586 |
| HSA00680591 | HSA00680593 |
| HSA00680631 | HSA00680636 |
| HSA00680645 | HSA00680645 |
| HSA00684523 | HSA00684523 |
| HSA00685375 | HSA00685376 |
| HSA00685378 | HSA00685379 |
| HSA00691660 | HSA00691663 |
| HSA00691714 | HSA00691716 |
| HSA00692255 | HSA00692260 |
| HSA00692261 | HSA00692262 |
| HSA00693084 | HSA00693084 |
| HSA00695167 | HSA00695168 |
| HSA00696276 | HSA00696276 |
| HSA00696920 | HSA00696920 |
| HSA00696928 | HSA00696928 |
| HSA00697004 | HSA00697004 |
| HSA00697014 | HSA00697014 |
| HSA00697015 | HSA00697017 |
| HSA00699986 | HSA00699988 |
| HSA00700222 | HSA00700222 |
| HSA00703442 | HSA00703444 |
| HSA00703452 | HSA00703453 |
| HSA00703518 | HSA00703519 |
| HSA00703731 | HSA00703733 |
| HSA00703775 | HSA00703776 |
| HSA00703777 | HSA00703778 |
| HSA00703917 | HSA00703918 |
| HSA00704194 | HSA00704198 |
| HSA00704611 | HSA00704612 |
| HSA00704662 | HSA00704662 |
| HSA00705182 | HSA00705185 |
| HSA00705439 | HSA00705440 |
| HSA00705754 | HSA00705754 |
| HSA00705976 | HSA00705977 |
| HSA00705978 | HSA00705978 |
| HSA00706180 | HSA00706181 |
| HSA00707710 | HSA00707710 |
| HSA00708245 | HSA00708248 |
| HSA00709485 | HSA00709486 |
| HSA00709825 | HSA00709826 |

# Other Bates Ranges

| Beginning Bates Number | End Bates Number |
| --- | --- |
| HSA00710014 | HSA00710017 |
| HSA00710267 | HSA00710267 |
| HSA00711192 | HSA00711192 |
| HSA00711220 | HSA00711220 |
| HSA00715589 | HSA00715590 |
| HSA00715603 | HSA00715604 |
| HSA00719345 | HSA00719346 |
| HSA00719558 | HSA00719558 |
| HSA00719650 | HSA00719650 |
| HSA00719660 | HSA00719661 |
| HSA00720159 | HSA00720160 |
| HSA00723072 | HSA00723076 |
| HSA00725643 | HSA00725644 |
| HSA00725660 | HSA00725661 |
| HSA00725692 | HSA00725693 |
| HSA00727809 | HSA00727810 |
| HSA00728618 | HSA00728619 |
| HSA00729359 | HSA00729372 |
| HSA00732172 | HSA00732172 |
| HSA00732189 | HSA00732189 |
| HSA00732450 | HSA00732450 |
| HSA00734201 | HSA00734202 |
| HSA00734277 | HSA00734277 |
| HSA00736951 | HSA00736951 |
| HSA00737479 | HSA00737480 |
| HSA00739978 | HSA00739981 |
| HSA00740011 | HSA00740012 |
| HSA00740039 | HSA00740039 |
| HSA00740058 | HSA00740060 |
| HSA00745208 | HSA00745208 |
| HSA00746539 | HSA00746539 |
| HSA00746742 | HSA00746743 |
| HSA00747573 | HSA00747576 |
| HSA00747601 | HSA00747602 |
| HSA00748065 | HSA00748066 |
| HSA00748338 | HSA00748338 |
| HSA00749207 | HSA00749207 |
| HSA00754045 | HSA00754045 |
| HSA00754127 | HSA00754128 |
| HSA00754129 | HSA00754130 |
| HSA0655021 | HSA0655021 |
| HSA0754700 | HSA0754700 |
| HSA0768834 | HSA0768835 |
| HSA0768924 | HSA0768924 |
| HSA0768933 | HSA0768935 |

# Other Bates Ranges

| Beginning Bates Number | End Bates Number |
| --- | --- |
| HSA2:Tabnak, R. 0026755 | HSA2:Tabnak, R. 0026756 |
| HSA200036732 | HSA20036733 |
| HSA20037853 | HSA20037863 |
| HSA3036551 | HSA3036551 |
| HSA3132201 | HSA3132203 |
| ITAG-00007622 | ITAG-00007625 |
| ITAG-00019709 | ITAG-00019710 |
| ITAG-00020164 | ITAG-00020164 |
| ITAG-00231422 | ITAG-00231423 |
| ITAG-00299701 | ITAG-00299722 |
| ITAG00735076 | ITAG00735087 |
| ITNA00025548 | ITNA00025548 |
| ITNA00025552 | ITNA00025552 |
| ITNA00042113 | ITNA00042115 |
| ITNA01012531 | ITNA01012531 |
| ITNA01012532 | ITNA01012533 |
| ITNA01012540 | ITNA01012541 |
| ITNA01012545 | ITNA01012547 |
| ITNA01021494 | ITNA01021496 |
| ITNA01051804 | ITNA01051804 |
| ITNA01068606 | ITNA01068607 |
| ITNA01074225 | ITNA01074225 |
| ITNA01080903 | ITNA01080905 |
| ITNA01080904 | ITNA01080904 |
| ITNA01092465 | ITNA01092466 |
| ITNA01092467 | ITNA01092469 |
| ITNA01093580 | ITNA01093593 |
| ITNA01105587 | ITNA01105588 |
| ITNA01113074 | ITNA01113083 |
| ITNA01132918 | ITNA01132920 |
| ITNA01137387 | ITNA01137387 |
| ITNA01139114 | ITNA01139114 |
| ITNA01139440 | ITNA01139440 |
| ITNA01139755 | ITNA01139756 |
| ITNA01146005 | ITNA01146008 |
| ITNA01146016 | ITNA01146020 |
| ITNA01147895 | ITNA01147897 |
| ITNA01200094 | ITNA01200094.003 |
| ITNA01251471 | ITNA01251473 |
| ITNA01313475 | ITNA01313476 |
| JEI000205 | JEI000227 |
| MIC0000203 | MIC0000220 |
| MIC0000656 | MIC0000673 |
| MIC0000914 | MIC0000939 |
| MIC0001012 | MIC0001035 |

# Other Bates Ranges

| Beginning Bates Number | End Bates Number |
|---|---|
| MIC0001044 | MIC0001059 |
| MIC0001065 | MIC0001083 |
| MIC0001735 | MIC0001738 |
| MITSSUN00136120 | MITSSUN00136123 |
| MU00001703 | MU00001703 |
| MU00018603 | MU00018603 |
| MU00026836 | MU00026837 |
| MU00049904 | MU00049904 |
| MU00049930 | MU00049930 |
| MU00050213 | MU00050213 |
| MU00057337 | MU00057337 |
| MU00094338 | MU00094339 |
| MU00117874 | MU00117882 |
| MU00128260 | MU00128261 |
| MU00130331 | MU00130331 |
| MU00131817 | MU00131818 |
| MU00136390 | MU00136392 |
| MU00137760 | MU00137760 |
| MU00193211 | MU00193213 |
| MU00193212 | MU00193212 |
| MU00205955 | MU00205955 |
| MU00221683 | MU00221684 |
| MU00242371 | MU00242371 |
| MU00256854 | MU00256854 |
| MU00299025 | MU00299025 |
| MU00386061 | MU00386061 |
| MU00424350 | MU00424350 |
| MU00497484 | MU00497486 |
| MU00813243 | MU00813243 |
| MVC 54485 | MVC 54485 |
| MVC 73673 | MVC 73674 |
| MVC 75141 | MVC 75141 |
| MVC 76049 | MVC 76050 |
| MVC51746 | MVC51746 |
| MVC55696 | MVC55697 |
| MVC55736 | MVC55737 |
| MVCORP 0040969 | MVCORP 0040970 |
| NECELAM 021016 | NECELAM 021032 |
| NTC-TW 004410 | NTC-TW 004410 |
| SSI 0020030014 | SSI 0020030015 |
| SSI-0000192219 | SSI-0000192220 |
| SSI-0000331465 | SSI-0000331468 |
| SSI-0000343728 | SSI-0000343728 |
| SSI0000379138 | SSI0000379139 |
| SSI-0000550122 | SSI-0000550123 |

# Other Bates Ranges

| Beginning Bates Number | End Bates Number |
| --- | --- |
| SSI-0005096760 | SSI-0005096760 |
| SSI-0005102432 | SSI-0005102434 |
| SSI-0005275429 | SSI-0005275444 |
| SSI-0010005073 | SSI-0010005073 |
| SSI-0010005076 | SSI-0010005077 |
| SSI-0010024009 | SSI-0010024009 |
| SSI-0010024158 | SSI-0010024158 |
| SSI-0010024276 | SSI-0010024276 |
| SSI-0010024345 | SSI-0010024346 |
| SSI-0010024352 | SSI-0010024352 |
| SSI-0010045845 | SSI-0010045848 |
| SSI-0010045948 | SSI-0010045950 |
| SSI-0010094223 | SSI-0010094229 |
| SSI-0010095861 | SSI-0010095861 |
| SSI-0010121517 | SSI-0010121519 |
| SSI-0010122542 | SSI-0010122543 |
| SSI-0010154796 | SSI-0010154799 |
| SSI-001049818 | SSI-001049818 |
| SSI20037929 | SSI20037939 |
| SUN0000780 | SUN0000797 |
| SUN0001102 | SUN0001104 |
| SUN0003469 | SUN0003487 |
| SUN0003575 | SUN0003582 |
| SUN0004257 | SUN0004269 |
| SUN0004296 | SUN0004321 |
| SUN0005076 | SUN0005076 |
| SUN000524 | SUN000525 |
| SUN000591 | SUN000592 |
| SUN0006302 | SUN0006305 |
| SUN0006769 | SUN0006785 |
| SUN0006796 | SUN0006797 |
| SUN0006974 | SUN0006978 |
| SUN0007183 | SUN0007186 |
| SUN0007206 | SUN0007213 |
| SUN000776 | SUN000776 |
| SUN000780 | SUN000797 |
| SUN000798 | SUN000798 |
| SUN0008486 | SUN0008488 |
| SUN000886 | SUN000888 |
| SUN000917 | SUN000917 |
| SUN000940 | SUN000941 |
| SUN001102 | SUN001104 |
| SUN001271 | SUN001272 |
| SUN0013664 | SUN0013670 |
| SUN0014293 | SUN0014295 |

# Other Bates Ranges

| Beginning Bates Number | End Bates Number |
|---|---|
| SUN0015268 | SUN0015271 |
| SUN0015637 | SUN0015637 |
| SUN0015657 | SUN0015658 |
| SUN0015659 | SUN0015662 |
| SUN001586 | SUN001590 |
| SUN0015895 | SUN0015896 |
| SUN0015897 | SUN0015898 |
| SUN0018080 | SUN0018082 |
| SUN0018090 | SUN0018091 |
| SUN001860 | SUN001861 |
| SUN0018770 | SUN0018774 |
| SUN0019096 | SUN0019104 |
| SUN001933 | SUN001934 |
| SUN0020015 | SUN0020017 |
| SUN0020021 | SUN0020022 |
| SUN0020214 | SUN0020215 |
| SUN0020334 | SUN0020334 |
| SUN0020950 | SUN0020951 |
| SUN0020956 | SUN0020962 |
| SUN0020968 | SUN0020969 |
| SUN0020973 | SUN0020975 |
| SUN0020977 | SUN0020979 |
| SUN0020981 | SUN0020983 |
| SUN0020991 | SUN0020992 |
| SUN0021002 | SUN0021004 |
| SUN0021008 | SUN0021009 |
| SUN0021010 | SUN0021017 |
| SUN0021023 | SUN0021029 |
| SUN0021030 | SUN0021032 |
| SUN0021595 | SUN0021596 |
| SUN0021688 | SUN0021691 |
| SUN0022012 | SUN0022014 |
| SUN0022054 | SUN0022057 |
| SUN0024732 | SUN0024734 |
| SUN0024735 | SUN0024738 |
| SUN0025627 | SUN0025628 |
| SUN0025698 | SUN0025699 |
| SUN0025774 | SUN0025776 |
| SUN0026853 | SUN0026854 |
| SUN0026877 | SUN0026877 |
| SUN0026878 | SUN0026881 |
| SUN0027941 | SUN0027943 |
| SUN0027944 | SUN0027944 |
| SUN0028034 | SUN0028034 |
| SUN0028060 | SUN0028062 |

