UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SUN MICROSYSTEMS INC.,

    Plaintiff,

    v.

HYNIX SEMICONDUCTOR INC., et al.,

    Defendants.

_____/

No. C 06-1665 PJH

**ORDER CONTINUING HEARING DATE AND ADVANCING PRETRIAL CONFERENCE**

TO ALL PARTIES AND COUNSEL OF RECORD:

Please note that the hearing on defendants' motion for an exclusion order and adverse inference instruction against plaintiff due to spoliation of evidence, which was previously set for hearing on May 6, 2009, at 9:00 a.m., has been CONTINUED to May 7, 2009, at 1:00 p.m., in Courtroom 5, 17th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.

In addition, please note that the pretrial conference similarly scheduled for May 7, 2009, is now scheduled for 1:00 p.m., instead of 2:30 p.m.

**IT IS SO ORDERED.**

Dated: May 4, 2009

_____
PHYLLIS J. HAMILTON
United States District Judge