KENNETH R. O'ROURKE (S.B. #120144)
korourke@omm.com
PAUL B. SALVATY (S.B. #171507)
psalvaty@omm.com
STEVEN H. BERGMAN (S.B. #180542)
sbergman@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA  90071-2899
Telephone:    (213) 430-6000
Facsimile:    (213) 430-6407

MICHAEL F. TUBACH (S.B. #145955)
mtubach@omm.com
THOMAS BROWN (S.B. #182916)
tbrown@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111-3823
Telephone:    (415) 984-8700
Facsimile:    (415) 984-8701

Attorneys for Defendants
HYNIX SEMICONDUCTOR INC. and
HYNIX SEMICONDUCTOR AMERICA INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUN MICROSYSTEMS, INC., a California corporation, and Unisys Corporation, a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>HYNIX SEMICONDUCTOR INC., a Korean corporation, HYNIX SEMICONDUCTOR AMERICA INC., a California corporation, et al.,<br><br>Defendants. | Case Nos. C 06-01665 PJH<br><br>Assigned for all purposes to the Hon. Phyllis J. Hamilton<br><br>**STIPULATION AND [P̶R̶O̶P̶O̶S̶E̶D̶] ORDER GRANTING HYNIX'S REQUEST TO FILE A SUPPLEMENTAL EXHIBIT LIST**<br><br>Pretrial Conf. Date:  May 7, 2009<br>Time:                         2:30 p.m.<br>Place:                        Courtroom 5, 17th Floor |

LA2:884151.3

**STIPULATION**

This Stipulation pursuant to Civil L.R. 7-12 between Plaintiff Sun Microsystems, Inc. ("Sun") and Defendants Hynix Semiconductor Inc. and Hynix Semiconductor America Inc. ("Hynix") and Nanya Technology Corporation and Nanya Technology Corporation USA ("Nanya") is made with reference to the following facts:

A. WHEREAS, pursuant to a prior order of the Court, the parties Exhibit Lists were filed on March 31, 2009 and re-submitted without change on April 8, 2009 along with the pre-trial statement; and

B. WHEREAS, Magistrate Judge Spero had ordered Sun to produce copies of its settlement agreements with other defendants with which it had settled 30 days before the filing of the pre-trial statement; and

C. WHEREAS, Hynix received a copy of the Elpida settlement agreement and the cover letter from Sun setting forth the amount Elpida paid to Sun after the parties had exchanged exhibit lists for submission on March 31, 2009; and

D. WHEREAS, Hynix listed all of Sun's other settlement agreements with other DRAM manufacturers, including Samsung, Infineon, Mitsubishi, Mosel and Winbond, on its Exhibit List submitted on March 31, 2009; and

E. WHEREAS, Hynix represents that it inadvertently left off its Exhibit List the cover letter that accompanied production from Sun of the Mitsubishi, Mosel and Winbond settlement agreements. Said cover letter set forth the amounts Mitsubishi, Mosel and Winbond paid to Sun in settlement; and

F. WHEREAS, Hynix seeks to file a Supplemental Exhibit List containing these three documents, namely the Elpida settlement agreement and the two cover letters setting forth the amounts that Elpida, Mitsubishi, Mosel and Winbond paid to Sun in settlement; and

G. WHEREAS, Hynix contacted Sun promptly upon discovering the oversight, and Sun stated it did not object to Hynix filing a supplemental exhibit list with these items.

1 THEREFORE, SUBJECT TO APPROVAL OF THE COURT, IT IS
HEREBY STIPULATED AND AGREED BETWEEN Sun, Hynix and Nanya as follows:

 1. Hynix may file its Supplemental Exhibit List, a copy of which is attached hereto as Exhibit A; and

 2. Sun does not object to Hynix filing its Supplemental Exhibit List. This stipulation does not affect Sun's objections as to the admissibility of the documents identified in Hynix's Exhibit List or Supplemental Exhibit List, other than an objection based on failure to include the Elpida settlement agreement and the two cover letters setting forth the amounts that Elpida, Mitsubishi, Mosel and Winbond paid to Sun in settlement on Hynix's Exhibit List submitted on March 31, 2009, which objection is hereby waived.

**SO STIPULATED.**

Dated: May 1, 2009     O'MELVENY & MYERS LLP

By:  */Steven H. Bergman/*
     Steven H. Bergman

Attorneys for Defendants
HYNIX SEMICONDUCTOR INC. and
HYNIX SEMICONDUCTOR AMERICA INC.

Dated: May 1, 2009     ORRICK HERRINGTON & SUTCLIFFE LLP

By:  */Howard M. Ullman/*
     Howard M. Ullman

Attorneys for Defendants
NANYA TECHNOLOGY CORPORATION
and NANYA TECHNOLOGY CORPORATION USA

1

Dated: May 1, 2009              CROWELL & MORING LLP

2

3

                                By:   */David D. Cross/*
4                                       David D. Cross

5                               Attorneys for Plaintiff
                                SUN MICROSYSTEMS, INC.
6

7
                            **ATTESTATION OF FILING**
8
   Pursuant to General Order 45.X.B, I hereby attest that I have obtained concurrence in the filing of this document from the attorneys for the other parties listed in the signature blocks above.

                                       */Steven H. Bergman/*
                                        Steven H. Bergman

| | |
|---|---|
| 1 | **[~~PROPOSED~~] ORDER** |
| 2 | PURSUANT TO THE STIPULATION OF THE PARTIES, IT IS SO ORDERED. |

Dated: 5/5/09



Hon.
United

_____
Judge Phyllis J. Hamilton