UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SUN MICROSYSTEMS INC.,

        Plaintiff,

        v.

HYNIX SEMICONDUCTOR INC., et al.,

        Defendants.
_____/

No. C 06-1665 PJH

**ORDER GRANTING MOTION TO SEAL ON LIMITED GROUNDS**

        Having reviewed Hynix's administrative motion to seal filed in connection with Hynix's motion for an exclusion order and adverse inference instruction against plaintiff due to spoliation of evidence, as well as plaintiff's and non-party Samsung's response thereto, the court hereby GRANTS the request with respect to the settlement agreement between Sun and Samsung. With respect to all other exhibits and documents submitted for sealing, Hynix's request is DENIED.

        The parties are instructed to publicly file in the docket unredacted copies of all documents and exhibits for which sealing has been denied, no later than ten days from the date of this order.

**IT IS SO ORDERED.**

Dated: May 11, 2009

_____
PHYLLIS J. HAMILTON
United States District Judge