Jerome A. Murphy *(pro hac vice)*
David D. Cross *(pro hac vice)*
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C.  20004-2595
Telephone:     202-624-2500
Facsimile:     202-628-5116
E-mail:        jmurphy@crowell.com
               dcross@crowell.com


Daniel A. Sasse (CA Bar No. 236234)
Theresa Lopez (CA Bar No. 205338)
CROWELL & MORING LLP
3 Park Plaza, 20th Floor
Irvine, CA  92614-8505
Telephone:     949-263-8400
Facsimile:     949-263-8414
E-mail:        dsasse@crowell.com
               tlopez@crowell.com

*Counsel for Plaintiff Sun Microsystems, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| SUN MICROSYSTEMS, INC., | Case No. C 06-01665 PJH |
| Plaintiff, | Assigned for all purposes to the Hon. Phyllis J. Hamilton |
| v. | |
| HYNIX SEMICONDUCTOR, INC., et al., | **STIPULATION AND [P̶R̶O̶P̶O̶S̶E̶D̶] ORDER EXTENDING DEADLINES FOR SUN REPLY BRIEFS AND HYNIX OPPOSITION BRIEF** |
| Defendants | |

## STIPULATION

This Stipulation is entered into between Plaintiff Sun Microsystems, Inc. ("Sun") and Defendants Hynix Semiconductor Inc. and Hynix Semiconductor America Inc. (together, "Hynix") in the above-captioned action, and is made with regard to the following facts:

WHEREAS, on May 1, 2009, Sun filed a Motion to Quash Defendants Hynix Semiconductor Inc. and Hynix Semiconductor America Inc.'s Subpoena of Sun CFO Michael Lehman [Docket No. 680];

WHEREAS, on May 20, 2009, Hynix filed a brief in opposition to Sun's Motion to Quash [Docket No. 709];

WHEREAS, Sun's reply brief in further support of its Motion to Quash is due May 27, 2009;

WHEREAS, on May 12, 2009, Sun filed a Motion to Strike Certain Witnesses from Defendants Hynix Semiconductor Inc. and Hynix Semiconductor America Inc.'s Witness List ("Motion to Strike") [Docket No. 703];

WHEREAS, Hynix's brief in opposition to Sun's Motion to Strike is due May 27, 2009, and Sun's reply brief in further support of its Motion to Strike is due June 3, 2009;

WHEREAS, Sun and Hynix are engaged in ongoing settlement discussions that may achieve resolution of this matter as to Hynix and thus may obviate the need for further briefing on Sun's Motion to Quash and Motion to Strike;

WHEREAS, Sun and Hynix seek short extensions of the deadlines to file Sun's reply briefs and Hynix's opposition related to Sun's Motion to Quash and Motion to Strike in order to allow the parties more time to try to complete settlement negotiations without further briefing on these motions; and

WHEREAS, Sun has waived hearing on its Motion to Quash and Motion to Strike, and the extension agreed to by Sun and Hynix and sought from the Court herein will not alter or affect any other deadlines in this action;

THEREFORE, SUBJECT TO APPROVAL OF THE COURT, IT IS HEREBY STIPULATED AND AGREED BETWEEN Sun and Hynix that:

1. Sun's reply brief in further support of its Motion to Quash shall be due no later than June 1, 2009;
2. Hynix's opposition to Sun's Motion to Strike shall be due no later than June 1, 2009; and
3. Sun's reply brief in further support of its Motion to Strike shall be due no later than June 5, 2009.

**SO STIPULATED.**                    CROWELL & MORING LLP

Dated:  May 26, 2009

                                                By:   */s/David D. Cross*
                                                          David D. Cross

Attorneys for Plaintiff
SUN MICROSYSTEMS, INC.

Dated:  May 26, 2009                  O'MELVENY & MYERS LLP

                                                By:   */s/Steven H. Bergman*
                                                          Steven H. Bergman

Attorneys for Defendants
HYNIX SEMICONDUCTOR INC. and HYNIX SEMICONDUCTOR AMERICA INC.

1 **ATTESTATION OF FILING**

2 Pursuant to General Order 45.X.B, I hereby attest that I have obtained concurrence in the

3 filing of this document from the attorney for Hynix listed in the signature block above.

4

5                                                    */s/David D. Cross*
                                                       David D. Cross

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# [~~PROPOSED~~] ORDER

PURSUANT TO THE STIPULATION OF THE PARTIES, IT IS SO ORDERED.

Dated: 5/27/09



Hon. Phyllis J. Hamilton
United States District Judge

IT IS SO ORDERED
Judge Phyllis J. Hamilton