UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SUN MICROSYSTEMS INC.,

    Plaintiff,

    v.

HYNIX SEMICONDUCTOR INC., et al.,

    Defendants.
_____/

No. C 06-1665 PJH

**ORDER ADVANCING BRIEFING SCHEDULE**

TO ALL PARTIES AND COUNSEL OF RECORD:

The court is in receipt of several recently filed motions requesting various forms of relief in advance of the upcoming trial. In deference to the court's statement at the pretrial conference alerting the parties to the fact that the court would no longer hear regularly noticed motions in advance of the trial date, the parties have sought to circumvent any court objection by waiving oral argument as to all recently filed motions. However, while this tactic may have alleviated any concern the court had with respect to the ability to hear argument on the motions prior to the start of the scheduled trial, this does nothing to alleviate the court's concern regarding its ability to have the underlying motions fully briefed and submitted prior to the start of trial.

Accordingly, and in order to ensure that the court has sufficient time to consider all arguments on the matters the parties seek to submit in advance of trial, the court hereby ADVANCES the briefing schedule applicable to (a) plaintiffs' motion to strike certain exhibits from Nanya defendant entities' exhibit list, and (b) non-party Manuel Raposa's motion to quash certain trial subpoenas issued by the Nanya defendant entities, as follows:

Defendants' opposition to plaintiffs' motion to strike shall continue to be due no later

1  than **June 3, 2009**.  However, plaintiffs' reply brief in support of the motion is now due no
2  later than **June 8, 2009**.  With respect to the motion to quash (which was, incidentally,
3  inappropriately noticed for a Tuesday hearing date rather than a Wednesday hearing date),
4  defendants' opposition brief shall now be due no later than **June 5, 2009**.  Non-party Mr.
5  Raposa's reply brief in support of the motion shall be due no later than **June 11, 2009**.
6      In addition, the parties are no longer permitted to file, without leave of court, any
7  additional motions requesting further relief in advance of the trial date.

**IT IS SO ORDERED.**

Dated: June 2, 2009

_____
PHYLLIS J. HAMILTON
United States District Judge