KENNETH R. O'ROURKE (S.B. #120144)
korourke@omm.com
PAUL B. SALVATY (S.B. #171507)
psalvaty@omm.com
STEVEN H. BERGMAN (S.B. #180542)
sbergman@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA  90071-2899
Telephone:    (213) 430-6000
Facsimile:    (213) 430-6407

MICHAEL F. TUBACH (S.B. #145955)
mtubach@omm.com
THOMAS BROWN (S.B. # 182916)
tbrown@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA  94111-3823
Telephone:    (415) 984-8700
Facsimile:    (415) 984-8701

Attorneys for Defendants
HYNIX SEMICONDUCTOR INC. and
HYNIX SEMICONDUCTOR AMERICA INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUN MICROSYSTEMS, INC., a California corporation, and Unisys Corporation, a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>HYNIX SEMICONDUCTOR INC., a Korean corporation, HYNIX SEMICONDUCTOR AMERICA INC., a California corporation, et al.,<br><br>Defendants. | Case Nos. C 06-01665 PJH<br><br>Assigned for all purposes to the Hon. Phyllis J. Hamilton<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE FOR SUBMITTING JURY INSTRUCTIONS, VERDICT FORMS AND JURY QUESTIONNAIRE PENDING EXECUTION OF SETTLEMENT AGREEMENTS** |

1

**STIPULATION**

2   This Stipulation pursuant to Civil L.R. 7-12 between Plaintiff Sun

3 Microsystems, Inc. ("Sun") and Defendants Hynix Semiconductor Inc. and Hynix

4 Semiconductor America Inc. ("Hynix") and Nanya Technology Corporation ("NTC") and

5 Nanya Technology Corporation USA ("NTC USA") (Hynix, NTC and NTC USA are

6 collectively "Defendants") is made with reference to the following facts:

7   A.   WHEREAS, on May 20, 2009, the Court issued a Final Pretrial Order

8 that required, *inter alia*, that the parties submit a revised jury questionnaire, a revised joint

9 verdict form, a revised joint set of jury instructions, and separately-submitted disputed

10 jury instructions (collectively, "Pretrial Filings") no later than June 3, 2009 [Docket No.

11 710];

12   B.   WHEREAS, on June 3, 2009, the Court held a telephonic conference

13 with the parties during which the Court granted the parties' request to extend the deadline

14 for submitting the Pretrial Filings until June 5, 2009;

15   C.   WHEREAS, counsel for the parties have negotiated settlement

16 agreements that will resolve this case in its entirety and thus obviate the need for a trial;

17   D.   WHEREAS, the parties anticipate that their respective settlement

18 agreements will be executed shortly and that the parties will file Notices of Settlement

19 with the Court on or before June 9, 2009; and

20   E.   WHEREAS, the parties wish to avoid having to submit a revised jury

21 questionnaire, a revised joint set of jury instructions, and a revised joint verdict form and

22 further wish to avoid burdening the Court with such additional submissions, which will be

23 rendered unnecessary upon execution of the parties' final settlement agreements.

24 ///

25 ///

26 ///

27 ///

28

LA2:884305.6              - 1 -              STIP. & [PROPOSED] ORDER EXTENDING
                                             DEADLINE PENDING SETTLEMENT
                                             CASE NO. C 06-01665 PJH

THEREFORE, SUBJECT TO APPROVAL OF THE COURT, IT IS HEREBY STIPULATED AND AGREED BETWEEN Sun and Defendants that the deadline by which the parties shall submit the Pretrial Filings is hereby extended until June 9, 2009.

**SO STIPULATED.**

| | |
|---|---|
| Dated: June 5, 2009 | O'MELVENY & MYERS LLP |
| | By: _/Paul B. Salvaty /_<br>Paul B. Salvaty |
| | Attorneys for Defendants<br>HYNIX SEMICONDUCTOR INC. and HYNIX SEMICONDUCTOR AMERICA INC. |
| Dated:  June 5, 2009 | ORRICK HERRINGTON & SUTCLIFFE LLP |
| | By: _/Howard M. Ullman/_<br>Howard M. Ullman |
| | Attorneys for Defendants<br>NANYA TECHNOLOGY CORPORATION and NANYA TECHNOLOGY CORPORATION USA |
| Dated: June 5, 2009 | CROWELL & MORING LLP |
| | By: _/David D. Cross/_<br>David D. Cross |
| | Attorneys for Plaintiff<br>SUN MICROSYSTEMS, INC. |

## ATTESTATION OF FILING

Pursuant to General Order 45.X.B, I hereby attest that I have obtained concurrence in the filing of this document from the attorneys for Plaintiff and Defendants listed in the signature blocks above.

                                              */Paul B. Salvaty/*
                                              Paul B. Salvaty

1  **[~~PROPOSED~~] ORDER**

2  PURSUANT TO THE STIPULATION OF THE PARTIES, IT IS SO ORDERED.

5  Dated: 6/8/09

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*

9  LA2:886744.1

LA2:884305.6

STIP. & [PROPOSED] ORDER EXTENDING
DEADLINE PENDING SETTLEMENT
CASE NO. C 06-01665 PJH