1 | Jerome A. Murphy *(pro hac vice)*
2 | David D. Cross *(pro hac vice)*
  | Matthew J. McBurney *(pro hac vice)*
3 | CROWELL & MORING LLP
  | 1001 Pennsylvania Avenue, N.W.
4 | Washington, D.C.  20004-2595
  | Telephone:     202-624-2500
5 | Facsimile:      202-628-5116
  | E-mail:          jmurphy@crowell.com
  |                     dcross@crowell.com
6 |                     mmcburney@crowell.com

Daniel A. Sasse (CA Bar No. 236234)
Theresa Lopez (CA Bar No. 205338)
CROWELL & MORING LLP
3 Park Plaza, 20th Floor
Irvine, CA  92614-8505
Telephone:     949-263-8400
Facsimile:      949-263-8414
E-mail:          dsasse@crowell.com
                   tlopez@crowell.com

*Counsel for Plaintiff Sun Microsystems, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| SUN MICROSYSTEMS, INC., | Case No. C 06-01665 PJH |
| Plaintiff, | |
| v. | **STIPULATION OF DISMISSAL AND [PROPOSED] ORDER AS TO NANYA TECHNOLOGY CORPORATION AND NANYA TECHNOLOGY CORPORATION USA** |
| HYNIX SEMICONDUCTOR INC., et al., | |
| Defendants. | |

| | |
|---|---|
| 1 | **STIPULATION** |

2  The parties hereto hereby stipulate to a dismissal of this action as to defendants Nanya Technology Corporation and Nanya Technology Corporation USA with prejudice, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.  Each party shall bear its own costs and attorney's fees.  This dismissal shall not apply to or affect any other defendant in this action.

**IT IS SO STIPULATED AND AGREED**.


Dated:  July 13, 2009            CROWELL & MORING LLP


By:         */s/*
         Jerome A. Murphy

Attorneys for Plaintiff
SUN MICROSYSTEMS, INC.


Dated:  July 13, 2009            ORRICK HERRINGTON & SUTCLIFFE LLP


By:         */s/*
         Howard M. Ullman

Attorneys for Defendants
NANYA TECHNOLOGY CORPORATION and
NANYA TECHNOLOGY CORPORATION USA

1  **ATTESTATION OF FILING**

2  Pursuant to General Order 45.X.B, I hereby attest that I have obtained concurrence in the

3  filing of this document from the parties listed above.

4

5                                              /s/
                                             Jerome A. Murphy

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1  **[PROPOSED] ORDER**

2  PURSUANT TO THE STIPULATION OF THE PARTIES, IT IS SO ORDERED.

3

4  Dated: 7/14/09

5

6  Hon. Phyllis 
   United

7

_____
Judge Phyllis J. Hamilton