Jerome A. Murphy *(pro hac vice)*
David D. Cross *(pro hac vice)*
Matthew J. McBurney *(pro hac vice)*
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2595
Telephone: 202-624-2500
Facsimile: 202-628-5116
E-mail: jmurphy@crowell.com
dcross@crowell.com
mmcburney@crowell.com

Daniel A. Sasse (CA Bar No. 236234)
Theresa Lopez (CA Bar No. 205338)
CROWELL & MORING LLP
3 Park Plaza, 20th Floor
Irvine, CA 92614-8505
Telephone: 949-263-8400
Facsimile: 949-263-8414
E-mail: dsasse@crowell.com
tlopez@crowell.com

*Counsel for Plaintiff Sun Microsystems, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION**

| | |
|---|---|
| SUN MICROSYSTEMS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>HYNIX SEMICONDUCTOR INC., et al.,<br><br>Defendants. | Case No. C 06-01665 PJH<br><br>**STIPULATION OF DISMISSAL AND [~~PROPOSED~~] ORDER AS TO HYNIX SEMICONDUCTOR INC. AND HYNIX SEMICONDUCTOR AMERICA INC.** |

**STIPULATION**

The parties hereto hereby stipulate to a dismissal of this action as to defendants Hynix Semiconductor Inc. and Hynix Semiconductor America Inc. without prejudice, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure. This stipulation is pursuant to a settlement agreement negotiated by the Parties, and the Parties agree that the Court should reserve jurisdiction to enforce the terms of that settlement agreement. Each party shall bear its own costs and attorney's fees. This dismissal shall not apply to or affect any other defendant in this action.

**IT IS SO STIPULATED AND AGREED**.

Dated: July 14, 2009

CROWELL & MORING LLP

By: *\/s/*
Jerome A. Murphy

Attorneys for Plaintiff
SUN MICROSYSTEMS, INC.

Dated: July 14, 2009

O'MELVENY & MYERS LLP

By: */s/*
Steven H. Bergman

Attorneys for Defendants
HYNIX SEMICONDUCTOR INC. and HYNIX SEMICONDUCTOR AMERICA INC.

**ATTESTATION OF FILING**

Pursuant to General Order 45.X.B, I hereby attest that I have obtained concurrence in the filing of this document from the parties listed above.

*/s/*
Jerome A. Murphy

**[~~PROPOSED~~] ORDER**

PURSUANT TO THE STIPULATION OF THE PARTIES, IT IS SO ORDERED.

Dated: 7/14/09

UNITED STATES DISTRICT COURT
IT IS SO ORDERED
Judge Phyllis J. Hamilton
NORTHERN DISTRICT OF CALIFORNIA

4

STIPULATION OF DISMISSAL AS TO HYNIX DEFENDANTS
CASE NO. C 06- 01665 PJH