# Other Bates Ranges

| Beginning Bates Number | End Bates Number |
| --- | --- |
| SUN0028723 | SUN0028724 |
| SUN0028727 | SUN0028729 |
| SUN0028758 | SUN0028759 |
| SUN0028822 | SUN0028822 |
| SUN0028873 | SUN0028876 |
| SUN0028917 | SUN0028918 |
| SUN0029213 | SUN0029280 |
| SUN0029281 | SUN0029326 |
| SUN0029327 | SUN0029348 |
| SUN0029345 | SUN0029345 |
| SUN0029348 | SUN0029281 |
| SUN0029664 | SUN0029708 |
| SUN0029717 | SUN0029765 |
| SUN0029901 | SUN0029972 |
| SUN0030321 | SUN0030327 |
| SUN0031752 | SUN0031753 |
| SUN0033757 | SUN0033758 |
| SUN0033954 | SUN0033954 |
| SUN0033955 | SUN0033955 |
| SUN0033971 | SUN0033971 |
| SUN0033987 | SUN0033987 |
| SUN0034505 | SUN0034509 |
| SUN0034956 | SUN0034957 |
| SUN0035243 | SUN0035243 |
| SUN0036575 | SUN0036585 |
| SUN0046757 | SUN0046762 |
| SUN0048378 | SUN0048386 |
| SUN0197001 | SUN0197003 |
| SUN0200024 | SUN0200025 |
| SUN0201484 | SUN0201486 |
| SUN0201712 | SUN0201714 |
| SUN0201719 | SUN0201721 |
| SUN0202161 | SUN0202162 |
| SUN0206920 | SUN0206945 |
| SUN0215781 | SUN0215782 |
| SUN0216301 | SUN0216303 |
| SUN0218047 | SUN0218049 |
| SUN0229542 | SUN0229549 |
| SUN0229726 | SUN0229727 |
| SUN0241015 | SUN0241017 |
| SUN0245222 | SUN0245224 |
| SUN0245272 | SUN0245272 |
| SUN0245273 | SUN0245276 |
| SUN0247192 | SUN0247192 |
| SUN0257743 | SUN0257744 |

# Other Bates Ranges

| Beginning Bates Number | End Bates Number |
|---|---|
| SUN0258470 | SUN0258472 |
| SUN0262948 | SUN0262949 |
| SUN0266714 | SUN0266718 |
| SUN0275135 | SUN0275136 |
| SUN0277786 | SUN0277787 |
| SUN0294500 | SUN0294500 |
| SUN0301319 | SUN0301319 |
| SUN0301399 | SUN0301400 |
| SUN0301488 | SUN0301491 |
| SUN0301911 | SUN0301912 |
| SUN0303107 | SUN0303107 |
| SUN0303163 | SUN0303164 |
| SUN0303785 | SUN0303785 |
| SUN0303792 | SUN0303793 |
| SUN0304318 | SUN0304320 |
| SUN0310547 | SUN0310547 |
| SUN0310598 | SUN0310601 |
| SUN0310874 | SUN0310876 |
| SUN0311083 | SUN0311084 |
| SUN0320068 | SUN0320078 |
| SUN0322664 | SUN0322669 |
| SUN0329047 | SUN0329047 |
| SUN0334505 | SUN0334505 |
| SUN0334506 | SUN0334507 |
| SUN0334508 | SUN0334508 |
| SUN033954 | SUN033954 |
| SUN0341269 | SUN0341273 |
| SUN0341289 | SUN0341289 |
| SUN0346794 | SUN0346804 |
| SUN0354970 | SUN0354973 |
| SUN0355946 | SUN0355948 |
| SUN0356161 | SUN0356161 |
| SUN0360197 | SUN0360198 |
| SUN0360947 | SUN0360947 |
| SUN0361118 | SUN0361119 |
| SUN0364617 | SUN0364618 |
| SUN0364626 | SUN0364627 |
| SUN0364633 | SUN0364633 |
| SUN0366269 | SUN0366302 |
| SUN0366303 | SUN0366321 |
| SUN0367822 | SUN0367823 |
| SUN0369766 | SUN0369769 |
| SUN0372897 | SUN0372897 |
| SUN0390143 | SUN0390144 |
| SUN0392895 | SUN0392896 |

# Other Bates Ranges

| Beginning Bates Number | End Bates Number |
| --- | --- |
| SUN0393640 | SUN0393641 |
| SUN0396354 | SUN0396366 |
| SUN0400414 | SUN0400437 |
| SUN0403142 | SUN0403157 |
| SUN0404775 | SUN0404776 |
| SUN0407802 | SUN0407805 |
| SUN0408326 | SUN0408357 |
| SUN0408543 | SUN0408550 |
| SUN0408612 | SUN0408613 |
| SUN0409943 | SUN0409944 |
| SUN0409948 | SUN0409949 |
| SUN0410001 | SUN0410002 |
| SUN0410075 | SUN0410075 |
| SUN0429665 | SUN0429696 |
| SUN0435222 | SUN0435231 |
| SUN0477007 | SUN0477011 |
| SUN0491323 | SUN0491323 |
| SUN0492706 | SUN0492775 |
| SUN0542052 | SUN0542098 |
| SUN0542946 | SUN0543022 |
| SUN0543634 | SUN0543642 |
| UNI000002 | UNI000716 |
| UNI007967 | UNI007968 |
| WEC004445 | WEC004445 |
| WEC005757 | WEC005758 |
| WECA10717 | WECA10717 |
| WECA10766 | WECA10766 |

# Hynix Production and Capacity Reports

| Beginning Bates Number | End Bates Number |
|---|---|
| HXD001029 | HXD001051 |
| HXD001052 | HXD001086 |
| HXD001087 | HXD001122 |
| HXD001123 | HXD001138 |
| HXD001139 | HXD001153 |
| HXD001154 | HXD001181 |
| HXD001182 | HXD001209 |
| HXD001210 | HXD001237 |
| HXD001238 | HXD001265 |
| HXD001266 | HXD001300 |
| HXD001301 | HXD001336 |
| HXD001337 | HXD001366 |
| HXD001367 | HXD001396 |
| HXD001397 | HXD001426 |
| HXD001427 | HXD001456 |
| HXD001457 | HXD001486 |
| HXD006794 | HXD006853 |
| HXD006872 | HXD006903 |

# Other Documents Considered

| Title |
| --- |
| Brown, Peter, "Hyundai's Global Squeeze -- Hyundai Electronics America -- Company Financial Information," Electronic News, 12 January 1998. |
| Carlton and Perloff, *Modern Industrial Organization* (3d ed. 2000). |
| Cataldo, Anthony, "Intel, Rambus Mull Overhaul for RDRAM," EE Times, 25 August 2000. |
| "Chipmakers Say Prayers Answered," Taipei Times, 6 January 2001. |
| Choonsik, Yoo, "S. Korea Hyundai Wins First Battle for Merger," Reuters News, 24 December 1998. |
| Clendenin, Mike, "DRAM Makers Said to be Coordinating Production," EETimes, 30 January 2002. |
| Dick, Andrew R., "Learning by Doing and Dumping in the Semiconductor Industry," J. of Law and Econ., Vol. XXXIV, April 1991. |
| DocMemory, "Then and Now in Memory," 28 October 2002. |
| "DRAM Price Increase Advances TAIEX," Taipei Times, 29 December 2001. |
| "DRAM Suppliers Become Casualties of Their Own Market-Share War", iSuppli, 4 February 2008. |
| "Economic Impact of Measurement in the Semiconductor Industry," prepared by RTI International for National Institute of Standards and Technology, December 2007, pp. 2-3 to 2-6. |
| Flamm, Kenneth, "Semiconductor Dependency and Strategic Trade Policy," Brookings Papers: Microeconomics, 1993. |
| Flamm, Kenneth, *Mismanaged Trade? Strategic Policy and the Semiconductor Industry*, Brookings Institution Press, Washington, D.C., 1996. |
| Ghemawat, P., "Building Strategy on the Experience Curve," Harvard Bus. Rev., 63, March-April, 1985. |
| Graham, Jeanne, "Production Cuts, Fab Closures Won't Stop DRAM Price Free Fall," Electronic Buyers' News, 13 August 2001. |
| Green, E. J. and R. Porter, "NonCooperative Collusion Under Imperfect Price Information," 52 Econometrica 87, 1984. |
| Greene, R., "Semiconductor Equipment Industy in 1996 and Beyond," Fall 2006. |
| Greene, William H., Econometric Analysis, (5th ed., 2003). |
| Gruenspecht, Howard K., "Dumping and Dynamic Competition," J. of Int. Econ., 25, 1998. |
| Hachman, Mark, "Hynix Closes DRAM Fab to Help Boost Prices," ExtremeTech, July 19, 2001 |
| Hal R. Varian, Intermediate Microeconomics: A Modern Approach 490. (5th ed 1999) |
| Harrington Jr., Joseph E., "Detecting Cartels," from Conference and Volume Entitled "Advances in the Economics of Competition Law," October 2005. |
| Herbert Hovenkamp, Federal Antitrust Policy, Chapter 4 (2d ed. 1999) |
| Hsu, Michelle, "High-Tech Industry Performs Better Than Expected," Importers and Exporters Association of Taipei. |
| Hung, Faith, "Tawain DRAM makers May Cut Output," 14 August 2001. |
| Hynix Annual 10-K Report, 2002 |
| Hynix Annual 10-K Report, 2003 |
| Hynix Annual 10-K Report, 2004 |
| Hynix Annual 10-K Report, 2005 |
| Hynix Annual 10-K Report, 2006 |
| "Hynix May Trim Production of DRAM," Taipei Times, 4 July 2001. |
| In re Linerboard Antitrust Litigation, 497 F.Supp.2d 666 (EDPa., July 30, 2007) |
| "Infineon's CEO Says Chip Prices Rising Over US$4," Taipei Times, 4 March 2002. |
| Iritani, Evelyn, "Big Korean 'Chaebol' Agree to IMF Reforms," Pittsburgh Post-Gazette, 14 January 1998. |
| Irwin, Douglas A. and Peter J. Klenow, "Learning-by-Doing Spillovers in the Semiconductor Industry," J. of Pol. Econ., 102(6), 1994. |

- Japanese Companies in the United States: Semiconductors and Computers, Japan-U.S. Business Report Japan Economic Institute of America, Vol. 199, No. 292, 1 January 1994.
- Kanellos, Michael, "Dell Trying to Sidestep Chip 'Cartel'," Cnet News.com, 30 April 2002.
- Kim, W. J., et al., "Demand Forecasting for Multigenerational Products Combining Discrete Choice and Dynamics of Diffusion Under Technological Trajectories," 72 Technological Forecasting & Social Change 825, 2005.
- Kirk, Don, "Hynix to Shut Chip Plant in Oregon for 6 Months," The New York Times, 19 July 2001.
- "Korean DRAM Chip Makers to Idle Production," The Asian Wall Street Journal,  2 July 1997.
- Kubicki, Kristopher, "At News Update: DRAM Price Fixing," Anandtech, 2, March 2004.
- Kunii, Irene, et al., "Asia's Chipmakers: The Dragons Bulk Up: An Overdue Wave of Mergers is Reshaping the Industry," 12 July 1999.
- Lammers, David, "64-Mbit DRAM Prices Said to Hit All-Time Low," EE Times, 2 July 1999.
- Lammers, David, "Production Cuts Drive Up DRAM Prices," EE Times, 3 February 1997.
- Lammers, David, and Anthony Cataldo, "DRAM Map Redrawn by Merger, Closures," EE Times, 7 September 1998.
- Landsburg, Steven E., Price Theory and Application, (7th ed. 2008).
- Mainelli, Tom, "Intel-Rambus Relationship Shows Signs of Trouble: Barrett's Dissing Shocks Memory Company and Shows a Strained Relationship," PC World, 19 October 2000.
- "Makers Hold Back Chips From Market," Taipei Times, 17 May 2002.
- "Memory-Chip Prices May Soon Drop," Taipei Times, 13 March 2002.
- Mouawad, Jad, "OPEC Finds Price Range to Live With," The New York Times, 6 December 2007.
- Norris, Floyd, "3 Years Later, Investors Crave Safety," The New York Times, 10 March 2003.
- Nystedt, Dan, "Chip Futures Hard To See," 23 April 2001.
- Nystedt, Dan, "DRAM Prices Fall on Slow Demand," Taipei Times, 6 October 2000.
- Nystedt, Dan, "Memory Chip Prices Still Falling," 21 February 2001.
- Nystedt, Dan, "Tech Recovery Remains in Doubt," Taipei Times, 14 March 2002.
- Ojo, Bolaji, "Elpida Halts DRAM Price War; Sees Strong 2nd Half Sales," EETimes Online, 22 June 2007.
- "Oil Dips Further Due to Warm US Weather," Agence France Presse, 4 November 2003.
- "Post Nuclear Blast Hitachi Re-opens DRAM Plant," The Register, 1 October 1999.
- Prudential Equity Group, "IT Hardware," (28-29), 13 October 2006.
- Quan, Margaret, and Peter Clarke, "Siemens Shuts DRAM Fab, Japanese Try Offshore Production, EE Times, 10 August 1998.
- "Rising Semiconductor Prices Bolster S Korean Stocks," Taipei Times, 3 January 2002.
- Robertson, Jack, "Intel Roadmap Shows Little Rambus Support," 30 October 2000.
- Robertson, Jack, "Intel Struggles to Explain Rambus Delay," 1 Oct 1999.
- Robertson, Jack, "Korea Presses Hyundai, LG to Finish Deal," Electronic Buyers' News, 14 December
- Robertson, Jack, "LG Set to Leave Chip Market," Channel Web Network, 14 January 1999.
- Robertson, Jack, "Weak PC Sales Could Doom Some DRAM Makers," Electronic Buyers' News, 22 January 2001.
- "Samsung and Hynix Raise Chip Prices by 10 to 20 Percent," Taipei Times, 6 December 2001.
- Shapiro, Carl, "Theories of Oligopoly Behavior," Handbook of Industrial Organization, Volume 1, Schmalensee, R., and R. Willig, eds., Elsevier Science Publishers B.V., 1989.
- Smith, Tony, "Taiwan's DRAM Producers Agree to Output Cut," The Register, 14 August 2001.
- Solomon, Jay, "Creditors Consider Converting Debt to Equity to Help Hynix," The Asian Wall Street Journal, 23 August 2001.
- Stevens, P., "Oil Markets," 21 Oxford Review of Economic Policy 19, 2005.
- Stigler, G.S. and R. A. Sherwin, "The Extent of the Market," 28 J. Law and Econ. 555, 566, 1985.
- Stigler, G.S., "A Theory of Oligopoly," 72 J. Pol. Econ. 44, 1964.
- "Stocks Follow TSMC Upward," Taipei Times, 19 Feburary 2002.

- Subtitle B of title VII of the Tariff Act of 1930, as added by the Trade Agreements Act of 1979 (19 U.S.C. § 1673 et seq.).
- Teel, B., "Intel Can Dance, No Doubt," The Inquirer, 25 April 2003.
- Tobin, James, "A General Equilibrium Approach to Monetary Theory," Journal of Money Credit and Banking, 1(1), 1969.
- Turley, Jim, "Future Fabs", PC Magazine, 3 September 2002.

# Publically-Available News Articles

| |
|---|
| **Japanese Companies in the United States: SEMICONDUCTORS AND COMPUTERS,** Japan-U.S. Business Report Japan Economic Institute of America, Vol. 199, No. 292, 1 January 1994. |
| **WILL INVEST IN SUBMICRON PRODUCTION IN TAIWAN-- Formosa Plastics in** <br> ALAN PATTERSON <br> 17-Jan-94 <br> Electronic Engineering Times |
| **Europe's U-turn in chips** <br> Roger Woolnough <br> 17-Jan-94 <br> Electronic Engineering Times |
| **Samsung, NEC Team -- Joint Development Of 256-Mbit DRAM** <br> Jonathan Casell <br> 7-Mar-94 <br> Electronic Buyers' News <br> **HITACHI TARGETS FLASH WITH MITSUBISHI PACT. (HITACHI AND MITSUBISHI WILL JOINTLY DEVELOP 16M-BIT AND 64M-BIT FLASH MEMORY CHIPS)** <br> 24-Jan-94 <br> Electronic News |
| **Micron Cans Its VRAM -- Says OEMs Will Turn To WRAMs, SDRAMs** <br> Darrell Dunn <br> 28-Feb-94 <br> Electronic Buyers' News |
| **FLASHY FUTURE. (TRENDS)** <br> By Christopher Barr <br> 11-Jan-94 <br> PC Magazine |
| **New Media Corp. ships first 32MB DRAM memory card for the IBM Thinkpad laptop computer** <br> 18-Jan-94 <br> Business Wire |
| **Hyundai Makes $30 Million Commitment to Megatest Genesis G-III Test Systems** <br> 1-Feb-94 <br> Business Wire |

# Publically-Available News Articles

**A PEEVED GOLDSTAR BACKS AWAY FROM U.S. DRAM MARKET. (DYNAMIC RANDOM ACCESS MEMORY DEVICE SALES FOR GOLDSTAR ELECTRONIC CO.)**

By Robert Ristelhueber
1-Feb-94
Electronic Business Buyer

**LOW-COST 64-BIT GRAPHICS BOARDS DEBUT. (NUMBER NINE COMPUTER CORP., ATI TECHNOLOGIES INC., AND ORCHID TECHNOLOGY INC.) (BRIEF ARTICLE)**

By Erica Schroeder
7-Feb-94
PC Week

**NEC, Samsung Electronics Are Near Pact on Chips**

An Asian Wall Street Journal Roundup
2-Mar-94
The Asian Wall Street Journal

**Japan, South Korean giants tie up for advanced chip development**

1-Mar-94
Agence France-Presse
English
(Copyright 1994)

**Oki Becomes Latest Rambus Convert**

Dave Webb
7-Mar-94
Electronic Buyers' News

**NUMBER NINE: WAGING PRICE WAR?**

Fred Gardner & Brian Gillooly
7-Mar-94
Computer Reseller News

**NEC Electronics Inc. Introduces 16M Hyper Page Mode DRAMs**

21-Mar-94
News Release

**TWO FIRMS PLAN EXPANSION OF DRAM PRODUCTION FACILITIES.**

24-Mar-94
Taiwan Economic News

# Publically-Available News Articles

**Reactor to aid 1-Gbit DRAM push**
BRIAN SANTO
28-Mar-94
Electronic Engineering Times

**NEC jumps on the Rambus bandwagon**
RON WILSON
28-Mar-94
Electronic Engineering Times

**DRAM Suppliers Shore Up -- Japanese Firms To Hike Spending**
Jack Robertson
18-Apr-94
Electronic Buyers' News

**MOTOROLA ANNOUNCES AVAILABILITY OF A WIDE VARIETY OF DRAM CARDS FOR THE COMPUTING ENVIRONMENT**
2-May-94
PR Newswire

**IBM, SIEMENS, TOSHIBA CHIP IN EARLY-SAMPLING STAGE -- Trio readies shrink version of 64-Mbit DRAM**
RON WILSON
30-May-94
Electronic Engineering Times

**Alaris launches fastest low-cost VESA local bus Windows accelerator; Alaris' $189 SkyEagle delivers fastest performance of any 1 MB DRAM-based accelerator**
6-Jun-94
Business Wire

**Korea - Computer News Roundup**
8-Jun-94
Newsbytes News Network Newsbytes

**Japan - Computer News Briefs 06/09/94**
9-Jun-94
Newsbytes News Network Newsbytes

# Publically-Available News Articles

**Japan - Computer News Briefs 06/15/94**
15-Jun-94
[Newsbytes News Network Newsbytes](#)

**Fujitsu forays into 64-Mbit SDRAMs**
RON WILSON
27-Jun-94
[Electronic Engineering Times](#)

**LCD, DRAM plants planned**
DAVID LAMMERS
11-Jul-94
[Electronic Engineering Times](#)

**MOSYS AIMS DEVICE AT GRAPHICS WORLD -- Startup enters fast-DRAM fray**
RON WILSON ; BRIAN FULLER
11-Jul-94
[Electronic Engineering Times](#)

**NINTENDO TO USE SPECIALTY DRAM :Rambus gets design win**
Brian Fuller
18-Jul-94
[Electronic Engineering Times](#)

**PARTNERS BACK OUT OF 8-INCH PROJECT -- TSMC inherits DRAM fab**
ALAN PATTERSON
18-Jul-94
[Electronic Engineering Times](#)

**DIAMOND EXPANDS ITS AWARD-WINNING FAMILY OF STEALTH 64 GRAPHICS ACCELERATORS WITH STEALTH 64 DRAM**
22-Jul-94
[PR Newswire](#)

**Korea - Technology News Briefs 07/26/94**
26-Jul-94
[Newsbytes News Network Newsbytes](#)

# Publically-Available News Articles

---

**TI, Hitachi plan $500M DRAM venture in U.S. (Texas Instruments and Hitachi expand their memory-chip agreement to include a joint manufacturing venture)**

Reinhardt Krause
8-Aug-94
Electronic News

---

**IBM samples DRAM stack**
15-Aug-94
Electronic Engineering Times

---

**Philips keeps up with European fab outlays. (Philips Electronics NV)**
Reinhardt Krause Jim DeTar
15-Aug-94
Electronic News

---

**NEC mulls $1B DRAM fab. (NEC Electronics Inc to choose between US and UK manufacturing sites for sub-micron DRAM fabrication)**

Anthony Cataldo
29-Aug-94
Electronic News

---

**NEC chooses Scotland over California for advanced chip plant**
21-Sep-94
Agence France-Presse

---

**Gambling On DRAMs/headline 6Mark LaPedus**
26-Sep-94
Electronic Buyers' News

---

**Rambus DRAM to become next standard for PC graphics; four suppliers announce plans for Rambus 8-Megabit DRAM**
10-Oct-94
Business Wire

---

**MASSIVE INVESTMENT PLANNED - JAPAN TRIES TO CATCH UP IN COMPUTER CHIP MARKET.**
20-Oct-94
South China Morning Post

---

# Publically-Available News Articles

---

**South Korean semiconductor makers in all-out investment race**
Lee Shin-Hyung
25-Oct-94
Agence France-Presse

---

**TI Taxes Taiwanese Chip Makers -- Demand DRAM Royalties From Five**
Mark LaPedus
31-Oct-94
Electronic Buyers' News

---

**NEC Kyushu Gearing up for Additional Production of 16 & 64 MB DRAM Chips**
15-Dec-94
NTIS Alert Foreign Technology
Vol. 94, No. 24 ISSN: 0884-7541

---

**NEC Kyushu Gearing up for Additional Production of 16 & 64 MB DRAM Chips**
15-Dec-94
NTIS Alert Foreign Technology
Vol. 94, No. 24 ISSN: 0884-7541

---

**Kobe Steel, Texas Instruments invest 500 million dollars on chip plant**
Toru Aoyama
19-Dec-94

---

**Samsung At Head Of 256-Meg Pack -- Lenghtens Lead Over Competitors**
Jonathan Cassell
19-Dec-94
Electronic Buyers' News

---

**JAPANESE VENDORS REVEAL NEW DRAM DEVELOPMENTS. (MITSUBISHI ELECTRIC, MATSUSHITA ELECTRIC, AND OKI ELECTRIC DEVELOP 256M-BIT DRAMS ON 0.25-MICRON CMOS PROCESS TECHNOLOGY)**

By Jim DeTar
28-Feb-94
Electronic News

---

**COMMISSION TO RECONSIDER TIMELINESS OF EXTENDING ANTI-DUMPING MEASURES ON DRAM ELECTRONIC SEMICONDUCTORS.**

5-Jan-95
Agence Europe

---

# Publically-Available News Articles

**FOUR DRAM VENDORS AND EIGHT CHIPSET SUPPLIERS ANNOUNCE MULTIPLE SOURCES AND CONTROLLER SUPPORT FOR BURST EDO DRAM**

11-Jan-95
9:30 AM
Business Wire

---

**NEC KYUSHU TOOLING UP FOR THE WORLD'S FIRST MASS-PRODUCTION OF 256 MEG DRAM CHIPS SUMMARY**

15-Jan-95
NTIS Update, Foreign Technology
Vol. 95, No. 2

---

**Samsung to provide high bandwidth 500MHz Rambus DRAMs**

23-Jan-95
2:46 PM
Business Wire

---

**PRICE FOR DRAM CHIP SOARING**

MARGARET D. WILLIAMS - Bloomberg Business News JIM BARNETT - of The Oregonian staff contributed to this report
3-Mar-95
The Oregonian

---

**Three DRAM makers set up shop in Taiwan**

David Lammers
6-Mar-95
Electronic Engineering Times

---

**NEC bares Roseville blip. (NEC Electronics' Roseville, CA, facility encounters problems that delay production of 16-Mbit DRAMs)**

Anthony Cataldo
10-Apr-95
Electronic News
Vol. 41, No. 2060, ISSN: 1061-6624

---

**NEC, Samsung sampling 64-Mbit DRAMs**

DAVID LAMMERS
17-Apr-95
Electronic Engineering Times

# Publically-Available News Articles

**Fujitsu plans big chip plant in U.S. or Britain. [corrected 03:51 gmt]**
By Aya Takada
20-Apr-95
Reuters News

**Semiconductors. (memory chip makers to increase dynamic random access memory chip prices)(Japan Market News)**
30-Apr-95
IDC Japan Report
Vol. 21

**Tight supplies, jump in spot pricing hike cost of Dram**
JOHN LONGWELL
1-May-95
Computer Reseller News
Issue: 628

**IBM, Ramtron sign sourcing pact. (IBM to manufacture enhanced DRAM)**
Anthony Cataldo
15-May-95
Electronic News

**Siemens bares more DRAM expansion. (Siemens AG invests in 4-Mb, 16-Mb plants)**
Crista Hardie
15-May-95
Electronic News
Vol. 41, No. 2065, ISSN: 1061-6624

**CHIPS: TOSHIBA FIRST TO MARKET WITH NEW 16MB 512K X32 DYNAMIC RAM; DRAM PROVIDES GRANULARITY PREVIOUSLY UNAVAILABLE IN 16MB ORGANIZATION**
29-May-95
Edge Work-Group Computing Report
Vol. 6, No. 261

**DRAM Trio Hits 256-Meg**
12-Jun-95
Electronic Buyers' News
Issue: 959

# Publically-Available News Articles

**DRAM Duo Plan Ahead -- TI Intros First S-DRAM; Siemens Expands Fabs**

Mark Hachman

24-Jul-95

Electronic Buyers' News

---

**IBM Micro expects memory share to drop. (IBM Microelectronics)**

Reinhardt Krause

31-Jul-95

Electronic News

---

**Fujitsu sets $1B Oregon fab growth. (Fujitsu Microelectronics Inc)**

Crista Hardie

31-Jul-95

Electronic News

Vol. 41, No. 2076, ISSN: 1061-6624

---

**IBM, Toshiba plan 64-Mbit DRAM fab**

Yoshiko Hara and David Lammers

14-Aug-95

Electronic Engineering Times

---

**DRAM mart tightens.(dynamic random access memory)**

17-Aug-95

Purchasing

Vol. 119, No. 2, ISSN: 0033-4448

---

**MITSUBISHI: Mitsubishi launches low power consumption 4, 8, 16 & 32 Mbyte DRAM**

15-Sep-95

M2 Presswire

English

Copyright 1995 M2 Communications

---

**CHIPS: MOTOROLA TO JOIN ALLIANCE OF IBM, SIEMENS & TOSHIBA TO DEVELOP ADVANCED MEMORY CHIPS**

30-Oct-95

Edge: Work-Group Computing Report

Vol. 6, No. 283

**Fab Moves Proliferate**

Hardie, Crista

30-Oct-95

Electronic News

# Publically-Available News Articles

| |
|---|
| **CHIPS: MOTOROLA & SIEMENS PLAN JOINT DRAM MANUFACTURING IN THE U.S.**<br>30-Oct-95<br>Edge: Work-Group Computing Report<br>Vol. 6, No. 283 |
| **Duo fields 16-Mbit DRAM**<br>RonWilson<br>6-Nov-95<br>Electronic Engineering Times |
| **Samsung Elec develops 1 GB DRAM chip.**<br>By Kim Myong-hwan<br>11-Dec-95<br>5:51 AM<br>Reuters News |
| **5-Year DRAM Deals**<br>LaPedus, Mark<br>18-Dec-95<br>Electronic Buyers' News |
| **DRAM glut launches price slide. (dynamic random access memory)**<br>Akira Minamikawa<br>31-Dec-95<br>IDC Japan Report |
| **Hitachi, NEC Build Fabs Outside Japan; DRAM Suppliers Fleeing From Yen**<br>LaPedus, Mark<br>8-Jan-96<br>Electronic Buyers' News |
| **TI, Samsung Move Squabble To Court**<br>Hardie, Crista<br>8-Jan-96<br>Electronic News<br>Vol. 42, No. 2098 |
| **Semiconductor fears hit Japan technology stocks.**<br>By Drew Torchia<br>23-Jan-96<br>5:12 AM<br>Reuters News |

# Publically-Available News Articles

**Micron Melodrama Appleton Returns, But It's a Little Quiet in Lehi**

19-Feb-96

Semiconductor Industry & Business Survey

Vol. 18, No. 2

---

**Micron To Delay Fab -- DRAM Uncertainty Puts Plant On Hold**

Dunn, Darrell

4-Mar-96

Electronic Buyers' News

No. 996

---

**CHIPS: MITSUBISHI DEBUTS INDUSTRY'S FIRST MICROPROCESSOR WITH ON-CHIP DRAM; GROUNDBREAKING CHIP SOLVES DATA BANDWIDTH PROBLEMS WITH HIGH INTEGRATION**

18-Mar-96

Edge: Work-Group Computing Report

---

**S.Korean firms to boost output of powerful chips.**

By Yeom Yoon-jeong

22-Mar-96

Reuters News

---

**Mosys(TM) Develops Cache Memory Replacement Using Multibank Dram Technology For Lower Cost And 1/3rd The Power**

29-Mar-96

PR Newswire

---

**IBM Plant To Stop Making DRAMs**

Robertson, Jack

15-Apr-96

Electronic Buyers' News

No. 1002

---

**Hitachi spends $1 billion to keep up in chip race.**

By Jeff Stearns

25-Apr-96

6:05 AM

Reuters News

(c) 1996 Reuters Limited

# Publically-Available News Articles

**DRAM makers cut 4 Mb production. (shifting towards 16 Mb DRAM devices)(Electronics Purchasing)**

25-Apr-96

Purchasing

Vol. 120, No. 6, ISSN: 0033-4448

COPYRIGHT 1996 Reed Publishing USA

---

**Sun Micro Sued By Reseller Over Aborted DRAM Deal**

Hardie, Crista

29-Apr-96

Electronic News

Vol. 42, No. 2114

English

---

**Two Join DRAM Market -- Taiwan Hopefuls Set Out On Dissimilar Courses**

LaPedus, Mark

628 words

6-May-96

Electronic Buyers' News

16

No. 1005

English

---

**Mitsubishi, NEC Explore Memory-MPU Pairings**

MacLellan, Andrew

759 words

13-May-96

Electronic News

50

Vol. 42, No. 2116

---

**Fujitsu delays Durham fab**

Lammers, David

392 words

11-Mar-96

Electronic Engineering Times

20

---

**S.Korean manufacturers reduce memory chip production.**

By Yeom Yoon-jeong

556 words

31-May-96

5:37 AM

Reuters News

# Publically-Available News Articles

**Hitachi calls in partners to set up new chip plant.**
By Jeff Stearns
524 words
6-Jun-96
5:30 AM
Reuters News
English

---

**Japan chip makers scaling back production plans.**
By Yuko Inoue
565 words
10-Jun-96
5:04 AM
Reuters News

And
**Fujitsu joins others in cutback on microchip production**
456 words
10-Jun-96
Agence France-Presse
English
(Copyright 1996)

---

**Taiwan Strengthens Its DRAM Position -- Fujitsu, Oki Will Purchase 16-, 64-Mbits From**
Robertson, Jack
824 words
24-Jun-96
Electronic Buyers' News
2
No. 1012

---

**SKorea's Hyundal Electronics to scale back planned 16M DRAM output**
144 words
7-Jun-96
Agence France-Presse
English
(Copyright 1996)

# Publically-Available News Articles

**LG Sets New Fab Outside Asia**
Hardie, Crista
511 words
15-Jul-96
Electronic News
1
Vol. 42, No. 2125
English

**KOREAN CHIPMAKERS SWITCH TO 64M DRAM CHIP TO BOOST SALES**
515 words
1-Aug-96
Asia Pulse
English

**Samsung Names New VP Of Memory Marketing**
507 words
12-Aug-96
10:19 AM
Business Wire
English

**Scrambling For Margin -- Two U.S. DRAM Firms Continue 16-Meg Work**
Dunn, Darrell
810 words
19-Aug-96
Electronic Buyers' News
3
No. 1020

News
**DRAM Plunge Stinging Japan -- Four Cut 16-Mbit Output Even Further**
Jack Robertson
519 words
9-Sep-96
Electronic Buyers' News
3
1023
English

# Publically-Available News Articles

---

**Mosel, Siemens Set Up Fab**

Mark LaPedus

504 words

9-Sep-96

Electronic Buyers' News

3

1023

English

---

**NEC to DRAM startups:watch your pricing**

David Lammers

865 words

28-Oct-96

Electronic Engineering Times

16

925

English

Copyright 1996 CMP Publications Inc.

---

**Samsung claims world first in 1GB DRAM development.**

589 words

4-Nov-96

8:52 AM

Reuters News

English

(c) 1996 Reuters Limited

---

**IPO VIEW - LG Semicon's listing seen poorly timed.**

By Katherine Bruce

721 words

7-Nov-96

Reuters News

English

(c) 1996 Reuters Limited

---

**Motorola, Siemens To Build Dresden Fab -- 12-in.-Wafer Facility Second Joint Venture**

Jack Robertson

533 words

18-Nov-96

Electronic Buyers' News

---

# Publically-Available News Articles

---

**Korea Seeks Trade Deal -- Asks U.S. To Drop Chip-Dumping Case**
Jack Robertson
538 words
6-Jan-97
Electronic Buyers' News

---

**Hitachi Trims 16-Meg Production -- DRAM Tags Remain Low As Glut Continues**
Jack Robertson
551 words
20-Jan-97
Electronic Buyers' News

---

News
**Samsung Scales Back DRAM Fab Investment -- South Korean Giant Hit Hard By Glut**
Jack Robertson and Jim Evans
519 words
27-Jan-97
Electronic Buyers' News
3

---

**Fab Construction Tightrope**
Hardie, Crista^Bruner, Richard
2477 words
27-Jan-97
Electronic News
1
Vol. 43, No. 2152

---

**Korea Slashes DRAM Output -- Big Three To Cut 16-Mbit Production**
Anthony Cataldo
772 words
3-Feb-97
Electronic Buyers' News
1
1043
English

---

**Hitachi Shifting To Logic Chips**
Mark Hachman
583 words
17-Feb-97
Electronic Buyers' News
3
1045

---

# Publically-Available News Articles

**Toshiba Eyes Stake In Austin Fab -- Talks With Samsung About 20% Share**

Jack Robertson

591 words

24-Feb-97

Electronic Buyers' News

---

**WORLDWATCH - NEC FIRST WITH 4-GIGABIT DRAM (532).**

529 words

26-Mar-97

PC Quest

English

---

**DRAM CHIP PRICES RISE MORE THAN 60% SINCE JANUARY.**

By William Choong.

627 words

8-Apr-97

Straits Times

---

**Three more companies join embedded race -- LSI, Micron will work jointly on DRAM**

Jim Evans

753 words

9-Jun-97

Electronic Buyers' News

---

**Motorola leaving memories behind // Company will quit - making DRAM chips in wake of price drops**

Lori Hawkins

657 words

2-Jul-97

Austin American-Statesman

D1

---

**Motorola leaving DRAM market -- Chip maker shifting production to SRAMs, flash, logic devices**

Darrell Dunn and Ismini Scouras

793 words

7-Jul-97

Electronic Buyers' News

68

1065

# Publically-Available News Articles

---

**Toshiba plans to increase cooperative ventures -- Partners with IBM Micro in a $1.7 billion DRAM fab in Virginia**

Jack Robertson
642 words
28-Jul-97
Electronic Buyers' News
4
1068

---

**Hyundai, Toshiba revamp semiconductor operations**

Jack Robertson
631 words
25-Aug-97
Electronic Buyers' News

---

**NEC expands to make faster chips in Singapore.**

By Josephine Ng
627 words
18-Sep-97
5:29 AM
Reuters News
English

---

**Micron hits testing jam -- Company indicates in a private briefing that lack of testing facilities puts crimp in DRAM production**

Jack Robertson
518 words
15-Dec-97
Electronic Buyers' News

---

**Two Taiwan companies hit with IP lawsuits**

Mark LaPedus and Sandy Chen
618 words
9-Feb-98
Electronic Buyers' News

---

**Texas Instruments, Hitachi Shut Down Chip-Making Joint Venture**

521 words
9-Feb-98
7:16 AM
Dow Jones Online News

---

# Publically-Available News Articles

**MITSUBISHI ELECTRIC, OKI ELECTRIC CANCEL DRAM CHIP PLANS**
586 words
20-Feb-98
Asia Pulse
English
(c) 1998 Asia Pulse Pty Limited

**Toshiba Sticks With DRAMs**
McGrath, Dylan
630 words
9-Mar-98
Electronic News
1
Vol. 44, No. 2209
English

**Is TI Dumping The DRAM Business?**
Wade, Will
1185 words
9-Mar-98
Electronic News
1
Vol. 44, No. 2209

**Hitachi to phase out Japan DRAM output.**
By Yuko Inoue
605 words
17-Mar-98
Reuters News
English
(c) 1998 Reuters Limited

**Fujitsu, Hitachi say to cut European DRAM output.**
By Yuko Inoue
553 words
31-Mar-98
Reuters News
English

**Samsung ships 256Mb DRAM.**
By BILL AUSTIN.
590 words
5-May-98
The Australian

# Publically-Available News Articles

---

**HYUNDAI TO PUT DRAM CHIP PRODUCTION ON HOLD**

601 words

5-Jun-98

Computergram International

No. 3425

English

Copyright 1998 Gale Group Inc. All rights reserved.

---

**S. Koreans slowing DRAM production**

Andrew MacLellan

854 words

8-Jun-98

Electronic Buyers' News

1

---

**DRAM - Korea cuts supply, Texas Instruments in talks.**

By David Manners.

527 words

10-Jun-98

Electronics Weekly

---

**TI bails out of DRAMs -- Sells assets to Micron, lays off 3,500 workers**

Andrew MacLellan

822 words

22-Jun-98

Electronic Buyers' News

1

1114

---

**Siemens Shuts U.K. Plant Siemens will close North Tyneside semiconductor plant in Northern England, laying off about 1,100 people**

855 words

3-Aug-98

Electronic News

---

**Hitachi, LG to merge semi operations**

1143 words

7-Sep-98

Electronic News

1

---

# Publically-Available News Articles

**Upping the DRAM ante -- Samsung resumes capacity expansion at Austin fab**

Jack Robertson

793 words

19-Oct-98

Electronic Buyers' News

---

**Hitachi shifts DRAM production: single line in Singapore will make all DRAMs in the future.(Company Business and Marketing)**

521 words

26-Oct-98

Electronic News

---

**Why Siemens is exiting the chip business -- Enough already**

Richard Richtmyer

1185 words

9-Nov-98

Electronic Buyers' News

---

**Toshiba, Fujitsu to join hands in chip development.**

501 words

3-Dec-98

4:05 AM

Reuters News

---

**IBM and Nanya map out details of DRAM licensing agreement**

Jack Robertson and Sandy Chen

670 words

7-Dec-98

Electronic Buyers' News

---

**LG won't comply; gov't fights back -- DRAM maker risks losing additional financing**

Jack Robertson

709 words

4-Jan-99

Electronic Buyers' News

82

231

English

Copyright (c) 1999 CMP Media LLC

# Publically-Available News Articles

---

**Fujitsu To Scale Back Production Of DRAMs To Focus On Other Products**
537 words
11-Jan-99
5:51 AM
Dow Jones Business News

---

**LG workers cut output in protest**
Jack Robertson
562 words
25-Jan-99
Electronic Buyers' News
1
1144

---

Jack Robertson
712 words
11-Feb-99
3:00 AM
CMP TechWeb

---

**Siemens Semi changes name for April spinoff**
Ismini Scouras
654 words
22-Mar-99
Electronic Buyers' News

---

**Hyundai, LG Semicon get 'Big Deal' done**
Jack Robertson
1051 words
26-Apr-99
Electronic Buyers' News

---

**FOCUS-S.Korea Samsung Elec raising DRAM investment.**
By Yoo Choon-sik
524 words
2-Jun-99
2:31 AM
Reuters News

---

# Publically-Available News Articles

**Japan's NEC, Hitachi agree to combine memory chip businesses by Kazuhiro Shimamura ATTENTION - ADDS analysis ///**

586 words
23-Jun-99
Agence France-Presse
English
Copyright (c) 1999 Bell & Howell Information and Learning Company. All rights reserved.

---

**Surge in chip prices spurs DRAM makers to step up production (606).**

600 words
26-Aug-99
China News
English
(c) 1999 Chamber World Network

---

**Hitachi Revamps DRAM Strategy**

Robert Ristelhueber
601 words
22-Sep-99
3:00 AM
CMP TechWeb
English

---

News
**NEC, Hitachi broaden DRAM agreement**

Jack Robertson
611 words
29-Nov-99
Electronic Buyers' News
6
1188

---

**NEC & Hitachi Establish Joint Venture DRAM Company.(Company Business and**

6-Dec-99
EDGE: Work-Group Computing Report

---

**Mosel-Vitelic Unveils Ambitious Expansion Plan.**

10-Apr-00
Taiwan Economic News

# Publically-Available News Articles

| |
|---|
| **TAIWAN: CONSTRUCTION START-UP ON PLANNED 8-INCH WAFER CHIP PLANT IS TENTATIVELY SCHEDULED TO BEGIN IN JULY 2000 TO BE FOLLOWED BY THE BUILDING OF A 12-INCH FACTORY, POWERCHIP SEMICONDUCTOR CORP. (PSC) [TAIWAN] - Order #: 065400.**<br><br>1-Jun-00<br>World<br>Volume 9; Issue 06 |
| **NEC, Toshiba retooling fabs for denser memories at 0.18 micron -- Process push under way for 256-Mbit DRAM**<br>Anthony Cataldo<br>21-Aug-00<br>Electronic Engineering Times |
| Will lawsuits curb Rambus' royalty drive? Rambus<br>Electronic Buyers' News, 4 September 2000 |
| **NEC Decision On Rambus: Hint Of Things To Come?**<br>Anthony Cataldo<br>13-Sep-00<br>CMP TechWeb |
| **Samsung to license Rambus SDRAM -- Elpida follows suit, boosting design firm's royalty revenue stream**<br>Jack Robertson<br>6-Nov-00<br>Electronic Buyers' News |
| **UPDATE 1-Korean chipmakers to cut 2001 investments.**<br>By Nam In-soo<br>27-Nov-00<br>4:19 AM<br>Reuters News |
| **Elpida Memory to Build 300mm Wafer Plant -- Emerges as Fully Integrated DRAM Manufacturer --**<br>28-Nov-00<br>6:06 AM<br>Business Wire |
| **Samsung, Intel form alliance to spur Rambus chip demand.**<br>By Hwang Jang-jin Staff reporter.<br>28-Feb-01<br>The Korea Herald |

# Publically-Available News Articles

**UPDATE 1-NEC to shift UK plant output from DRAMs.**
By Edmund Klamann
25-Apr-01
Reuters News

---

**Jury Verdict May Crimp Rambus Royalty Model**
Jack Robertson
905 words
14-May-01
Electronic Buyers' News
1

---

**Mosel Vitelic joins list of delayed 300-mm fabs**
Mike Clendenin
621 words
21-May-01
Electronic Engineering Times
22
1167
English

---

**Hynix to suspend U.S. plant to reduce DRAM output.**
By Yang Sung-jin Staff reporter.
557 words
19-Jul-01
The Korea Herald
English
(c) 2001 The Korea Herald

---

**Hynix, Fujitsu temporarily shutter fabs in Oregon**
Anthony Cataldo and Paul Kallender
722 words
23-Jul-01
Electronic Engineering Times
6
1176

---

**Toshiba to Reduce DRAM Fab Capacity at Its Yokkaichi Manufacturing Facility**
502 words
8-Aug-01
3:03 AM
PR Newswire

# Publically-Available News Articles

**PowerChip, Mitsubishi Co-found A Chip House.**
By Alice Liu
547 words
28-Aug-01
Taiwan Business News
English

**MOSAID TECHNOLOGIES INC - SAMSUNG ELECTRONICS CO LTD - MOSAID Initiates Litigation Against Samsung for ...**
725 words
13-Sep-01
4:36 PM
Market News Publishing
English

**Korea Hynix to cut its DRAM output portion to 60pct.**
548 words
25-Sep-01
2:10 AM
Reuters News
English
(c) 2001 Reuters Limited

**Infineon, Toshiba near chip business merger.**
628 words
18-Oct-01
Total Telecom
English

**Hynix hangs tough after bailout**
Anthony Cataldo
578 words
5-Nov-01
Electronic Engineering Times

**Powerchip says could delay new chip plant further.**
549 words
20-Nov-01
1:13 AM
Reuters News
English
(c) 2001 Reuters Limited

# Publically-Available News Articles

| |
|---|
| NEWS<br>**DRAM Duelers Hynix, Micron Mull Merger**<br>Paul Kallender and Mike Clendenin<br>659 words<br>10-Dec-01<br>Electronic Engineering Times |
| **Toshiba to sell US semiconductor arm to Micron [Corrected 12/18/01]**<br>Shingo Ito<br>607 words<br>18-Dec-01<br>Agence France-Presse<br>English<br>(Copyright 2001) |
| **Toshiba Exits Commodity DRAMs.**<br>632 words<br>1-Jan-02<br>Electronic Materials Update<br>Volume 16; Issue 1<br>English |
| **DRAM makers look to ally, as Infineon courts Hynix**<br>Mike Clendenin<br>1094 words<br>4-Feb-02<br>Electronic Engineering Times |
| **Infineon to Cooperate with Taiwanese Winbond and Mosel Vitelic to Secure Higher Memory Chip Production Capacity**<br>1135 words<br>11-Mar-02<br>4:06 AM<br>Business Wire<br>English |
| **Infineon wins EU approval for German aid.**<br>695 words<br>9-Apr-02<br>Total Telecom<br>English |

# Publically-Available News Articles

Financial Post: World
**Hot chips: Micron swallows Hynix in US$4B deal: Creates world's biggest DRAM**
Bloomberg News
505 words
23-Apr-02
National Post
National

---

**OPPOSITION IN KOREA -- Fate of Hynix, Micron deal unclear as deadline looms**
Jack Robertson
1111 words
29-Apr-02
Electronic Buyers' News
2
1310

---

**Infineon enters partnerships with Taiwan tech companies.**
By The China Post Staff.
574 words
3-May-02
China Post

---

**Hynix Mulls Survival Strategies In Wake Of Micron's Departure**
Jack Robertson
957 words
6-May-02
Electronic Buyers' News

---

**Infineon Betters Position With Nanya Deal**
Faith Hung
562 words
6-May-02
Electronic Buyers' News
6

---

Financial Post: News
**U.S. antitrust unit probes price-fixing by chipmakers: Three of top four companies confirm U.S. investigation**

Daniel Sorid and Lucas van Grinsven
Reuters, with files from Bloomberg News
701 words
20-Jun-02
National Post

# Publically-Available News Articles

**A renaissance in DRAM: Mitsubishi sells DRAM to Elpida, ties knot with Hitachi. (News).**
Alex Romanelli
519 words
7-Oct-02
Electronic News
4

**NEW SIEMENS SEMICONDUCTOR PLANT FOR DRAMS, LOGIC WILL COST $1.18B. (DRESDEN, GERMANY PLANT TO PRODUCE 16M-BIT AND 64M-BIT DRAMS BY THE END OF 1995)**

By Marc Ferranti
449 words
3-Jan-94
Electronic News

**31995D0197 - 95/197/EC: Commission Decision of 8 June 1995 suspending the definitive anti-dumping duties imposed on imports of certain types of electronic microcircuits known as DRAMs (dynamic random access memories) originating in Japan and in the Republic of**
1317 words
9-Jun-95
Celex
English

**31996R0399 - Council Regulation (EC) No 399/96 of 4 March 1996 extending the suspension of the definitive anti-dumping duties imposed on imports of certain types of electronic microcircuits known as DRAMs (dynamic random access memories) originating in Japan and in the Republic of Korea**

1322 words
6-Mar-96
Celex

News
**Europeans To Press Antidumping Case**
J. Robert Lineback
777 words
23-Dec-96
Electronic Buyers' News
3
1038
English
Copyright 1996 CM

# Publically-Available News Articles

**Japan chip makers see no major impact from EU move.**
324 words
11-Mar-97
Reuters News
English

Also:
**EU to take antidumping steps on Japanese chips**
204 words
17-Mar-97
Japan Semiconductor Scan

---

**EU/ANTI-DUMPING.**
271 words
26-Nov-97
Agence Europe
English

Sector: 3

---

**31997D0798 - 97/798/EC: Commission Decision of 10 November 1997 terminating the anti-dumping proceeding concerning imports of certain types of electronic microcircuits known as DRAMS (dynamic random access memories) originating in Japan**

1999 words
27-Nov-97
Celex

---

**31997R2335 - Council Regulation (EC) No 2335/97 of 24 November 1997 repealing Regulation (EEC) No 611/93 with respect to the imposition of a definitive anti-dumping duty on imports into the Community of certain electronic microcircuits known as DRAMs originating in the Republic of Korea**

1993 words
27-Nov-97
Celex

---

**NEW KOREAN DRAM DUMPING CHARGES FILED WITH EU**
121 words
13-Jul-98
Computergram International
No. 3450
English

# Publically-Available News Articles

**European chipmakers decide against targeting Japan.**
308 words
18-Nov-98
1:28 PM
Reuters News
English

**EECA told to drop dumping charges.**
173 words
23-Nov-98
Electronics Times
1

**EU to launch probe into Korean DRAM sector.**
272 words
25-Jul-02
The Korea Herald
English

**S.Korean chipmakers cutting output as prices fall.**
By Yoo Choon-sik
522 words
8-Jul-97
5:51 AM
Reuters News
English

**S. Korean Computer Chip Makers Plan To Cut Production**
299 words
2-Jun-98
3:42 AM
Dow Jones International News

**Samsung sticks with cutback plan**
Jack Robertson
960 words
29-Jun-98
Electronic Buyers' News
1
1115

# Publically-Available News Articles

**Korean Chipmakers Cut Production Again.**
129 words
15-Jul-98
Korean Industry Update
English
(c) 1998 Korea Info Tank

**LG Decides Not to Cut Semiconductor Output.**
257 words
4-Aug-98
The Korea Herald
English
(c) 1998 The Korea Herald

**South Korean chip makers to temporarily stop production again**
301 words
7-Aug-98
2:32 AM
Associated Press Newswires
English
(c) 1998. The A

**BUSINESS - Fujitsu to shut down computer chip plant in England.**
549 words
5-Sep-98
Asahi Shimbun/Asahi Evening News
English

**Siemens sues LG in DRAM patent wrangle.**
by John Walko
346 words
7-Sep-98
Electronics Times
6
English
(c) 1998 Miller Freeman

**Hyundai Opens New US Chip Plant**
Martyn Williams, Newsbytes
195 words
10-Sep-98
Newsbytes News Network
English

# Publically-Available News Articles

**Japan Fujitsu,S. Korea Samsung Agree On Patent Issue -Nikkei**
145 words
23-Oct-98
10:35 AM
Dow Jones International News
English

**Samsung, World's Largest Computer Chip Maker, to Cut Production**
Omar L. Gallaga
523 words
4-Sep-98
KRTBN Knight-Ridder Tribune Business News: Austin American-Statesman
English
Copyright (C) 199

**Korean chip makers will cut output in early October.**
150 words
16-Sep-98
Korean Industry Update
English
(c) 1998 Korea Info Tank

**Hyundai-LG Chip Deal Appears Set to Fall Through.**
516 words
21-Sep-98
The Korea Herald
English
(c) 1998 The Korea Herald

**S.Korean president calls for troubled chip deal to go through**
548 words
15-Dec-98
Agence France-Presse

**Hyundai Takes 70 Pct Stake in New Semiconductor Firm.**
522 words
24-Dec-98
Korea Times
English

# Publically-Available News Articles

**Korean Banks Halt Loans To LG Semicon As Merger With Hyundai Stalls**
519 words
28-Dec-98
9:26 AM
Dow Jones Business News

**FOCUS-Korea LG concedes to Hyundai-led chip merger.**
By Koo Hee-jin
578 words
6-Jan-99
9:37 AM
Reuters News

**Micron of U.S. files patent infringement charge against Mosel Vitelic.**
341 words
25-Aug-98
Taiwan Economic News
English

**Micron files broad-based dumping suit -- Names Taiwanese DRAM makers, other suppliers**
Jack Robertson
675 words
26-Oct-98
Electronic Buyers' News

**U.S. Trade Panel/Taiwan -2: Complaint Against 13 Companies**
338 words
7-Dec-98
4:10 PM
Dow Jones International News
English

**Initiation of Antidumping Duty Investigation: Dynamic Random Access Memory Semiconductors From Taiwan**
2538 words
18-Nov-98
Federal Register
64040
Vol. 63, No. 222
English

# Publically-Available News Articles

**Taiwan makers allege U.S. exporters dump DRAM.**
332 words
12-Apr-99
6:26 AM
Reuters News
English

**Taiwan initially finds U.S. makers dumping chips.**
367 words
29-May-99
5:01 AM
Reuters News
English

**Taiwan to impose anti-dumping tax against Micron.**
351 words
17-Sep-99
6:40 AM
Reuters News
English
(c) 1999 Reuters Limited

**U.S. raises punitive duty rates on Taiwan's DRAM chips.**
350 words
13-Oct-99
Taiwan Economic News
English

**ITC rules Taiwan-made DRAM products not less than fair value.**
320 words
21-Nov-99
Taiwan Economic News
English

**Taiwan rules U.S. makers not dumping DRAM.**
402 words
29-Feb-00
1:03 AM
Reuters News
English
(c) 2000 Reuters Limited

# Publically-Available News Articles

**SKorea's Hyundai Elec shareholders approve new name.**
329 words
29-Mar-01
2:20 AM
Reuters News
English

**Hynix Semiconductor to Spin Off Non-Core Units.**
313 words
7-Apr-01
Korea Times
English

**LUCKY-GOLDSTAR CHANGES NAME TO LG GROUP.**

315 words
11-Jan-95
Korea Economic Weekly

**U.S. Agency Probes DRAM Makers**
By MATT MOORE
AP Business Writer
394 words
18-Jun-02
AP Online
English

**Taiwan Hot Stocks-DRAM limit-up on merger rumours.**
230 words
22-Nov-01
10:49 PM
Reuters News
English

**Micron Technology in alliance talks with Hynix [Corrected 12/03/01]**
C.W. Lim
554 words
3-Dec-01
Agence France-Presse
English

# Publically-Available News Articles

**Japan Technology Newsbriefs 02/20/96**
588 words
20-Feb-96
Newsbytes News Network
English

**Micron's Slice of Chip Pie May Shrink After Plant Move**
Bloomberg Business News
463 words
1-Mar-96
The Omaha World-Herald
Sunrise
18

**Reduced demand, falling prices and revised production**
411 words
1-May-96
Integrated Circuits International
ISSN: 0263-6522

**Samsung Electronics Cuts 16m Dram Production In Response To Drops In World DRAM Prices; Monthly Output To Decrease From 14 Million Chips To 12 Million Chips**
368 words
30-May-96
8:00 PM
Business Wire
English

**TI-Acer to cut 4M DRAM output by half by year-end.**
321 words
10-May-96
Reuters News
English
(c) 1996 Reuters Limited

**Taiwan's TI-Acer to stop 4M DRAM production.**
232 words
3-Jun-96
Reuters News
English
(c) 1996 Reuters Limited

# Publically-Available News Articles

---

**Mitsubishi Scales Back DRAM Production Plans**

115 words

5-Jun-96

Newsbytes

English

---

**Hitachi to cut 16-megabit output - company official.**

172 words

6-Jun-96

Reuters News

English

---

**NEC Cuts Back DRAM Production As Hitachi Expands 06/06/96**

592 words

6-Jun-96

Newsbytes

English

---

**Fujitsu to postpone microchip production projects in US, Britain**

241 words

10-Jun-96

Agence France-Presse

English

---

**Toshiba cuts memory chip production plans.**

By Jeff Stearns

460 words

11-Jun-96

7:48 AM

Reuters News

English

---

**Taiwan TI-Acer slows construction over price fall.**

304 words

14-Jun-96

Reuters News

English

---

**Fujitsu to reduce 4-megabit DRAM production**

201 words

1-Jul-96

Japan Semiconductor Scan

English

---

# Publically-Available News Articles

**Hitachi (6501) to shut down Takasaki 16M DRAM line**
189 words
16-Jul-96
1:30 AM
NIKKEI English News
English

**Fujitsu to cut DRAM production in August.**
309 words
16-Jul-96
Reuters News
English

MARKET AND CORPORATE NEWS IN ASIA
**Powerchip Semiconductor delays production increase**
179 words
23-Oct-96
5:29 AM
NIKKEI English News
English

**Hitachi, LG Halt Plan In Malaysia**
Jack Robertson and Darrell Dunn
399 words
23-Dec-96
Electronic Buyers' News

**NEC to delay 256-megabit DRAM chip output for one year: report**
200 words
28-Dec-96
Agence France-Presse
English

**Oki Electric (6703) to step up 64-MB DRAM production**
151 words
23-Jan-97
2:46 AM
NIKKEI English News
English

# Publically-Available News Articles

**Samsung Scales Back DRAM Fab Investment -- South Korean Giant Hit Hard By Glut**

Jack Robertson and Jim Evans

519 words

27-Jan-97

Electronic Buyers' News

---

**Top South Korean makers to cut 16M DRAM output**

162 words

29-Jan-97

1:30 AM

NIKKEI English News

English

---

**SAMSUNG ELECTRONICS STEPS UP 64-M DRAM PRODUCTION**

246 words

30-Jan-97

Asia Pulse

.   S. KOREA'S CHIPMAKERS DENY REPORTS ON PRODUCTION CUTS

Asia Pulse, 30 January 1997,

---

**KOREA DRAM MAKERS TO HALT WORK DURING LUNAR NEW YR HOLIDAYS**

148 words

31-Jan-97

Asia Pulse

English

---

**NEC DECIDES TO SWITCH TO 64 MEGA DRAM CHIP PRODUCTION**

182 words

10-Feb-97

Asia Pulse

English

---

**Japan's Fujitsu to cut 16M DRAM output ...**

180 words

24-Feb-97

Agence France-Presse

---

**S. Korean DRAM makers still cutting output: LG Semicon official**

231 words

7-Apr-97

11:05 PM

NIKKEI English News

# Publically-Available News Articles

---

**IBM to stop 4-Mbit production -- First-quarter earnings solid despite weak DRAM prices**

Ismini Scouras

485 words

28-Apr-97

Electronic Buyers' News

3

1055

---

**Oki Electric to cut DRAM output due to slow demand.**

185 words

24-Dec-97

Reuters News

English

---

**2 KOREAN COS TO SUSPEND 16-M CHIP OUTPUT DURING HOLIDAYS**

147 words

29-Dec-97

Asia Pulse

English

---

**Korean DRAM Chip Makers to Idle Production**

Dow Jones Newswires

135 words

2-Jul-97

The Asian Wall Street Journal

---

**Japan's Hitachi to slash 16M DRAM output: report ...**

219 words

16-Jul-97

Agence France-Presse

English

(Copyright 1997)

---

**Mitsubishi To Close US Wafer Fabrication Plants**

Martyn Williams, Newsbytes

243 words

14-Jan-98

Newsbytes News Network

English

---

**Hitachi to cut DRAM output in February and March.**

94 words

19-Jan-98

Reuters News

---

# Publically-Available News Articles

| |
|---|
| **NEC to double 64M DRAM chips: report**<br>244 words<br>19-Mar-98<br>Agence France-Presse<br>English |
| **Hitachi to Slash DRAM Production in U.S.**<br>223 words<br>24-Mar-98<br>Jiji Press English News Service |
| **JAPAN, KOREA CHIPMAKERS FAIL TO AGREE ON PRODUCTION CUTS**<br>388 words<br>21-Apr-98<br>Asia Pulse<br>English |
| **Toshiba, Mitsubishi, Fujitsu Halt DRAM Output In Golden Wk**<br>230 words<br>29-Apr-98<br>9:35 AM<br>Dow Jones International News<br>English |
| **Fujitsu, Acer Chart Plans To Reduce Exposure To DRAM Chips**<br>581 words<br>26-Jun-98<br>11:22 AM<br>Dow Jones Online News |
| **DRAM makers delay expansion projects, cut production.**<br>283 words<br>2-Jul-98<br>Taiwan Economic News<br>English |
| **Siemens to cut back on DRAM production after $600m losses.**<br>By David Manners.<br>322 words<br>29-Jul-98<br>Electronics Weekly |

# Publically-Available News Articles

**Nan Ya bucking trend with DRAM fab build**
Sandy Chen
273 words
3-Aug-98
Electronic Buyers' News
4

**NEC, Fujitsu alter DRAM plans amid falling prices**
By Rob Guth InfoWorld Electric
453 words
3-Aug-98
9:02 AM
InfoWorld Daily News
English

**Japan joins summer slowdown -- But Temporary DRAM Fab Shutdowns Fail To Jog Prices**
Jack Robertson
491 words
10-Aug-98
Electronic Buyers' News

**Toshiba To Reduce DRAM Production; Shift To Higher-End Chips**
196 words
18-Aug-98
10:11 AM
Dow Jones International News
English

**Japan's belt-tightening continues**
Jack Robertson
806 words
10-Aug-98
Electronic Buyers' News
3

**Japan Chipmakers To Cut Domestic 64M DRAM Output By 30%**
217 words
24-Sep-98
7:34 PM
Dow Jones International News

# Publically-Available News Articles

**Mosel Vitelic Halts DRAM Production in 6" Wafer Plant.**
235 words
7-Oct-98
Taiwan Business News
English

**Matsushita Electric To Cease Mass Production Of Memory Chips**
215 words
29-Mar-99
1:36 PM
Dow Jones Business News

**Toshiba cuts 64M-Bit DRAM production 90 percent**
By Cheri Paquet InfoWorld Electric
304 words
1-Apr-99
3:29 PM
InfoWorld Daily News

**S KOREA'S CHIPMAKERS EXPAND 128-M DRAM PRODUCTION.**
280 words
7-Apr-99
10:47 PM
Asia Pulse
English

**NEC ups DRAM production.**
140 words
31-May-99
Electronics Times
1
English

**Samsung, Hyundai to expand 128M DRAM chip output.**
246 words
24-Aug-00
The Korea Herald

**South Korea's major chipmakers are expanding output...**
By Nam In-soo
739 words
23-Nov-00
9:01 PM
Reuters News

# Publically-Available News Articles

**UPDATE 1-Korean chipmakers to cut 2001 investments.**
By Nam In-soo
714 words
27-Nov-00
4:19 AM
Reuters News
English

**Three DRAM makers switch to communication chip production.**
754 words
8-Jan-01
Taiwan Economic News
English

**Japan's Toshiba, NEC To Boost Rambus DRAM Output - Nikkei**
222 words
8-Feb-01
12:24 PM
Dow Jones International News
English

**Asia's DRAM Makers Fail to Strike Capacity-Cut Pact.**
190 words
8-Feb-01
ComputerWire News
English

**UPDATE 2-Toshiba, NEC eye raising Rambus DRAM output.**
483 words
9-Feb-01
1:33 AM
Reuters News
English

**Samsung cranks Rambus output, heats up chip battle.**
By Jason Neely
1148 words
7-Mar-01
3:28 AM
Reuters News

# Publically-Available News Articles

**NEC to halt DRAM production in U.S.**
145 words
6-Apr-01
10:55 PM
Kyodo News
English

**Chip Firms Divided on Production Cuts.**
180 words
4-Jul-01
Chosun Ilbo
English

**Nanya Technology puts off expansion of 2nd wafer plant's capacity.**
272 words
5-Jul-01
Taiwan Economic News
English

**Leading DRAM makers delay building 300mm wafer fabs.**
By David Manners.
214 words
11-Jul-01
Electronics Weekly
1

**Vanguard International Semiconductor to reduce DRAM production.**
270 words
15-Jul-01
Taiwan Economic News
English

**Hitachi to halt DRAM production - report.**
89 words
29-Aug-01
4:57 PM
Reuters News
English

**Elpida's 300mm DRAM Fab Plans Delayed Nine Months**
Jack Robertson
175 words
1-Oct-01
Electronic Buyers' News

# Publically-Available News Articles

**Japan's Hitachi to pull out of DRAM production.**

120 words

1-Oct-01

Channelnewsasia

English

---

**Leading DRAM plants to reduce production capacities.**

363 words

24-Oct-01

Taiwan Economic News

English

---

Nan Ya Technology to suspend 128 Mb DRAM production in Dec.

Taiwan Economic News, 26 October 2001, 284 words, (English)

---

**DRAM makers plan production cuts amid global glut.**

256 words

9-Nov-01

Taiwan Economic News

English

---

**Hitachi to Cut DRAM Plant Operating Rate in Singapore**

251 words

29-Nov-01

2:09 AM

Jiji Press English News Service

English

---

**Toshiba to sell US semiconductor arm to Micron [Corrected 12/18/01]**

321 words

18-Dec-01

Agence France-Presse

English

---

**NEC to Withdraw from DRAM Output by March 2003.**

113 words

19-Dec-02

Jiji Press English News Service

English

(c) 2002

# Internet Sources

**Web Address**

- http://www.usdoj.gov/atr/public/press_releases/2007/222770.htm
- http://inventors.about.com/library/weekly/aa100898.htm
- http://smithsonianchips.si.edu/ice/cd/PROF98/ROW.PDF

http://www.hynix.com/gl/pr_room/news_data_readA.jsp?NEWS_DATE=2001-07-
- 19:10:35:09&CurrentPageNo=2&SearchKind=4&SearchWord=&SELECT_DATE=2001&menuNo=02&m
  =01&s=01
- http://news.bbc.co.uk/1/hi/business/1688926.stm

http://www.thefreelibrary.com/Hynix+board+spurns+Micron+bid.(Business)(Merger:+The+move+en
- ds+five...-a085561977

# Raw Datasets

| Dataset Name |
| --- |
| Combined Defendant Database |
| Gartner Data (from Shapiro Backup) |
| Micron Cost Data |
| White Data |
| White OEM Model Actual Price Index |
| WSTS Data |

**Appendix D**



Exhibit 1
Share of Total DRAM Shipments, by Density
1996–2004

Source: WSTS

Exhibit 2
Historical Market Share of Top DRAM Suppliers
in 2005



Source: Gartner (from Shapiro Backup)



Exhibit 3
Market Share of Top DRAM Suppliers
Each Firm Includes All Firms It Aquired by 2005

Source: Gartner (from Shapiro backup)



Exhibit 4
Combined Market Share of Top Three and Top Four
DRAM Suppliers by Year

Source: Gartner (from Shapiro backup)

Exhibit 5
Financial Events for Hynix

| Date | Event |
|---|---|
| Jan 2001 | State-run Korea Development Bank and South Korean banks agree to purchase 80%, or 2.9 trillion won ($2.27 billion), of Hynix's maturing bonds this year[1] |
| May 2001 | State-controlled Korea Exchange Bank and South Korean banks agree to extend a $4.4 billion rescue package to Hynix[2] |
| June 2001 | Hynix and financial adviser Salomon Smith Barney raise $1.25 billion by issuing global depository receipts[3] |
| Sept 2001 | 18 creditor banks of Hynix agreed to swap three trillion won ($2.33 billion) of Hynix's debt into equity and roll over an undisclosed amount of maturing debts this year until 2004[4] |
| Oct 2001 | Creditors of South Korea's troubled Hynix Semiconductor agreed to freeze its debts for three months[5] |
| Oct 2001 | Creditors approved additional bailouts and swapped over $3 billion in company debt for equity[6] |
| Nov 2002 | Hynix defaulted on payments for bonds maturing this month[7] |
| Dec 2002 | Creditors restructure  Hynix debt[8] |

---

[1] Choi, Hae Won and Jay Solomon, "Korea's Hynix Defaults on Bonds In Effort to Secure Rescue Plan," Wall Street Journal, 29 August 2001.

[2] Choi, Hae Won and Jay Solomon, "Korea's Hynix Defaults on Bonds In Effort to Secure Rescue Plan," Wall Street Journal, 29 August 2001.

[3] Choi, Hae Won and Jay Solomon, "Korea's Hynix Defaults on Bonds In Effort to Secure Rescue Plan," Wall Street Journal, 29 August 2001.

[4] Choi, Hae Won, "Hynix Creditors Clear Rescue Deal, But Not New Loans – Chip Maker Needs Capital To Stay Competitive," Asian Wall Street Journal, 17 September 2001.

[5] "Korean creditors freeze Hynix debt for three months," Reuters News, 4 October 2001.

[6] "Creditors OK Hynix Semicon Bailout Proposal,"  Dow Jones International News, 31 October 2001.

[7] Cherry, Judith, "The 'Big Deals' and Hynix Semiconductor: State-Business Relations in Post-Crisis Korea," Asia Pacific Business Review, Vol 10, No 2, Winter 2003, p. 188.

[8] Kirk, Don, "$4 Billion Debt Relief Plan Approved by Hynix Creditors," New York Times, 31 December 2002, available online: http://query.nytimes.com/gst/fullpage.html?res=9801EFD8143FF932A05751C1A9649C8B63 (last accessed: 29 Feb 2008).

**Exhibit 6**
**Price Based on WSTS Data**



Source: WSTS, Hynix Supplemental Response to Plaintiffs, and Hynix Production

Exhibit 7
Percentage of Sun's Total Purchases of DRAM by Supplier
1996-2004

| | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 |
|---|---|---|---|---|---|---|---|---|---|
| **Elpida** | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 8.5% | 5.1% | 0.7% | 0.0% |
| **Hitachi** | 0.0% | 0.0% | 0.7% | 1.0% | 1.0% | 0.5% | 0.0% | 0.0% | 0.0% |
| **Hynix** | 6.2% | 0.0% | 0.0% | 0.8% | 5.9% | 2.9% | 0.0% | 0.0% | 0.0% |
| **Infineon** | 0.3% | 0.0% | 0.0% | 0.0% | 0.2% | 1.5% | 23.9% | 28.0% | 21.9% |
| **Micron** | 0.0% | 0.0% | 0.0% | 4.5% | 14.2% | 21.9% | 28.1% | 32.1% | 50.8% |
| **Mitsubishi** | 0.0% | 24.0% | 25.2% | 16.4% | 13.1% | 15.4% | 8.1% | 0.0% | 0.0% |
| **Mosel** | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| **NEC** | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| **Samsung** | 93.5% | 76.0% | 74.0% | 77.4% | 65.6% | 49.4% | 34.7% | 39.2% | 27.3% |

Source: Combined Defendant Database as compiled by White

Highly Confidential - Errata Sheet for Expert Report of Robert Topel

Errata Sheet for Expert Report of Robert Topel, March 7, 2008
Errata Date: April 1, 2008

## TABLE OF CONTENTS

Typos on page i in section and page numbering in Table of Contents
- In Report:

| I. | BACKGROUND AND QUALIFICATIONS | 1 |
|---|---|---|
| II. | ASSIGNMENT | 2 |
| III. | PRINCIPAL FINDINGS AND OPINIONS | 3 |
| IV. | INDUSTRY BACKGROUND | 6 |
| | A. Summary of the Litigation and Plaintiffs' Claims | 6 |
| | 1. The DRAM Industry | 8 |
| | 2. The Product | 9 |
| | a. Technology | 9 |
| | b. Density | 11 |
| | 3. DRAM Supply | 11 |
| | a. Production Technology | 11 |
| | b. DRAM Suppliers | 12 |
| | c. Hynix | 15 |
| V. | ANALYSIS | 21 |
| | A. Professor Murphy's Findings On Impact | 21 |
| | B. Analytical Approach | 22 |
| VII. | CRITIQUE OF PROFESSOR WHITE'S DAMAGES ANALYSIS | 29 |
| | A. Professor White's Findings and Methods | 29 |
| | B. Professor White's Methods Applied | 33 |
| | C. Professor White's Method of Calculating Damages for Plaintiffs | 38 |

- Updated:

| I. | BACKGROUND AND QUALIFICATIONS | 1 |
|---|---|---|
| II. | ASSIGNMENT | 3 |
| III. | PRINCIPAL FINDINGS AND OPINIONS | 4 |
| IV. | INDUSTRY BACKGROUND | 7 |
| | A. Summary of the Litigation and Plaintiffs' Claims | 7 |
| | B. The DRAM Industry | 8 |
| | i. The Product | 10 |
| | ii. DRAM Supply | 12 |
| V. | ANALYSIS | 22 |
| | A. Professor Murphy's Findings On Impact | 22 |
| | B. Analytical Approach | 23 |
| VI. | CRITIQUE OF PROFESSOR WHITE'S DAMAGES ANALYSIS | 30 |
| | A. Professor White's Findings and Methods | 30 |
| | B. Professor White's Methods Applied | 34 |
| | C. Professor White's Method of Calculating Damages for Plaintiffs | 38 |

Highly Confidential - Errata Sheet for Expert Report of Robert Topel

## I. BACKGROUND AND QUALIFICATIONS

Typo on page 3, footnote 2
- In Report:     "with two periods of conspiracy fromApril"
- Updated:     "with two periods of conspiracy from April"

## III. PRINCIPAL FINDINGS AND OPINIONS

Clarification on page 4, paragraph 6, line 10
- In Report:     "… and statistically indistinguishable from zero."
- Updated:     "… and statistically indistinguishable from zero (percent differences reported below are log approximations)."

Typo on page 5, footnote 3
- In Report:     "… A MODERN APPROACH 490 (5th ed. 1999) … "
- Updated:     "… A MODERN APPROACH, at 490 (5th ed. 1999) …"

## IV. INDUSTRY BACKGROUND

Typo on page 7, paragraph 12, line 4
- In Report:     "… have entered guilty pleas,6 in which …"
- Updated:     "… have entered guilty pleas,[6] in which …"

Clarification on page 7, footnote 5
- In Report:     "Because I rely upon and concur with Professor Murphy's background section, for convenience I set it forth below. Exhibits referenced in this section are contained in a separate Appendix D ("Murphy Exhibits"), and are numbered to correspond to their numbers in Professor Murphy's report."
- Updated:     "Because I rely upon and concur with Professor Murphy's background section, for convenience I set it forth below. Exhibits referenced in this section are contained in a separate Appendix D ("Murphy Exhibits"), and are numbered to correspond to their numbers in Professor Murphy's report.  Differences in page numbering, footnote numbering, and formatting exist between the section I include and the section in Professor Murphy's report."

Typo on page 8, paragraph 13, line 12
- In Report:     "… asked him to make - $1.713 billion …"
- Updated:     "… asked him to make - $1.714 billion …"

Clarification on page 9, footnote 8
- In Report:     "http://inventors.about.com/library/weekly/aa100898.htm (visited 1/22/2008)"
- Updated:     "Mary Bellis, "Inventors of the Modern Computer," *available at* http://inventors.about.com/library/weekly/aa100898.htm. (visited 1/22/2008)"

2

Highly Confidential - Errata Sheet for Expert Report of Robert Topel

Omission on page 9, footnote 9
- In Report:      "… (N.D.C.A., Feb. 20, 2007)."
- Updated:       "… (N.D.C.A., Feb. 20, 2007), at 1-2."

Correction on page 11, second bullet, line 1
- In Report:      "… introduced in 1999…"
- Updated:       "… introduced around 1999…"

Typo on page 11, paragraph 18, line 3
- In Report:      "… 512 Mb or 1 GB are common …"
- Updated:       "… 512 Mb or 1 Gb are common …"

Typo on page 11, footnote 12
- In Report:      "… (10/20/2004) …"
- Updated:       "… (10/20/2000) …"

Typos on page 13, paragraph 20, lines 8-9
- In Report:      "… to move from 64MB to 256 MB production."
- Updated:       "… to move from 64Mb to 256 Mb production."

Typo on page 13, footnote 15
- In Report:      "… (see, Hynix Annual Report 2002 7 to 8 …"
- Updated:       "… (see, Hynix Annual Report 2002, at 7 to 8 …"

Correction on page 14, paragraph 24, lines 7-8
- In Report:      "By 2002, Elpida (formed from NEC and Hitachi) and Mitsubishi were the only remaining Japanese DRAM suppliers, with a combined 6.4 percent share."
- Updated:       "By 2002, Elpida (formed from NEC and Hitachi), Fujitsu, and Mitsubishi were the only remaining Japanese DRAM suppliers, with a combined 6.9 percent share."

Typos on page 17, paragraph 29, lines 19-20
- In Report:      "… 64MB SDRAM at .22 micron technology to 256 MB SDRAM …"
- Updated:       "… 64Mb SDRAM at .22 micron technology to 256 Mb SDRAM …"

Omission on page 17, footnote 26
- In Report:      "Cataldo, Anthony and Paul Kallender, "Hynix, Fujitsu temporarily shutter fabs in Oregon," ELECTRONIC ENGINEERING TIMES, July 23, 2001."
- Updated:       "Hynix Annual Report 2002, at 7 to 8. *See also,* Cataldo, Anthony and Paul Kallender, "Hynix, Fujitsu temporarily shutter fabs in Oregon," ELECTRONIC ENGINEERING TIMES, July 23, 2001."

3

Highly Confidential - Errata Sheet for Expert Report of Robert Topel

Correction on pages 19-20, paragraph 33 and omitted footnote

- In Report:    "As shown in Exhibit 7, which is based on the Defendants' combined dataset (for U.S. sales), Hynix did not directly supply Sun with DRAM in either 1998 or 2002, and in no year during the alleged conspiracy did Hynix directly supply more than 5.9 percent of Sun's total purchases. Based on the Defendants' combined dataset (of U.S. sales), during the alleged conspiracy period as a whole, Hynix supplied only about 2.5 percent of Sun's total DRAM, and virtually all of this supply was of legacy FPM/EDO DRAM products from the LG fabs that Sun had qualified before the merger of Hyundai and LG. …"
- Updated:    "As shown in Exhibit 7, which is based on the Defendants' combined dataset, Hynix did not directly supply Sun with DRAM in either 1997 or 2002, and in no year during the alleged conspiracy did Hynix directly supply more than 5.9 percent of Sun's total purchases. Based on the Defendants' combined dataset, during the alleged conspiracy period as a whole, Hynix supplied only about 3.8 percent of Sun's total DRAM, and virtually all of this supply was of legacy FPM/EDO DRAM products from the LG fabs that Sun had qualified before the merger of Hyundai and LG.[32b] …"
  Add Footnote: "32b   *See supra* note 31."

Typo on page 19, footnote 35
- In Report:    "SUN0028727-29"
- Updated:    "SUN0028727 to 29 at 27"

Typos on page 20, footnote 33 and omitted reference
- In Report:    "… and the availability that we needed.");  Peter Wilson Tr., 692:22-693:186 ("Hyundai kept coming in … A. Not to my recollection.").
- Updated:    "… and the availability that we needed.");  Peter Wilson Tr., 692:22-693:18 ("Hyundai kept coming in … A. Not to my recollection.).  *See also supra* notes 31 and 32."

Typo on page 21, paragraph 33, line 30
- In Report:    "… No I don't think we ever got close to any price negotiations, to be honest.[38]"
- Updated:    "… No I don't think we ever got close to my price negotiations, to be honest.[38] "

Clarification on page 21, footnote 37
- In Report:    "SUN0029281 to 348…"
- Updated:    "SUN0029281 to 348 at 328…"

Clarification on page 21, footnote 37
- In Report:    "SUN0310598 to 601…"
- Updated:    "SUN0310598 to 601 at 599"

Highly Confidential - Errata Sheet for Expert Report of Robert Topel

Typos on page 21, footnote 39
- In Report:    "… assurance of supply: Hyunia [sic] will guarantee to support Sun's requirements [sic] as long as Sun demand lasts. . . . Sun is guaranteed volume support regardless of market conditions from Hyundai." SUN0028917 to 918 at 918. *See also* SUN0029281-348 (In …"
- Updated:    "… assurance of supply:  Hyundia [sic] will guarantee to support Sun's reqirements [sic] as long as Sun demand lasts. . . .  Sun is guaranteed volume support regardless of market conditions from Hyundai."  SUN0028916 to 917 at 917. *See also* SUN0029281-348 at 328 (In …"

Clarification on page 21, footnote 39
- In Report:    "SUN0029281-348"
- Updated:    "SUN0029281 to 348 at 328"

# V. ANALYSIS

Typo on page 23, footnote 41
- In Report:    "… 10/2/06, page 10 (and illustrated in his Table1): …"
- Updated:    "… 10/2/06, page 8 (and illustrated in his Table 1): …"

Typo on page 23, footnote 42
- In Report:    "… The cost are the average cost per megabit for Micron,,"
- Updated:    "… The cost are the average cost per megabit for Micron,"

Typo on page 26, paragraph 44, line 3
- In Report:    "…As actual supply during the conduct periods could be, at in theory, …"
- Updated:    "…As actual supply during the conduct periods could be, in theory, …"

Clarification on page 28, paragraph 48, line 7
- In Report:    "… percent using Method 2.  Both point estimates …"
- Updated:    "… percent using Method 2 (percent differences are log approximations).  Both point estimates …"

Clarification on page 28, paragraph 49, line 3
- In Report:    "… percent using Method 2.  Again., these estimated …"
- Updated:    "… percent using Method 2 (percent differences are log approximations).  Again., these estimated …"

Highly Confidential - Errata Sheet for Expert Report of Robert Topel

## VI. CRITIQUE OF PROFESSOR WHITE'S DAMAGES ANALYSIS

Typo on page 38, paragraph 72, line 5
- In Report:      "… by -4.2 percent – which is …"
- Updated:        "… by -4.1 percent – which is …"

Typo on page 39, paragraph 74, line 3
- In Report:      "While this portion of Professor Whites analysis …"
- Updated:        "While this portion of Professor White's analysis …"

Typo on page 39, footnote 56
- In Report:      "*Id.* at 24:1-4…"
- Updated:        "*Id.* at 24:2-4…"

Typo on Page 41, footnote 58
- In Report:      "Expert Report of Halbert White, ¶32"
- Updated:        "Expert Report of Halbert White at ¶32"

Typo on page 42, paragraph 80, line 9
- In Report:      "… average price gap of 10.94 percent."
- Updated:        "… average price gap of 10.4 percent."

Highly Confidential - Errata Sheet for Expert Report of Robert Topel

## Appendix B: Exhibits

Typo in Exhibit 3, Constant in column (4), coefficient for IV Coefficient
- In Report:      "-3.8703"
- Updated:      "-3.8704"

Typo in Exhibit 8, Note 3
- In Report:      "…, heterocedasticity, …"
- Updated:      "…, heteroscedasticity, …"

Typo in Exhibit 16, SUN row, using but-for prices, column (2)
- In Report:      "-1.47"
- Updated:      "-1.478"

Typo in Exhibit 16, SUN row, using actual prices, column (3)
- In Report:      "-0.98"
- Updated:      "-0.989"

Typo in Exhibit 16, ALL AMERICAN row, using actual prices, column (3)
- In Report:      "-0.190"
- Updated:      "-0.191"

Typo in Exhibit 16, UNISYS row, using actual prices, column (3)
- In Report:      "2.780"
- Updated:      "2.778"

Highly Confidential - Errata Sheet for Expert Report of Robert Topel

## Appendix B: Exhibit Appendix

Information for one data source was omitted for Exhibit 3
- In Report:    "Calculations from WSTS M1 MOS DRAM Units and Density (yielding megabits) from Shapiro Expert Report Materials Produced, Direct Purchaser MDL, 10/2/06"
- Updated:    "White Expert Report Materials Produced.  Calculations from WSTS M1 MOS DRAM Units and Density (yielding megabits) from Shapiro Expert Report Materials Produced, Direct Purchaser MDL, 10/2/06"

Exhibit sources are typed incorrectly for Exhibits 11-14 – White quantity data with SGRAM fix were not used for these charts.  As discussed in the text of the report, WSTS units and density data were used.  Updates are below.

Correction in Exhibit Appendix, Exhibit 11, Sources for Data and Calculations
- In Report:    "White Expert Report Materials Produced.  Quantity in megabits calculated from White 'make.do' file, no trimming  SGRAM module density recoded"
- Updated:    "White Expert Report Materials Produced.  Calculations from WSTS M1 MOS DRAM Units and Density (yielding megabits) from Shapiro Expert Report Materials Produced, Direct Purchaser MDL, 10/2/06"

Correction in Exhibit Appendix, Exhibit 12, Sources for Data and Calculations
- In Report:    "White Expert Report Materials Produced.  Quantity in megabits calculated from White 'make.do' file, no trimming  SGRAM module density recoded"
- Updated:    "White Expert Report Materials Produced.  Calculations from WSTS M1 MOS DRAM Units and Density (yielding megabits) from Shapiro Expert Report Materials Produced, Direct Purchaser MDL, 10/2/06"

Correction in Exhibit Appendix, Exhibit 13, Sources for Data and Calculations
- In Report:    "White Expert Report Materials Produced.  Quantity in megabits calculated from White 'make.do' file, no trimming  SGRAM module density recoded. WSTS P4 Series for Units of Digital Signal Processors from Shapiro Expert Report Materials Produced, Direct Purchaser MDL, 10/2/06"
- Updated:    "White Expert Report Materials Produced.  Calculations from WSTS M1 MOS DRAM Units and Density (yielding megabits) and WSTS P4 Series for Units of Digital Signal Processors from Shapiro Expert Report Materials Produced, Direct Purchaser MDL, 10/2/06"

Correction in Exhibit Appendix, Exhibit 14, Sources for Data and Calculations
- In Report:    "White Expert Report Materials Produced.  Quantity in megabits calculated from White 'make.do' file, no trimming  SGRAM module density recoded"
- Updated:    "White Expert Report Materials Produced.  Calculations from WSTS M1 MOS DRAM Units and Density (yielding megabits) from Shapiro Expert Report Materials Produced, Direct Purchaser MDL, 10/2/06"

Highly Confidential - Errata Sheet for Expert Report of Robert Topel

Source information was omitted for Exhibit 16
- Updated:    "White Expert Report Materials Produced"

## Appendix C: Material Relied Upon

Typo in Appendix C, header, pages 45 – 91.
- In Report:    "Publically-Available"
- Updated:    "Publicly Available"

## Appendix D: Murphy Exhibits

Typo in Appendix D, Exhibit 7, Title of Graph
- In Report:    "Percentage of Sun's Total Purchases of DRAM by Supplier"
- Updated:    "Percentage of Sun's Total Purchases by Supplier"

Highly Confidential - Errata Sheet for Expert Report of Robert Topel


_____

Robert Topel, PhD                                    Dated: April 1, 2008

10

Highly Confidential - Errata Sheet Addendum for Expert Report of Robert Topel

Errata Sheet Addendum for Expert Report of Robert Topel, March 7, 2008
Errata Addendum Date: April 19, 2008


## V. ANALYSIS

Clarification and Correction on page 27, footnote 45,
- In Report:    "The instruments are a measure of cumulative experience in producing types of DRAM as of month $t$, and the log weighted average density of DRAM in a particular month. Experience is calculated as historical units shipped for each density in the immediately preceding 48 month period and averaging historical units across densities using current shipments (in megabits) as weights. Density is a weighted average of the log of DRAM densities sold in each month. Instrumental variables estimation is discussed in all graduate econometrics textbooks. *See, e.g.*, WILLIAM GREENE, ECONOMETRIC ANALYSIS, Chapter 15 (6th Edition, 2007)."
- Updated:    "The instruments are the trend variable, a measure of cumulative experience in producing types of DRAM as of month $t$, and the log weighted average density of DRAM in a particular  month. Experience is calculated as historical units shipped for each density in the immediately preceding 48 month period and averaging historical units across densities using current shipments (in megabits) as weights. Density is the log of each month's average megabits per unit sold in the industry. Instrumental variables estimation is discussed in all graduate econometrics textbooks. *See, e.g.*, WILLIAM GREENE, ECONOMETRIC ANALYSIS, Chapter 15 (6th Edition, 2007)."


## Appendix B: Exhibits

Clarification in Exhibit 3, Note 2, to make clear that the exogenous variable in the regression is also an instrumental variable
- In Report:    "2. IV: Supply is estimated using a trend and cost, where cost is instrumented for using log cumulative experience and log density"
- Updated:    "2. IV: Supply is estimated using a trend and cost, where cost is instrumented for using trend, log cumulative experience and log density"

Clarification in Exhibit 8, Note 2, to make clear that the exogenous variable in the regression is also an instrumental variable
- In Report:    "2. IV version: Supply is estimated using a trend and cost, where cost is instrumented using log cumulative experience and log density"
- Updated:    "2. IV version: Supply is estimated using a trend and cost, where cost is instrumented using trend, log cumulative experience and log density"

Highly Confidential - Errata Sheet Addendum for Expert Report of Robert Topel

Correction in Exhibit 6, graph legend is mislabeled
- In Report:      "Actual" is blue line.  "Predicted" is green line
- Updated:        "Actual" is green line.  "Predicted" is blue line

Correction in Exhibit 7, graph legend is mislabeled
- In Report:      "Actual" is blue line.  "Predicted" is green line
- Updated:        "Actual" is green line.  "Predicted" is blue line

Typo in Exhibit 14 Title
- In Report:      "Figure 14"
- Updated:        "Exhibit 14"

Omitted Note in Exhibit 15,
- Updated:        "I set the predicted prices equal to actual prices in the pre-conspiracy period.  Like Professor White, I did not consider predictions in the pre-conspiracy period. "

2

Highly Confidential - Errata Sheet Addendum for Expert Report of Robert Topel

_____

Robert Topel, PhD                              Dated: April 17, 2008

3